1

**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King (SBN 206423)
lking@kaplanfox.com
Linda M. Fong (SBN 124232)
lfong@kaplanfox.com
350 Sansome Street, Suite 400
San Francisco, California 94104
Telephone: (415) 772-4700
Facsimile:   (415) 772-4707

- and –

**KAPLAN FOX & KILSHEIMER LLP**
Robert N. Kaplan (admitted *pro hac vice*)
rkaplan@kaplanfox.com
Lauren I. Dubick (admitted *pro hac vice*)
ldubick@kaplanfox.com
850 Third Avenue, 14th Floor
New York, New York 10022
Telephone: (212) 687-1980
Facsimile:   (212) 687-7714

*Counsel for Plaintiffs*

**CENTER FOR SCIENCE IN THE PUBLIC INTEREST**
Amanda Howell (admitted *pro hac vice*)
ahowell@cspinet.org
5646 Milton Street, Suite 714
Dallas, Texas 75206
Telephone: (214) 827-2774
Facsimile:   (214) 827-2787

- and -

**STANLEY LAW GROUP**
Marc R. Stanley (pending *pro hac vice*)
marcstanley@mac.com
Martin Woodward (pending *pro hac vice*)
mwoodward@stanleylawgroup.com
Stephen Gardner (admitted *pro hac vice*)
steve@consumerhelper.com
3100 Monticello Avenue, Suite 770
Dallas, Texas 75205
Telephone: (214) 443-4300
Facsimile: (214) 443-0358

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEEN GALLAGHER, ILANA FARAR, ANDREA LOPEZ, JOANN CORDARO, and ROSANNE COSGROVE, on behalf of themselves and all others similarly situated,<br><br>             Plaintiffs,<br><br>      v.<br><br>BAYER AG, BAYER CORPORATION, and BAYER HEALTHCARE LLC,<br><br>             Defendants. | CASE NO. 14-cv-04601-WHO<br><br>**STIPULATION AND ORDER ON CASE MANAGEMENT CONFERENCE SCHEDULING** |

On October 15, 2014, Plaintiffs filed a complaint in this action, and defendants Bayer AG, Bayer Corporation, and Bayer Healthcare LLC (collectively, "Bayer") filed a motion to dismiss on November 10, 2014.  Plaintiffs and Bayer stipulated and agreed upon a proposed briefing schedule for the filing of Plaintiffs' amended complaint and Bayer's response, which the Court adopted in an Order issued on November 20, 2014. (ECF #35.)

Pursuant to the Court's Order, Plaintiffs filed their amended complaint on December 3, 2014.  The Order further provides that Bayer shall file its answer or motion to dismiss no later than December 24, 2014, Plaintiffs shall file their opposition no later than January 21, 2015, Bayer shall file its reply no later than February 11, 2015, and the motion will be heard on February 25, 2015.

Currently, a case management conference is scheduled for January 20, 2015. Plaintiffs and Bayer have stipulated and agreed to postpone the case management conference until February 25, 2015, subsequent to the hearing on the motion to dismiss, or a date thereafter that is convenient for the Court, and to postpone the case management statement until February 18, 2015, or a date thereafter that is convenient for the Court.

Dated:  December 19, 2014

**KAPLAN FOX & KILSHEIMER LLP**

By:     /s/ Laurence D. King
         Laurence D. King

Laurence D. King (SBN 206423)
lking@kaplanfox.com
Linda M. Fong (SBN 124232)
lfong@kaplanfox.com
350 Sansome Street, Suite 400
San Francisco, California 94104
Telephone: (415) 772-4700
Facsimile:  (415) 772-4707

- and -

**SIDLEY AUSTIN LLP**

By:     /s/ Jonathan F. Cohn
         Jonathan F. Cohn

Jonathan F. Cohn (admitted *pro hac vice*)
jcohn@sidley.com
Paul J. Ray (admitted *pro hac vice*)
paul.ray@sidley.com
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736.8000
Facsimile: (202) 736.8711

1   **KAPLAN FOX & KILSHEIMER LLP**          **SIDLEY AUSTIN LLP**
    Robert N. Kaplan (admitted *pro hac vice*)   Eugene A. Schoon (admitted *pro hac vice*)
2   rkaplan@kaplanfox.com                     eschoon@sidley.com
    Lauren I. Dubick (admitted *pro hac vice*)   One South Dearborn
3   ldubick@kaplanfox.com                     Chicago, IL 60603
    850 Third Avenue, 14th Floor              Telephone: (312) 853.7279
4   New York, New York 10022                  Facsimile: (312) 853.7036
    Telephone: (212) 687-1980
5   Facsimile:   (212) 687-7714

6   **CENTER FOR SCIENCE IN THE**             **SIDLEY AUSTIN LLP**
    **PUBLIC INTEREST**                       Ryan Sandrock (CA Bar 251781)
7   Amanda Howell (admitted *pro hac vice*)   rsandrock@sidley.com
    ahowell@cspinet.org                       555 California Street, Suite 2000
8   5646 Milton Street, Suite 714             San Francisco, CA 94104
    Dallas, Texas 75206                       Telephone: (415) 772.1200
9   Telephone: (214) 827-2774                 Facsimile: (415) 772.7400
    Facsimile:   (214) 827-2787               Attorneys For Defendants

10
            - and -                           *Bayer AG, Bayer Corporation, and Bayer*
11                                            *Healthcare LLC*

12  **STANLEY LAW GROUP**
    Marc R. Stanley (pending *pro hac vice*)
13  marcstanley@mac.com
    Martin Woodward (pending *pro hac vice*)
14  mwoodward@stanleylawgroup.com
    Stephen Gardner (admitted *pro hac vice*)
15  steve@consumerhelper.com
    3100 Monticello Avenue, Suite 770
16  Dallas, Texas 75205
    Telephone: (214) 443-4300
17  Facsimile: (214) 443-0358

18  *Counsel for Plaintiffs*

19

20

21          PURSUANT TO STIPULATION, IT IS SO ORDERED.

22

23  Dated: December 22, 2014                  _____
                                              The Honorable William H. Orrick
24                                            United States District Judge

25

26

27

28