UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COLLEEN GALLAGHER, ILANA FARAR, ANDREA LOPEZ, JOANN CORDARO, and ROSANNE COSGROVE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BAYER AG, BAYER CORPORATION, and BAYER HEALTHCARE LLC,<br><br>Defendants. | Case No. 14-cv-04601-WHO<br><br>[PROPOSED] ORDER GRANTING MOTION TO DISMISS OF BAYER AG, BAYER CORPORATION, AND BAYER HEALTHCARE LLC |

Having considered the Motion to Dismiss Amended Complaint filed by Bayer AG, Bayer Corporation, and Bayer Healthcare LLC, as well as all the papers and argument provided, the Court GRANTS the motion and orders that Plaintiffs' Amended Complaint shall be dismissed with prejudice.

IT IS SO ORDERED.

Date: _____, 2015

_____
The Honorable William H. Orrick
United States District Judge