Jonathan F. Cohn (admitted pro hac vice)
jcohn@sidley.com
Cara R. Viglucci López (admitted pro hac vice)
cviglucci lopez@sidley.com
Paul J. Ray (admitted pro hac vice)
paul.ray@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone:  (202) 736.8000
Facsimile:  (202) 736.8711

Eugene A. Schoon (admitted pro hac vice)
eschoon@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone:  (312) 853.7279
Facsimile:  (312) 853.7036

Ryan Sandrock (SBN 251781)
rsandrock@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone:  (415) 772.1200
Facsimile:  (415) 772.7400

Attorneys for Defendants
Bayer AG, Bayer Corporation, and Bayer HealthCare LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| COLLEEN GALLAGHER, ILANA FARAR, ANDREA LOPEZ, JOANN CORDARO, and ROSANNE COSGROVE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BAYER AG, BAYER CORPORATION, and BAYER HEALTHCARE LLC,<br><br>Defendants. | Case No. 14-cv-04601-WHO<br><br>**STIPULATION AND ORDER ON ARGUMENT DATE** |

On March 30, 2015, plaintiffs Colleen Gallagher, Ilana Farar, Andrea Lopez, Joann Cordaro, and Rosanne Cosgrove ("Plaintiffs") filed their second amended complaint in this action, and defendants Bayer AG, Bayer Corporation, and Bayer HealthCare LLC (collectively, "Bayer") filed a motion to dismiss on April 13, 2015.  Additionally, on April 13, 2015, Plaintiffs filed a motion to appoint interim co-lead class counsel.  On April 27, 2015, Bayer filed a response opposing appointment of interim class counsel.

Plaintiffs and Bayer have stipulated and agreed to change the date of argument on the motion to dismiss the second amended complaint and the motion to appoint interim class counsel, currently scheduled for June 3, 2015, to July 16, 2015.

| | |
|---|---|
| Dated:  May 20, 2015 | Dated:  May 20, 2015 |
| KAPLAN FOX & KILSHEIMER LLP | SIDLEY AUSTIN LLP |
| By: /s/  Laurence D. King | By: /s/  Jonathan F. Cohn |
| Laurence D. King (SBN 206423)<br>lking@kaplanfox.com<br>Linda M. Fong (SBN 124232)<br>lfong@kaplanfox.com<br>350 Sansome Street, Suite 400<br>San Francisco, California 94104<br>Telephone: (415) 772-4700<br>Facsimile:  (415) 772-4707<br><br>-and-<br><br>KAPLAN FOX & KILSHEIMER LLP<br>Robert N. Kaplan (admitted pro hac vice)<br>rkaplan@kaplanfox.com<br>Lauren I. Dubick (admitted pro hac vice)<br>ldubick@kaplanfox.com<br>850 Third Avenue, 14th Floor<br>New York, New York 10022<br>Telephone: (212) 687-1980<br>Facsimile:  (212) 687-7714<br><br>CENTER FOR SCIENCE IN THE PUBLIC INTEREST<br>Amanda Howell (admitted pro hac vice) | Jonathan F. Cohn (admitted pro hac vice)<br>jcohn@sidley.com<br>Cara R. Viglucci López (admitted pro hac vice)<br>cvigluccilopez@sidley.com<br>Paul J. Ray (admitted pro hac vice)<br>paul.ray@sidley.com<br>SIDLEY AUSTIN LLP<br>1501 K Street, N.W.<br>Washington, D.C. 20005<br>Telephone:  (202) 736.8000<br>Facsimile:   (202) 736.8711<br><br>Eugene A. Schoon (admitted pro hac vice)<br>eschoon@sidley.com<br>SIDLEY AUSTIN LLP<br>One South Dearborn<br>Chicago, IL 60603<br>Telephone:  (312) 853.7279<br>Facsimile:   (312) 853.7036<br><br>Ryan Sandrock (SBN 251781)<br>rsandrock@sidley.com<br>SIDLEY AUSTIN LLP<br>555 California Street, Suite 2000 |

(1)

| | |
|---|---|
| ahowell@cspinet.org<br>Dallas, Texas 75206<br>Telephone: (214) 827-2774<br>Facsimile:  (214) 827-2787 | San Francisco, CA 94104<br>Telephone:  (415) 772.1200<br>Facsimile:   (415) 772.7400 |

-and-

STANLEY LAW GROUP
Stephen Henry Gardner (admitted pro hac vice)
steve@consumerhelper.com
6116 N. Central Expressway, Suite 1500
Dallas, Texas 75206
Telephone: (214) 443-4316
Facsimile:  (214) 447-9469

      PURSUANT TO STIPULATION, IT IS SO ORDERED. Oral argument is rescheduled for July 16, 2015 at 2:00 p.m. in Courtroom 2, 17th Floor, 450 Golden Gate Avenue, San Francisco.

Dated:  May 22, 2015

                                        The Honorable William H. Orrick
                                        United States District Judge