Jonathan F. Cohn (admitted pro hac vice)
jcohn@sidley.com
Cara R. Viglucci López (admitted pro hac vice)
cviglucciolopez@sidley.com
Paul J. Ray (admitted pro hac vice)
paul.ray@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736.8000
Facsimile: (202) 736.8711

Eugene A. Schoon (admitted pro hac vice)
eschoon@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853.7279
Facsimile: (312) 853.7036

Ryan Sandrock (SBN 251781)
rsandrock@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772.1200
Facsimile: (415) 772.7400

Attorneys for Defendants
Bayer AG, Bayer Corporation, and Bayer HealthCare LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| COLLEEN GALLAGHER, ILANA FARAR, ANDREA LOPEZ, JOANN CORDARO, and ROSANNE COSGROVE, on behalf of themselves and all others similarly situated, | Case No. 14-cv-04601-WHO |
| Plaintiffs, | **STIPULATION AND ORDER ON CASE MANAGEMENT CONFERENCE DATE** |
| v. | |
| BAYER AG, BAYER CORPORATION, and BAYER HEALTHCARE LLC, | |
| Defendants. | |

On October 21, 2015, the Clerk of Court issued a notice setting a case management conference for November 24, 2015.  In light of the Thanksgiving holidays, Plaintiffs and Defendants have stipulated and agreed to change the date of this case management conference to December 8, 2015, at a time and place of the Court's convenience.

| | |
|---|---|
| Dated:  October 27, 2015<br>KAPLAN FOX & KILSHEIMER LLP<br><br>By: /s/  Laurence D. King<br><br>Laurence D. King (SBN 206423)<br>lking@kaplanfox.com<br>Linda M. Fong (SBN 124232)<br>lfong@kaplanfox.com<br>350 Sansome Street, Suite 400<br>San Francisco, California 94104<br>Telephone: (415) 772-4700<br>Facsimile:  (415) 772-4707<br><br>-and-<br><br>KAPLAN FOX & KILSHEIMER LLP<br>Robert N. Kaplan (admitted pro hac vice)<br>rkaplan@kaplanfox.com<br>Lauren I. Dubick (admitted pro hac vice)<br>ldubick@kaplanfox.com<br>850 Third Avenue, 14th Floor<br>New York, New York 10022<br>Telephone: (212) 687-1980<br>Facsimile: (212) 687-7714<br><br>-and-<br><br>STANLEY LAW GROUP<br>Stephen Henry Gardner (admitted pro hac vice)<br>steve@consumerhelper.com<br>Amanda M. Howell (admitted pro hac vice)<br>ahowell@stanleylawgroup.com<br>6116 N. Central Expressway, Suite 1500<br>Dallas, Texas 75206<br>Telephone: (214) 443-4316<br>Facsimile:  (214) 447-9469 | Dated:  October 27, 2015<br>SIDLEY AUSTIN LLP<br><br>By: /s/  Jonathan F. Cohn<br><br>Jonathan F. Cohn (admitted pro hac vice)<br>jcohn@sidley.com<br>Cara R. Viglucci López (admitted pro hac vice)<br>cvigluccilopez@sidley.com<br>Paul J. Ray (admitted pro hac vice)<br>paul.ray@sidley.com<br>SIDLEY AUSTIN LLP<br>1501 K Street, N.W.<br>Washington, D.C. 20005<br>Telephone:  (202) 736.8000<br>Facsimile:   (202) 736.8711<br><br>Eugene A. Schoon (admitted pro hac vice)<br>eschoon@sidley.com<br>SIDLEY AUSTIN LLP<br>One South Dearborn<br>Chicago, IL 60603<br>Telephone:  (312) 853.7279<br>Facsimile:   (312) 853.7036<br><br>Ryan Sandrock (SBN 251781)<br>rsandrock@sidley.com<br>SIDLEY AUSTIN LLP<br>555 California Street, Suite 2000<br>San Francisco, CA 94104<br>Telephone:  (415) 772.1200<br>Facsimile:   (415) 772.7400 |

1
2
3
4
5    PURSUANT TO STIPULATION, IT IS SO ORDERED.
6
7
8    Dated: October 30, 2015

                              _____
                              The Honorable William H. Orrick
                              United States District Judge

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

(2)