KAPLAN FOX & KILSHEIMER LLP
Laurence D. King (SBN 206423)
*lking@kaplanfox.com*
Linda M. Fong (SBN 124232)
*lfong@kaplanfox.com*
350 Sansome Street, Suite 400
San Francisco, California 94104
Telephone: (415) 772-4700
Facsimile: (415) 772-4707

KAPLAN FOX & KILSHEIMER LLP
Robert N. Kaplan (admitted *pro hac vice*)
*rkaplan@kaplanfox.com*
850 Third Avenue, 14th Floor
New York, New York 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714

*Interim Class Counsel*

STANLEY LAW GROUP
Amanda Howell (admitted *pro hac vice*)
*ahowell@stanleylawgroup.com*
Stephen Gardner (admitted *pro hac vice*)
*steve@consumerhelper.com*
6116 N. Central Expressway, Suite 1500
Dallas, Texas 75206
Tel: (214) 443-4300
Fax: (214) 443-0358

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEEN GALLAGHER, ILANA FARAR, ANDREA LOPEZ, JOANN CORDARO, and ROSANNE COSGROVE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BAYER AG, BAYER CORPORATION, and BAYER HEALTHCARE LLC,<br><br>Defendants. | CASE NO. 3:14-cv-04601-WHO<br><br>**EXPERT REPORT OF EDWARD R. BLONZ, PH.D., IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Hearing Date: May 17, 2017<br>Time: 2:00 pm<br>Judge: Hon. William H. Orrick<br>Coutroom: 2, 17th Floor |

# Expert Report of Edward R. Blonz, PhD

As detailed in my curriculum vitae, a true and accurate copy of which is attached hereto as Attachment A, I hold an M.S. and Ph.D. in Nutrition, and am engaged in analyzing, writing, speaking and electronically disseminating science-based information to organizations and the public about issues relating to nutrition, foods, food science and health.  This report contains information pertaining to a proposed class action on behalf of a nationwide class and California, Florida, and New York subclasses seeking redress for Bayer's practices in misrepresenting the health benefits of varieties of its One A Day multivitamin/multimineral supplements ["Product(s)"][1] in violation of various state consumer protection laws and common law.

I have been supplied with materials relating to these Products.  This report will state a summary of its conclusions, and provide analysis of the items considered.  I have personal knowledge of the matters contained in this report, and if called as a witness I could and would competently testify as to the matters discussed herein.

The outline of this report is as follows:

| | | |
|---|---|---|
| **I.** | **A.** | **Products Identification and Composition** |
| | **B.** | **Assignment** |
| | **C.** | **Summary of Conclusions** |
| | **D.** | **Scientific Resource Collections Consulted** |
| | **E.** | **Scientific Assumptions Used in This Report** |

---

[1] Including without limitation Bayer One A Day Women's Formula, One A Day Men's Health Formula, Women's One A Day 50+ Healthy Advantage, Men's One A Day 50+ Healthy Advantage, Men's One A Day Pro Edge Multivitamin, Women's One A Day Pro Edge, Women's One A Day Active Metabolism, Women's One A Day Menopause Formula, Women's One A Day Active Mind & Body, Women's One A Day Plus Healthy Skin Support, One A Day Women's Petites, One A Day Teen Advantage for Her, One A Day Teen Advantage for Him, One A Day Essential, One A Day Energy, One A Day Women's VitaCraves Gummies, One A Day Men's VitaCraves Gummies, One A Day VitaCraves Gummies Plus Immunity  Support, One A Day VitaCraves Gummies Regular, and One A Day VitaCraves Sour Gummies.

II.    **General Report Information**

III.    **Attachments**

**I.A.    Products Identification, Composition and Marketing**

1.  The One A Day (OAD) Products under consideration include those on the following list. There is a Supplement Facts label for each of these products in Attachment B, and a table containing the per-serving nutrient content of each product, along with the Daily Value for each nutrient in Attachment C:

    a.  Women's Formula

    b.  Men's Health Formula

    c.  Women's 50+ Healthy Advantage

    d.  Men's 50+ Healthy Advantage

    e.  Men's Pro Edge Multivitamin

    f.  Women's Pro Edge

    g.  Women's Active Metabolism

    h.  Women's Menopause Formula

    i.  Women's Active Mind & Body

    j.  Women's Plus Healthy Skin Support

    k.  Women's Petites

    l.  Teen Advantage for Her

    m.  Teen Advantage for Him

    n.  Essential

    o.  Energy

    p.  Women's VitaCraves Gummies

    q.  Men's VitaCraves Gummies

    r.  VitaCraves Gummies Plus Immunity Support

    s.  VitaCraves Gummies Regular

    t.  VitaCraves Sour Gummies

2. The Products are associated with several health concerns, including specific claimed abilities to provide support for the following health issues (the Claims):

    a.  Heart health,

    b.  Immunity, and/or

    c.  Physical energy

    d.  Bayer markets an assortment of Products, each individual consumer being actively directed to one or more specific items of the Product line that target that particular individual's health concerns.  The direction is accomplished using information on Product packaging, print, television and web-based advertising and Bayer's website (https://oneaday.com) on which there is a prominent, interactive "FIND YOUR ONE A DAY" query system. Through this system each individual enters their sex, age, supplement-form preference and the health support they are seeking; the system then provides response-specific product(s) for that individual:



## I.B.    Assignment

I have been requested to prepare a report declaring my expert opinion on the following matters, these opinions to be based on competent and reliable evidence at the time the associated claims were made.  In addition to these responses, I am to include a current CV, publications in the past 10 years and a list of all other cases in which, during the previous 4 years, I testified as an expert at trial or by deposition before any government regulatory agency.

1. What is the adequacy of vitamin and essential mineral intake from diets typically consumed by otherwise-healthy individuals in the United States?

2. Does the "typically consumed" diet, as referred to in the previous question, provide sufficient amounts of vitamins and essential minerals to support normal heart health, immunity and physical energy in most Americans?

3. Will the taking of one of the Products provide a significant increase in the aforementioned support for heart health, immunity, or physical energy for most Americans in a way that would not otherwise not be experienced had the Product not been taken?[2]

---

[2] While the product is named One A Day, and directions for use indicate the taking of one (or with some of the Products, two) daily with food, the claimed effects are not qualified to indicate that the product must be taken for a

4. Is there any evidence of a measurable benefit at all, for the normal, otherwise-healthy, well-nourished American, from taking one of the Products?

5. Is there any competent and reliable evidence, or scientific basis, to claim a significantly different effect as regards support for heart health, immunity, and physical energy, between taking one of the Products associated with Bayer-claimed support for that process, versus taking a different one of the Products not making that claim?

6. As regards "heart health," products claiming to "support" this area base the claim on the presence of vitamins B6, B12, C, E and Folic Acid in the product formula.  Is there any evidence, or basis to conclude that the levels of vitamins B6, B12, C, E and Folic Acid, in Products making the "supports heart health" claim, will, by acting alone or in concert, provided any measurable support for heart health when added to the action of these nutrients as provided by the typical, non-supplemented diet?   Are there other considerations regarding any claim to support Heart Health?

7. As regards "immune health," products claiming to "support" this area base the claim on their contents of vitamins A, C, E and Selenium.  Is there any evidence, or basis to conclude that the levels of vitamins A, C, E and selenium in Products making the "supports immune health" claim, will, by acting alone or in concert, provided any measurable support for immune health in addition to the action of these nutrients as provided by the typical, non-supplemented diet?   Are there other considerations regarding any claim to support immune health?

---

specific number of days before the claimed effects will be experienced by an otherwise healthy, well-nourished consumer. A reasonable consumer could thus expect claimed effects to be available with the first dose, and each dose thereafter.

8. As regards "physical energy," products claiming to "support" this area base the on the contents of the eight B vitamins: thiamine (B1), riboflavin (B2), niacin (B3), pantothenic acid (B5), pyridoxine (B6), biotin (B7), folic acid (B9), and cobalamin (B12), which help convert food to fuel.  Is there any evidence, or basis to conclude that the levels of the eight B vitamins in Products making the "supports physical energy" claim, will, by acting alone or in concert, provided any measurable support for physical energy above the action of these nutrients provided by the typical, non-supplemented diet?  Are there other considerations regarding any claim to support physical energy?

9. Is it necessary to conduct Product-specific studies, using the formulation of each product to determine whether, or not, that Product provides a significant effect on (1) heart health, (2) immunity, or (3) physical energy?

10. Do the Products provide all essential nutrients?  If not, indicate the essential nutrients are lacking from which product?


## I.C.    Summary of Conclusions

**General observation of issues being considered:** A core issue identified during this assignment is that specific, individual Products are promoted to consumers by virtue of a Bayer-purported ability to provide "support" for consumer-expressed health concerns, these including heart health, immune health, and physical energy.  Consumers get differentially directed to the specific product(s) based on their age, sex, supplement-form preferences and health concern(s), Bayer actively selecting and promoting a "Recommended for you" product(s) for each individual consumer that will provide the effect desired by that consumer.

A key premise of this report is that the Products being considered are

dietary supplements, not drugs.  After consumption, it is acknowledged that

the Products will provide the body with varying amounts of certain

essential nutrients.  It is acknowledged, however, that these substances are

already present in the bodies of typical, otherwise-healthy, well-nourished

Americans independent their provision by the Products.[3]


As revealed by my review of studies in Attachment I, and discussed in response No. 4 below,

there is no competent and reliable evidence on which to base any direct or implied claim that

any one of the Products, when taken as directed, will cause measurable (statistically

significant) effects on bodily events or processes for average Americans, that would not be

provided by the nutrients normally present in their diet.   Therefore, irrespective of being

couched in structure/function language of "provides support," promotions that elevate and

select one Product, or one Product over another one of the Products are misleading and false.

Data from the most recent CDC report on nutrient deficiencies in the U.S. population is

discussed in Attachment F.   All told, there is a lack of competent and reliable evidence to

support any claim or contention, whether direct or implied, that there will be a significant

difference in effect on heart health, immune system functionality and physical energy

between 1) the selection and use of one Product versus another, 2) the selection and use of

---

[3] The concept of a "healthy" individual is assumed because under section 201(g)(1)(B) of the Food Drug and Cosmetic Act ("the Act") substances intended for use in the diagnosis, cure, mitigation, treatment, or prevention of disease are classified as drugs, not dietary supplements. The "well-nourished" assumption is based on claimed effects not being the result of the product ingredients satisfying an existing nutrient deficiency. Claims can be made that involve a benefit associated with the relief of a nutrient deficiency disease, however there must be an accompanying statement disclosing this as the basis for the claim, and it must be accompanied by a statement of how widespread the deficiency disease is in the United States.

one Product promoted by Bayer to support heart health, immune system or physical energy and a different one of the Products not making that claim.

**Specific Assignment Question Conclusions:**

1. What is the adequacy of vitamin and essential mineral intake from diets typically consumed by otherwise-healthy individuals in the United States?

   **CONCLUSION:** This response is based on the concept that recommended levels of intake for essential nutrients are general goals, not absolute fixed amounts that must be consumed on a daily basis "or else" the body develops a deficiency disease.[4] Bayer statements that 90% of Americans fall short in getting their nutrients from food alone, implying that 90% of Americans, therefore, are nutrient deficient are baseless.[5] The Second National Report on Biochemical Indicators of Diet and Nutrition by the U.S. Center for Disease Control (CDC report), discussed in greater detail in Attachment F provides important perspectives on this issue.[6] This is a report that measured actual biochemical deficiencies. It does not make unsubstantiated generalizations that occasionally falling short in getting a recommended level of a nutrient translates to a deficiency. CDC provides no support for any contention that 90 percent of the U.S. population are nutrient deficient. Using vitamin B6 as an example, the report does state that 10.5% of the population does not get the recommended intake of Vitamin B6. This does not, however, indicate that 10.5% of people in America are vitamin B6 deficient. As stated in the report:

---

[4] A brief review of the standards for nutrient recommendations is presented in Attachment G.
[5] http://campaignforessentialnutrients.com/about-the-campaign
[6] https://www.cdc.gov/nutritionreport/

Due to the wide abundance of vitamin B6 in foods, dietary deficiencies of

vitamin B6 are . . . rare. Signs of vitamin B6 deficiency include dermatitis,

glossitis (inflammation of the tongue), depression, confusion, convulsions,

and anemia. Symptoms do not appear immediately, however, for ~80% of

the vitamin B6 in the body is stored in muscle tissue and will remain

stable until intake has been low for several weeks.[7]

It should be noted that the U.S. National Health and Nutrition Examination Survey

(NHANES)[8] contains a "What We Eat in America" component to provide a 2-day

snapshot of nutrient intake.  Data from NHANES 2003-6 and NHANES 2007-10 (the

Fulgoni studies) are summarized on Attachment D alongside an indication of each

nutrients' Daily Value (DV) and Recommended Dietary Allowance (RDA)[9].   From this

information, we learn that normal dietary intake of vitamin B6 (without supplements) is

consistent with recommended levels of intake.  This helps explain the rarity of vitamin

B6 deficiency, however it is important to understand the discrepancy between Fulgoni

and the CDC report.  NHANES is based on a 2-day survey of food intake, while the CDC

report was based on the actual measurement of the level of specific biochemical

indicators in the body (a form that the nutrient is changed into after absorption).   With

NHANES we find that the level consumed is comparable to required levels of intake but

more on point is the CDC report indicating the rarity of B6 deficiencies.

---

[7] https://www.cdc.gov/nutritionreport/pdf/Nutrition_Book_complete508_final.pdf, page 25/495
[8] https://www.cdc.gov/nchs/nhanes/
[9] A comparative explanation of DV and the RDA is provided on Attachment H.

2. Does the "typically consumed" diet, as referred to in the previous question, provide

   sufficient amounts of vitamins and essential minerals to support normal heart health,

   immunity and physical energy in most Americans?

   **CONCLUSION:**  Yes.  Attachment D indicates typical levels of nutrient intakes

   provided by a normal (non-supplemented) diet. This is presented alongside the RDA and

   DV for each nutrient.   Attachment F, however, presents information on actual nutrient

   deficiencies and I have included an explanation and context for each nutrient reported.

   Apparent from Attachment F is the fact that nutrient deficiencies are rare; each nutrient

   cited as having a level of deficiency in the U.S. population is discussed.   As applies to

   the issues in this matter, it can be concluded that "typically consumed" diet does indeed

   provide sufficient amounts of vitamins and essential minerals for normal health in most

   Americans.  These would, as a matter of course, include those nutrients that support

   normal heart health, immunity and physical energy.

3. Will the taking of one of the Products provide a significant increase in the

   aforementioned support for heart health, immunity, or physical energy for most

   Americans in a way that would not otherwise not be experienced had the Product not

   been taken?[10]

   **CONCLUSION:**  No.  There is no competent and reliable evidence to support such a

   conclusion.   First, we have the levels of essential nutrients consumed compared with

   requirements (Attachment D) together with the low incidence of nutrient deficiencies

---

[10] While the product is named One A Day, and directions for use indicate the taking of one (or with some of the Products, two) daily with food, the claimed effects are not qualified to indicate that the product must be taken for a specific number of days before the claimed effects will be experienced by an otherwise healthy, well-nourished consumer. A reasonable consumer could thus expect claimed effects to be available with the first dose, and each dose thereafter.

reported in the U.S. population (Attachment F).   For epidemiological evidence, I have provided a review of 18 major studies in the peer-reviewed scientific literature reporting no major significant effects from multivitamin/mineral supplements on issues relating to heart health, immunity or physical energy. (Attachment I).

4.  Is there any evidence of a measurable benefit at all, for the normal, otherwise-healthy, well-nourished American, from taking one of the Products?

**CONCLUSION:**  No.  A survey of the scientific literature revealed 18 studies examining multivitamin/mineral supplements to assess the existence of measurable benefits from the taking of such products, these are all cited and evaluated on Attachment I.  These studies are consistent in their reports of a lack of measurable benefits for the most of the individuals examined, the individual studies reporting after multivitamin/mineral use ranging from 4 months to over 11 years.   Also, as discussed on Attachment F, the incidence of nutrition deficiencies in the U.S. population is quite limited.  Then there is the fact that the Products under consideration in this matter are not "complete" in that they do not contain all the essential nutrients (specifics of this are presented in the response to assignment question 10 below).  The example of magnesium is raised in Attachment E due the fact that this essential mineral is key to support a variety of physiological processes that include heart health, immune system functionality and physical energy.  Magnesium is an essential nutrient where typical dietary intakes are below recommended levels, and yet, the amount provided by Products claiming to "support" these processes do little to change this status.

5.  Is there any competent and reliable evidence, or scientific basis, to claim a significantly different effect as regards support for heart health, immunity, and physical energy,

between taking one of the Products associated with Bayer-claimed support for that process, versus taking a different one of the Products not making that claim?

**CONCLUSION**:  No.   Given the understanding that we are dealing with a dietary supplement, not a drug, and unqualified claims that must apply to otherwise-healthy, well-nourished individuals,[11] there is no evidence, or scientific basis to affirm any measurable (statistically significant) effect on heart health, immunity or physical energy from taking a Product claiming to support these processes, versus a different one of the Products not making such claims.

6.  As regards "heart health," products claiming to "support" this area base the claim on the presence of vitamins B6, B12, C, E and Folic Acid in the product formula.  Is there any evidence, or basis to conclude that the levels of vitamins B6, B12, C, E and Folic Acid, in Products making the "supports heart health" claim, will, by acting alone or in concert, provided any measurable support for heart health when added to the action of these nutrients as provided by the typical, non-supplemented diet?  Are there other considerations regarding any claim to support Heart Health?

**CONCLUSION:**  On Attachment G I have provided a comparative view of four Products carrying claims at issue in this matter.  **As shown on page 3 of Attachment G, the use of the "Supports Heart Health" claim lacks any scientific logic or evidence-based criteria**.  As has been discussed above, there is no evidence or basis to assume any

---

[11] Unqualified claims for dietary supplements can be assumed to apply otherwise-healthy, well-nourished individuals. This is based on section 201(g)(1)(B) of the Food Drug and Cosmetic Act ("the Act") which states that substances intended for use in the diagnosis, cure, mitigation, treatment, or prevention of disease are classified as drugs, not dietary supplements. The "well-nourished" assumption is based on claimed effects not being the result of the product ingredients satisfying an existing nutrient deficiency. Claims can be made that involve a benefit associated with the relief of a nutrient deficiency disease, however if this is the basis for the claim, there must be an accompanying statement disclosing this fact and it must be accompanied by a statement indicating how widespread the deficiency disease is in the United States.

measurable (statistically significant) effect supporting heart health between use, versus non-use, of one of the Products when consumed by an otherwise-healthy, well-nourished individual in addition to the nutrients present in their normal diet.  This would apply to use versus nonuse of one product as well as the use of one, versus the use of a different one of the Products.   Another consideration regarding "supports heart health" is the issue of magnesium which is covered in Attachment E. Magnesium is a nutrient recognized as a critical for heart health, and, indeed it is indicated in the Fulgoni studies (Attachment D) as being inadequate in the U.S. diet.  Seventeen of the twenty Products fail to raise magnesium to either the DV or RDA level, and three of the products claiming to support heart health provide 0 mg of this essential mineral nutrient.

7. As regards "immune health, products claiming to "support" this area base the claim on their contents of vitamins A, C, E and Selenium.  Is there any evidence, or basis to conclude that the levels of vitamins A, C, E and selenium in Products making the "supports immune health" claim, will, by acting alone or in concert, provide any measurable support for immune health in addition to the action of these nutrients as provided by the typical, non-supplemented diet?   Are there other considerations regarding any claim to support immune health?

**CONCLUSION:** On Attachment G I have provided a comparative view of four Products carrying claims at issue in this matter. **As shown on page 3 of Attachment G, the use of the "Supports Immune Health" claim lacks any scientific logic or evidence-based criteria**.   The "Active Metabolism" product has the "Supports Immune Health" designation, while the three others, each of which has more of the Bayer-designated nutrients critical for immune health, do not carry the claim.   As has been discussed

above, there is no evidence or basis to assume any measurable (statistically significant) effect supporting immune health between use, versus non-use, of one of the Products when consumed by an otherwise-healthy, well-nourished individual in addition to the nutrients present in their normal diet.  This would apply to use versus nonuse of one product as well as the use of one, versus the use of a different one of the Products. Another consideration regarding "Supports Immune Health" is the issue of magnesium which is covered in Attachment E. Magnesium is a nutrient recognized as a critical for the immune system and, indeed, it is indicated in the Fulgoni studies (Attachment D) as being inadequate in the U.S. diet.  Seventeen of the twenty Products fail to raise magnesium to either the DV or RDA level, and seven of the Products claiming to support immune health provide 0 mg of this essential mineral nutrient.

8. As regards "physical energy," products claiming to "support" this area base the claim on the contents of the eight B vitamins: thiamine (B1), riboflavin (B2), niacin (B3), pantothenic acid (B5), pyridoxine (B6), biotin (B7), folic acid (B9), and cobalamin (B12), which help convert food to fuel.  Is there any evidence, or basis to conclude that the levels of the eight B vitamins in Products making the "supports physical energy" claim, will, by acting alone or in concert, provide any measurable support for physical energy above the action of these nutrients provided by the typical, non-supplemented diet?   Are there other considerations regarding any claim to support physical energy?

**CONCLUSION:** On Attachment G I have provided a comparative view of four Products carrying claims at issue in this matter.  **As shown on page 3 of Attachment G, the use of the "Supports Physical Energy" claim lacks any scientific logic or evidence-based criteria**.  The "Active Mind and Body" product has the "Supports Physical Energy"

designation, while the "Active Metabolism" product containing the same levels of the eight B vitamins does not carry the claim.[12]   As has been discussed in questions above, there is no evidence or basis to assume any measurable (statistically significant) effect supporting physical energy between use, versus non-use, of one of the Products when consumed by an otherwise-healthy, well-nourished individual in addition to the nutrients present in their normal diet.  This would apply to use versus nonuse of one product as well as the use of one, versus the use of a different one of the Products.   Another consideration regarding "Supports Physical Energy" is the issue of magnesium which is covered in Attachment E. Magnesium is a nutrient recognized as a critical for the production of physical energy in the body and, indeed, it is indicated in the Fulgoni studies (Attachment D) as being inadequate in the U.S. diet.  Seventeen of the twenty Products fail to raise magnesium to either the DV or RDA level, and five of the products claiming to support physical energy provide 0 mg of this essential mineral nutrient.

9.  Is it necessary to conduct Product-specific studies, using the formulation of each product to determine whether, or not, that Product provides a significant effect on (1) heart health, (2) immunity, or (3) physical energy?  Can there be scientific substantiation for structure/function claims that do not consider incidence of disease to measure outcome?

**CONCLUSION:**   Product-specific research with multivitamin/minerals, in which a specific product is compared with no product or a placebo, using a randomized, double-blind methodology is the ideal method to investigate efficacy.[13] More common are general studies where health outcomes are compared between supplement-using and non-

---

[12] It is acknowledged that certain of the Products provide caffeine or caffeine-containing guarana, both stimulant substance.  My evaluations regarding physical energy are made according to Bayer's explicit B-vitamin criteria, and are independent of any stimulation provided any added stimulant substances.
[13] See section I.F. for a definition of these experimental methodology terms.

supplement using populations. Attachment I provides citations and evaluations of many large, prestigious studies assessing multivitamin/mineral efficacy. These studies compared the incidence of nutrient-related disease outcomes, many of these relating to physiological functions associated with "heart health" "immune health" and "physical energy," which are being considered in this matter. The weight of peer-reviewed science findings reveals a lack of any basis to claim efficacy from multivitamin/mineral supplements in otherwise-healthy, well-nourished individuals. The issue of whether scientific substantiation for structure/function claims must rely on the incidence of disease is a complex topic. The concept of the structure/function claim is that it supports normal health. For such a claim to not be misleading, there would have to be competent and reliable evidence that the use of the product as directed had a measurable effect in this regard. Studying the incidence of health outcomes related to the proposed "claim," comparing user vs nonuser populations, is a reasonable method to gather such data. With such a method, you rely on a finding of a lack of effect on related disease incidence (in product users vs non-users) as a valid "disqualifier" for claims of support for normal health for that product, whether it be processes associated with heart health, immune heath, physical energy, or other outcomes for which "support" is claimed. Attachment I effectively "disqualifies" the support claims at issue in this matter. Such claims being disqualified by a clear lack of evidence, it is my expert opinion that it is misleading and false to use such claims to select and promote specific products in response to health concerns expressed by individual consumers.

10. Do the Products provide all essential nutrients? If not, indicate which essential nutrients are lacking from which product?

**CONCLUSION**: "Essential nutrients" include protein, certain fatty acids and fiber, however these will not be considered, limiting the response to vitamins and minerals as listed in Attachment D.  None of the Products at issue provide all of the essential nutrients.  The individual Products and the essential nutrients not provided are as follows:

a.  Women's Formula

> **Essential nutrients not provided:** Choline, Magnesium, Molybdenum, Phosphorous, Potassium, Choline

b.  Men's Health Formula

> **Essential nutrients not provided:** Choline, Iron, Iodine, Molybdenum, Phosphorous, Potassium, Chloride

c.  Women's 50+ Healthy Advantage

> **Essential nutrients not provided:** Choline, Iron, Phosphorous, Potassium, Chloride.

d.  Men's 50+ Healthy Advantage

> **Essential nutrients not provided:** Choline, Iron, Phosphorous, Potassium, Chloride

e.  Men's Pro Edge Multivitamin

> **Essential nutrients not provided:** Choline, Iron, Iodine, Molybdenum, Phosphorous, Potassium, Chloride

f.  Women's Day Pro Edge

> **Essential nutrients not provided:** Vitamin K, Choline, Zinc, Selenium, Copper, Manganese, Phosphorous, Potassium, Chloride

g.  Women's Active Metabolism

**Essential nutrients not provided:** Choline, Iodine, Molybdenum, Phosphorous, Potassium, Chloride

h.  Women's Menopause Formula

**Essential nutrients not provided:** Vitamin K, Choline, Phosphorous, Potassium, Chloride.

i.  Women's Active Mind & Body

**Essential nutrients not provided:** Choline, Iodine, Molybdenum, Phosphorous, Potassium, Chloride.

j.  Women's Plus Healthy Skin Support

**Essential nutrients not provided:** Vitamin K, Choline, Iodine, Manganese, Molybdenum, Phosphorous, Potassium, Chloride.

k.  Women's Petites

i.  **Essential nutrients not provided:** Choline, Magnesium, Molybdenum, Phosphorous, Potassium, Chloride.

l.  Teen Advantage for Her

**Essential nutrients not provided:** Choline, Iodine, Molybdenum, Phosphorous, Potassium, Chloride.

m.  Teen Advantage for Him

**Essential nutrients not provided:** Choline, Iodine, Molybdenum, Phosphorous, Potassium, Chloride.

n.  Essential

**Essential nutrients not provided:** Vitamin K, Biotin, Choline, Iron, Iodine, Magnesium, Zinc, Selenium, Copper, Manganese, Chromium, Molybdenum, Phosphorous, Potassium, Chloride.

o.  Energy

**Essential nutrients not provided:** Choline, Phosphorous

p.  Women's VitaCraves Gummies

**Essential nutrients not provided:** Vitamin K, Thiamin (B1), Riboflavin (B2), Niacin (B3), Pantothenic Acid (B5), Choline, Iron, Magnesium, Selenium, Copper, Manganese, Chromium, Molybdenum, Phosphorous, Potassium, Chloride.

q.  Men's VitaCraves Gummies

**Essential nutrients not provided:** Vitamin K, Thiamin (B1), Riboflavin (B2), Niacin (B3), Choline, Calcium, Iron, Magnesium, Copper, Manganese, Chromium, Molybdenum, Phosphorous, Potassium, Chloride.

r.  VitaCraves Gummies Plus Immunity Support

**Essential nutrients not provided:** Vitamin K, Thiamin (B1), Riboflavin (B2), Niacin (B3), Choline, Calcium, Iron, Magnesium, Copper, Manganese, Chromium, Molybdenum, Phosphorous, Potassium, Chloride.

s.  VitaCraves Gummies Regular

**Essential nutrients not provided:** Vitamin K, Thiamin (B1), Riboflavin (B2), Niacin (B3), Calcium, Iron, Magnesium, Selenium, Copper, Manganese, Chromium, Molybdenum, Phosphorous, Potassium, Chloride.

t.  VitaCraves Sour Gummies

**Essential nutrients not provided:** Vitamin K, Thiamin (B1), Riboflavin (B2), Niacin (B3), Calcium, Iron, Magnesium, Zinc, Selenium, Copper, Manganese, Chromium, Molybdenum, Phosphorous, Potassium, Chloride.

**I.D.     Scientific Resource Collections Consulted**

1.   In the preparation of this report applicable peer-reviewed research was examined in the following scientific resource collections:

   a.   The National Library of Medicine at http://www.pubmed.gov (last visited January 7, 2017); and

   b.   Natural Medicines Database at https://naturalmedicines.therapeuticresearch.com (last visited January 7, 2017).

**I.E.     Scientific Assumptions and General Principles in This Report.**

1.   The term "deficiency" when referring to the intake of an essential nutrient, will refer to a biochemical deficiency in which there is an insufficient amount of the essential nutrient for normal body metabolism.  Such a deficiency can develop after an extended period of inadequate intake.  The duration of inadequate intake needed to create a nutrient deficiency depends on the degree of inadequacy as well as an individual's health profile.  There is no evidence, or basis to support any contention, that occasional inadequacies in the intake and absorption of essential nutrients will cause a nutrient deficiency in an otherwise-healthy, well-nourished individual.

2.   The presence of a biochemical deficiency is associated with specific deficiency symptoms, these vary according to the nutrient(s) involved.

3. An otherwise-healthy, well-nourished individual will not experience a nutrient deficiency.

4. There is no evidence that nutrient intakes above the Daily Value will confer additional significant benefits regarding heart health, immunity or physical energy to an otherwise healthy, well-nourished individual.

5. A qualified claim on a product, label or ad states the circumstances how or when a consumer can reasonably expect to get the advertised effect(s).  If there are no qualifiers, then the ad/label is unqualified and can be assumed to apply to otherwise-healthy, well-nourished individuals.  In addition, unqualified claims apply to the first serving of the Product and each serving consumed as directed thereafter.

6. The term "evidence" when used in this report, will refer to "competent and reliable evidence," the standard for which is research reporting clinically significant findings that have been published in a scientific journal indexed by the U.S. National Library of Medicine (pubmed.gov).   As a matter of course, prior to acceptance for publication, such research will have undergone a critical review by independent experts in the field (peer-review).  Desired elements of research include an experimental design that is randomized, double-blind, and placebo-controlled, examining effects on specific populations towards whom the claims at issue are directed.

7. In the publication of the study, all possible conflicts of interest must be clearly disclosed.

8. Findings that are novel or differ from current evidence should be confirmed by at least one additional, independent, "competent and reliable" investigation.  In all cases, findings should be consistent with established biochemical tenets.

9.  Research conducted on people with disease states can offer insight into mechanisms of action relating to that condition, but without specific supporting evidence it cannot be assumed that the same reactions will occur in otherwise healthy well nourished individuals.

10. Research studies using in vitro techniques, such as those performed outside of a living organism, or using animal models, can be suggestive of mechanisms or effects that may or may not take place in humans.  Such research does not, by itself, provide scientific support for advertising claims for the Products being used by humans.

11. Experimental elements mentioned above are explained as follows:

    a.  <u>Randomization</u>: Subjects are randomly assigned to either the group receiving the active treatment or the group receiving the placebo; neither the researcher nor the subject has any say over the assignment.

    b.  <u>Placebo</u>: An inactive treatment that tastes and otherwise resembles the real treatment. The use of a placebo treatment helps eliminate any error resulting from subject or researcher expectations that the treatment should produce an effect.  For example, a dietary supplement may result in a loss of weight, but weight loss may also occur if only a placebo pill were used.  To conclude with confidence that the treatment is having an effect, and that the results are due to the treatment and not the expectation, the effect experienced by those taking the product or treatment would have to be statistically significantly greater than the effect experienced by those taking the placebo.

    c.  <u>Double Blind</u>: Throughout the randomization and data collection phase of the experiment, neither the subjects nor the researchers should know who is receiving the active treatment and who is receiving the placebo.

d.  Peer-reviewed journal: Prior to acceptance for publication, a study should undergo a

   critical review by independent scientists having expertise in the area being

   investigated.

e.  Statistically Significant: Tests of statistical significance tell you whether the findings

   are mathematically reliable.  In order to state that the observed difference is

   statistically significant, it must be large enough so that it could not be explained by

   chance alone.  Tests are conducted to verify that the probability ("p") is less than 1 in

   20 that the difference might have happened by chance.  This is normally expressed as

   a $p < 0.05$, or "statistically significant at the 5% level." This is the minimum standard

   needed for observed differences to be categorized as statistically significant.  In this

   report, any use of the term "significant," or reference to a study result as significant,

   refers to statistical significance at the $p < 0.05$ level.

f.  Clinically Significant: Clinical significance addresses the important issue of whether

   a treatment effect is worth the effort.  A result can be statistically significant but not

   be clinically significant because it is very small or because it is not a clinically

   important outcome.  Assessments of clinical significance are made by those having

   expertise in the area being studied.  For example, a study reported that an effect of an

   herbal substance could amount to a loss of 2.2 pounds over a six-month period.[14]  In

   the paper, the authors concluded that such an effect would not be clinically

   significant.

g.  Confirmation by independent researchers: When results represent a novel finding, or

   are a departure from existing knowledge, they need to be confirmed by independent

---

[14] Gougeon R, Harrigan K, Tremblay JF, Hedrei P, Lamarche M, Morais JA. Increase in the thermic effect of food in women by adrenergic amines extracted from citrus aurantium. Obes Res. 2005 Jul;13(7):1187-94.

researchers at different institutions to eliminate any possibility of methodological error or bias.

12. Products, when mentioned, are assumed to be taken as directed.

13. The word "support" used in this report can have various definitions but there is a specific meaning when used to characterize an effect of a substance or dietary supplement on the structure or function of the human body (structure/function claims).  Structure/function claims are permitted for dietary supplements, however as clearly stated in federal guidelines relating to dietary supplement advertising:[15]

    a.  Advertising must be truthful and not misleading, and

    b.  Before disseminating an ad, advertisers must have adequate substantiation for all objective product claims.

## II  General Report Information

I reserve my right to modify, amend and/or supplement this report if I am provided with additional information related to this case, or asked to comment additionally on materials provided.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 10, 2017 in Kensington, California.

_____

Edward R. Blonz, PhD

---

[15] https://www.ftc.gov/tips-advice/business-center/guidance/dietary-supplements-advertising-guide-industry#Application

**III.**    **Attachments**

Attachment A:    CV, Edward R. Blonz, PhD

Attachment B:    One A Day Products' Supplement Facts Labels

Attachment C:    One A Day Products Contents

Attachment D:    Daily Value, Adult Recommended Dietary Allowances and

NHANES Normal Dietary Intakes from two recent surveys.

Attachment E:    Regarding Magnesium

Attachment F:    CDC Nutrition Report – Nutrient Deficiencies

Attachment G:    Support Claims / Formula Comparison – Four products

Attachment H:    Recommended Dietary Allowance vs Daily Value

Attachment I:    Peer-reviewed studies of effects of multivitamin/mineral

supplements.

Attachment A

# EDWARD R. BLONZ, PhD

139 Purdue Avenue, Kensington, California 94708
(510) 525-6925 *phone* - (510) 747-8676 *mobile/message*
*ed@blonz.com*

## EDUCATION

Ph.D., Nutrition, University of California-Davis, December 1983
M.S., Nutrition, University of California-Davis, December 1977
B.A., Psychology, University of Wisconsin-Madison, June 1971.

## PROFESSIONAL ACTIVITIES

2009 -    **ASSISTANT CLINICAL PROFESSOR**, Department of Clinical Pharmacy, 521
Parnassus Avenue, University of California, San Francisco, CA 94143

1990 -    **PRINCIPAL**, Edward R. Blonz, 139 Purdue Avenue, Kensington, CA 94708-
1032   (510) 525-6925.

- Consultant and Expert Witness specializing in nutritional, biochemical and physiological issues relating to the use, effects and claims made for foods, dietary supplements, related compounds and devices.  Clients include the Federal Trade Commission, U.S. Department of Justice, Attorneys General of 27 states and the District of Columbia, and City and District Attorneys in state of California.

- Dietary Supplement Safety Committee, (Founding member and Chair) ad hoc committee of nutritionists, physicians, pharmacists, researchers, attorneys, journalists and allied health professionals.

- Scientific journalist and public speaker. Nationally syndicated newspaper columnist (Universal Press Syndicate) Author: Eight books for the general public on nutrition, foods and health.  Creator of The Blonz Guide (http://blonz.com), an award winning website listing reliable resources in nutrition, foods and health. Editorial Board: Berkeley Wellness Letter.

- Former Member (Appointed): 1) Dietary Supplement Subcommittee of the Food Advisory Committee; FDA, Center for Food Safety and Applied Nutrition; U.S. Department of Health and Human Services.  2)  Health Fraud Task Force of California, a collaborative FDA interagency task force focused on research, networking and consumer education.

1998 - 2000   **DIRECTOR OF NUTRITION / SCIENCE DIRECTOR**, More.com (formerly greentree.com), 520 3rd Street, San Francisco, CA (415) 979-9597

- Science Director; involved in evidence-based content creation for e-commerce site focusing on nutrition, health, wellness and pharmacy.

- Scientific reviewer, member of Scientific Advisory Board, consultant for online resources and strategic decisions involving selection of content providers.

- "Ask Dr. Blonz," an interactive feature, responding to issues in nutrition, health, dietary supplements and wellness.

1987-1990     **ADMINISTRATIVE PROJECT MANAGER**, Metabolic Research Unit, USDA Western Human Nutrition Research Center, Presidio of San Francisco, CA 94129.

- Administrator of Nursing, Dietary, Health and Safety, Data Processing and Administrative Support Services; responsibilities included management, personnel and fiscal affairs for all areas involved in contract operation of USDA Metabolic Research Unit.

- Responsible for staff recruitment, delegation, supervision of quality control program and motivation among five Department Heads and staff of 30.


1984-1987     **ASSISTANT PROFESSOR,** University of Minnesota, Department of Food Science and Nutrition, 1334 Eckles Ave, St. Paul, MN. 55108

- Provided statewide leadership in the program areas of food, nutrition and health information along with the development and adaptation of educational materials and strategic planning with the Minnesota Extension Service. Developed computer-based information system for intra- and interstate network.

- Developed state programs on the relation between healthy lifestyles and questionable health practices. Served as interface and advisor to the media and government agencies.

- Founder & President: Minnesota Council Against Health Fraud, Inc., an all-volunteer, non-profit agency. Served as official spokesperson for the organization in presentations as well as in all media contacts.


1977-1984     **RESEARCH ASSISTANT; VISITING LECTURER; Research Fellow**; Department of Nutrition, University of California, Davis. (Doctoral Program)

- Research focus on the investigation of the relationship between insulin and obesity by measuring glucose-induced insulin secretion during the development of obesity. Additionally utilized techniques of radioimmunoassay, and body composition determination.

- Adapted, developed and utilized surgical techniques and apparatus for *in vitro* pancreas perfusion with 2 and 4-week old genetically obese rats.

- Visiting Lecturer 1980 - 1982: Introductory Nutrition (1980 - 81); Nutrition Through the Life Cycle (1980 - 82)

1975-1977     **SEA GRANT RESEARCH FELLOW**, Institute of Marine Resources, Department of Food Science, University of California, Davis. (Masters Program)

- Investigated and reported on seafood toxicology involving commercially-canned products (Scombroid poisoning).

- Developed laboratory and bioassay assessment techniques, including thin-layer chromatography, and testing with various animal models.

1972-1975     **ADMINISTRATIVE ASSISTANT**, Mason-Barron Pathology Labs, Chicago, IL 60641

- Laboratory systems and workflow administration; Manager of five departments, including customer-client relations, nursing home services, general office, specimen processing and dispatch for a large metropolitan reference laboratory. (75 employees)

## *PROFESSIONAL ORGANIZATIONS*

American Society for Nutrition                          Institute of Food Technologists
American College of Nutrition (Fellow)          Association of Food Journalists
The Obesity Society (Fellow)                          New York Academy of Sciences
Sigma Xi, The Scientific Research Society     Association of Health Care Journalists
National Association of Science Writers          American Association for the Advancement of Science
Northern California Science Writers Association

## *BOOKS PUBLISHED*

The Really Simple, No Nonsense Nutrition Guide, Conari Press, 1993
Your Personal Nutritionist: Fat and Fiber, Penguin/Signet 1996
Your Personal Nutritionist: Antioxidants, Penguin/Signet 1996
Your Personal Nutritionist: Calcium and the Minerals, Penguin/Signet 1996
Your Personal Nutritionist: Food Additives, Penguin/Signet 1997
Power Nutrition, Signet, Penguin/Signet 1998
The Nutrition Doctor's A to Z Food Counter, Signet, Penguin/Signet 1999
The Wellness Supermarket Buying Guide, University of California, Berkeley, 2012

## *OTHER PUBLICATIONS*

"On Nutrition" newspaper column covering topics in food, food science, nutrition and health; published weekly, syndicated nationally through Universal Press Syndicate and has been in press continuously since January 1990.

# SCIENTIFIC PUBLICATIONS

Blonz, E.R., and Olcott, H.S. Effects of histamine and of aqueous extracts of canned spoiled and unspoiled tuna on Daphnia magna. Fed. Pro., 36: 1117, 1977.

Blonz, E.R., and Olcott, H.S. Daphnia Magna as a bioassay system for histamine in tuna extracts. Bull.Jap.Soc.Sci.Fsh.,44:5 517-519, 1978.

Blonz, E.R., and Olcott, H.S. Effect of histamine, putrescine, and of canned spoiled tuna on growth in young Japanese Quail. J.Fd. Sci 43:5 1390-1391, 1399, 1978.

Blonz, E.R., and Olcott, H.S. Effects of orally ingested histamine and/or commercially canned spoiled skipjack tuna on pigs, cats, dogs, and rabbits. Comp. Bioch. Physiol. 61C:161-163, 1978.

Blonz, E.R. Histamine toxicity from fish: bioassay. Am.Chem.Soc.(Ag.Fd.Chem. Div.) Annual Meeting (abs), 1978.

Blonz, E.R., and Stern, J.S. Fad Diets and Obesity, in Contemporary Issues in Clinical Nutrition, vol. 2, Controversies in Nutrition. L. Ellenbogen, ed., Churchill Livingston, N.Y., 1981.

Blonz, E.R., Curry, D.L., and Stern, J.S. Insulin release in perfused pancreata of 2 and 4-week Zucker obese and lean rats. Fed. Pro. 42:3 587, 1983.

Blonz, E.R., Judith S. Stern, and Donald L. Curry. Dynamics of pancreatic insulin release in young Zucker rats: a heterozygote effect. Amer. J. Physiol. 248: E188-E193, 1985.

Blonz, E.R. Is there an epidemic of Chronic Candidiasis in our midst? JAMA 256:22, 3138-3139, 1986.

Blonz, E.R., D.L. Curry, and J.S. Stern. Diet composition during suckling alters growth and insulin release by 4-week lean and obese rats. Nutrition Reports International 37:2, 379-386, 1988.

Blonz, E.R. You are what you ate: The Biosetpoint Hypothesis. Med Hypotheses. 2006 67(2):270-5.

Blonz ER. Zika virus and GLUT1. The Lancet Infectious Diseases. 15:6, 242, 2016

## Prior Testimony, Publications, and Compensation

**Previous Testimony:**

In the past four years I have testified as an expert at trial or deposition as follows:

STATE OF WASHINGTON, v. LIVING ESSENTIALS, LLC, a Michigan limited liability company, and INNOVATION VENTURES, LLC, a Michigan limited
liability company. (NO. 14-2-19684-9 SEA)
**Subject**: Expert testimony on behalf of the State of Washington. At depositions, 04/14/16 and 06/23/16; At trial on 08/25/16, 08/29-30/16.

United States of America/Federal Trade Commission v. Basic Research, LLC. et al., (Civil No. 2:09-cv-00779-CW-EJF consolidated with Civil No. 2:09-cv-00972)
United States District Court for the District of Utah, Central Division
**Subject:** expert testimony on behalf of United States of America/Federal Trade Commission: Dietary Supplements, obesity and weight loss
Date: August 15, 2012

**Publications:**

During the past 10 years I authored the following scientific publications:

Blonz, E.R. You are what you ate: The Biosetpoint Hypothesis. Med Hypotheses. 2006 67(2):270-5.

Blonz ER.   Zika virus and GLUT1.  The Lancet Infectious Diseases. 15:6, 242, 2016

**Compensation:**

I am being compensated for my services in this matter at the rate of $400.00 per hour for all work other than testimony at deposition or trial for which I will be compensated at a rate of $500.00 per hour. Compensation in this matter is not contingent on the outcome.


**Bayer HealthCare**
Consumer Care

### ONE A DAY®
### Women's

**Directions:** Adults: One tablet daily, with food.

## Supplement Facts
Serving Size: One tablet

| | Amount Per Serving | % Daily Value |
|---|---|---|
| Vitamin A (20% as beta-carotene) | 2500 IU | 50% |
| Vitamin C | 60 mg | 100% |
| Vitamin D (as Vitamin $D_3$) | 1000 IU | 250% |
| Vitamin E | 22.5 IU | 75% |
| Vitamin K | 25 mcg | 31% |
| Thiamin ($B_1$) | 1.5 mg | 100% |
| Riboflavin ($B_2$) | 1.7 mg | 100% |
| Niacin | 20 mg | 100% |
| Vitamin $B_6$ | 2 mg | 100% |
| Folic Acid | 400 mcg | 100% |
| Vitamin $B_{12}$ | 6 mcg | 100% |
| Biotin | 300 mcg | 100% |
| Pantothenic Acid | 10 mg | 100% |
| Calcium (elemental) | 500 mg | 50% |
| Iron | 18 mg | 100% |
| Iodine | 150 mcg | 100% |
| Zinc | 15 mg | 100% |
| Selenium | 20 mcg | 29% |
| Copper | 2 mg | 100% |
| Manganese | 2 mg | 100% |
| Chromium | 120 mcg | 100% |

**INGREDIENTS:** Calcium Carbonate, Microcrystalline Cellulose, Ascorbic Acid, Ferrous Fumarate; Less than 2% of: Beta-Carotene, Biotin, Cholecalciferol, Chromium Chloride, Croscarmellose Sodium, Cupric Oxide, Cyanocobalamin, D-Calcium Pantothenate, dl-Alpha-Tocopheryl Acetate, FD&C Blue #2 Lake, FD&C Yellow #5 (tartrazine) Lake, FD&C Yellow #6 Lake, Folic Acid, Hydroxypropyl Methylcellulose, Magnesium Oxide, Manganese Sulfate, Niacinamide, Phytonadione, Polyethylene Glycol, Potassium Iodide, Pyridoxine Hydrochloride, Riboflavin, Silicon Dioxide, Sodium Selenite, Stearic Acid, Thiamine Mononitrate, Titanium Dioxide (color), Vitamin A Acetate, Zinc Oxide.

**WARNING:** Accidental overdose of iron-containing products is a leading cause of fatal poisoning in children under 6. Keep this product out of reach of children. In case of accidental overdose, call a doctor or poison control center immediately.

**KEEP OUT OF REACH OF CHILDREN**

**CHILD RESISTANT CAP**



**ONE A DAY®**
**Women's**

Bayer HealthCare LLC
Consumer Care
P.O. Box 1910
Morristown, NJ  07962-1910 USA

Contact Information –

**Questions or comments?**
Please call 1-800-800-4793 (Mon-Fri 9AM – 5PM EST)
Visit our website at www.oneaday.com



**Bayer HealthCare**
Consumer Care

**ONE A DAY®**
**Men's Health Formula**

**Directions:** Adults: One tablet daily, with food.

## Supplement Facts

Serving Size: One tablet

|  | Amount Per Serving | % Daily Value |
|---|---|---|
| Vitamin A (14% as beta-carotene) | 3500 IU | 70% |
| Vitamin C | 60 mg | 100% |
| Vitamin D (as Vitamin $D_3$) | 700 IU | 175% |
| Vitamin E | 22.5 IU | 75% |
| Vitamin K | 20 mcg | 25% |
| Thiamin ($B_1$) | 1.35 mg | 90% |
| Riboflavin ($B_2$) | 1.7 mg | 100% |
| Niacin | 18 mg | 90% |
| Vitamin $B_6$ | 3 mg | 150% |
| Folic Acid | 400 mcg | 100% |
| Vitamin $B_{12}$ | 18 mcg | 300% |
| Biotin | 75 mcg | 25% |
| Pantothenic Acid | 16 mg | 160% |
| Calcium (elemental) | 210 mg | 21% |
| Iron | 0 mg | 0% |
| Magnesium | 140 mg | 35% |
| Zinc | 15 mg | 100% |
| Selenium | 110 mcg | 157% |
| Copper | 2 mg | 100% |
| Manganese | 2 mg | 100% |
| Chromium | 120 mcg | 100% |
| Lycopene | 300 mcg | * |

*Daily Value not established.

**INGREDIENTS:** Calcium Carbonate, Magnesium Oxide, Microcrystalline Cellulose, Ascorbic Acid, Croscarmellose Sodium; Less than 2% of: Beta-Carotene, Biotin, Cholecalciferol, Chromium Chloride, Crospovidone, Cupric Oxide, Cyanocobalamin, D-Calcium Pantothenate, dl-Alpha-Tocopheryl Acetate, Folic Acid, Hydroxypropyl Methylcellulose, Lycopene, Manganese Sulfate, Niacinamide, Phytonadione, Pyridoxine Hydrochloride, Riboflavin, Silicon Dioxide, Sodium Selenite, Stearic Acid, Thiamine Mononitrate, Triacetin, Vitamin A Acetate, Zinc Oxide.

**KEEP OUT OF REACH OF CHILDREN**

**CHILD RESISTANT CAP**



**ONE A DAY®**
**Men's Health Formula**

Contact Information –

**Questions or comments?**
**Please call 1-800-800-4793 (Mon-Fri 9AM – 5PM EST)**

Bayer HealthCare
Consumer Care

# ONE A DAY®
# Women's 50 + Healthy Advantage

**Directions:** Adults: One tablet daily, with food.

## Supplement Facts
Serving Size: One tablet

| | Amount Per Serving | % Daily Value |
|---|---|---|
| Vitamin A (20% as beta-carotene) | 3500 IU | 70% |
| Vitamin C | 120 mg | 200% |
| Vitamin D (as Vitamin $D_3$) | 1000 IU | 250% |
| Vitamin E | 30 IU | 100% |
| Vitamin K | 20 mcg | 25% |
| Thiamin ($B_1$) | 4.5 mg | 300% |
| Riboflavin ($B_2$) | 3.4 mg | 200% |
| Niacin | 20 mg | 100% |
| Vitamin $B_6$ | 6 mg | 300% |
| Folic Acid | 400 mcg | 100% |
| Vitamin $B_{12}$ | 25 mcg | 417% |
| Biotin | 30 mcg | 10% |
| Pantothenic Acid | 15 mg | 150% |
| Calcium (elemental) | 500 mg | 50% |
| Iron | 0 mg | 0% |
| Iodine | 150 mcg | 100% |
| Magnesium | 50 mg | 13% |
| Zinc | 24 mg | 160% |
| Selenium | 27 mcg | 39% |
| Copper | 2.2 mg | 110% |
| Manganese | 4.2 mg | 210% |
| Chromium | 180 mcg | 150% |
| Molybdenum | 90 mcg | 120% |

**INGREDIENTS:** Calcium Carbonate, Microcrystalline Cellulose, Ascorbic Acid, Magnesium Oxide; Less than 2% of: Artificial Flavors, Beta-Carotene, Biotin, Cholecalciferol, Chromium Chloride, Croscarmellose Sodium, Cupric Oxide, Cyanocobalamin, D-Calcium Pantothenate, dl-Alpha-Tocopheryl Acetate, FD&C Yellow #5 (tartrazine) Lake, FD&C Yellow #6 Lake, Folic Acid, Hydroxypropyl Methylcellulose, Manganese Sulfate, Niacinamide, Phytonadione, Polyethylene Glycol, Potassium Iodide, Pyridoxine Hydrochloride, Riboflavin, Silicon Dioxide, Sodium Molybdate, Sodium Selenite, Stearic Acid, Thiamine Mononitrate, Titanium Dioxide (color), Vitamin A Acetate, Zinc Oxide.

**KEEP OUT OF REACH OF CHILDREN**

Bayer HealthCare LLC
Consumer Care
P.O. Box 1910
Morristown, NJ  07962-1910 USA

Bayer **HealthCare**
Consumer Care

# ONE A DAY®
## Women's 50 + Healthy Advantage

Contact Information –

***Questions or comments?***
Please call 1-800-800-4793 (Mon – Fri 9AM – 5PM EST)
Visit our website at www.oneaday.com



**Bayer HealthCare**
Consumer Care

# ONE A DAY®
## Men's 50 + Healthy Advantage

**Directions:** Adults: One tablet daily, with food.

## Supplement Facts
Serving Size: One tablet

| | Amount Per Serving | % Daily Value |
|---|---|---|
| Vitamin A (20% as beta-carotene) | 3500 IU | 70% |
| Vitamin C | 120 mg | 200% |
| Vitamin D (as Vitamin $D_3$) | 700 IU | 175% |
| Vitamin E | 25.5 IU | 85% |
| Vitamin K | 20 mcg | 25% |
| Thiamin ($B_1$) | 4.5 mg | 300% |
| Riboflavin ($B_2$) | 3.4 mg | 200% |
| Niacin | 20 mg | 100% |
| Vitamin $B_6$ | 6 mg | 300% |
| Folic Acid | 400 mcg | 100% |
| Vitamin $B_{12}$ | 25 mcg | 417% |
| Biotin | 30 mcg | 10% |
| Pantothenic Acid | 15 mg | 150% |
| Calcium (elemental) | 120 mg | 12% |
| Iron | 0 mg | 0% |
| Iodine | 150 mcg | 100% |
| Magnesium | 110 mg | 28% |
| Zinc | 24 mg | 160% |
| Selenium | 117 mcg | 167% |
| Copper | 2.2 mg | 110% |
| Manganese | 4.2 mg | 210% |
| Chromium | 180 mcg | 150% |
| Molybdenum | 90 mcg | 120% |
| Lycopene | 370 mcg | * |

*Daily Value not established.

**INGREDIENTS:** Calcium Carbonate, Magnesium Oxide, Microcrystalline Cellulose, Ascorbic Acid, Croscarmellose Sodium, Zinc Oxide, dl-Alpha-Tocopheryl Acetate; Less than 2% of: Beta-Carotene, Biotin, Cholecalciferol, Chromium Chloride, Cupric Oxide, Cyanocobalamin, D-Calcium Pantothenate, FD&C Blue #1 Lake, FD&C Blue #2 Lake, Folic Acid, Hydroxypropyl Methylcellulose, Lycopene, Manganese Sulfate, Niacinamide, Phytonadione, Polyethylene Glycol, Potassium Iodide, Pyridoxine Hydrochloride, Riboflavin, Silicon Dioxide, Sodium Molybdate, Sodium Selenite, Stearic Acid, Thiamine Mononitrate, Titanium Dioxide (color),Vitamin A Acetate.


## KEEP OUT OF REACH OF CHILDREN

Contact Information –

**Questions or comments?**
Please call 1-800-800-4793 (Mon-Fri 9AM – 5PM EST)



## ONE A DAY®
## Men's Pro Edge

**Directions:** Adults: One tablet daily, with food.

# Supplement Facts
Serving Size: One tablet

|  | Amount Per Serving | % Daily Value |
|---|---|---|
| Vitamin A (14% as beta-carotene) | 3500 IU | 70% |
| Vitamin C | 80 mg | 133% |
| Vitamin D | 800 IU | 200% |
| Vitamin E | 33 IU | 110% |
| Vitamin K | 20 mcg | 25% |
| Thiamin ($B_1$) | 3 mg | 200% |
| Riboflavin ($B_2$) | 3.4 mg | 200% |
| Niacin | 25 mg | 125% |
| Vitamin $B_6$ | 4 mg | 200% |
| Folic Acid | 400 mcg | 100% |
| Vitamin $B_{12}$ | 12 mcg | 200% |
| Biotin | 300 mcg | 100% |
| Pantothenic Acid | 15 mg | 150% |
| Calcium (elemental) | 200 mg | 20% |
| Magnesium | 200 mg | 50% |
| Zinc | 15 mg | 100% |
| Selenium | 70 mcg | 100% |
| Copper | 2 mg | 100% |
| Manganese | 2 mg | 100% |
| Chromium | 120 mcg | 100% |

**INGREDIENTS:** Calcium Carbonate, Magnesium Oxide, Microcrystalline Cellulose, Ascorbic Acid, dl-Alpha-Tocopheryl Acetate; Less than 2% of: Beta-Carotene, Biotin, Cholecalciferol, Chromium Chloride, Croscarmellose Sodium, Crospovidone, Cupric Oxide, Cyanocobalamin, D-Calcium Pantothenate, FD&C Blue #1 Lake, FD&C Yellow #5 (tartrazine) Lake, Folic Acid, Hydroxypropyl Methylcellulose, Manganese Sulfate, Niacinamide, Phytonadione, Polyethylene Glycol, Polyvinyl Alcohol, Pyridoxine Hydrochloride, Riboflavin, Silicon Dioxide, Sodium Selenite, Stearic Acid, Talc, Thiamine Mononitrate, Titanium Dioxide (color), Vitamin A Acetate, Zinc Oxide.

**KEEP OUT OF REACH OF CHILDREN**

**CHILD RESISTANT CAP**

Bayer HealthCare LLC
Consumer Care
P.O. Box 1910
Morristown, NJ  07962-1910 USA



**ONE A DAY®**
**Men's Pro Edge**

Contact Information –

**Questions or comments?**
Please call 1-800-800-4793 (Mon-Fri 9AM – 5PM EST)
Visit our website at www.oneaday.com


Bayer HealthCare
Consumer Care

**ONE A DAY®**
**Women's Pro Edge**

**Directions:** Adults: One tablet daily, with food.

## Supplement Facts
Serving Size: One tablet

|  | Amount Per Serving | % Daily Value |
|---|---|---|
| Vitamin A (20% as beta-carotene) | 2500 IU | 50% |
| Vitamin C | 60 mg | 100% |
| Vitamin D | 1000 IU | 250% |
| Vitamin E | 30 IU | 100% |
| Thiamin ($B_1$) | 2.25 mg | 150% |
| Riboflavin ($B_2$) | 2.55 mg | 150% |
| Niacin | 30 mg | 150% |
| Vitamin $B_6$ | 3 mg | 150% |
| Folic Acid | 600 mcg | 150% |
| Vitamin $B_{12}$ | 9 mcg | 150% |
| Biotin | 450 mcg | 150% |
| Pantothenic Acid | 15 mg | 150% |
| Calcium (elemental) | 400 mg | 40% |
| Iron | 27 mg | 150% |
| Iodine | 150 mcg | 100% |
| Magnesium | 150 mg | 38% |
| Chromium | 120 mcg | 100% |

**INGREDIENTS:** Calcium Carbonate, Magnesium Oxide, Microcrystalline Cellulose, Ferrous Fumarate, Ascorbic Acid, Croscarmellose Sodium; Less than 2% of: Beta-Carotene, Biotin, Cholecalciferol, Chromium Chloride, Cyanocobalamin, D-Calcium Pantothenate, dl-Alpha-Tocopheryl Acetate, FD&C Blue #2 Lake, FD&C Red #40 Lake, Folic Acid, Hydroxypropyl Methylcellulose, Niacinamide, Polyethylene Glycol, Potassium Iodide, Pyridoxine Hydrochloride, Riboflavin, Silicon Dioxide, Stearic Acid, Thiamine Mononitrate, Titanium Dioxide (color), Vitamin A Acetate.

**WARNING:** Accidental overdose of iron-containing products is a leading cause of fatal poisoning in children under 6. Keep this product out of reach of children. In case of accidental overdose, call a doctor or poison control center immediately.

**KEEP OUT OF REACH OF CHILDREN**

**If pregnant or breast-feeding, ask a health professional before use.**

**CHILD RESISTANT CAP**

**Questions or comments?**
Please call 1-800-800-4793 (Mon-Fri 9AM – 5PM EST)



**Bayer HealthCare**
Consumer Care

**ONE A DAY®**
**Women's Active Metabolism**

**Directions:** Adults: One tablet daily, with food.

## Supplement Facts
Serving Size: One tablet

|  | Amount Per Serving | % Daily Value |
|---|---|---|
| Vitamin A (10% as beta-carotene) | 2500 IU | 50% |
| Vitamin C | 60 mg | 100% |
| Vitamin D | 800 IU | 200% |
| Vitamin E | 22.5 IU | 75% |
| Vitamin K | 25 mcg | 31% |
| Thiamin (B$_1$) | 2.4 mg | 160% |
| Riboflavin (B$_2$) | 2.7 mg | 159% |
| Niacin | 10 mg | 50% |
| Vitamin B$_6$ | 3.2 mg | 160% |
| Folic Acid | 400 mcg | 100% |
| Vitamin B$_{12}$ | 9.5 mcg | 158% |
| Biotin | 30 mcg | 10% |
| Pantothenic Acid | 5 mg | 50% |
| Calcium (elemental) | 300 mg | 30% |
| Iron | 18 mg | 100% |
| Magnesium | 50 mg | 13% |
| Zinc | 15 mg | 100% |
| Selenium | 20 mcg | 29% |
| Copper | 2 mg | 100% |
| Manganese | 2 mg | 100% |
| Chromium | 120 mcg | 100% |
| Caffeine | 120 mg | * |

*Daily Value not established.

**INGREDIENTS:** Calcium Carbonate, Microcrystalline Cellulose, Caffeine, Magnesium Oxide, Ascorbic Acid, Ferrous Fumarate, Guarana Seed Powder, Crospovidone; Less than 2% of: Beta-Carotene, Biotin, Cholecalciferol, Chromium Chloride, Croscarmellose Sodium, Cupric Oxide, Cyanocobalamin, D-Calcium Pantothenate, dl-Alpha-Tocopheryl Acetate, FD&C Blue #1 Lake, FD&C Red #40 Lake, FD&C Yellow #5 (tartrazine) Lake, Folic Acid, Hydroxypropyl Methylcellulose, Manganese Sulfate, Niacinamide, Phytonadione, Polyethylene Glycol, Pyridoxine Hydrochloride, Riboflavin, Silicon Dioxide, Sodium Selenite, Stearic Acid, Thiamine Mononitrate, Titanium Dioxide (color), Vitamin A Acetate, Zinc Oxide.



**ONE A DAY®**
**Women's Active Metabolism**

| |
|---|
| **WARNING:** Accidental overdose of iron-containing products is a leading cause of fatal poisoning in children under 6. Keep this product out of reach of children. In case of accidental overdose, call a doctor or poison control center immediately. |

| |
|---|
| **This product contains about as much caffeine as a cup of coffee (120 mg). Consider total daily intake of caffeine from all sources while using this product.** |
| **If pregnant, breast-feeding or taking medication, ask a health professional before use.** |
| **For adult use only.** |
| |
| **KEEP OUT OF REACH OF CHILDREN** |
| |
| **CHILD RESISTANT CAP** |
| |
| |

Contact Information –

**Questions or comments?**
Please call 1-800-800-4793 (Mon-Fri 9AM – 5PM EST)



Bayer HealthCare
Consumer Care

**ONE A DAY®**
**Menopause Formula**

**Directions:** Adults:  One tablet daily, with food.

## Supplement Facts
Serving Size: One tablet

|  | Amount Per Serving | % Daily Value |
|---|---|---|
| Vitamin A (20% as beta-carotene) | 2500 IU | 50% |
| Vitamin C | 60 mg | 100% |
| Vitamin D | 800 IU | 200% |
| Vitamin E | 33 IU | 110% |
| Thiamin ($B_1$) | 3 mg | 200% |
| Riboflavin ($B_2$) | 3.4 mg | 200% |
| Niacin | 20 mg | 100% |
| Vitamin $B_6$ | 8 mg | 400% |
| Folic Acid | 400 mcg | 100% |
| Vitamin $B_{12}$ | 12 mcg | 200% |
| Biotin | 300 mcg | 100% |
| Pantothenic Acid | 15 mg | 150% |
| Calcium (elemental) | 300 mg | 30% |
| Iodine | 150 mcg | 100% |
| Magnesium | 50 mg | 13% |
| Zinc | 15 mg | 100% |
| Selenium | 20 mcg | 29% |
| Copper | 1 mg | 50% |
| Manganese | 2 mg | 100% |
| Chromium | 120 mcg | 100% |
| Molybdenum | 37.5 mcg | 50% |
| Soybean Isoflavones (from Extract) | 60 mg | * |

*Daily Value not established.

**INGREDIENTS:** Calcium Carbonate, Powdered Soybean Isoflavones Extract, Microcrystalline Cellulose, Magnesium Oxide, Ascorbic Acid, dl-Alpha-Tocopheryl Acetate; Less than 2% of: Beta-Carotene, Biotin, Cholecalciferol, Chromium Chloride, Croscarmellose Sodium, Cupric Oxide, Cyanocobalamin, D-Calcium Pantothenate, FD&C Blue #2 Lake, FD&C Red #40 Dye, FD&C Red #40 Lake, Folic Acid, Hydroxypropyl Methylcellulose, Manganese Sulfate, Niacinamide, Polyethylene Glycol, Polyvinyl Alcohol, Potassium Iodide, Pyridoxine Hydrochloride, Riboflavin, Silicon Dioxide, Sodium Molybdate, Sodium Selenite, Stearic Acid, Talc, Thiamine Mononitrate, Titanium Dioxide (color), Vitamin A Acetate, Zinc Oxide.

**Contains:**  Soy.

**If you are pregnant, nursing, or have a history of cancer, consult your doctor prior to use.**

**KEEP OUT OF REACH OF CHILDREN**


Bayer HealthCare
Consumer Care

**ONE A DAY®**
**Menopause Formula**

| | |
|---|---|
| **CHILD RESISTANT CAP** | |
| | |
| Bayer HealthCare LLC Consumer Care P.O. Box 1910 Morristown, NJ  07962-1910 USA | |

Contact Information –

**Questions or comments?**
Please call 1-800-800-4793 (Mon-Fri 9AM – 5PM EST)
Visit our website at www.oneaday.com



## SUPPLEMENT FACTS

Serving Size: One tablet

| | Amount Per Serving | % Daily Value |
|---|---|---|
| Vitamin A (10% as beta-carotene) | 2500 IU | 50% |
| Vitamin C | 60 mg | 100% |
| Vitamin D | 800 IU | 200% |
| Vitamin E | 30 IU | 100% |
| Vitamin K | 25 mcg | 31% |
| Thiamin (B1) | 2.4 mg | 160% |
| Riboflavin (B2) | 2.7 mg | 159% |
| Niacin | 10 mg | 50% |
| Vitamin B6 | 3.2 mg | 160% |
| Folic Acid | 400 mcg | 100% |
| Vitamin B12 | 9.5 mcg | 158% |
| Biotin | 30 mcg | 10% |
| Pantothenic Acid | 5 mg | 50% |
| Calcium (elemental) | 300 mg | 30% |
| Iron | 18 mg | 100% |
| Magnesium | 50 mg | 13% |
| Zinc | 15 mg | 100% |
| Selenium | 20 mcg | 29% |
| Copper | 2 mg | 100% |
| Manganese | 2 mg | 100% |
| Chromium | 120 mcg | 100% |
| Guarana Blend: Guarana Seed (powder), Caffeine | 180 mg | * |

*Daily Value not established.



# Supplement Facts

Serving Size: One tablet

| | Amount Per Serving | % Daily Value | | Amount Per Serving | % Daily Value |
|---|---|---|---|---|---|
| Vitamin A | 2500 IU | 50% | Pantothenic Acid | 5 mg | 50% |
| (20% as beta-carotene) | | | Calcium | 300 mg | 30% |
| Vitamin C | 90 mg | 150% | (elemental) | | |
| Vitamin D | 1000 IU | 250% | Iron | 18 mg | 100% |
| Vitamin E | 30 IU | 100% | Magnesium | 50 mg | 13% |
| Thiamin (B$_1$) | 1.5 mg | 100% | Zinc | 7.5 mg | 50% |
| Riboflavin (B$_2$) | 1.7 mg | 100% | Selenium | 20 mcg | 29% |
| Niacin | 5 mg | 25% | Copper | 2 mg | 100% |
| Vitamin B$_6$ | 2 mg | 100% | Chromium | 120 mcg | 100% |
| Folic Acid | 400 mcg | 100% | Lutein | 6 mg | * |
| Vitamin B$_{12}$ | 6 mcg | 100% | | | |
| Biotin | 300 mcg | 100% | *Daily Value not established. | | |



**ONE A DAY®**
**Women's Petites**

**Directions:** Adults:  Two tablets daily, with food.

## Supplement Facts

Serving Size: Two tablets
Servings Per Container:(*Net Qty Contents/Serving Size [# tablets]*)

|  | Amount Per Serving | % Daily Value |
|---|---|---|
| Vitamin A (20% as beta-carotene) | 2500 IU | 50% |
| Vitamin C | 60 mg | 100% |
| Vitamin D (as Vitamin $D_3$) | 1000 IU | 250% |
| Vitamin E | 22.5 IU | 75% |
| Vitamin K | 25 mcg | 31% |
| Thiamin ($B_1$) | 1.5 mg | 100% |
| Riboflavin ($B_2$) | 1.7 mg | 100% |
| Niacin | 20 mg | 100% |
| Vitamin $B_6$ | 2 mg | 100% |
| Folic Acid | 400 mcg | 100% |
| Vitamin $B_{12}$ | 6 mcg | 100% |
| Biotin | 300 mcg | 100% |
| Pantothenic Acid | 10 mg | 100% |
| Calcium (elemental) | 500 mg | 50% |
| Iron | 18 mg | 100% |
| Iodine | 150 mcg | 100% |
| Zinc | 15 mg | 100% |
| Selenium | 20 mcg | 29% |
| Copper | 2 mg | 100% |
| Manganese | 2 mg | 100% |
| Chromium | 120 mcg | 100% |

**INGREDIENTS:** Calcium Carbonate, Microcrystalline Cellulose, Ascorbic Acid, Ferrous Fumarate; Less than 2% of: Beta-Carotene, Biotin, Cholecalciferol, Chromium Chloride, Croscarmellose Sodium, Cupric Oxide, Cyanocobalamin, D-Calcium Pantothenate, dl-Alpha-Tocopheryl Acetate, FD&C Blue #2 Lake, FD&C Yellow #5 (tartrazine) Lake, FD&C Yellow #6 Lake, Folic Acid, Hydroxypropyl Methylcellulose, Magnesium Oxide, Manganese Sulfate, Niacinamide, Phytonadione, Polyethylene Glycol, Potassium Iodide, Pyridoxine Hydrochloride, Riboflavin, Silicon Dioxide, Sodium Selenite, Stearic Acid, Thiamine Mononitrate, Titanium Dioxide (color), Vitamin A Acetate, Zinc Oxide.

**WARNING:**  Accidental overdose of iron-containing products is a leading cause of fatal poisoning in children under 6.  Keep this product out of reach of children.  In case of accidental overdose, call a doctor or poison control center immediately.

**KEEP OUT OF REACH OF CHILDREN**



**ONE A DAY®**
**Women's Petites**

| | |
|---|---|
| **CHILD RESISTANT CAP** | |
| | |
| Contact Information – | |
| **Questions or comments?** Please call 1-800-800-4793 (Mon-Fri 9AM – 5PM EST) | |


Bayer HealthCare
Consumer Care

## ONE A DAY®
## Teen Advantage for Her

**Directions:** Teens: One caplet daily, with food.

| Supplement Facts | | |
|---|---|---|
| Serving Size: One caplet | | |
| | **Amount Per Serving** | **% Daily Value** |
| Vitamin A | 2500 IU | 50% |
| (20% as beta-carotene) | | |
| Vitamin C | 120 mg | 200% |
| Vitamin D | 800 IU | 200% |
| Vitamin E | 30 IU | 100% |
| Vitamin K | 25 mcg | 31% |
| Thiamin ($B_1$) | 2.3 mg | 153% |
| Riboflavin ($B_2$) | 2.6 mg | 153% |
| Niacin | 30 mg | 150% |
| Vitamin $B_6$ | 3 mg | 150% |
| Folic Acid | 400 mcg | 100% |
| Vitamin $B_{12}$ | 9 mcg | 150% |
| Biotin | 300 mcg | 100% |
| Pantothenic Acid | 10 mg | 100% |
| Calcium (elemental) | 300 mg | 30% |
| Iron | 18 mg | 100% |
| Magnesium | 50 mg | 13% |
| Zinc | 15 mg | 100% |
| Selenium | 20 mcg | 29% |
| Copper | 2 mg | 100% |
| Manganese | 2 mg | 100% |
| Chromium | 120 mcg | 100% |

**INGREDIENTS:** Calcium Carbonate, Microcrystalline Cellulose, Ascorbic Acid, Magnesium Oxide, Ferrous Fumarate, dl-Alpha-Tocopheryl Acetate, Niacinamide; Less than 2% of: Artificial Flavors, Beta-Carotene, Biotin, Cholecalciferol, Chromium Chloride, Croscarmellose Sodium, Cupric Oxide, Cyanocobalamin, D-Calcium Pantothenate, FD&C Red #40 Dye, FD&C Red #40 Lake, Folic Acid, Hydroxypropyl Methylcellulose, Manganese Sulfate, Phytonadione, Polyethylene Glycol, Pyridoxine Hydrochloride, Riboflavin, Silicon Dioxide, Sodium Selenite, Stearic Acid, Thiamine Mononitrate, Titanium Dioxide (color), Vitamin A Acetate, Zinc Oxide.

**WARNING:** Accidental overdose of iron-containing products is a leading cause of fatal poisoning in children under 6. Keep this product out of reach of children. In case of accidental overdose, call a doctor or poison control center immediately.

**KEEP OUT OF REACH OF CHILDREN**

**CHILD RESISTANT CAP**



**ONE A DAY®**
**Teen Advantage for Her**

Bayer HealthCare LLC
Consumer Care
P.O. Box 1910
Morristown, NJ  07962-1910 USA

Contact Information –

**Questions or comments?**
Please call 1-800-800-4793 (Mon-Fri 9AM – 5PM EST)
Visit our website at www.oneaday.com


Bayer HealthCare
Consumer Care

**ONE A DAY®**
**Teen Advantage for Him**

**Directions:** Teens: One caplet daily, with food.

## Supplement Facts
Serving Size: One caplet

| | Amount Per Serving | % Daily Value |
|---|---|---|
| Vitamin A (20% as beta-carotene) | 2500 IU | 50% |
| Vitamin C | 120 mg | 200% |
| Vitamin D | 400 IU | 100% |
| Vitamin E | 30 IU | 100% |
| Vitamin K | 25 mcg | 31% |
| Thiamin ($B_1$) | 3.75 mg | 250% |
| Riboflavin ($B_2$) | 4.25 mg | 250% |
| Niacin | 30 mg | 150% |
| Vitamin $B_6$ | 5 mg | 250% |
| Folic Acid | 400 mcg | 100% |
| Vitamin $B_{12}$ | 15 mcg | 250% |
| Biotin | 300 mcg | 100% |
| Pantothenic Acid | 10 mg | 100% |
| Calcium (elemental) | 200 mg | 20% |
| Iron | 9 mg | 50% |
| Magnesium | 100 mg | 25% |
| Zinc | 15 mg | 100% |
| Selenium | 20 mcg | 29% |
| Copper | 2 mg | 100% |
| Manganese | 2 mg | 100% |
| Chromium | 120 mcg | 100% |

**INGREDIENTS:** Calcium Carbonate, Magnesium Oxide, Microcrystalline Cellulose, Ascorbic Acid, dl-Alpha-Tocopheryl Acetate, Niacinamide, Ferrous Fumarate; Less than 2% of: Artificial Flavors, Beta-Carotene, Biotin, Cholecalciferol, Chromium Chloride, Croscarmellose Sodium, Cupric Oxide, Cyanocobalamin, D-Calcium Pantothenate, FD&C Blue #1 Lake, FD&C Blue #2 Dye, Folic Acid, Hydroxypropyl Methylcellulose, Manganese Sulfate, Phytonadione, Polyethylene Glycol, Pyridoxine Hydrochloride, Riboflavin, Silicon Dioxide, Sodium Selenite, Stearic Acid, Thiamine Mononitrate, Titanium Dioxide (color), Vitamin A Acetate, Zinc Oxide.

**WARNING:** Accidental overdose of iron-containing products is a leading cause of fatal poisoning in children under 6. Keep this product out of reach of children. In case of accidental overdose, call a doctor or poison control center immediately.

**KEEP OUT OF REACH OF CHILDREN**

**CHILD RESISTANT CAP**



**ONE A DAY®**
**Teen Advantage for Him**

Bayer HealthCare LLC
Consumer Care
P.O. Box 1910
Morristown, NJ  07962-1910 USA

Contact Information –

**Questions or comments?**
Please call 1-800-800-4793 (Mon-Fri 9AM – 5PM EST)
Visit our website at www.oneaday.com


Bayer HealthCare
Consumer Care

**ONE A DAY®**
**ESSENTIAL**

**Directions:** Adults: One tablet daily, with food.

## Supplement Facts

Serving Size: One tablet

| | Amount Per Serving | % Daily Value |
|---|---|---|
| Vitamin A (17% as beta-carotene) | 3000 IU | 60% |
| Vitamin C | 60 mg | 100% |
| Vitamin D | 400 IU | 100% |
| Vitamin E | 30 IU | 100% |
| Thiamin (B$_1$) | 1.5 mg | 100% |
| Riboflavin (B$_2$) | 1.7 mg | 100% |
| Niacin | 20 mg | 100% |
| Vitamin B$_6$ | 2 mg | 100% |
| Folic Acid | 400 mcg | 100% |
| Vitamin B$_{12}$ | 6 mcg | 100% |
| Pantothenic Acid | 10 mg | 100% |
| Calcium (elemental) | 45 mg | 5% |

**INGREDIENTS:** Calcium Carbonate, Ascorbic Acid, Gelatin, dl-Alpha-Tocopheryl Acetate, Microcrystalline Cellulose, Niacinamide, Starch, D-Calcium Pantothenate, Hydroxypropyl Methylcellulose, Silicon Dioxide, Croscarmellose Sodium; Less than 2% of: Beta-Carotene, Cholecalciferol, Crospovidone, Cyanocobalamin, FD&C Blue #2 Lake, FD&C Red #40 Dye, FD&C Red #40 Lake, Folic Acid, Maltodextrin, Polyethylene Glycol, Pyridoxine Hydrochloride, Riboflavin, Soybean Oil, Stearic Acid, Sucrose, Thiamine Mononitrate, Titanium Dioxide (color), Vitamin A Acetate.

**Contains:** Soy.

**KEEP OUT OF REACH OF CHILDREN**

**CHILD RESISTANT CAP**

Made in U.S.A.

Bayer HealthCare LLC
Consumer Care
P.O. Box 1910
Morristown, NJ 07962-1910 USA

*Questions or comments?*
**Please call 1-800-800-4793 (Mon – Fri 9AM – 5PM EST)**
**Visit our website at www.oneaday.com**

Bayer HealthCare
Consumer Care

# One A Day® Energy

**Directions:** Adults: One tablet daily, with food.

## Supplement Facts
Serving Size: One tablet

| | Amount Per Serving | % Daily Value |
|---|---|---|
| Vitamin A (40% as beta-carotene) | 3500 IU | 70% |
| Vitamin C | 60 mg | 100% |
| Vitamin D | 400 IU | 100% |
| Vitamin E | 22.5 IU | 75% |
| Vitamin K | 25 mcg | 31% |
| Thiamin ($B_1$) | 3 mg | 200% |
| Riboflavin ($B_2$) | 3.4 mg | 200% |
| Niacin | 40 mg | 200% |
| Vitamin $B_6$ | 4 mg | 200% |
| Folic Acid | 400 mcg | 100% |
| Vitamin $B_{12}$ | 12 mcg | 200% |
| Biotin | 300 mcg | 100% |
| Pantothenic Acid | 10 mg | 100% |
| Calcium (elemental) | 250 mg | 25% |
| Iron | 9 mg | 50% |
| Iodine | 150 mcg | 100% |
| Magnesium | 40 mg | 10% |
| Zinc | 15 mg | 100% |
| Selenium | 45 mcg | 64% |
| Copper | 2 mg | 100% |
| Manganese | 2 mg | 100% |
| Chromium | 100 mcg | 83% |
| Molybdenum | 25 mcg | 33% |
| Chloride | 99.3 mg | 3% |
| Potassium | 99 mg | 3% |
| Nickel | 5 mcg | * |
| Tin | 10 mcg | * |
| Silicon | 5 mg | * |
| Caffeine | 90 mg | * |
| * Daily Value not established. | | |

Bayer HealthCare
Consumer Care

# One A Day® Energy

**INGREDIENTS:**  Calcium Carbonate, Potassium Chloride, Microcrystalline Cellulose, Guarana Seed Powder, Caffeine, Magnesium Oxide, Ascorbic Acid, Niacinamide; Less than 2% of: Beta-Carotene, Biotin, Cholecalciferol, Chromium Chloride, Croscarmellose Sodium, Crospovidone, Cupric Oxide, Cyanocobalamin, D-Calcium Pantothenate, dl-Alpha-Tocopheryl Acetate, FD&C Blue #1 Lake, FD&C Yellow #5 (tartrazine) Lake, Ferrous Fumarate, Folic Acid, Hydroxypropyl Methylcellulose, Manganese Sulfate, Nickel Sulfate, Phytonadione, Polyethylene Glycol, Polysorbate 80, Potassium Iodide, Pyridoxine Hydrochloride, Riboflavin, Silicon Dioxide, Sodium Molybdate, Sodium Selenite, Stannous Chloride, Stearic Acid, Thiamine Mononitrate, Titanium Dioxide (color), Vitamin A Acetate, Zinc Oxide.

---

**WARNING:**  Accidental overdose of iron-containing products is a leading cause of fatal poisoning in children under 6. Keep this product out of reach of children.  In case of accidental overdose, call a doctor or poison control center immediately.

---

**This product contains about as much caffeine as a cup of coffee (90 mg).**

**If pregnant or breast-feeding, ask a health professional before use.**

**KEEP OUT OF REACH OF CHILDREN**

**CHILD RESISTANT CAP**

Contact Information –

**Questions or comments?**
Please call 1-800-800-4793 (Mon-Fri 9AM – 5PM EST)


Bayer HealthCare
Consumer Care

# ONE A DAY®
# Women's VitaCraves Gummies

**Directions:**  Adults and children 4 years of age and older: **Chew** two gummies daily.

## Supplement Facts

Serving Size:  2 gummies
Servings Per Container: (*Net Qty Contents/ Serving Size [# gummies]*)

|  | Amount Per Serving | % Daily Value |
|---|---|---|
| Calories | 10 |  |
| Total Carbohydrate | 3 g | 1%* |
| Sugars | 3 g | ** |
| Vitamin A | 2500 IU | 50% |
| Vitamin C | 30 mg | 50% |
| Vitamin D | 800 IU | 200% |
| Vitamin E | 30 IU | 100% |
| Vitamin $B_6$ | 2 mg | 100% |
| Folic Acid | 400 mcg | 100% |
| Vitamin $B_{12}$ | 9 mcg | 150% |
| Biotin | 150 mcg | 50% |
| Calcium (elemental) | 100 mg | 10% |
| Iodine | 40 mcg | 27% |
| Zinc | 2.5 mg | 17% |

*Percent Daily Values are based on a 2,000 calorie diet.
**Daily Value not established.

**INGREDIENTS:** Glucose Syrup, Sucrose, Tricalcium Phosphate, Gelatin, Water, Maltodextrin; Less Than 2% Of: Artificial Flavors, Ascorbic Acid, Bees Wax, Carnauba Wax, Citric Acid, D-Biotin, FD&C Blue #1, FD&C Red #40, FD&C Yellow #6, Folic Acid, Potassium Iodide, Pyridoxine Hydrochloride, Vegetable Oil (Coconut or Palm), Vitamin A Acetate, Vitamin $B_{12}$, Vitamin $D_3$ (Cholecalciferol), Vitamin E Acetate, Zinc Sulfate.

**Contains:** Wheat, Tree Nuts (coconut).

**KEEP OUT OF REACH OF CHILDREN**

**Not for children under 2 years of age due to risk of choking.**

**CHILD RESISTANT CAP**

Contact Information –

**Questions or comments?**
Please call 1-800-800-4793 (Mon-Fri 9AM – 5PM EST)



# ONE A DAY ®
# Men's VitaCraves Gummies

**Directions:** Adults and children 4 years of age and older: **Chew** two gummies daily.

## Supplement Facts

Serving Size: 2 gummies
Servings Per Container: (*Net Qty Contents/ Serving Size [# gummies]*)

| | Amount Per Serving | % Daily Value |
|---|---|---|
| Calories | 15 | |
| Total Carbohydrate | 3 g | 1%* |
| Sugars | 3 g | ** |
| Vitamin A | 4000 IU | 80% |
| Vitamin C | 75 mg | 125% |
| Vitamin D | 400 IU | 100% |
| Vitamin E | 30 IU | 100% |
| Vitamin $B_6$ | 5 mg | 250% |
| Folic Acid | 400 mcg | 100% |
| Vitamin $B_{12}$ | 15 mcg | 250% |
| Biotin | 600 mcg | 200% |
| Pantothenic Acid | 10 mg | 100% |
| Iodine | 150 mcg | 100% |
| Zinc | 5 mg | 33% |
| Selenium | 110 mcg | 157% |
| Choline | 60 mcg | ** |
| Inositol | 40 mcg | ** |

*Percent Daily Values are based on a 2,000 calorie diet.
**Daily Value not established.

**INGREDIENTS:** Glucose Syrup, Sucrose, Gelatin, Water, Ascorbic Acid; Less Than 2% Of: Artificial Flavors, Bees Wax, Carnauba Wax, Choline Bitartrate, Citric Acid, D-Biotin, D-Calcium Pantothenate, FD&C Blue #1, FD&C Red #40, FD&C Yellow #5 (tartrazine), Folic Acid, Inositol, Maltodextrin, Potassium Iodide, Pyridoxine Hydrochloride, Sodium Selenate, Sucralose, Vegetable Oil (Coconut or Palm), Vitamin A Acetate, Vitamin $B_{12}$, Vitamin $D_3$ (Cholecalciferol), Vitamin E Acetate, Zinc Sulfate.

**Contains:** Wheat, Tree Nuts (coconut).

**KEEP OUT OF REACH OF CHILDREN**

**Not for children under 2 years of age due to risk of choking.**

**CHILD RESISTANT CAP**

Contact Information –

**Questions or comments?**
Please call 1-800-800-4793 (Mon-Fri 9AM – 5PM EST)



# ONE A DAY®
# VitaCraves Gummies
# Plus Immunity Support

**Directions:** Adults and children 4 years of age and older: **Chew** two gummies daily.

## Supplement Facts

Serving Size: 2 gummies
Servings Per Container: (*Net Qty Contents/ Serving Size [# gummies]*)

|  | Amount Per Serving | % Daily Value |
|---|---|---|
| Calories | 10 |  |
| Total Carbohydrate | 3 g | 1%* |
|   Sugars | 3 g | ** |
| Vitamin A | 4000 IU | 80% |
| Vitamin C | 125 mg | 208% |
| Vitamin D | 400 IU | 100% |
| Vitamin E | 40 IU | 133% |
| Vitamin $B_6$ | 2 mg | 100% |
| Folic Acid | 400 mcg | 100% |
| Vitamin $B_{12}$ | 10 mcg | 167% |
| Biotin | 150 mcg | 50% |
| Pantothenic Acid | 20 mg | 200% |
| Iodine | 80 mcg | 53% |
| Zinc | 5 mg | 33% |
| Selenium | 35 mcg | 50% |

*Percent Daily Values are based on a 2,000 calorie diet.
**Daily Value not established.

**INGREDIENTS:** Glucose Syrup, Sucrose, Gelatin, Water, Ascorbic Acid; Less Than 2% Of: Artificial Flavoring, Bees Wax, Carnauba Wax, Citric Acid, D-Biotin, D-Calcium Pantothenate, FD&C Blue #1, FD&C Red #40, FD&C Yellow #6, Folic Acid, Potassium Iodide, Pyridoxine Hydrochloride, Sodium Selenate, Vegetable Oil (Coconut or Palm), Vitamin A Acetate, Vitamin $B_{12}$, Vitamin $D_3$ (Cholecalciferol), Vitamin E Acetate, Zinc Sulfate.

**Contains:** Wheat, Tree Nuts (coconut).

**KEEP OUT OF REACH OF CHILDREN**

**Not for children under 2 years of age due to risk of choking.**

**CHILD RESISTANT CAP**

Contact Information –

**Questions or comments?**
Please call 1-800-800-4793 (Mon-Fri 9AM – 5PM EST)



# ONE A DAY ®
## VitaCraves Adult Multivitamin Gummies

**Directions:** Adults and children 4 years of age and older: **Chew** two gummies daily.

## Supplement Facts

Serving Size:  2 gummies
Servings Per Container: (*Net Qty Contents/ Serving Size [# gummies]*)

|  | Amount Per Serving | % Daily Value |
|---|---|---|
| Calories | 10 |  |
| Total Carbohydrate | 3 g | 1%* |
|   Sugars | 3 g | ** |
| Vitamin A | 4000 IU | 80% |
| Vitamin C | 60 mg | 100% |
| Vitamin D | 400 IU | 100% |
| Vitamin E | 40 IU | 133% |
| Vitamin $B_6$ | 2 mg | 100% |
| Folic Acid | 400 mcg | 100% |
| Vitamin $B_{12}$ | 10 mcg | 167% |
| Biotin | 150 mcg | 50% |
| Pantothenic Acid | 10 mg | 100% |
| Iodine | 80 mcg | 53% |
| Zinc | 5 mg | 33% |
| Choline | 60 mcg | ** |
| Inositol | 40 mcg | ** |

*Percent Daily Values are based on a 2,000 calorie diet.
**Daily Value not established.

**INGREDIENTS:**  Glucose Syrup, Sucrose, Gelatin, Water, Ascorbic Acid; Less Than 2% Of: Artificial Flavors, Bees Wax, Carnauba Wax, Choline Bitartrate, Citric Acid, D-Biotin, D-Calcium Pantothenate, FD&C Blue #1, FD&C Red #40, FD&C Yellow #6, Folic Acid, Inositol, Modified Starch, Potassium Iodide, Pyridoxine Hydrochloride, Vegetable Oil (Coconut or Palm), Vitamin A Acetate, Vitamin $B_{12}$, Vitamin $D_3$ (Cholecalciferol), Vitamin E Acetate, Zinc Sulfate.

**Contains:** Wheat, Tree Nuts (coconut).

**KEEP OUT OF REACH OF CHILDREN**

**Not for children under 2 years of age due to risk of choking.**

**CHILD RESISTANT CAP**

Contact Information –

**Questions or comments?**
Please call 1-800-800-4793 (Mon-Fri 9AM – 5PM EST)



# ONE A DAY®
# VitaCraves Sour Gummies

**Directions:**  Adults and children 4 years of age and older: **Chew** two gummies daily.

## Supplement Facts

Serving Size:  2 gummies
Servings Per Container: (*Net Qty Contents/ Serving Size [# gummies]*)

| | Amount Per Serving | % Daily Value |
|---|---|---|
| Calories | 10 | |
| Total Carbohydrate | 3 g | 1%* |
|   Sugars | 3 g | ** |
| Vitamin A | 4000 IU | 80% |
| Vitamin C | 60 mg | 100% |
| Vitamin D | 400 IU | 100% |
| Vitamin E | 40 IU | 133% |
| Vitamin $B_6$ | 2 mg | 100% |
| Folic Acid | 400 mcg | 100% |
| Vitamin $B_{12}$ | 10 mcg | 167% |
| Biotin | 150 mcg | 50% |
| Pantothenic Acid | 10 mg | 100% |
| Iodine | 80 mcg | 53% |
| Zinc | 5 mg | 33% |
| Choline | 60 mcg | ** |
| Inositol | 40 mcg | ** |

*Percent Daily Values are based on a 2,000 calorie diet.
**Daily Value not established.

**INGREDIENTS:**  Sucrose, Glucose Syrup, Water, Gelatin, Ascorbic Acid; Less Than 2% Of: Artificial Flavors, Calcium Citrate, Calcium Lactate, Choline Bitartrate, Citric Acid, D-Biotin, D-Calcium Pantothenate, FD&C Blue #1, FD&C Red #40, FD&C Yellow #5 (Tartrazine), Folic Acid, Inositol, Lactic Acid, Malic Acid, Potassium Iodide, Pyridoxine Hydrochloride, Vitamin A Acetate, Vitamin $B_{12}$, Vitamin $D_3$ (Cholecalciferol), Vitamin E Acetate, Zinc Sulfate.

**Contains:** Wheat, Tree Nuts (coconut).

**KEEP OUT OF REACH OF CHILDREN**

**Not for children under 2 years of age due to risk of choking.**

**CHILD RESISTANT CAP**

Made in Germany



# ONE A DAY®
# VitaCraves Sour Gummies

Distributed by:
Bayer HealthCare LLC
Consumer Care
P.O. Box 1910
Morristown, NJ 07962-1910 USA

Contact Information –

**Questions or comments?**
Please call 1-800-800-4793 (Mon-Fri 9AM – 5PM EST)
Visit our website at www.oneaday.com

**Attachment C**
**One-A-Day Product Contents**

| Essential Nutrient | Daily Value (DV)[1] | Women's | Men's Health Formula | Women's 50+ Health Advantage | Men's 50+ Health Advantage | Pro Edge Men's | Pro Edge Women's |
|---|---|---|---|---|---|---|---|
| Vitamin A (IU) | 5,000 | 2500 | 3500 | 3500 | 3500 | 3500 | 2500 |
| Vitamin C (mg) | 60 | 60 | 60 | 120 | 120 | 80 | 60 |
| Vitamin D (IU) | 400 | 1000 | 700 | 1000 | 700 | 800 | 1000 |
| Vitamin E (IU) | 30 | 22.5 | 22.5 | 30 | 25.5 | 33 | 30 |
| Vitamin K ($\mu$g) | 80 | 25 | 20 | 20 | 20 | 20 | |
| Thiamin (mg) | 1.5 | 1.5 | 1.35 | 4.5 | 4.5 | 3 | 2.25 |
| Riboflavin(mg) | 1.7 | 1.7 | 1.7 | 3.4 | 3.4 | 3.4 | 2.55 |
| Niacin (mg) | 20 | 20 | 18 | 20 | 20 | 25 | 30 |
| Vitamin B6 (mg) | 2.0 | 2 | 3 | 6 | 6 | 4 | 3 |
| Folate ($\mu$g) | 400 | 400 | 400 | 400 | 400 | 400 | 600 |
| Vitamin B12($\mu$g) | 6 | 6 | 18 | 25 | 25 | 12 | 9 |
| Biotin ($\mu$g) | 300 | 300 | 75 | 30 | 30 | 300 | 450 |
| Pantothenic mg) | 10 | 10 | 16 | 15 | 15 | 15 | 15 |
| Choline (mg)[2] | 550 | | | | | | |
| Calcium (mg) | 1,000 | 500 | 210 | 500 | 120 | 200 | 400 |
| Iron (mg) | 18 | 18 | | | | | 27 |
| Iodine $\mu$g | 150 | 150 | | 150 | 150 | | 150 |
| Magnesium mg | 400 | 0 | 140 | 50 | 110 | 200 | 150 |
| Zinc (mg) | 15 | 15 | 15 | 24 | 24 | 15 | |
| Selenium ($\mu$g) | 70 | 20 | 110 | 27 | 117 | 70 | |
| Copper (mg) | 2 | 2 | 2 | 2.2 | 2.2 | 2 | |
| Manganese $\mu$g | 2 | 2 | 2 | 4.2 | 4.2 | 2 | |
| Chromium $\mu$g | 120 | 120 | 120 | 180 | 180 | 120 | 120 |
| Molybdenum $\mu$g | 75 | | | 90 | 90 | | |
| Phosphorous(mg) | 1,000 | | | | | | |
| Potassium (mg) | 3,500 | | | | | | |
| Chloride (mg) | 3,400 | | | | | | |

| Essential Nutrient | Daily Value (DV)[1] | Active Metabolism Women | Meno-pause Women | Active Mind and Body Women | Healthy Skin Support Women | Petites Women | Teen Advantage for her | Teen Advantage for him |
|---|---|---|---|---|---|---|---|---|
| Vitamin A (IU) | 5,000 | 2500 | 2500 | 2500 | 2500 | 2500 | 2500 | 2500 |
| Vitamin C (mg) | 60 | 60 | 60 | 60 | 90 | 60 | 120 | 120 |
| Vitamin D (IU) | 400 | 800 | 800 | 800 | 1000 | 1000 | 800 | 400 |
| Vitamin E (IU) | 30 | 22.5 | 33 | 30 | 30 | 22.5 | 30 | 30 |
| Vitamin K ($\mu$g) | 80 | 25 | | 25 | | 25 | 25 | 25 |
| Thiamin (mg) | 1.5 | 2.4 | 3 | 2.4 | 1.5 | 1.5 | 2.3 | 3.75 |
| Riboflavin(mg) | 1.7 | 2.7 | 3.4 | 2.7 | 1.7 | 1.7 | 2.6 | 4.25 |
| Niacin (mg) | 20 | 10 | 20 | 10 | 5 | 20 | 30 | 30 |
| Vitamin B6 (mg) | 2.0 | 3.2 | 8 | 3.2 | 2 | 2 | 3 | 5 |
| Folate ($\mu$g) | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 |
| Vitamin B12($\mu$g) | 6 | 9.5 | 12 | 9.5 | 6 | 6 | 9 | 15 |
| Biotin ($\mu$g) | 300 | 30 | 300 | 30 | 300 | 300 | 300 | 300 |
| Pantothenic mg) | 10 | 5 | 15 | 5 | 5 | 10 | 10 | 10 |
| Choline (mg)[2] | 550 | | | | | | | |
| Calcium (mg) | 1,000 | 300 | 300 | 300 | 300 | 500 | 300 | 200 |
| Iron (mg) | 18 | 18 | | 18 | 18 | 18 | 18 | 9 |
| Iodine $\mu$g | 150 | | 150 | | | 150 | | |
| Magnesium mg | 400 | 50 | 50 | 50 | 50 | | 50 | 100 |
| Zinc (mg) | 15 | 15 | 15 | 15 | 7.5 | 15 | 15 | 15 |
| Selenium ($\mu$g) | 70 | 20 | 20 | 20 | 20 | 20 | 20 | 20 |
| Copper (mg) | 2 | 2 | 1 | 2 | 2 | 2 | 2 | 2 |
| Manganese $\mu$g | 2 | 2 | 2 | 2 | | 2 | 2 | 2 |
| Chromium $\mu$g | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 |
| Molybdenum $\mu$g | 75 | | 37.5 | | | | | |
| Phosphorous(mg) | 1,000 | | | | | | | |
| Potassium (mg) | 3,500 | | | | | | | |
| Chloride (mg) | 3,400 | | | | | | | |

| Essential Nutrient | Daily Value (DV)[1] | Essen-tial | Energy | Vita-Craves Gum-mies Women | Vita-Craves Gum-mies Men | Vita-Craves Gum-mies Immune | Vita-Craves Gum-mies Regular | Vita-Craves Gum-mies Sour |
|---|---|---|---|---|---|---|---|---|
| Vitamin A (IU) | 5,000 | 3000 | 3500 | 2500 | 4000 | 4000 | 4000 | 4000 |
| Vitamin C (mg) | 60 | 60 | 60 | 30 | 75 | 125 | 60 | 60 |
| Vitamin D  (IU) | 400 | 400 | 400 | 800 | 400 | 400 | 400 | 400 |
| Vitamin E (IU) | 30 | 30 | 22.5 | 30 | 30 | 40 | 40 | 40 |
| Vitamin K ($\mu$g) | 80 | | 25 | | | | | |
| Thiamin (mg) | 1.5 | 1.5 | 3 | | | | | |
| Riboflavin(mg) | 1.7 | 1.7 | 3.4 | | | | | |
| Niacin (mg) | 20 | 20 | 40 | | | | | |
| Vitamin B6 (mg) | 2.0 | 2 | 4 | 2 | 5 | 2 | 2 | 2 |
| Folate ($\mu$g) | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 |
| Vitamin B12($\mu$g) | 6 | 6 | 12 | 9 | 15 | 10 | 10 | 10 |
| Biotin ($\mu$g) | 300 | | 300 | 150 | 600 | 150 | 150 | 150 |
| Pantothenic mg) | 10 | 10 | 10 | | 10 | 20 | 10 | 10 |
| Choline (mg)[2] | 550 | | | | | | 60 | 60 |
| Calcium (mg) | 1,000 | 45 | 250 | 100 | | | | |
| Iron (mg) | 18 | | 9 | | | | | |
| Iodine $\mu$g | 150 | | 150 | 40 | 150 | 80 | 80 | 80 |
| Magnesium mg | 400 | | 40 | | | | | |
| Zinc (mg) | 15 | | 15 | 2.5 | 5 | 5 | 5 | |
| Selenium ($\mu$g) | 70 | | 45 | | 110 | 35 | | |
| Copper (mg) | 2 | | 2 | | | | | |
| Manganese $\mu$g | 2 | | 2 | | | | | |
| Chromium $\mu$g | 120 | | 100 | | | | | |
| Molybdenum $\mu$g | 75 | | 25 | | | | | |
| Phosphorous(mg) | 1,000 | | | | | | | |
| Potassium (mg) | 3,500 | | 99 | | | | | |
| Chloride (mg) | 3,400 | | 99.3 | | | | | |

[1] DV is the Daily Value used on food labeling
[2] Choline was recognized as an essential nutrient in 1998 with a daily adequate intake (AI) of  550 mg for adult men and 425 mg for adult women. The daily value (DV) for food labeling is 550 mg/day. A recommended dietary allowance (RDA) has yet to be established.

**Attachment D**

Daily Value (DV), Adult RDA/Adequate Intake,

NHANES normal dietary intakes (without supplements)

| Essential Nutrient | Daily Value (DV) | Adult RDA[1] Adequate Intake (AI)[2] | Dietary Intake NHANES 2003-6[3] | Dietary Intake NHANES 2007-10[4] |
|---|---|---|---|---|
| Vitamin A (IU) | 5,000 | 3,000♂/2,300♀ | 2,002 | 2068 |
| Vitamin C (mg) | 60 | 90♂/75♀ | 85.3 | 84 |
| Vitamin D (IU) | 400 | 600 (51-70) 800 (71+) | 196 | 196 |
| Vitamin E (IU) | 30 | 22 | 10.3 | 11 |
| Vitamin K ($\mu$g) | 80 | 120♂ /90♀ | 80.3 | 85.2 |
| Thiamin (B1) (mg) | 1.5 | 1.2♂ /1.1♀ | 1.7 | 1.6 |
| Riboflavin (B2) (mg) | 1.7 | 1.3♂ /1.1♀ | 2.3 | 2.2 |
| Niacin (B3) (mg) | 20 | 16♂ /14♀ | 243 | 24.7 |
| Pantothenate (B5) (mg) | 10 | 5 | | |
| Pyridoxine (B6) (mg) | 2.0 | 1.3 (19-50) 1.7♂ /1.5♀(50+) | 1.9 | 2.0 |
| Biotin (B7) ($\mu$g) | 300 | 30 | | |
| Folate (B9) ($\mu$g) | 400 | 400 | 548 | 542 |
| Cobalamin (B12) ($\mu$g) | 6 | 2.4 | 5.3 | 5.3 |
| Choline (mg)[2] | 550 | 550 ♂/425♀ | | 316 |
| Calcium (mg) | 1,000 | 1,000 1,200 (51+) | 939 | 987 |
| Iron (mg) | 18 | 8 ♂ 18 (19-50♀) 8 (50+♀) | 15.8 | 15.1 |
| Iodine ($\mu$g) | 150 | 150 | | |
| Magnesium (mg) | 400 | 400 ♂ (19-30) 420 ♂ (30+) 310 (19-30♀) 320 (30+ ♀) | 276 | 286 |
| Zinc (mg) | 15 | 11♂ /8♀ | 12.1 | 11.7 |
| Selenium ($\mu$g) | 70 | 55 | 107 | 108 |

| Essential Nutrient | Daily Value (DV) | Adult RDA[1] Adequate Intake (AI)[2] | Dietary Intake NHANES 2003-6[3] | Dietary Intake NHANES 2007-10[4] |
|---|---|---|---|---|
| Copper (mg) | 2 | 0.9 | 1.3 | 1.3 |
| Manganese ($\mu$g)[2] | 2 | 2.3 ♂/1.8♀ | | |
| Chromium ($\mu$g)[2] | 120 | 35 ♂ (19-50) 30 ♂ (50 +) 25♀(19-50) 20♀(50 +) | | |
| Phosphorous (mg) | 1,000 | 700 | 1,326 | 1350 |
| Potassium (mg)[2] | 3,500 | 4,700 | 2,615 | 2,595 |
| Choline (mg)[2] | 550 | 550 ♂/425♀ | | 316 |
| Chloride (mg)[2] | 3,400 | 2,300 (14-50) 2,000 (51-70) 1,800 (71 +) | | |

[1] Adult RDA is the recommended dietary allowance for adults, 19 years and older, indicating requirements for different sex/age groups. Unlike the DV, these allowances are updated periodically based on the latest scientific findings. Differing values for women (♂) and men (♀), and adult age groups are as indicated.

[2] Nutrients recognized as essential for which an RDA has not been established, have requirements stated as an Adequate Intake (AI). Nutrients where this is the case include Choline, Manganese, Chromium, Potassium and Chloride. In the case of choline, the "highest" AI is used as the DV for food labeling.

[3] Normal Dietary Intake NHANES 2003-6 – Typical nutrient intake from levels natural occurring in foods plus those provided by enriched/fortified foods. Data from NHANES 2003-6 as reported in Table 1 by: Fulgoni VL III, Keast DR, Bailey RL, Dwyer J. Foods, fortificants, and supplements: Where do Americans get their nutrients? J Nutr. 2011 Oct;141(10):1847-54.

[4] Normal Dietary Intake NHANES 2007-10 – Typical nutrient intake from food from NHANES 2007-10 as reported in Table 3 by: Wallace TC, McBurney M, Fulgoni VL 3rd.Multivitamin/mineral supplement contribution to micronutrient intakes in the United States, 2007-2010. J Am Coll Nutr. 2014;33(2):94-102.

**Attachment E**

**Regarding Magnesium**

There are issues applicable to this matter regarding magnesium (Mg), an essential nutrient recognized as playing key roles in heart health, immunity and physical energy.[1] [2] [3] [4] [5] [6]  It raises several issues, one of which is the legitimacy of directing consumers having specific concerns about these areas functionality to specific products that fail to include this nutrient.

The daily value for Mg is 400 mg per day.  However, the NHANES data summarized in Attachment D, indicate that during the period of 2003-2010 the normal (non-supplemented) dietary intake of Mg was approximately 281 mg per day, which represents a level of intake that was 119 mg of Mg less than the DV.[7]

Even with a "normal" level of intake that is 30 percent below the DV, a Mg deficiency cause by dietary inadequacy has not been reported in people consuming natural diets,[8]  This argues against the concept that occasionally dietary inadequacies, in this case involving Mg, can be assumed to cause biochemical deficiencies.  The issues relating to Mg are further explained in research by Shills.[9]  In his study, seven individuals had been receiving adequate amounts of all nutrients in a formula diet. During the study there was a switch to a formula that supplied only 12 mg of Mg daily (3 percent of the DV).  An examination of the samples collected during the study found that the body became very efficient at handling and recycling its magnesium.  The first onset of Mg deficiency symptoms[10] was seen in two of the subjects, but only after 24 and 26 days of taking in only 12 mg of Mg daily.  The other individuals in the study did not exhibit Mg deficiency symptoms until after 100 days, all eventually showing symptoms.

Below are the Products at issue, the magnesium provided, and the associated support claims. Only three of the 20 products provide sufficient magnesium to raise the estimated dietary intake

to the established DV or RDA.  This undercuts any scientific credibility the product can make a

science-valid claim to support heart health, the immune system, or physical energy.

| | Mg in Product | Raise to DV or RDA Level? | **Claimed Support** | | |
|---|---|---|---|---|---|
| | | | Heart Health | Immune | Physical Energy |
| Women's Formula | 0 mg | NO | ✓ | ✓ | ✓ |
| Men's Health Formula | 140 mg | | ✓ | ✓ | ✓ |
| Women's 50+ Healthy Advantage | 50 mg | NO | ✓ | ✓ | ✓ |
| Men's 50+ Healthy Advantage | 110 mg | NO | ✓ | ✓ | ✓ |
| Men's Pro Edge Multivitamin | 200 mg | | | ✓ | |
| Women's Pro Edge | 150 mg | | | ✓ | ✓ |
| Women's Active Metabolism | 50 mg | NO | | ✓ | |
| Women's Menopause Formula | 50 mg | NO | ✓ | | ✓ |
| Women's Active Mind & Body | 50 mg | NO | | | ✓ |
| Women's Healthy Skin Support | 50 mg | NO | | | |
| Women's Petites | 0 mg | NO | ✓ | ✓ | ✓ |
| Teen Advantage for Her | 50 mg | NO | | ✓ | ✓ |
| Teen Advantage for Him | 100 mg | NO | | ✓ | ✓ |
| Essential | 0 mg | NO | | | |
| Energy | 40 mg | NO | | ✓ | ✓ |
| Women's VitaCraves Gummies | 0 mg | NO | | ✓ | |
| Men's VitaCraves Gummies | 0 mg | NO | | ✓ | ✓ |
| VitaCraves Gummies Plus Immunity Support | 0 mg | NO | | ✓ | |
| VitaCraves Gummies Regular | 0 mg | NO | | ✓ | ✓ |
| VitaCraves Sour Gummies | 0 mg | NO | ✓ | ✓ | ✓ |

[1] Galland L. Magnesium and immune function: an overview. Magnesium. 1988;7(5-6):290-9

[2] Tam M, Gómez S, González-Gross M, Marcos A. Possible roles of magnesium on the immune system. Eur J Clin Nutr. 2003 Oct;57(10):1193-7.

[3] Laires MJ, Monteiro C. Exercise, magnesium and immune function. Magnes Res. 2008 Jun;21(2):92-6.

[4] Ford ES. Serum magnesium and ischaemic heart disease: findings from a national sample of US adults. Int J Epidemiol. 1999 Aug;28(4):645-51.

[5] de Baaij JH, Hoenderop JG, Bindels RJ. Magnesium in man: implications for health and disease. Physiol Rev. 2015 Jan;95(1):1-46.

[6] Ford ES, Li C, McGuire LC, Mokdad AH, Liu S.Intake of dietary magnesium and the prevalence of the metabolic syndrome among U.S. adults. Obesity (Silver Spring). 2007 May;15(5):1139-46.

[7] The 281 mg per day figure is the average of the 276 mg/day from NHANES 2003-6 and the 286 mg/day figure from NHANES 2007-10.

[8] Recommended Dietary Allowances, 10th Edition, Subcommittee on the Tenth Edition of the Recommended Dietary Allowances, Food and Nutrition Board, Commission on Life Sciences, National Research Council 1989, page 189 (http://www.nap.edu/catalog/1349.html)  (RDA 10th Edition)

[9] Shils, M.F. 1969. Experimental production of magnesium deficiency in man. Ann. NY Acad. Sci. 162:847-855.

[10] As reported in RDA 10th Edition, (cited in 1. above), the most prominent and consistent signs of Mg deficiency were nausea, muscle weakness, irritability, mental derangement, and myographic changes, but not all symptoms were observed in all patients.

## Attachment F

## CDC Nutrition Report – Nutrient Deficiencies

Unlike the Fulgoni studies and the NHANES survey of nutrient intake data on which they are based (data summarized in Attachment D), the second CDC Nutrition Report, published in 2012, provides information about actual nutrient deficiencies in the United States based on the blood levels of specific nutrient metabolites.[1] Key to understanding bodily effects of less-than-recommended levels of nutrients intake is the fact that the body adapts and effectively conserves essential nutrients in short supply.[2][3]  The CDC report lists nutrients identified where the blood level of metabolites falls below the normal value, and also deals with specific populations at greater risk for a deficiency. The values in the CDC report will be briefly discussed as they apply to this matter.



**Nutrition deficiencies in the U.S. population**

The graph shows prevalence estimates of nutrition deficiencies among people who live in the U.S. (NHANES 2003-2006). Of all the nutrients listed, the most people had vitamin B6, iron, and vitamin D deficiencies, and the fewest people had vitamin A, vitamin E, and folate deficiencies.

Nutrition indicators were measured in different age groups (e.g.,1 year and older) and population groups (e.g., women 12-49 years of age).

National Center for Environmental Health
Division of Laboratory Sciences

CS229899-A

---

[1] https://www.cdc.gov/nutritionreport/
[2] See Attachment E, for an example of how the body adapts to lower intakes of Magnesium, and below in this attachment relating to how the most individuals have adequate vitamin D irrespective of the Fulgoni data (Attachment D) showing the dietary intake being less than the RDA or DV.   Note that with vitamin D, there is also the ability of the human body to make its own vitamin D from sun exposure, thus helping explaining the CDC table showing 91.9% of individuals do NOT have a vitamin D deficiency.   The reference cited immediately below reported how choline, an essential nutrient, was inadvertently left out of a formula being fed to an individual as the sole source of nutrients, and it took weeks of zero intake of this essential nutrient before biochemical differences were observed.
[3] Buchman AL, Ament ME, Sohel M, Dubin M, Jenden DJ, Roch M, Pownall H, Farley W, Awal M, Ahn C. Choline deficiency causes reversible hepatic abnormalities in patients receiving parenteral nutrition: proof of a human choline requirement: a placebo-controlled trial. JPEN J Parenter Enteral Nutr. 2001 Sep-Oct;25(5):260-8.

**Vitamin B6: (Involved in heart health, immunity and physical energy)[4]**

According to the CDC report, 89.5 percent of the U.S. population does not have a B6 deficiency. The report discusses the wide abundance of vitamin B6 in foods and the fact that a deficiency does not develop until there has been an extended period of dietary inadequacy, both these factors helping explain the rarity of this deficiency.

> "Symptoms do not appear immediately, however, for ~80% of the vitamin B6 in the body is stored in muscle tissue and will remain stable until intake has been low for several weeks"[1]

The main group experiencing a B6 deficiency are adults aged over 70, about one quarter in that group not getting their recommended level. As evidenced by Attachment D, NHANES data indicates that the level present in the diet (without dietary supplements) is consistent with RDA and DV recommended level of intake.

There is no evidence, or basis to assume that the additional B6 provided by taking one of the Products will provide any significant benefit to the general population of otherwise-healthy, well-nourished individuals over the B6 already present in the diet.

**Iron: (Involved in heart health, immunity and physical energy)[5]**

The 8.1% incidence of iron deficiency reflected in the CDC report is limited to children between the age of 1 and 5. As evidenced by Attachment D, NHANES data indicates that the level present in the diet (without dietary supplements) is consistent with RDA and DV recommended level of intake.[6] There is no evidence, or basis to assume that the additional iron provided by

---

[4] https://ods.od.nih.gov/factsheets/VitaminB6-Consumer/
[5] https://ods.od.nih.gov/factsheets/iron-Consumer/
[6] Of particular interest regarding iron is the fact that the only group having a recommended intake of 18 mg per day are (menstruating) women. Non menstruating women and men have a recommended intake of 8 mg per day.

taking one of the Products will provide any significant benefit to the general population of otherwise-healthy, well-nourished individuals over the iron already present in the diet.

**Vitamin D: (Involved in heart health and immunity)[7]**

According to the CDC report, 91.9% of the U.S. population does NOT suffer from a vitamin D deficiency.  However, as evidenced by Attachment D, NHANES data indicates that the level present in the diet (without dietary supplements) is only approximately one-half the DV, and one-quarter to one-third the RDA.   Why doesn't the inadequacy of D consumption manifest in a higher percentage of the general population exhibiting a D deficiency?  The explanation lies with the fact that vitamin D is a fat-soluble vitamin that get distributed among the fat in the body, the fat serving as a storage reservoir in times of occasional dietary inadequacy.  The half-life of vitamin D (the time for the blood level to decrease by one-half) is estimated to be approximately one month.[8]  This slow decrease helps explain why a study of U.S. Submariners not receiving vitamin D, and having no exposure to the ultraviolet rays of the sun (which facilitates the body's production of D), went for 2.25 months (without D) before their blood level decreased from one considered D-sufficient to one at risk for a D inadequacy.  But even after this period, these individuals would still not be considered vitamin D deficient.

There is no evidence that occasional vitamin D inadequacies will cause a deficiency, helping to explain the (67% + 24%) 91 percent not deficient as per the following CDC chart.

---

[7] https://ods.od.nih.gov/factsheets/vitamind-Consumer/
[8] Vieth R. Vitamin D supplementation, 25-hydroxyvitamin D concentrations, and safety. Am J Clin Nutr. 1999 May;69(5):842-56



Figure 1. Serum 25OHD status of persons aged 1 year and over: United States, 2001–2006

NOTES: 25OHD is 25-hydroxyvitamin D. To convert nmol/L to ng/mL, divide by 2.5.
SOURCE: CDC/NCHS, National Health and Nutrition Examination Survey (NHANES); data for ages 1–5 years from NHANES 2003–2006.

There is no evidence, or basis to assume that the additional vitamin D provided by taking one of the Products will provide any significant benefit to role of vitamin D as regards heart health, immunity or physical energy.

**Vitamin C: (Involved with heart health, immunity and physical energy)[9]**

The CDC chart above indicates that 94 percent of the U.S. population does not display a vitamin C deficiency as evidenced by the level of metabolites in their blood. As shown on Attachment D, the level of vitamin C in the typical diet (without supplements) exceeds the DV and the RDA. There is no evidence, or basis to assume that the additional vitamin C provided by taking one of the Products will provide any significant benefit to hearth healthy, immunity or physical energy

---

[9] https://ods.od.nih.gov/factsheets/vitaminc-Consumer/

to the general population of otherwise-healthy, well-nourished individuals over that provided by the vitamin C already present in their diet.

**Vitamin B12: (Involved with heart health, and physical energy)[10]**

The CDC chart above indicates that 98 percent of the U.S. population does not display a vitamin B12 deficiency as evidenced by the level of metabolites in their blood. As shown on Attachment D, the level of vitamin B12 in the typical diet (without supplements) exceeds the RDA for all age groups.  There is no evidence, or basis to assume that the additional vitamin B12 provided by taking one of the Products will provide any significant benefit to hearth healthy, immunity or physical energy to the general population of otherwise-healthy, well-nourished individuals over that provided by the vitamin B12 already present in their diet.

**Vitamin A: (Involved with immune health)[11]**

The CDC chart above indicates that 99 percent of the U.S. population does not display a vitamin A deficiency as evidence by the level of metabolites in their blood. As shown on Attachment D, the level of vitamin A in the typical diet (without supplements) is below the RDA, but this is a fat-soluble vitamin, and similar to the explanation provided above for vitamin D, it gets distributed in body fat.  It takes a prolonged period of inadequate intake to lower body stores to the level of a biochemical deficiency. Periodic inadequacies do not translate to a deficiency disease, which helps explain the CDC data.  There is no evidence, or basis to assume that the additional vitamin A provided by taking one of the Products will provide any significant benefit

---

[10] https://ods.od.nih.gov/factsheets/vitaminb12-Consumer/
[11] https://ods.od.nih.gov/factsheets/vitamina-Consumer/

to hearth healthy, immunity or physical energy to the general population of otherwise-healthy, well-nourished individuals over that provided by the vitamin A already present in their diet.

**Vitamin E: (Involved with heart health and immune health**

The CDC chart above indicates that 99 percent of the U.S. population does not display a vitamin E deficiency as evidence by the level of metabolites in their blood. As shown on Attachment D, the level of vitamin E in the typical diet (without supplements) is below the RDA, but this is a fat-soluble vitamin, and similar to the explanation provided above for vitamin D, it gets distributed in body fat.  It takes a prolonged period of inadequate intake to lower body stores to the level of a biochemical deficiency. Periodic inadequacies do not translate to a deficiency disease, which helps explain the CDC data.  There is no evidence, or basis to assume that the additional vitamin E provided by taking one of the Products will provide any significant benefit to hearth healthy, immunity or physical energy to the general population of otherwise-healthy, well-nourished individuals over that provided by the vitamin E already present in their diet.

**Folate/Folic Acid: (Involved with heart health, immune health and physical energy)[12]**

The CDC chart above indicates that 99 percent of the U.S. population does not display a folate deficiency as evidence by the level of metabolites in their blood. As shown on Attachment D, the level of folate in the typical diet (without supplements) exceeds the DV and the RDA.  There is no evidence, or basis to assume that the additional folate provided by taking one of the Products will provide any significant benefit to hearth healthy, immunity or physical energy to the general

---

[12] https://ods.od.nih.gov/factsheets/folate-Consumer/

population of otherwise-healthy, well-nourished individuals over that provided by the folate already present in their diet.

## Attachment G
## Support Claims/ Content Comparison – Four Products

| Essential Nutrient | Daily Value (DV) | Adult RDA[1] Adequate Intake (AI)[2] | Active Metab- olism Women | Meno- pause Women | Active Mind and Body Women | Healthy Skin Support Women |
|---|---|---|---|---|---|---|
| **Supports Heart Health** | | | | ✓ | | |
| **Supports Immune System** | | | ✓ | | | |
| **Supports Physical Energy** | | | | ✓ | ✓ | |
| Vitamin A (IU) | 5,000 | 3,000♂/2,300♀ | 2500 | 2500 | 2500 | 2500 |
| Vitamin C (mg) | 60 | 90♂/75♀ | 60 | 60 | 60 | 90 |
| Vitamin D (IU) | 400 | 600(51-70), 800 (71+) | 800 | 800 | 800 | 1000 |
| Vitamin E (IU) | 30 | 22 | 22.5 | 33 | 30 | 30 |
| Vitamin K ($\mu$g) | 80 | 120♂ /90♀ | 25 | | 25 | |
| Thiamin (B1) (mg) | 1.5 | 1.2♂ /1.1♀ | 2.4 | 3 | 2.4 | 1.5 |
| Riboflavin (B2) (mg) | 1.7 | 1.3♂ /1.1♀ | 2.7 | 3.4 | 2.7 | 1.7 |
| Niacin (B3) (mg) | 20 | 16♂ /14♀ | 10 | 20 | 10 | 5 |
| Pantothenate (B5) (mg) | 10 | 5 | 5 | 15 | 5 | 5 |
| Pyridoxine (B6) (mg) | 2.0 | 1.3 (19-50) 1.7♂ /1.5♀(50+) | 3.2 | 8 | 3.2 | 2 |
| Biotin (B7) ($\mu$g) | 300 | 30 | 30 | 300 | 30 | 300 |
| Folate (B9) ($\mu$g) | 400 | 400 | 400 | 400 | 400 | 400 |
| Cobalamin (B12) ($\mu$g) | 6 | 2.4 | 9.5 | 12 | 9.5 | 6 |
| Choline (mg)[2] | 550 | 550 ♂/425♀ | | | | |
| Calcium (mg) | 1,000 | 1,000 1,200 (51+) | 300 | 300 | 300 | 300 |
| Iron (mg) | 18 | 8 ♂ 18 (19-50♀) 8 (50+♀) | 18 | | 18 | 18 |

[1] Adult RDA is the recommended dietary allowance for adults, 19 years and older, indicating requirements for different sex/age groups. Unlike the DV, these allowances are updated periodically based on the latest scientific findings.  Differing values for women (♂) and men (♀), and adult age groups are as indicated.

[2] Nutrients recognized as essential for which an RDA has not been established, have requirements stated as an Adequate Intake (AI).  Nutrients where this is the case include Choline, Manganese, Chromium, Potassium and Chloride. In the case of choline the "highest" AI is used as the DV for food labeling.

| Essential Nutrient | Daily Value (DV) | Adult RDA[1] Adequate Intake (AI) | Active Metabolism Women | Menopause Women | Active Mind and Body Women | Healthy Skin Support Women |
|---|---|---|---|---|---|---|
| **Supports Heart Health** | | | | ✓ | | |
| **Supports Immune System** | | | ✓ | | | |
| **Supports Physical Energy** | | | | ✓ | ✓ | |
| Iodine (µg) | 150 | 150 | | 150 | | |
| Magnesium (mg) | 400 | 400 ♂ (19-30) 420 ♂ (30+) 310 (19-30♀) 320 (30+ ♀) | 50 | 50 | 50 | 50 |
| Zinc (mg) | 15 | 11♂ /8♀ | 15 | 15 | 15 | 7.5 |
| Selenium (µg) | 70 | 55 | 20 | 20 | 20 | 20 |
| Copper (mg) | 2 | 0.9 | 2 | 1 | 2 | 2 |
| Manganese (µg)[2] | 2 | 2.3 ♂/1.8♀ | 2 | 2 | 2 | |
| Chromium (µg)[2] | 120 | 35 ♂ (19-50) 30 ♂ (50 +) 25♀(19-50) 20♀(50 +) | 120 | 120 | 120 | 120 |
| Molybdenum(µg) | 75 | 45 | | 37.5 | | |
| Phosphorous (mg) | 1,000 | 700 | | | | |
| Potassium (mg)[3] | 3,500 | 4,700 | | | | |
| Chloride (mg)[3] | 3,400 | 2,300 (14-50) 2,000 (51-70) 1,800 (71 +) | | | | |

[3] Nutrients recognized as essential for which an RDA has not been established, have requirements stated as an Adequate Intake (AI).  Nutrients where this is the case include Choline, Manganese, Chromium, Potassium and Chloride. In the case of choline the "highest" AI is used as the DV for food labeling.

**Support Claims and Relevant Nutrient Levels**

| Essential Nutrient | Daily Value (DV) | Adult RDA Adequate Intake (AI) | Active Metabolism | Menopause | Active Mind and Body | Healthy Skin Support |
|---|---|---|---|---|---|---|
| **Supports Heart Health: (Vitamins C, E, B6, B9, B12)** | | | | ✓ | | |
| Vitamin C (mg) | 60 | 90♂/75♀ | 60 | 60 | 60 | 90 |
| Vitamin E (IU) | 30 | 22 | 22.5 | 33 | 30 | 30 |
| Pyridoxine (B6) (mg) | 2.0 | 1.3 (19-50) 1.7♂/1.5♀(50+) | 3.2 | 8 | 3.2 | 2 |
| Folate (B9) (μg) | 400 | 400 | 400 | 400 | 400 | 400 |
| Cobalamin (B12) (μg) | 6 | 2.4 | 9.5 | 12 | 9.5 | 6 |

| Essential Nutrient | Daily Value (DV) | Adult RDA Adequate Intake (AI) | Active Metabolism | Menopause | Active Mind and Body | Healthy Skin Support |
|---|---|---|---|---|---|---|
| **Supports Immune System: (Vitamins A, C, E, & Se)** | | | ✓ | | | |
| Vitamin A (IU) | 5,000 | 3,000♂/2,300♀ | 2500 | 2500 | 2500 | 2500 |
| Vitamin C (mg) | 60 | 90♂/75♀ | 60 | 60 | 60 | 90 |
| Vitamin E (IU) | 30 | 22 | 22.5 | 33 | 30 | 30 |
| Selenium (μg) | 70 | 55 | 20 | 20 | 20 | 20 |

| Essential Nutrient | Daily Value (DV) | Adult RDA Adequate Intake (AI) | Active Metabolism | Menopause | Active Mind and Body | Healthy Skin Support |
|---|---|---|---|---|---|---|
| **Supports Physical Energy: (Eight B vitamins)** | | | | ✓ | ✓ | |
| Thiamin (B1) (mg) | 1.5 | 1.2♂/1.1♀ | 2.4 | 3 | 2.4 | 1.5 |
| Riboflavin (B2) (mg) | 1.7 | 1.3♂/1.1♀ | 2.7 | 3.4 | 2.7 | 1.7 |
| Niacin (B3) (mg) | 20 | 16♂/14♀ | 10 | 20 | 10 | 5 |
| Pantothenate (B5) (mg) | 10 | 5 | 5 | 15 | 5 | 5 |
| Pyridoxine (B6) (mg) | 2.0 | 1.3 (19-50) 1.7♂/1.5♀(50+) | 3.2 | 8 | 3.2 | 2 |
| Biotin (B7) (μg) | 300 | 30 | 30 | 300 | 30 | 300 |
| Folate (B9) (μg) | 400 | 400 | 400 | 400 | 400 | 400 |
| Cobalamin (B12) (μg) | 6 | 2.4 | 9.5 | 12 | 9.5 | 6 |
| **Caffeine** | | | **120 mg** | | | |
| **Guarana Blend (2-4 % Caffeine)** | | | | | **180 mg** | |

## Attachment H

Recommended Dietary Allowance vs Daily Value

There are various sets of nutrition standards developed to guide health professionals and consumer choices.  Two prominent indexes are the Recommended Dietary Allowance and the Daily Value and an appreciation of the differences between them is important in the current matter under consideration.

The Recommended Dietary Allowance (RDA) is a set of dietary guidelines designed to meet the nutrition/biochemical requirements of practically all healthy individuals. It includes distinct requirements for individual nutrients tailored to gender and life stage.  The RDAs are a part of the Dietary Reference Intakes from the Food and Nutrition Board of the National Academy of Sciences.  They are updated periodically to reflect the latest research; the most recent updates were in 1997.

Different from this is the Daily Value (DV), a set of nutrient requirements for use on food labeling.[1]  The DV is used to provide information about nutrients provided by one serving of a food product.  The DV can also help consumers make nutrition comparisons between various products under consideration.  To facilitate use on labeling, the DVs (as opposed to the RDAs) have remained constant and provide one set of values for all individuals.  Applications include the Nutrition Facts labels for foods and Supplement Facts labels for dietary supplements.  The DV is based on the highest Recommended Dietary Allowance (RDA) for each nutrient from the 1968 version of the RDAs.  There have been no updates to reflect more current science.

As an example, the RDA for vitamin B12 is based on the amount needed for the maintenance of blood and normal serum vitamin B12 values.   There is an assumed absorption rate of 50 percent

for this nutrient.  The RDA for B12 to meet the needs of practically all adults is 2.4 µg/day.  The research on establishing this requirement has been conducted within the past 30 years.   The DV for vitamin B12, based on the 1968 RDA, is 6 µg/day.  The normal level of dietary intake according to Fulgoni (Attachment D), is 5.3 micrograms per day, which while less than the DV, is more than twice the adult RDA.

Consistent with this we have the 2012 CDC report on biochemical indicators of diet and nutrition in the U.S. population; this is a report that utilizes measures of vitamin metabolites in the body, as opposed to a survey of what consumers say they have eaten.[2] The CDC report indicated that strict dietary deficiencies of vitamin B12 are rare.  Only about 2 percent of the U.S. population is B12 deficient and people who develop this deficiency tend to have an underlying stomach or intestinal disorder that limits the absorption of vitamin B12.

---

[1] The % Daily Value shown on Nutrition Facts (and Supplement Facts) labels represent the percent of the DV provided by one serving, and when used for fat, cholesterol, sodium, carbohydrates, and protein, percentages are based on the consumption of a 2,000 calorie diet.
[2] https://www.cdc.gov/nutritionreport/

# Attachment I

**Peer-Reviewed Studies of Effects of Multivitamin/Mineral Supplements.**

Letter preceding author(s) indicates application to claims relating to
Heart Health **(H),** Immunity **(I),** or Physical Energy **(P).**

1. **(I)** Avenell A, Campbell MK, Cook JA, Hannaford PC, Kilonzo MM, McNeill G, Milne

   AC, Ramsay CR, Seymour DG, Stephen AI, Vale LD. Effect of multivitamin and

   multimineral supplements on morbidity from infections in older people (MAVIS trial):

   pragmatic, randomised, double blind, placebo controlled trial. BMJ. 2005 Aug

   6;331(7512):324-9.

   > **Evaluation:** After taking a multivitamin/mineral supplement for one year
   >
   > there was no significant effect on the immune system functionality which
   >
   > consisted of self-reported infections, quality of life, and primary care visits
   >
   > for infection.

2. **(I)** Bailey RL, Fakhouri TH, Park Y, Dwyer JT, Thomas PR, Gahche JJ, Miller PE, Dodd

   KW, Sempos CT, Murray DM. Multivitamin-mineral use is associated with reduced risk

   of cardiovascular disease mortality among women in the United States. J Nutr. 2015

   Mar;145(3):572-8.

   > **Evaluation:** Using a nationally representative sample of adults, no
   >
   > association was found between the taking of a multivitamin/mineral and a
   >
   > reduction of cardiovascular disease when compared with nonusers.  An
   >
   > association was found when looking only at women, but it was not present
   >
   > after use of less than 1 year, or use of 1 - 3 years; only present after use of
   >
   > greater than 3-years duration.  The conclusion applying to the general

population was one of no significant association for multivitamin products and cardiovascular disease. (NOTE: The Products do not qualify any of their support claims that use for a specific length of time is an essential basis for the claim.)

3.  **(I)** Chavance M, Herbeth B, Lemoine A, Zhu BP. Does multivitamin supplementation prevent infections in healthy elderly subjects? A controlled trial. Int J Vitam Nutr Res. 1993;63(1):11-6.

    **Evaluation**: After four months of treatment, there was no significant difference in the incidence of infections between the treatment and placebo groups. After two months and after four months of supplementation, blood vitamin indicators of the subjects were significantly higher in the treatment than in the placebo group for vitamins B1, B2, B6, and E and folates.  Vitamin C status was slightly higher in the treatment group than in the placebo group.   The study concluded that short-term supplementation of healthy elderly subjects with a supplement containing 12 vitamins and 10 minerals would not be likely to afford meaningful protection against common infections.

4.  **(H)(I)** Fortmann SP, Burda BU, Senger CA, Lin JS, Whitlock EP. Vitamin and mineral supplements in the primary prevention of cardiovascular disease and cancer: An updated systematic evidence review for the U.S. Preventive Services Task Force. Ann Intern Med. 2013 Dec 17;159(12):824-34.  (Followed by letters to editor and author's response.)

**Evaluation:**  This paper stems was a review of the evidence that led to the 2014 U.S. Preventive Services Task Force (USPSTF) recommendations regarding the efficacy, benefits, and harms of vitamin supplementation among healthy adults without nutritional deficiencies. They concluded that the current body of evidence shows no benefit from multivitamin/mineral supplementation among healthy adults without nutritional deficiencies.  There was no consistent evidence to support the use of Multivitamin/mineral supplements in the primary prevention of cardiovascular disease, cancer, or all-cause mortality.  The study did report an effect with multivitamin/minerals and a reduction of overall cancer incidence, but this was only present after 11.2 years of follow-up. With just men, there was an associated reduction in cancer incidence after 10 years of multivitamin use (same effect not seen in women).  (NOTE: the Products do not qualify any of their support claims that use for a specific length of time is an essential basis for the claim.)

5.  **(I)** Gaziano JM, Sesso HD, Christen WG, Bubes V, Smith JP, MacFadyen J, Schvartz M, Manson JE, Glynn RJ, Buring JE. Multivitamins in the prevention of cancer in men: the Physicians' Health Study II randomized controlled trial. JAMA. 2012 Nov 14;308(18):1871-80.

> **Evaluation:**  This study was done on male physicians and involved the taking of a daily multivitamin for an average of 11.2 years.  Among men with no history of cancer, there was no effect found from taking

multivitamins on the incidence site-specific cancers including prostate, colorectal, lung, melanoma, epithelial cell cancer, and a total summing the incidence of these.  For those having a history of cancer, a reduction in epithelial cell cancer and total cancer was reported.

6.  **(I)** Graat JM, Schouten EG, Kok FJ. Effect of daily vitamin E and multivitamin-mineral supplementation on acute respiratory tract infections in elderly persons: a randomized controlled trial. JAMA. 2002 Aug 14;288(6):715-21.

> **Evaluation:** After 441 days of taking a multivitamin/mineral supplement, vitamin E, both, or a placebo, no significant difference was found on the incidence and severity of respiratory tract infections.

7.  **(H)** Harris E, Rowsell R, Pipingas A, Macpherson H. No effect of multivitamin supplementation on central blood pressure in healthy older people: A randomized controlled trial. Atherosclerosis. 2016 Mar;246:236-42.

> **Evaulation:** No effect was reported from four months of multivitamin supplementation on blood pressure in healthy older people.

8.  **(H)(I)** Lee ES. A flood of health functional foods: what is to be recommended? J Menopausal Med. 2015 Apr;21(1):12-8.

> **Evaulation:** There is no evidence that a nutritional dose of vitamins or minerals will reduce the incidence of cardiovascular disease, cancer, or mortality rate.

9.  **(H)(I)** Livingston CJ, Freeman RJ, Mohammad A, Costales VC, Titus TM, Harvey BJ,

Sherin KM; Choosing Wisely(®) Task Force. Choosing Wisely® in Preventive

Medicine: The American College of Preventive Medicine's Top 5 List of

Recommendations. Am J Prev Med. 2016 Jul;51(1):141-9.

>   **Evaluation**: After an extensive review of the evidence-based scientific
>
>   literature, the American College of Preventive Medicine developed their
>
>   Top 5 list of wasteful or unnecessary medical tests, procedures and
>
>   treatments; Number 1 on this list is "don't take a multivitamin, vitamin E,
>
>   or beta carotene to prevent cardiovascular disease or cancer." The
>
>   American College of Preventive Medicine recommendation aligns with
>
>   the USPSTF (Fortmann paper above) recommendations.

10. **(H)(I)(P)** Menon AS, Narula AS, Mathur AG. Multivitamins : Use or Misuse? Med J

Armed Forces India. 2008 Jul;64(3):263-7.

>   **Evaluation:** This short communication explains how
>
>   multivitamin/mineral supplements tend to be marketed as specialised
>
>   products such as multivitamin for men, senior
>
>   women, menopausal women, persons with diabetes, for energy, for hair
>
>   growth and so on, and that the content of each multivitamin is determined
>
>   by the manufacturer. The paper discusses that from a review of the
>
>   evidence it is apparent that the taking of multivitamin/mineral
>
>   supplements is only needed when the individual is in a state of deficiency

and for certain non-nutritional diseases. They have a role as prophylaxis in pregnancy and possibly in elderly where there are issues with intake and bioavailability.

The paper then states: "However when used to prevent disease not much is to be gained if a person is eating a healthy, balanced diet and has no absorptive defect."

11. **(H)(I)** Neuhouser ML, Wassertheil-Smoller S, Thomson C, Aragaki A, Anderson GL, Manson JE, Patterson RE, Rohan TE, van Horn L, Shikany JM, Thomas A, LaCroix A, Prentice RL. Multivitamin use and risk of cancer and cardiovascular disease in the Women's Health Initiative cohorts. Arch Intern Med. 2009 Feb 9;169(3):294-304.

> **Evaluation**: This paper reports on the Women's Health Initiative study that relied on approximately 8 years of data from both an observational effort and a clinical trial cohort.  The conclusions were that there was no convincing evidence that multivitamin use has any measurable influence on the risk of common cancers, cardiovascular disease, or total mortality in postmenopausal women.

12. **(H)** Rautiainen S, Akesson A, Levitan EB, Morgenstern R, Mittleman MA, Wolk A. Multivitamin use and the risk of myocardial infarction: a population-based cohort of Swedish women. Am J Clin Nutr. 2010 Nov;92(5):1251-6.

> **Evaluation**: This study reported a reduced risk of myocardial infarction (cardiovascular disease)  for women having no history of CVD, when

compared to those not taking a supplement.  The association was stronger in those using multivitamins for at least 5 years.  There was no association with women having a history of cardiovascular disease.  Of relevance to this conclusion is the fact that it took place in Sweden, a country in which intake of fruits and vegetables is relatively low compared with other populations, and foods are not fortified with folic acid, the adequacy of which is inversely associated with the risk of cardiovascular disease.   The adequacy of folate, as relate to current requirements, in typically consumed foods in the U.S. (without supplements) is verified shown on Attachment D.  Thus these findings, while addressing the issue supplements and heart hearth health, have no relevance to the U.S. experience.

13. **(H)** Rautiainen S, Lee IM, Rist PM, Gaziano JM, Manson JE, Buring JE, Sesso HD. Multivitamin use and cardiovascular disease in a prospective study of women. Am J Clin Nutr. 2015 Jan;101(1):144-52.

> **Evaulation:** In this study of middle-aged and elderly women, multivitamin use was not associated with any significant decrease in the long-term risk of major cardiovascular events, including MI (myocardial infarction), stroke, or death.

14. **(H)** Rautiainen S, Rist PM, Glynn RJ, Buring JE, Gaziano JM, Sesso HD. Multivitamin Use and the Risk of Cardiovascular Disease in Men. J Nutr. 2016 Jun;146(6):1235-40.

**Evaluation:**   No significant associations after 12.2 years between multivitamin users and nonusers in relation to the risk of major cardiovascular events.

15. **(H)(I)** Rautiainen S, Manson JE, Lichtenstein AH, Sesso HD Dietary supplements and disease prevention - a global overview. Nat Rev Endocrinol. 2016 Jul;12(7):407-20.

**Evaulation:**   In developed countries, adequate nutrient intake can usually be achieved through a well-balanced diet and supplementation might not confer additional health benefits, one exception being individual who have health disorders that increase their requirements for specific nutrients.

16. **(H)** Rautiainen S, Wang L, Lee IM, Manson JE, Gaziano JM, Buring JE, Sesso HD. Multivitamin use and the risk of hypertension in a prospective cohort study of women. J Hypertens. 2016 Aug;34(8):1513-9.

**Evaluation:**   This study reported that in middle-aged and older women, the use of multivitamins was not associated with any significant effect on the risk of developing hypertension.

17. **(H)** Sesso HD, Christen WG, Bubes V, Smith JP, MacFadyen J, Schvartz M, Manson JE, Glynn RJ, Buring JE, Gaziano JM. Multivitamins in the prevention of cardiovascular disease in men: the Physicians' Health Study II randomized controlled trial. JAMA. 2012 Nov 7;308(17):1751-60.

**Evaluation**: This study was done on male physicians and involved the taking of a daily multivitamin for an average of 11.2 years.  Looking for effects on cardiovascular (heart) events, the study found no significant effect on any of the endpoints.

18. **(H)(I)** Watkins ML, Erickson JD, Thun MJ, Mulinare J, Heath CW Jr. Multivitamin use and mortality in a large prospective study. Am J Epidemiol. 2000 Jul 15;152(2):149-62.

**Evaluation**: This 7-year study (1982-9) of over a million adults in the U.S. was designed to determine the relation between multivitamin use and death from heart disease, cerebrovascular disease (stroke), and cancer.  The study found no associated beneficial effect relating to cancer, indeed there was an increased risk of cancer with supplement use in male smokers.  As regards heart disease and stroke, a risk-reducing effect was observed with supplement use, the greatest being in those qualitatively describing their supplement use as "occasional."  It is essential to note that the regulation regarding folic acid fortification of cereal grain products did not go into effect until 1998, which renders these findings of limited relevance given the relationship between folate adequacy and the risk of cardiovascular disease and stroke.  The existence of folate adequacy from the two NHANES surveys, collected subsequent to the onset of folate fortification is shown on Attachment D.