| | |
|---|---|
| Jonathan F. Cohn (*pro hac vice*) <br> jcohn@sidley.com <br> Benjamin M. Mundel (*pro hac vice*) <br> bmundel@sidley.com <br> SIDLEY AUSTIN LLP <br> 1501 K Street, N.W. <br> Washington, D.C. 20005 <br> Telephone:  (202) 736.8000 <br> Facsimile:   (202) 736.8711 <br><br> Ryan M. Sandrock (SBN 251781) <br> rsandrock@sidley.com <br> SIDLEY AUSTIN LLP <br> 555 California Street, Suite 2000 <br> San Francisco, CA 94104 <br> Telephone:  (415) 772.1200 <br> Facsimile:   (415) 772.7400 <br><br> Attorneys for Defendants <br> Bayer AG, Bayer Corporation, and Bayer HealthCare LLC | Laurence D. King (SBN 206423) <br> lking@kaplanfox.com <br> Linda M. Fong (SBN 124232) <br> lfong@kaplanfox.com <br> 350 Sansome Street, Suite 400 <br> San Francisco, California 94104 <br> Telephone: (415) 772-4700 <br> Facsimile:  (415) 772-4707 <br><br> KAPLAN FOX & KILSHEIMER LLP <br> Robert N. Kaplan (pro hac vice) <br> rkaplan@kaplanfox.com <br> 850 Third Avenue, 14th Floor <br> New York, New York 10022 <br> Telephone: (212) 687-1980 <br> Facsimile:  (212) 687-7714 <br><br> STANLEY LAW GROUP <br> Stephen Henry Gardner (*pro hac vice*) <br> steve@consumerhelper.com <br> Amanda Howell (*pro hac vice*) <br> ahowell@stanleylawgroup.com <br> 6116 N. Central Expressway, Suite 1500 <br> Dallas, Texas 75206 <br> Telephone: (214) 443-4316 <br> Facsimile:  (214) 447-9469 |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| COLLEEN GALLAGHER, ILANA FARAR, ANDREA LOPEZ, JOANN CORDARO, and ROSANNE COSGROVE, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BAYER AG, BAYER CORPORATION, and BAYER HEALTHCARE LLC, <br><br> Defendants. | Case No. 14-cv-04601-WHO <br><br> **STIPULATION AND ORDER FOR FURTHER EXTENSION OF CASE DEADLINES** |

Pursuant to Civil Local Rule 6-2, the parties stipulate to and jointly request a brief extension of case deadlines.

**Procedural History and Prior Extensions**. An initial case management scheduling order was entered on October 16, 2014. Dkt. 5. By stipulation, the Court entered an amended case management scheduling order on December 22, 2014. Dkt. 38. Following an in person meet and confer, on December 11, 2015 the Court entered a revised briefing and discovery schedule. Dkt. 92.

On June 7, 2016, Counsel for Plaintiffs Ilana Farar, Andrea Lopez, and Rosanne Cosgrove ("Plaintiffs") and Counsel for Defendants Bayer AG, Bayer Corporation, and Bayer HealthCare LLC (collectively, "Bayer") appeared before the Court telephonically to resolve a discovery dispute concerning the scope of Plaintiffs' Third Requests for Production. Dkt. 115. As part of its ruling, the Court extended the close of fact discovery from May 9, 2016 until July 9, 2016. *Id.*

On July 8, 2016 the parties filed a stipulation and proposed order on discovery and scheduling. Dkt. 119. Pursuant to the stipulation, the Court extended the discovery schedule which included extending the close of fact discovery from July 9, 2016 to September 9, 2016. Dkt. 120.

On September 6, 2016, Bayer filed a motion for extension of case deadlines to complete discovery which Plaintiffs did not oppose. Dkt. 124. The Court granted the motion and extended all case deadlines by 60 days.

**Scheduling of Expert Deposition**. Bayer is seeking to depose Plaintiffs' expert witness Dr. Blonz. Bayer proposed February 16, 2017 as the date for the deposition; however, Plaintiffs informed Bayer that Dr. Blonz was unavailable on February 16 but was available March 6, 7, 8, or 9. Bayer agreed to schedule the deposition for March 8. Currently, the date for Bayer's response to Plaintiffs' class certification motion is March 13, 2017. A brief extension of deadlines is requested to provide Bayer with adequate time to prepare its response brief.

**Requested Extension**. The parties respectfully request that the Court extend the following case deadlines as follows:

| **Deadline** | **Current Date** | **Requested Date** |
|---|---|---|
| Class Certification Response | March 13, 2017 | March 24, 2017 |
| Class Certification Reply | April 27, 2017 | May 10, 2017 |
| Class Certification Hearing | May 17, 2017 | May 30, 2017 |

This request does not impact any other deadlines in the case.

| | |
|---|---|
| Dated: February 1, 2017<br>STANLEY LAW GROUP<br><br>By: /s/ StephenGardner<br><br>Laurence D. King (SBN 206423)<br>lking@kaplanfox.com<br>Linda M. Fong (SBN 124232)<br>lfong@kaplanfox.com<br>350 Sansome Street, Suite 400<br>San Francisco, California 94104<br>Telephone: (415) 772-4700<br>Facsimile:  (415) 772-4707<br><br>KAPLAN FOX & KILSHEIMER LLP<br>Robert N. Kaplan (admitted pro hac vice)<br>rkaplan@kaplanfox.com<br>850 Third Avenue, 14th Floor<br>New York, New York 10022<br>Telephone: (212) 687-1980<br>Facsimile:  (212) 687-7714<br><br>       -and-<br><br>STANLEY LAW GROUP<br>Stephen Henry Gardner (admitted pro hac vice)<br>steve@consumerhelper.com<br>Amanda Howell (admitted pro hac vice)<br>ahowell@stanleylawgroup.com<br>6116 N. Central Expressway, Suite 1500<br>Dallas, Texas 75206<br>Telephone: (214) 443-4316<br>Facsimile:  (214) 447-9469 | Dated: February 1, 2017<br>SIDLEY AUSTIN LLP<br><br>By: /s/ Jonathan F. Cohn<br><br>Jonathan F. Cohn (admitted pro hac vice)<br>jcohn@sidley.com<br>Benjamin M. Mundel (admitted pro hac vice)<br>bmundel@sidley.com<br>SIDLEY AUSTIN LLP<br>1501 K Street, N.W.<br>Washington, D.C. 20005<br>Telephone:  (202) 736.8000<br>Facsimile:   (202) 736.8711<br><br>Ryan Sandrock (SBN 251781)<br>rsandrock@sidley.com<br>SIDLEY AUSTIN LLP<br>555 California Street, Suite 2000<br>San Francisco, CA 94104<br>Telephone:  (415) 772.1200<br>Facsimile:   (415) 772.7400<br><br>*Attorneys for Defendants Bayer AG, Bayer Corporation, and Bayer HealthCare LLC* |

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Stipulation and Proposed Order for Further Extension of Case Deadlines.   In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that the signatory has concurred in this filing.

Dated:  February 1, 2017              SIDLEY AUSTIN LLP


                                      By:
                                            */s/  Jonathan F. Cohn*
                                            Jonathan F. Cohn

**PURSUANT TO STIPULATION, IT IS ORDERED:**

- The class certification response deadline is extended from March 13, 2017 to March 24, 2017.
- The class certification reply deadline is extended from April 27, 2017 to May 10, 2017.
- The class certification hearing is continued from May 17, 2017 to May 31, 2017.

Dated:  February 2, 2017

_____
The Honorable William H. Orrick
United States District Judge