1
2
3
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION
4
5
COLLEEN GALLAGHER, ILANA FARAR,
ANDREA LOPEZ, JOANN CORDARO, and
ROSANNE COSGROVE, on behalf of
themselves and all others similarly situated,
6
7
Plaintiffs,
8
Case No. 14-cv-04601-WHO
v.
9
10
BAYER AG, BAYER CORPORATION, and
BAYER HEALTHCARE LLC,
11
Defendants.
12
13
14
15
16
17
**EXPERT DECLARATION OF
DR. JEFFREY B. BLUMBERG**
18
19
20
21
22
23
24
25
26
27
28

I have been retained by Bayer Corporation ("Bayer") through Sidley Austin LLP to serve as an expert witness in this matter. This report sets forth my expert opinion and the reasons and bases for my opinion.

## Summary of Opinions

1.  The consumption of essential vitamins and minerals (micronutrients) is required to support the biochemical and physiological structures and/or functions of the body. Micronutrients are necessary for and help support heart health, immunity, and energy function.

2.  Failure to meet the body's requirements for these micronutrients can result in impairment of associated structures and functions resulting, in the most severe cases, in a deficiency syndrome and death.

3.  As documented by numerous research studies and also the Dietary Guidelines for Americans promulgated by the U.S. Department of Agriculture and National Institutes of Health, most Americans fall short in consuming the goals set for vitamins and essential minerals (known as the Estimated Average Requirement and/or the Recommended Dietary Allowance).

4.  Complete multivitamin-multimineral dietary supplements, including the One A Day products manufactured and marketed by Bayer, can contribute to decreasing the gap between actual micronutrient intakes and amounts necessary for Americans to meet their goals (Estimated Average Requirement and/or Recommended Dietary Allowance).

5.  Multivitamin-multimineral dietary supplements like One A Day can help support heart health, immune health, and energy by getting Americans closer to the Estimated Average Requirement and the Recommended Dietary Allowance

6.  Bayer's structure/function claims that its One A Day products help support heart health, immune health, and physical energy are scientifically true and supported by competent and

reliable scientific evidence.   The claims are substantiated by the scientific community's understanding as to what these micronutrients do in the human body.   Clinical data confirms this understanding.

7.     I have read the declaration and deposition transcript of Dr. Edward Blonz.   He states in his deposition that he agrees that: (1) micronutrients are essential for health including the structure/function of heart health, immune health, and energy; (2) over 90% of Americans do not consume the government recommended amounts of key micronutrients; (3) a multivitamin (like One A Day) can help Americans consume the recommended amounts of these nutrients and thereby benefit heart health, immune health, and energy.   His only disagreement is that he thinks Bayer makes claims "to assuage consumers' concerns regarding disease risk."   I understand that the Court has rejected the argument that Bayer is making disease claims; I agree with the Court and disagree with Dr. Blonz's assertion. Bayer's claims are structure/function claims as defined by the FDA and consistent with the claims throughout the industry.

## EXPERT BACKGROUND

8.     I am a Senior Scientist in the Antioxidants Research Laboratory at the Jean Mayer USDA Human Nutrition Research Center on Aging at Tufts University and a Professor in the Biochemical and Molecular Nutrition Program at the Friedman School of Nutrition Science and Policy and in the Department of Pharmacology and Experimental Therapeutics, Sackler School of Graduate Biomedical Sciences, also at Tufts University.

9.     My professional area of study is nutrients and their role in supporting or maintaining the normal structure and function of the body, as well as their role in promoting health and/or reducing the risk of disease.   I have published more than 350 scientific articles in peer-reviewed scientific journals and books, including over 135 relevant to vitamins and/or

minerals commonly found in multi-vitamin and multi-mineral products ("multivitamins").  In 2014 and 2015, I was included in Thomson Reuters' List of the World's Most Influential Scientific Minds (top 1% of cited researchers within the field, 2002-2014).  In 2016, I received the Mary Swartz Rose Senior Investigator Award from the American Society of Nutrition "for outstanding research on the safety and efficacy of bioactive compounds for human health".

10.     I received a Bachelor of Pharmacy and Bachelor of Science in Psychology from Washington State University and a PhD in Pharmacology from Vanderbilt University School of Medicine with subsequent postdoctoral training in cyclic nucleotide metabolism at the Tennessee Neuropsychiatric Institute and in biochemistry at the University of Calgary.  Since beginning my position at Tufts University, my research efforts have been focused on the biochemical basis for the role of antioxidant nutrients in the promotion of health and disease prevention during the aging process, principally via their modulation of oxidative stress, inflammation, and glucoregulation.

11.     As a Professor in the Biochemical and Molecular Nutrition Program at the Friedman School of Nutrition Science and Policy and in the Program in Pharmacology and Experimental Therapeutics, Sacker School of Graduate Biomedical Sciences at Tufts University, I teach graduate students and train post-doctoral fellows.  Prior to accepting my position at Tufts, I was an Associate Professor in the College of Pharmacy and Allied Health Professions at Northeastern University and served as Head of the Section of Pharmacology and Director of the Program in Toxicology, a curriculum that I had initiated.

12.     In addition to publishing the scientific articles referenced above, I serve or have served on several editorial boards of peer reviewed journals, including those of the Journal of the American College of Nutrition; Antioxidants; Antioxidants and Redox Signaling; Journal of

Environmental Pathology, Toxicology and Oncology; Journal of Medicinal Food; Nutrition; The Open Bioactive Compounds Journal; Journal of Nutrition in Gerontology and Geriatrics; and Redox Biology.  I also serve on the editorial board of Tufts Health & Nutrition Letter, a newsletter geared to consumers. I also act as a peer reviewer of scientific manuscripts authored by others and submitted to these and other journals for publication.

13.     I have served on the Certification Board for Nutrition Specialists (of which I am currently president); Scientific Advisory Board of the Rosenthal Center for Complementary & Alternative Medicine at Columbia University; Year 2000 Health Objectives Committee at the Department of Health and Human Services; Workshop on Health Promotion and Aging in the Office of the Surgeon General of the United States of America; National Task Force on Food Labeling, Public Affairs Committee, and Public Information Committee of the American Society of Nutrition; Dietary Supplementation Task Force of the Sports Medicine Committee at the U.S. Olympic Committee; Board of the American Aging Association; Consultation on Preparation and Use of Food-Based Dietary Guidelines of the United Nations World Health Organization/Food and Agriculture Organization; Food Advisory Committee of the Federal Food and Drug Administration; and Expert Consultation Development of Nutrition Guidelines for the Elderly for the World Health Organization.

14.     I have testified before the Institute of Medicine/National Academy of Science Food and Nutrition Board; Subcommittee on Health and the Environment at the U.S. House of Representatives; Special Committee on Aging at the U.S. Senate; Federal Food and Drug Administration Conference on Antioxidant Vitamins and Cancer and Cardiovascular Disease; 2005 and 2015 Dietary Guidelines Advisory Committee for the Department of Health and Human Services and U.S. Department of Agriculture; and First United Nations/World Health

5

Organization Conference on Healthy Aging.  I am or have been a member of the American

College of Nutrition, American Society for Nutrition, American Society of Parenteral and

Enteral Nutrition, Society for Free Radical Biology and Medicine, International Society for Free

Radical Research, Gerontological Society of America, American Aging Association, American

Association for the Advancement of Science, Sigma Xi Scientific Research Society, and New

York Academy of Sciences. I have been elected as a Fellow of the American College of

Nutrition, the American Society for Nutrition, and the American Aging Association.

15.     I currently serve as a paid member on scientific advisory committees for

AdvoCare, Herbalife, Pfizer Consumer Health, Pharmavite, Science Based Health (SBH), and

SmartyPants, companies which manufacture and/or market dietary supplements including

multivitamins.  I also serve on scientific advisory boards for The Quaker Oats Company, a food

company, and the Cranberry Institute/Cranberry Marketing Committee, an instrumentality of the

Agricultural Marketing Service of the U.S. Department of Agriculture.  I also serve as a

scientific advisor for the Campaign for Essential Nutrients.

16.     My curriculum vitae including a list of publications is attached as Exhibit A.

17.     A list of my previous deposition and trial testimony for the past four years is

attached as Exhibit B.

18.     I am receiving compensation in this case at the rate of $700.00 per hour.  My

compensation is not contingent on my opinions and does not depend on the outcome of this

matter.

## ASSIGNMENT

19.     Counsel for Bayer asked me to consider the Plaintiffs' allegations in this case and

assess whether the challenged claims that Bayer makes for its One A Day vitamins and minerals

(also called "micronutrients") are supported by competent and reliable scientific evidence.  From their complaint, I understand that Plaintiffs challenge three claims Bayer makes for its One A Day multivitamins – i.e., that One A Day "support[s] heart health," "support[s] immunity," and "support[s] physical energy" by "help[ing] convert food to energy."

20.     I was also asked to answer whether the statement that "up to 9 in 10 Americans fall short in getting the required amounts of one or more key nutrients" is a scientifically accurate statement.

21.     I have evaluated these questions by using my experience, training, and expertise, and by reviewing the major scientific evidence on this topic.

22.     The materials I relied on in forming my expert opinion are listed in Exhibit C.

## ANALYSIS

## I.     VITAMINS AND MINERALS ARE ESSENTIAL TO HEALTH

23.     The scientific community has long understood that micronutrients play a crucial role in supporting human health.  For example, scientists discovered that vitamin deficiencies were responsible for causing many diseases including beriberi, goiter, pellagra, rickets, and scurvy.  Food deprivation studies subsequently allowed researchers to identify and isolate the vitamins and minerals responsible for these conditions and many others.

24.     Micronutrients are necessary for nearly every aspect of human functioning. Among other benefits, they play a crucial rule in supporting heart health, immune health and energy production.

25.     Recognizing these important health benefits of vitamins and minerals, the U.S. National Academy of Sciences established the "recommended dietary allowance" ("RDA") in 1941.  The RDAs provided a recommendation for the standard daily allowances for all vitamins

and essential minerals.  In 1997, the RDAs were replaced by the Dietary Reference Intakes ("DRI").  The DRI is a set of four reference values that represent the most current knowledge on the nutrient needs of healthy populations, and this has been a cornerstone of federal nutrition policy since its introduction.

26.     The DRI consists of the following reference values:

a.  Estimated Average Requirement ("EAR"): the average daily nutrient intake level estimated to meet the requirement of half the healthy individuals in a particular life stage and sex group.  The EAR (using a probability approach or cut-point method) is commonly employed to determine the prevalence of nutrient inadequacy and risk of nutrient deficiency in a group and thereby assess public health and policy concerns.  However, it is noteworthy that this approach markedly underestimates the prevalence of the population falling short of Recommended Dietary Allowance thresholds because the EAR is set at the needs for only 50% of the population.

b.  Recommended Dietary Allowance ("RDA"): the RDA is the average daily dietary nutrient intake level sufficient to meet the nutrient requirement of nearly all (97% to 98%) healthy individuals in a particular age range or life stage and sex group.

c.  Adequate Intake ("AI"): the AI is the recommended average daily intake level based on observed or experimentally determined approximations or estimates of nutrient intake by a group (or groups) of apparently healthy people that are assumed to be adequate.  An AI is used when sufficient data are not available to determine a RDA.

8

d.  Tolerable Upper Level Intake ("UL"): The highest average daily nutrient

intake level that is likely to pose no risk of adverse health effects to almost

all individuals in the general population.  As intake increases above the UL,

the potential risk of adverse effects may increase.

## II.  A LARGE PERCENTAGE OF AMERICANS DO NOT CONSUME THE RECOMMENDED AMOUNTS OF VITAMINS AND MINERALS FROM THEIR DIET

27.  Since 1999, the National Center for Health Statistics has conducted the National

Health and Nutrition Examination Survey (NHANES) in order to assess the nutritional status of

adults and children in the United States.  This federally funded annual survey involves an

interview with "demographic, socioeconomic, dietary, and health-related questions," and a

physical examination "consist[ing] of medical, dental, and physiological measurements, as well

as laboratory tests administered by highly trained medical personnel" (CDC-NCHS. 2016).

Findings from NHANES are used to assess, among other things, the prevalence of nutritional

inadequacies and deficiencies in the U.S.

28.  Results from years 2007 through 2010 of the NHANES (and similar data reported

elsewhere) led the Dietary Guidelines Advisory Committee 2015 (USDA/DHHS 2015a) and the

Dietary Guidelines for Americans 2015 (USDA/DHHS 2015) to list the following as

"underconsumed" nutrients (with the percent of the population falling below EAR intakes):

vitamin D (94.3%), vitamin E (88.5%), magnesium (52.2%), vitamin A (43.0%), calcium

(43.0%), vitamin C (38.9%), zinc (18.0%), vitamin B6 (17.0%), and folate (15.0%).  These

values are also represented graphically in the Dietary Guidelines for Americans 2015 as:



29.     Fulgoni et al. (2011) analyzed survey data between 2003-2006 from 16,100 Americans aged two years and older and calculated the intake of micronutrients from naturally occurring foods, enriched and fortified foods, and dietary supplements.  They found a statistically significant contribution of dietary supplements to decreasing intakes below the EAR by 10% or more compared to the contribution by enrichment and fortification for vitamin A, vitamin C, vitamin D, and vitamin E as well as the essential minerals calcium and magnesium.

30.     Using a similar approach to that of Fulgoni et al. (2011) (see ¶58), Wallace et al. (2014) examined specifically how multivitamin supplements contribute to micronutrient intake using the NHANES 2007-2010 database of 16,444 Americans.  They found that 51% of this population used complete multivitamin supplements and that among these consumers the prevalence of those with intakes below the EAR was reduced by more than 10% for vitamin A, vitamin D, and vitamin E and by 5-10% for vitamin C, calcium, and magnesium.  These researchers concluded that "[i]n large proportions of the population, micronutrient sufficiency is currently not being achieved through food solutions for several essential vitamins and minerals. Use of age- and gender-specific multivitamin-multimineral supplements may serve as a practical

means to increase the micronutrient status in subpopulations of Americans while not increasing intakes above the UL." The figure below from this report shows the percentage of 11,297 US adults aged 19 years and older with vitamin intakes below the EAR (the asterisk represents vitamins with an AI).



31.     This data demonstrates that Bayer's statement that up to 90% of Americans fall short in key nutrients is an accurate scientific statement. This statement is based on the percentage of Americans falling short of obtaining EARs. The percentage of those falling short would be even higher for the RDAs, which are the goals set by the government and leading scientists for most vitamins.

32.     The reason most Americans do not consume the recommended amount of vitamins and minerals is because they have a poor diet. The 2015 Dietary Guidelines for Americans notes that Americans do not eat enough fruits, vegetables, grains, dairy, and unsaturated fat. Instead Americans consume too many added sugars, sodium, and saturated fats.



33.     The 2015 Dietary Guidelines for Americans explains that because of the poor

dietary patterns of Americans, for over 25 years, more than half of the adult population has been

overweight or obese.  Both of these conditions are defined by medical and nutrition authorities as

states of *malnutrition*.  Overweight and obesity are associated with a high intake calorie-dense

foods, in contrast to those, like fruits and vegetables, which are nutrient-dense and rich in

micronutrients.  The 2015 Dietary Guidelines for Americans states that in 2009-2012, "65% of

adult females and 73% of adult males were overweight or obese" and "nearly one in three youth

ages 2 to 19 years were overweight or obese."

## III.    MULTIVITAMINS HELP AMERICANS MEET THEIR NUTRIENT REQUIREMENTS

34.     I have reviewed all of Bayer's One A Day multivitamin products, and they

12

typically include a substantial amount of the RDA or AI of nine or more vitamins and minerals.

Below are the Supplement Facts on a few of the Bayer One A Day products (these supplemental

facts pages show the % of the Daily Value which is different than the RDA):



**ONE A DAY®**
**Men's Health Formula**

Directions:  Adults:  One tablet daily, with food.

## Supplement Facts
Serving Size: One tablet

|  | Amount Per Serving | % Daily Value |
|---|---|---|
| Vitamin A (14% as beta-carotene) | 3500 IU | 70% |
| Vitamin C | 60 mg | 100% |
| Vitamin D (as Vitamin $D_3$) | 700 IU | 175% |
| Vitamin E | 22.5 IU | 75% |
| Vitamin K | 20 mcg | 25% |
| Thiamin ($B_1$) | 1.35 mg | 90% |
| Riboflavin ($B_2$) | 1.7 mg | 100% |
| Niacin | 18 mg | 90% |
| Vitamin $B_6$ | 3 mg | 150% |
| Folic Acid | 400 mcg | 100% |
| Vitamin $B_{12}$ | 18 mcg | 300% |
| Biotin | 75 mcg | 25% |
| Pantothenic Acid | 16 mg | 160% |
| Calcium (elemental) | 210 mg | 21% |
| Iron | 0 mg | 0% |
| Magnesium | 140 mg | 35% |
| Zinc | 15 mg | 100% |
| Selenium | 110 mcg | 157% |
| Copper | 2 mg | 100% |
| Manganese | 2 mg | 100% |
| Chromium | 120 mcg | 100% |
| Lycopene | 300 mcg | * |



**ONE A DAY®**
**Women's**

**Directions:** Adults: One tablet daily, with food.

## Supplement Facts
Serving Size: One tablet

|  | Amount Per Serving | % Daily Value |
|---|---|---|
| Vitamin A (20% as beta-carotene) | 2500 IU | 50% |
| Vitamin C | 60 mg | 100% |
| Vitamin D (as Vitamin $D_3$) | 1000 IU | 250% |
| Vitamin E | 22.5 IU | 75% |
| Vitamin K | 25 mcg | 31% |
| Thiamin ($B_1$) | 1.5 mg | 100% |
| Riboflavin ($B_2$) | 1.7 mg | 100% |
| Niacin | 20 mg | 100% |
| Vitamin $B_6$ | 2 mg | 100% |
| Folic Acid | 400 mcg | 100% |
| Vitamin $B_{12}$ | 6 mcg | 100% |
| Biotin | 300 mcg | 100% |
| Pantothenic Acid | 10 mg | 100% |
| Calcium (elemental) | 500 mg | 50% |
| Iron | 18 mg | 100% |
| Iodine | 150 mcg | 100% |
| Zinc | 15 mg | 100% |
| Selenium | 20 mcg | 29% |
| Copper | 2 mg | 100% |
| Manganese | 2 mg | 100% |
| Chromium | 120 mcg | 100% |

35.     My expert opinion applies to all multivitamin products formulated in this manner as complete multivitamins.  It is not specific to Bayer's One A Day line of products.

36.     Research studies have established that vitamin and mineral supplements help improve the total intake of the micronutrients provided, including several that specifically focus on the use of multivitamins.  Use of multivitamin supplements are associated with a lower prevalence of inadequate vitamin and mineral intake when comparing contributions from both food and multivitamins to contributions from food alone (Stang et al. 2000; Sheldon and Pelletier

2003; Block et al. 2007; Murphy et al. 2007; Sebastain et al. 2007; Bailey et al. 2011; Fulgoni et al. 2011; Shakur et al. 2012; Bailey et al. 2012; Wallace et al. 2014; McBurney et al. 2015).

37.     Numerous authoritative sources recommend multivitamin supplements to prevent micronutrient deficiencies and inadequacies.  For example, a report from the National Institutes of Health and Centers for Disease Control and Prevention, Bailey et al. (2011) noted that "dietary supplements constitute an important source of vitamins for large segments of the adult population in the United States."  The American Dietetic Association (now called the "Academy of Nutrition and Dietetics") states: "When taken regularly, multivitamins can be an effective way to increase nutrient intakes to meet recommended levels of multiple nutrients" (Marra and Boyar. 2009).  A report from the Harvard T.H. Chan School of Public Health states that a "daily multivitamin is an inexpensive nutritional insurance policy" and recommends "to take one every day" (Harvard. 2016).  After reviewing the available scientific evidence, Drs. Robert Fletcher and Kathleen Fairfield from Harvard Medical School recommended in the Journal of the American Medical Association "that all adults take one multivitamin daily (Fletcher and Fairfield. 2002).  Similarly, the Mayo Clinic Women's Healthsource (2016) has noted that it "can be difficult to get the recommended amount of some vitamins and minerals from diet alone" and suggests "that taking a multivitamin or other supplement on a daily basis can make good sense."

## IV.    BAYER   AND   OTHERS   IN   THE   INDUSTRY   MAKE   SIMILAR STRUCTURE/FUNCTION CLAIMS

38.     Many other multivitamins on the market make the same claims that are at issue in this case. Very similar structure/function claims are commonly found on other multivitamin products, including Centrum® (Pfizer), GNC®, Garden of Life® and Nature Made® (Pharmavite):



Source: http://www.mankind.co.uk/centrum-performance tablets/11030602.html?utm_
source=googleprod&utm_medium=cpc&utm_campaign=gp_bodycare&affil=thggpsad&switchc
urrency=USD&shippingcountry=US&gclid=CL3dn__Pns8CFUMehgodYV4IOQ&gclsrc=aw.ds
&dclid=CILuu__Pns8CFQJYDAods7EJnQ



Source: http://www.mankind.co.uk/centrum-performance-tablets/11030602.html?utm_source=googleprod&utm_medium=cpc&utm_campaign=gp_bodycare&affil=thggpsad&switchcurrency=USD&shippingcountry=US&gclid=CL3dn__Pns8CFUMehgodYV4IOQ&gclsrc=aw.ds&dclid=CILuu__Pns8CFQJYDAods7EJnQ





Source: https://www.amazon.com/Garden-Life-Vitamin-Women-Capsules/dp/B00WS2PIFK




Source: https://www.google.com/shopping/product/8019163939943353652?sclient=psy-ab&biw=1280&bih=824&q=Nature+Made+alive&oq=Nature+Made+alive&pbx=1&bav=on.2,o r.&dpr=1&tch=1&ech=1&psi=14jhV-egM4vNmAHgtpiIBw.1474399252514.3&prds=paur: ClkAsKraX_jB95DkKFYTyJd01ruhLCHEH0AV23D3RRqvUNr3YdHrKk7Fh6aFcZ1oiWqUF wWzFo-RDyH484yEQue81yq3AgfOWN4qY7YH0VLjEh8-Rus_8GDOSxIZAFPVH71 hhC97 VH_8RTCPlt8oN4Wo8ms8Vg&sa=X&ved=0ahUKEwi1_Jat1Z7PAhUJ4SYKHRS_D60Q8gIIr AUwCQ

39.     The three claims at issue in this case are defined by the Food and Drug

Administration (FDA) as structure/function claims.  Structure/function claims "describe the role

of a nutrient or dietary ingredient intended to affect the normal structure or function in humans or that characterize the documented mechanism by which a nutrient or dietary ingredient acts to maintain such structure or function" per 21 U.S.C. § 343(r)(6)(A).

## V.   SUBSTANTIATION STANDARDS FOR STRUCTURE/FUNCTION CLAIMS

40.     Manufacturers are required to possess substantiation that demonstrates a structure/function claim is truthful and not misleading.  Substantiation requires "competent and reliable scientific evidence" defined as "tests, analyses, research, studies, or other evidence based on the expertise of professionals in the relevant area, that has been conducted and evaluated in an objective manner by persons qualified to do so, using procedures generally accepted in the profession to yield accurate and reliable results." (FDA. 2016; FTC. 2016).

41.     Consistent with FDA and FTC guidance, experts in nutrition examine a variety of scientific sources of evidence to determine if a structure/function claim has adequate substantiation; i.e., the totality of evidence must be considered in analyzing whether a structure/function claim is substantiated.  Such evidence can be obtained via a variety of research approaches, including in vitro experiments, animal models, population-based cohorts (observational studies), and human interventions (including but not limited to randomized clinical trials).

42.     Dr. Blonz seems to agree with this generally.  He recognized that a variety of scientific evidence can be considered in assessing the efficacy of a vitamin.  In his report, however, he applies a higher standard, defining "competent and reliable scientific evidence" as a study "design that is randomized, double-blind, and placebo-controlled."  This is because, as Dr. Blonz said in his deposition, he is applying the disease-claim (or drug) standard.

43.     This is an incorrect standard.  It is not what experts in nutrition generally require.

And it is not what the FDA or the FTC require.  Further, Dr. Blonz applies this high standard because, he says, Bayer is making claims "to assuage consumers' concerns regarding disease risk."  Dr. Blonz is mistaken in this regard.  Bayer's claims, as the Court has recognized, are structure/function claims as defined by the FDA.

44.     Moreover, there are marked limitations with the randomized clinical trial design, particularly when considering the role of micronutrients.  For instance, the two cornerstones of nutrition policy in the United States, i.e., the Dietary Guidelines for Americans and the Dietary Reference Intakes, do not rely on randomized clinical trials as a basis for their guidance or recommendations.  Other authorities recognize the limitations as well. (Pérez-Escamilla and King 2007; Heaney 2008; Blumberg et al. 2010; Shao and MacKay 2010; Heaney et al. 2011; Heaney 2012; Stoltzfus 2014).

## VI .   THE MICRONUTRIENTS IN ONE A DAY SUPPORT IMMUNE HEALTH

45.     All One A Day multivitamins provide relevant amounts of vitamins A, C, and E, selenium, iron, beta-carotene, and zinc.  It is well established that these micronutrients support immune health.  In its Fact Sheets for Consumers, the Office of Dietary Supplements at the National Institutes of Health states (my emphasis in *italics*):

    a.    "Vitamin A is important for normal vision, the *immune system*, and reproduction." (NIH ODS 2016a)

    b.    "Vitamin C…helps the *immune system* work properly to protect the body from disease" (NIH ODS. 2016b)

    c.    "The body . . . needs vitamin E to boost its *immune system* so that it can fight off invading bacteria and viruses." (NIH ODS. 2016c)

    d.    "Zinc is found in cells throughout the body.  It helps the *immune system*

fight off invading bacteria and viruses." (NIH ODS. 2016d)

   e.   "Symptoms of iron deficiency . . . include . . . less ability to fight off *germs and infections*." (NIH ODS. 2016e)

46.   The scientific consensus—as confirmed by the National Institutes of Health—that these micronutrients are crucial for supporting immune health is derived from the scientific understanding of what these micronutrients do in the body. For example:

   a.   The Dietary Reference Intake explains in great detail the mechanisms through which Vitamin C is crucial to supporting white blood cells and the immune system. (DRI 2000a).

   b.   Scientific articles demonstrate that zinc is important for the maintenance and development of immune cells. (Maares and Haase. 2016).  Failure to maintain normal zinc homeostasis can lead to impaired immune cell development, low blood levels of lymphocytes, poor T cell-mediated immune responses, and decreased oxidative burst (Rosenkranz et al. 2011).

   c.   Vitamin A is important to the immune system through its role in T cells (white blood cells produced or processed by the thymus gland). (Ross. 2012).

   d.   Vitamin E benefits the immune system by helping to maintain T cell function during the aging process.  (Wu and Meydani. 2014; Salinthonea et al. 2013).

   e.   Selenium is known to influence the function of the immune system and support proliferation of T cells, lymphocyte-mediated toxicity, and natural killer cell activity, all of which are important for antiviral immunity

(Spallholz et al. 1990; Jackson et al. 2003; Gill and Walker. 2008; Huang et al. 2012).

    f.    Iron is required for the functioning of the immune system. (Barber and Elde. 2014; Nairz et al. 2014).

47.    Although clinical studies are not required to substantiate these structure/function claims regarding immune health, there are a number of clinical studies on these vitamins and nutrients that further support the claim that they help support the immune system.

    a.    Johnston et al. (2014) conducted a double-blind, placebo-controlled clinical trial for 8 weeks in 28 healthy men with low plasma vitamin C and found a 45% reduction in the number of cold episodes and a 59% reduction in cold duration.  The researchers concluded that their "data suggest measurable health advantages associated with vitamin C supplementation in a population with adequate-to-low vitamin C status."

    b.    Wood et al. (2000) evaluated immunological changes in free-living, healthy older adults in a randomized clinical trial testing a placebo, 45 mg/day beta-carotene, and/or 400 µg/day selenium for six months and two months after discontinuation.  The selenium and selenium plus beta-carotene supplements increase total T lymphocytes and natural killer cells (both are types of immunity-active white blood cells).  Variations in specific results between the two treatment groups led the researchers to conclude that "supplemental selenium and beta-carotene seemed to affect immune function in aged subjects by different mechanisms."

    c.    Mayo-Wilson et al. (2011) undertook a systematic review and meta-analysis

of 43 clinical trials of vitamin A supplementation in 215,633 children aged 6 months to 5 years of age and found statistically significant reductions in all-cause mortality as well as morbidity, including diarrhea and the prevalence of vision problems.

48.     There is competent and reliable scientific evidence that the micronutrients in One A Day support immune health.

## VII.     THE MICRONUTRIENTS IN ONE A DAY SUPPORT PHYSICAL ENERGY BY CONVERTING FOOD TO FUEL

49.     All One A Day products have relevant amounts of vitamins B1, B2, B3, B5, B6 and B12, as well as folic acid and chromium.  It is well established that these vitamins and minerals support physical energy.   Indeed, the Office of Dietary Supplements at the National Institutes of Health in its Fact Sheets state (my emphasis in *italics*):

a.    "Thiamin (also called vitamin B1) helps turn the food you eat into the *energy* you need." (NIH ODS. 2016f)

b.    "The body needs vitamin B6 for more than 100 enzyme reactions involved in *metabolism*." (NIH ODS. 2016g)

c.    "Vitamin B12 [is necessary for], *an essential biochemical reaction in fat and protein metabolism*" (NIH ODS. 2016h)

d.     "Chromium is known to enhance the action of insulin, a hormone critical to the *metabolism* and storage of carbohydrate, fat, and protein in the body." (NIH ODS. 2016i)

50.     The scientific consensus—as confirmed by the National Institutes of Health—that these micronutrients are crucial for supporting energy is derived from the scientific understanding of what these micronutrients do in the body.

51.     Dietary macronutrients (carbohydrate, fat, and protein) are the sources of energy for the body.  These macronutrients must be converted to a form that cells can use to provide energy.  This process is known as energy metabolism, a multistep series of biochemical reactions in which all of the B vitamins are involved to generate adenosine triphosphate (ATP). ATP is then used by the body to fuel all of its cellular processes.

52.     Briefly, the specific functions of the B vitamins in the process of energy metabolism are:

    a.    Vitamin B1 functions as a coenzyme in the metabolism of carbohydrates and branched-chain amino acids by catalyzing decarboxylation reactions.

    b.    Vitamin B2 (riboflavin) functions as a coenzyme, principally as flavin adenine dinucleotide or flavin mononucleotide, in numerous oxidation-reduction reactions facilitating electron (hydrogen) transfer in dehydrogenase and other reactions.

    c.    Vitamin B3 (niacin) functions as a co-substrate or coenzyme, principally as nicotinamide adenine dinucleotide or nicotinamide adenine dinucleotide phosphate, with numerous dehydrogenases for the transfer of the hydride ion.

    d.    Vitamin B6 (pyridoxine) functions as a coenzyme in the metabolism of amino acids, glycogen, and sphingoid bases, including several transamination reactions (amino group transfer).

    e.    Vitamin B9 (folic acid) functions as a coenzyme in methyl (single carbon) transfer in the metabolism of nucleic and amino acids.

    f.    Vitamin B12 (cobalamin) functions as a coenzyme in the metabolism of

fatty acids of odd-chain length and in methyl (single carbon) transfer.

53.     Based on this information, there is competent and reliable scientific evidence that the micronutrients in One A Day provide energy support.

## VIII.   THE MICRONUTRIENTS IN ONE A DAY SUPPORT HEART HEALTH

54.     One A Day multivitamins provide relevant amounts of vitamins B6, B12, C, E and folic acid.  A large body of scientific literature provides evidence that these vitamins support heart health.

55.     Scientific agreement that these vitamins support heart health comes from the understanding of what these micronutrients do in the body.

56.     Studies show a number of mechanisms by which Vitamins B6, B12, and folic acid work together to support a healthy heart including: Debreceni and Debreceni. 2014; Abahji et al. 2007; Tousoulis et al. 2012; Shirodaria et al. 2007; Gielis et al. 2011; Das. 2003; Tayeh et al. 1989; Vasquez-Vivar et al. 1998; Hodis et al. 2009.

57.     Vitamins C and E support the structure/function of a hearty health by reducing injury to cells and tissues caused by reactive oxygen and nitrogen species (often referred to as "free radicals").

58.      Vitamin E also plays a role in specific biochemical pathways essential to support the functioning of a healthy heart, including those important for blood vessels, platelets, and a type of white blood cell. (Clement et al. 1997).

59.     Although clinical studies are not required to substantiate these structure/function claims regarding heart health,  there are a number of clinical studies on these vitamins and nutrients that further support the claim that these micronutrients help support heart health:

        a.     Bailey et al. (2015) explored a nationally representative sample of 8,678

Americans aged 40 years and older from the NHANES study of 1988-1994 and matched their data with mortality data reported in the National Death Index through 2011.  A significant association was observed with a 35% reduced risk of cardiovascular disease among women when they used multivitamins.

b.      Rautiainen et al. (2010) examined the association between multivitamin use and myocardial infarction (MI) or heart attack over a 10 year period in a prospective, population-based cohort of 33,933 women aged 49-83 years from Sweden.  The study found that use of a multivitamin was associated with a 27% reduction in heart attack but those women using multivitamins for five or more years had a 41% reduction in heart attack.  The researchers concluded that "the use of multivitamins was inversely associated with MI, especially long-term use among women with no cardiovascular disease".

c.      Cui et al. (2010) investigated 58,730 adults, aged 40-79 years, participating in the Japan Collaborative Cohort Study for an average of 14 years.  They found that dietary intakes of vitamin B6 and folate were inversely associated with mortality from heart failure for men and with mortality from stroke, coronary heart disease, and total cardiovascular disease for women.

d.      Rimm et al. (1998) followed 80,082 women from the prospective cohort Nurses' Health Study for 14 years and found those with the highest intake of folate and vitamin B6 had 31% and 33% lower risk of coronary heart disease (CHD) and those with high intakes of both of these B vitamins had a 45% lower risk.  In an independent analysis, those women taking a multivitamin showed a 24% lower risk of coronary heart disease.  The researchers concluded that "higher

intakes of folate from food or supplements, alone or in combination with vitamin

B6, are associated with substantially lower risk of CHD among women".

    e.     Salonen et al. (2003) conducted a 6-year randomized clinical trial testing

supplementation with 100 mg vitamin E and 500 mg vitamin C in 520 adults,

aged 45-69 year, with high serum cholesterol.  Using a non-invasive

ultrasonography, they found that this antioxidant vitamin supplement significantly

slowed the thickening of the innermost two layers (the intima-media) of the

common carotid artery, a validated measure of the presence and progression of

atherosclerotic disease.

60.     There is competent and reliable scientific evidence that the micronutrients in

One A Day support heart health.

61.     Dr. Godfrey Oakley at the Centers for Disease Control and Prevention stated that

"the evidence that increased consumption of folic acid will prevent cardiovascular disease is

strong," and also recommended "a standard multivitamin [as] a convenient, effective, safe and

inexpensive way" to obtain folic acid (Oakley. 1998).

62.     Similarly, the University of Maryland Medical Center, in an overview about

vitamin C states: "Some studies – though not all – suggest that vitamin C can slow down the

progression of atherosclerosis (hardening of the arteries).  It helps prevent damage to LDL

("bad") cholesterol, which then builds up as plaque in the arteries and can cause heart attack or

stroke.  Other studies suggest that vitamin C may help keep arteries flexible.  In addition, people

who have low levels of vitamin C may be more likely to have a heart attack, stroke, or peripheral

artery disease, all potential results of having atherosclerosis" (UMMC. 2016). [1]

**I declare under the penalty of perjury that the forging is true and correct to the best of my knowledge**

_____   **Date: March 20, 2017**

Jeffrey B. Blumberg, PhD, FASN, FACN, CNS-S
Senior Scientist
Antioxidants Research Laboratory
Jean Mayer USDA Human Nutrition Research Center on Aging

Professor
Biochemical and Molecular Nutrition Program, Friedman School of Nutrition Science and Policy
Program of Pharmacology and Experimental Therapeutics, Sacker School of Graduate
Biomedical Sciences

Tufts University
711 Washington Street
Boston, MA 02111

Tel: 617-556-3334
Fax: 617-556-3344
Email: jeffrey.blumberg@tufts.edu

---

[1] Attachment I of the Blonz Report purports to be a brief evaluation of a number of studies.  All of these studies are focused on disease end points because Dr. Blonz interprets Bayer as making disease claims.  Bayer does not make disease claims and therefore null or negative disease studies do not undercut the substantiation for Bayer's more modest structure/function claims.  There is, as noted in this report, substantial evidence that these micronutrients do have an impact even on disease states.  Although I express no opinion on whether a disease claim could be substantiated, I do note that positive studies on disease end points is supportive evidence for a more modest structure/function claim.

# REFERENCES

Abahji TN, Nill L, Ide N, Keller C, Hoffmann U, Weiss N. Acute hyperhomocysteinemia induces microvascular and macrovascular endothelial dysfunction. *Arch Med Res* 2007;38:411-6.

Agarwal S, Reider C, Brooks JR, Fulgoni VL 3rd. Comparison of prevalence of inadequate nutrient intake based on body weight status of adults in the United States: an analysis of NHANES 2001-2008. *J Am Coll Nutr*. 2015;34:126-34.

Barber MF, Elde NC. Escape from bacterial iron piracy through rapid evolution of transferrin. *Science* 2014;346:1362-6.

Bailey RL, Fakhouri TH, Park Y, Dwyer JT, Thomas PR, Gahche JJ, Miller PE, Dodd KW, Sempos CT, Murray DM. Multivitamin-mineral use is associated with reduced risk of cardiovascular disease mortality among women in the United States. *J Nutr* 2015;146:1235-40.

Bailey RL, Gahche JJ, Lentino CV, Dwyer JT, Engel JS, Thomas RR, Betz JM, Sempos CT, Picciano MF. Dietary supplement use in the University States, 2003-2006. *J Nutr* 2011;141:261-6.

Bailey RL, Gahche JJ, Miller PE, Thomas PR, Dwyer JT. Why US adults use dietary supplements. *JAMA Intern Med* 2013;173:355-61.

Bailey RL, Fulgoni VL 3rd, Keast DR, Dwyer JT. Examination of vitamin intakes among US adults by dietary supplement use. *J Acad Nutr Diet*. 2012;112(5):657-663.

Bailey RL, Fulgoni VL 3rd, Keast DR, Dwyer JT. Dietary supplement use is associated with higher intakes of minerals from food sources. *Am J Clin Nutr*. 2011;94(5):1376-1381.

Block G, Jensen CD, Norkus EP, Dalvi TB, Wong LG, McManus JF, Hudes ML. Usage patterns, health, and nutritional status of long-term multiple dietary supplement users: a cross-sectional study. *Nutr J* 2007;6:30.

Blumberg JB, Frei B, Fulgoni VL, Weaver CM, Zeisel SH. Impact of frequency of multi-vitamin/multi-mineral supplement intake on nutritional adequacy and nutrient status in US adults. *JAMA Intern Med* 2017; Under Review.

Blumberg J, Heaney RP, Huncharek M, et al. Evidence-based criteria in the nutritional context. *Nutr Rev* 2010;68:478-84.

Cassat JE, Skaar EP. Iron in infection and immunity. *Cell Host Microbe* 2013;13:509-19.

CDC-NCHS. Centers for Disease Control and Prevention, National Center for Health Statistics. About the National Health and Nutrition Examination Survey. http://www.cdc.gov/nchs/nhanes/ nhanes 2011-2012/overview_g.htm. Accessed 08/08/16

Chan AC, Wagner M, Kennedy C, Mroske C, Proulx P, Laneuville O, Tran K, Choy PC. Vitamin E up-regulatres phospholipase A2, arachidonic acid release, and cyclooxygenase in endothelial cells. *Akt Ernahr-Med* 1998;23:1-8.

Cherayil BJ. Iron and immunity: immunological consequences of iron deficiency and overload. *Arch Immunol Ther Exp (Warsz)* 2010;58:407-15.

Clement S, Tasinato A, Boscoboinik D, Azzi A. The effect of alpha-tocpherol on the synthesis, phosphorylation and activity of protein kinase C in smooth muscle cells after phorbol 12-myristate 13-acetate down-regulation. *Eur J Biochem* 1997;246:745-9.

Cleveland Clinic. https://health.clevelandclinic.org/2016/01/3-vitamins-best-boosting-immunity. 2016 (accessed 11/02/16)

Cominacini L, Gargin U, Pasini AF, Davoli A, Campagnola M, contessi GB, Pastorino AM, Lo Cascio V. Antioxidants inhibit the expression of intercellular cell adhesion molecule-1 and vascular cell adhesion molecule-1 induced by oxidized LDL on human umbilical vein endothelial cells. *Free Radic Biol Med* 1997;22:117-27.

CRN. http://www.crnusa.org/prpdfs/CRNPR15-CCSurvey102315.pdf. 2015 (accessed 10/15/16)

Cui R, Iso H, Date C, Kikuchi S, Tamakoshi A, et al. Dietary folate and vitamin B6 and B12 intake in relation to mortality from cardiovascular diseases: Japan Collaborative Cohort Study. *Stroke* 2010;41:1285-89.

Das UN. Folic acid says NO to vascular diseases. *Nutrition* 2003;19:686-92.

Debreceni B, Debreceni L. The role of homocysteine-lowering B-vitamins in the primary prevention of cardiovascular disease. *Cardiovasc Therapeutics* 2014;32:130-8.

Dickinson A, MacKay D, Wong A. Consumer attitudes about the role of multivitamins and other dietary supplements: report of a survey. *Nutr J* 2015;14:66 doi:10.1186/s12937-015-0053-9

DRI. Dietary Reference Intakes for Vitamin C, Vitamin E, Selenium, and Carotenoids. National Academy Press, Washington, DC. 2000a

DRI. Dietary Reference Intakes for Thiamin, Riboflavin, Niacin, Vitamin B6, Folate, Vitamin B12, Pantothenic Acid, Biotin, and Choline. National Academy Press, Washington, DC. 2000b

DRI. Dietary Reference Intakes for Vitamin A, Vitamin K, Arsenic, Boron, Chromium, Copper, Iodine, Iron, Manganese, Molybdenum, Nickel, Silicon, Vanadium, and Zinc. National Academy Press, Washington, DC. 2001

Ertesvåg A, Naderi S, Blomhoff HK. Regulation of B cell proliferation and differentiation by retinoic acid. *Semin Immunol* 2009;21:36-41.

FDA. Guidance for industry: substantiation for dietary supplement claims made under section 403(r)(6) of the Federal Food, Drug and Cosmetic Act. http://www.fda.gov/food/guidance regulation/guidancedocumentsregulatoryinformation/dietarysupplements/ucm073200.htm. (accessed 11/11/16)

Fletcher R, Fairfield K. Vitamins for chronic disease prevention in adults. *JAMA* 2002;287:3127-9.

Fogli-Cawley JJ, Dwyer JT, Saltzman E, McCullough ML, Troy LM, Jacques PF. The 2005 Dietary Guidelines for Americans Adherence Index: development and application. *J Nutr* 2006; 136:2908-15.

Foote JA, Murphy SP, Wilkens LR, Hankin JH, Henderson BE, Kolonel LN. Factors associated with dietary supplement use among healthy adults of five ethnicities; the Multiethnic Cohort Study. *Am J Epidemiol* 2003;157:888-98.

FTC. Dietary supplements: an advertising guide for industry. https://www.ftc.gov/tips-advice/business-center/guidance/dietary-supplements-advertising-guide-industry. (accessed 11/11/16)

Fulgoni VL 3rd, Keast DR, Bailey RL, Dwyer J. Foods, fortificants, and supplements: where do Americans get their nutrients? *J Nutr*. 2011;141(10):1847-1854.

Gahche J, Bailey R, Burt V, Hughes J, Yetley E, Dwyer J, Picciano MF, McDowell M, Sempos C. Dietary supplement use among U.S. adults has increased since NHANES III (198801994). *NCHS Data Brief* 2011;61. ISSN 1941-4935 (online ed.)

Gielis JF, Lin JY, Wingler K, Van Schil PEY, Schmidt HH, Moens AL. Pathogenetic role of eNOS uncoupling in cardiopulmonary disorders. *Free Radic Biol Med* 2011;50:765-76.

Gill H, Walker G. Selenium, immune function and resistance to viral infections. *Nutr Diet* 2008; 65:S41e7.

Harvard T.H. Chan School of Public Health. Vitamins. *The Nutrition Source* https://www.hsph.harvard.edu/nutritionsource/what-should-you-eat/vitamins/. (accessed 11/11/16).

Harvard T.H. Chan School of Public Health. Nutrition insurance policy: A daily multivitamin. *The Nutrition Source*. https://www.hsph.harvard.edu/nutritionsource/multivitamin/. (accessed 01/24/17)

Heaney RP. Nutrients, endpoints, and the problem of proof. *J Nutr* 2008;138:1591-5.

Heaney RP. The nutrient problem. *Nutr Rev* 2012;70:165-9.

Heaney RP, Weaver CM, Blumberg JB. EBN ver. 2.0. *Nutr Today* 2011;46:22-6.

Heller R, Munscher-Paulig F, Granber R, Till U. L-Ascorbic acid potentiates nitric oxide synthesis in endothelial cells. *J Biol Chem* 1999;274:8254-60.

Hesketh J. Personalised nutrition: how far has nutrigenomics progressed? *Eur J Clin Nutr* 2013; 67:430-5.

Hodis HN, Mack WJ, Dustin L, Mahrer PR, Azen SP, Detrano R, Selhub J, Alaupovic P, Liu CR, Liu CH, Hwang J, Wilcox AG, Selzer RH; BVAIT Research Group. High-dose B vitamin supplementation and progression of subclinical atherosclerosis: a randomized controlled trial. *Stroke* 2009;40:730-6.

Huang Z, Rose AH, Hoffmann PR. The role of selenium in inflammation and immunity: from molecular mechanisms to therapeutic opportunities. *Antioxid Redox Signal* 2012;16:705-43.

Huskisson E, Maggini S, Ruf M. The role of vitamins and minerals in energy metabolism and well-being. *J Int Med Res* 2007;35:277-89.

Jackson MJ, Broome CS, McArdle F. Marginal dietary selenium intakes in the UK: are there functional consequences? *J Nutr* 2003;133:1557Se9S.

Johnston C, Baryoumb GM, Schumacher SS, Vitamin C Supplementation Slightly Improves Physical Activity Levels and Reduces Cold Incidence in Men with Marginal Vitamin C Status: A Randomized Controlled Trial, *Nutrients* 2014, 6, 2572-2583; doi:10.3390/nu6072572

Kantor ED, Rehm CD, Du M, White E, Giovannucci EL. Trends in dietary supplement use among US adults from 1999-2012. *JAMA* 2016;316:1464-74.

Kennedy DO, Veasey R, Watson A, Dodd F, Jones E, Maggini S, Haskell CF. Effects of high-dose B vitamin complex with vitamin C and minerals on subjective mood and performance in healthy males. *Psychopharmacology* 2010;211:55-68.

Kirk S, Woodhouse A, Conner M. Beliefs, attitudes and behavior in relation to supplement use in the UK Women's Cohort Study (UKWCS). *Proc Nutr Soc* 1998;57:54A.

Kolling J, Scherer EB, da Cunha AA, da Cunha MJ, Wyse ATS. Homocysteine induces oxidative-nitrative stress in heart of rats: prevention by folic acid. *Cardiovasc Toxicol* 2011;11:67-73.

Lichtenstein AH, Appel LJ, Brands M, Carnethon M, Daniels S, Franch HA, Franklin B, Kris-Etherton P, et al. Diet and Lifestyle Recommendations Revision 2006. A Scientific Statement from the American Heart Association Nutrition Committee. *Circulation* 2006;114:82-96.

Losonczy KG, Harris TB, Havlik RJ. Vitamin E and vitamin C supplement use and risk of all-cause and coronary heart disease mortality in older persons: the Established Populations for Epidemiologic Studies of the Elderly. *Am J Clin Nutr* 1996;64:190-6.

Maares M, Haase H. Zinc and immunity: an essential interrelation. *Arch Biochem Biophys* 2016:1-8.

Marra MV, Boyar AP. Position of the American Dietetic Association: nutrient supplementation. *J Am Diet Assoc* 2009;109:2073-85.

Mayo Clinic Women's Healthsource. Vitamins and minerals: what you should know about essential nutrients. http://www.mayoclinic.org/documents/mc5129-0709-sp-rpt-pdf/doc-20079085. (accessed 11/11/16).

Mayo-Wilson E, Imdad A, Herzer K, Yakoob MY, Bhutta ZA. Vitamin A supplements for preventing mortality, illness, and blindness in children aged under 5: systematic review and meta-analysis. *The BMJ*. 2011;343:d5094. doi:10.1136/bmj.d5094

McBurney MI, Yu EA, Ciappio ED, Bird JK, Eggersdorfer M, Mehta S. Suboptimal serum α-tocopherol concentrations observed among younger adults and those depending exclusively upon food sources, NHANES 2003-20061-3. *PLOS One* 2015;10:e0135510.

McKay DL, Perrone G, Rasmussen H, Dallal G, Blumberg JB. The effects of a multivitamin/mineral supplement on B-vitamin status and homocysteine in healthy older adults consuming a folate fortified diet. *J Nutr* 2000a;130:3090-6.

McKay DL, Perrone G, Rasmussen H, Dallal G, Hartman W, Cao G, Prior RL, Roubenoff R, Blumberg JB. The effects of a multivitamin/mineral supplement on micronutrient status, antioxidant capacity, and cytokine production in healthy older adults consuming a fortified diet. *J Am Coll Nutr* 2000b;19:613-21.

Mintel. Resolution refresh: Less than half of Americans consider their diet to be healthy. http://www.mintel.com/press-centre/food-and-drink/resolution-refresh-less-than-half-of-americans-consider-their-diet-to-be-healthy (accessed 01/17/17)

Moyer VA, U.S. Preventive Services Task Force. Vitamin, mineral, and multivitamin supplements for the primary prevention of cardiovascular disease and cancer: U.S. Preventive Services Task Force recommendation statement. *Ann Intern Med* 2014;160:558-64.

Murphy SP, White KK, Park SY, Sharma S. Multivitamin-multimineral supplements' effect on total nutrient intake. *Am J Clin Nutr* 2007;85:S280–4.

Nairz M, Haschka D, Demetz E, Weiss G. Iron at the interface of immunity and infection. *Front Pharmacol* 2014;5:1-10.

NIH. https://ods.od.nih.gov/factsheets/list-VitaminsMinerals/. (accessed 08/26/16)

NIH NLM. B Vitamins. https://medlineplus.gov/bvitamins.html. 2016 (accessed 11/05/16)

NIH ODS. Vitamin A Fact Sheet for Consumers. https://ods.od.nih.gov/factsheets/VitaminA-Consumer/. 2016a (accessed 11/02/16)

NIH ODS. Vitamin C Fact Sheet for Consumers. https://ods.od.nih.gov/factsheets/VitaminC-Consumer/. 2016b (accessed 11/02/16)

NIH ODS. Vitamin E Fact Sheet for Consumers. https://ods.od.nih.gov/factsheets/VitaminE-Consumer/. 2016c (accessed 11/02/16)

NIH ODS. Vitamin A Fact Sheet for Consumers. https://ods.od.nih.gov/factsheets/Zinc-Consumer/. 2016d (accessed 11/02/16)

NIH ODS. Iron Fact Sheet for Consumers. https://ods.od.nih.gov/factsheets/Iron-Consumer/. 2016e (accessed 11/02/16)

NIH ODS. Thiamin Fact Sheet for Consumers. https://ods.od.nih.gov/factsheets/Thiamin-Consumer/. 2016h (accessed 11/05/16)

NIH ODS. Vitamin B6 Fact Sheet for Consumers. https://ods.od.nih.gov/factsheets/VitaminB6-Consumer/. 2016g (accessed 11/05/16)

NIH ODS. Vitamin B12 Dietary Supplement Fact Sheet for Health Professionals. https://ods.od.nih.gov/factsheets/VitaminB12-HealthProfessional. 2016h (accessed 11/05/16)

NIH ODS. Chromium Dietary Fact Sheet. https://ods.od.nih.gov/factsheets/Chromium-Health Professional. 2016i (accessed 11/05/16)

NIH ODS. Vitamin E Dietary Supplement Fact Sheet for Health Professionals. https://ods.od.nih.gov/factsheets/VitaminE-HealthProfessional/. 2016j (accessed 11/07/16)

NIH ODS. Vitamin C Dietary Supplement Fact Sheet for Health Professionals. https://ods.od.nih.gov/factsheets/VitaminC-HealthProfessional/. 2016k (accessed 11/07/16)

NIH ODS. Vitamin B6 Dietary Supplement Fact Sheet for Health Professionals. https://ods.od.nih.gov/factsheets/VitaminB6-HealthProfessional/. 2016l (accessed 11/07/16)

Oakley GP Jr. Eat right and take a multivitamin. *N Engl Med* 1998;338:1060-1.

Papanikolaou Y, Brooks J, Reider C, Fulgoni VL Comparison of inadequate nutrient intakes in non-Hispanic Blacks vs. non-Hispanic Whites: An analysis of NHANES 2007-2010 in US children and adults. *J Health Care Poor Underserved* 2015;26:726-36.

Pérez-Escamilla R, King J. Evidence-based public nutrition: An evolving concept. *J Nutr* 2007; 137:478-9.

Radimer K, Bindewald B, Hughes J, Ervin B, Swanson C, Picciano MF. Dietary supplement use

by US adults: data from the national Health and Nutrition Examination Survey, 1999-2000. *Am J Epidemiol* 2004;160:339-49.

Rautiainen S, Akesson A, Levitan EB, Morgenstern R, Mittleman MA, Wolk A. Multivitamin use and the risk of myocardial infarction: a population-based cohort of Swedish women. *Am J Clin Nutr* 2010;92;1251-6.

Rautiainen S, Rist PM, Glynn RJ, Buring JE, Gaziano JM, Sesso HD. Multivitamin use and the risk of cardiovascular disease in men. *J Nutr* 2016;146:1235-40.

Rautiainen S, Wang L, Gaziano JM, Sesso HD. Who uses multivitamins? A cross-sectional study in the Physicians' Health Study. *Eur J Nutr* 2014;53:1065-72.

Rimm EB, Willett C, Hu FB, Sampson L, Colditz GA, Manson JE, Hennekens C, Stampfer MJ. Folate and vitamin B6 from diet and supplements in relation to risk of coronary heart disease among women. *JAMA* 1998;279:359-64.

Rock CL. Multivitamin-multimineral supplements: who uses them? *Am J Clin Nutr* 2007;85:277S-9S.

Rosenkrantz E, Prasad A, Rink L. Immunobiology and hematology of zinc. In: <u>Zinc in Human Health: Biomedical and Health Research</u>. 2011;76:195-233. (978-1-60750-815-1:BHR76-0195)

Ross AC. Vitamin A and retinoic acid in T cell-related immunity. *Am J Clin Nutr* 2012;96:1166S-72S.

Salinthonea S, Kernsa AR, Tsanga V, Carra DW. α-Tocopherol (vitamin E) stimulates cyclic AMP production in human peripheral mononuclear cells and alters immune function. *Mol Immunol* 2013;53:173-8.

Salonen RM, Nyyssönen K, Kaikkonen J, Porkkala-Sarataho E, Voutilainen S, PhD, Rissanen TH, Tuomainen T-P, Valkonen V-P, et al. Six-year effect of combined vitamin C and E supplementation on arthereosclerotic progression: The Antioxidant Supplementation in Atherosclerosis Prevention (ASAP) Study. *Circulation* 2003;107:947-53.

Saltiel AR, Kahn CR. Insulin signaling and the regulation of glucose and lipid metabolism. *Nature* 2001;414;799-806.

Sebastian RS, Cleveland LE, Goldman JD, Moshfegh AJ. Older adults who use vitamin/mineral supplements differ from nonusers in nutrient intake adequacy and dietary attitudes. *J Am Diet Assoc* 2007;107:1322–32.

Shakur YA, Tarasuk V, Corey P, O'Connor DL. A comparison of micronutrient inadequacy and risk of high micronutrient intakes among vitamin and mineral supplement users and nonusers in Canada. *J Nutr* 2012;142:534-40.

Shao A, MacKay D. A commentary on the nutrient-chronic disease relationship and the new

paradigm of evidence-based nutrition. *Natural Med J* 2010;2:10-18.

Sheldon J, Pelletier DL. Nutrient intakes among dietary supplement users and nonusers in the Food Stamp Population. *Fam Econ Nutr Rev* 2003;15:3-14.

Shirodaria C, Antoniades C, Lee J, Jackson CE, Robson MD, Francis JM, Moat SJ, Ratnatunga C, Pillai R, Refsum H, Neubauer S, Channon KM. Global improvement of vascular function and redox state with low-dose folic acid: implications for folate therapy in patients with coronary artery disease. *Circulation* 2007;115:2262-70.

Spallholz JE, Boylan LM, Larsen HS. Advances in understanding selenium's role in the immune system. *Ann N Y Acad Sci* 1990;587:123e39.

Stang J, Story MT, Harnack L, Neumark-Sztainer D. Relationships between vitamin and mineral supplement use, dietary intake, and dietary adequacy among adolescents. *J Am Diet Assoc* 2000; 100:905-10.

Stephensen CB. Vitamin A, infection, and immune function. *Annu Rev Nutr* 2001;21:167-92.

Stoecker BJ. Chromium. In: <u>Present Knowledge in Nutrition</u>. Bowman B, Russell R (eds). ILSI Press, Washington, DC. 2001;8:366-72.

Stoltzfus RJ. How can the scientific community support the generation of the evidence needed to improve the quality of guidelines for micronutrient interventions? *Adv Nutr* 2014;5:40-5.

Tayeh MA, Marletta MA. Macrophage oxidation of L-arginine to nitric oxide, nitrite, and nitrate. Tetrahydrobiopterin is required as a cofactor. *J Biol Chem* 1989;264:19654-8.

Tousoulis D, Kampoli AM, Tentolouris C, Papageorgiou N, Stefanadis C. The role of nitric oxide on endothelial function. *Curr Vasc Pharmacol* 2012;10:4-18.

USDA/DHHS. U.S. Department of Health and Human Services and U.S. Department of Agriculture. Scientific Report of the 2015 Dietary Guidelines Advisory Committee. https://health.gov/dietaryguidelines/2015-scientific-report/PDFs/Scientific-Report-of-the-2015-Dietary-Guidelines-Advisory-Committee.pdf. 2015a (accessed 08/08/16)

USDA/DHHS. U.S. Department of Health and Human Services and U.S. Department of Agriculture. 2015– 2020 Dietary Guidelines for Americans. 8th ed. http://health.gov/dietaryguidelines/2015/guidelines/. 2015b. (accessed 08/08/16)

Van der Beek EJ, van Dokkum W, Wedel M, Schrijver J, van den Berg H. Thiamin, riboflavin and vitamin B6: impact of restricted intake on physical performance in man. *J Am Coll Nutr* 1994;13: 629-40.

Vasquez-Vivar J, Kalyanaraman B, Martasek P, Hogg N, Masters BS, Karoui H, Tordo P, Pritchard KA Jr. Superoxide generation by endothelial nitric oxide synthase: the influence of cofactors. *Proc Natl Acad Sci USA* 1998;95:9220-5.

Wallace TC, McBurney M, Fulgoni VL 3rd. Multivitamin/mineral supplement contribution to micronutrient intakes in the United States, 2007-2010. *J Am Coll Nutr*. 2014;33:94-102.

WebMD-a.   http://www.webmd.com/vitamins-and-supplements/tc/vitamins-their-functions-and-sources-topic-overview. (accessed 0826/16)

WebMD-b. http://www.webmd.com/baby/guide/prenatal-vitamins#1. (accessed 08/27/16)

WHO (World Health Organization). Principles and methods for the assessment of risk from essential trace elements. http:// www.inchem.org/documents/ehc/ehc/ehc228.htm. 2002 (accessed 08/29/16)

Wood SM, Beckman C, Yosioka A, Darban H, Watson RR, beta-Carotene and selenium supplementation enhances immune response in aged humans., *Integr Med.* 2000 Mar 21;2(2):85-92.

Wu D, Meydani SN. Age-associated changes in immune function: impact of vitamin E intervention and the underlying mechanisms. *Endocr Metab Immune Disord Drug Targets* 2014;14:283-9.

Signed on March 20, 2017
Boston, Massachusetts

_____

Jeffrey B. Blumberg, PhD, FASN, FACN, CNS-S

# Exhibit A

# <u>CV & Publications</u>

**Dr. Jeffrey Blumberg, Declaration**



**JEFFREY B. BLUMBERG, PhD, FASN, FACN, CNS-S**
**NARRATIVE RESUME**

Dr. Blumberg received a BPharm in Pharmacy and BS in Psychology from Washington State University and a PhD in Pharmacology from Vanderbilt University School of Medicine. He received postdoctoral training in cyclic nucleotide metabolism at the Tennessee Neuropsychiatric Institute and the University of Calgary. Dr. Blumberg is a Senior Scientist in the Antioxidants Research Laboratory at the Jean Mayer USDA Human Nutrition Research Center on Aging at Tufts University. His research efforts are focused on the biochemical basis for the role of antioxidant nutrients and their dietary requirements in health promotion and disease prevention during the aging process via their modulation of oxidative stress status, glucoregulation, and inflammation. He directed this program from 1981 to 2015. From 1981 to 2004, Dr. Blumberg also served as Assistant then Associate Director of the HNRCA with administrative responsibilities for research program planning and assessment, as well as direction of the core service divisions of Biostatistics, Comparative Biology, Mass Spectrometry, Nutrition Evaluation, Nutrition Information, and Scientific Computing.

Dr. Blumberg is a Professor in the Friedman School of Nutrition Science and Policy and in the Department of Pharmacology and Experimental Therapeutics in the Sackler School of Graduate Biomedical Sciences at Tufts University where he teaches graduate students and trains post-doctoral fellows. Prior to accepting his position at Tufts, he was an Associate Professor in the College of Pharmacy and Allied Health Professions at Northeastern University and served as Head of the Section of Pharmacology and Director of the Program in Toxicology that he incepted.

Dr. Blumberg has published over 350 scientific articles and currently serves on several editorial boards, including the *Journal of the American College of Nutrition; Tufts Health & Nutrition Letter; Journal of Environmental Pathology, Toxicology and Oncology; Journal of Medicinal Food; Nutrition; Arbor Clinical Nutrition Updates; Antioxidants and Redox Signaling; The Open Bioactive Compounds Journal; Journal of Nutrition in Gerontology and Geriatrics;* and *Nutrition and Aging.* In 2015, he was listed by Thomson Reuters as a Highly Cited Researcher (top 1% of cited researchers in his field) and among The World's Most Influential Scientific Minds.

Dr. Blumberg currently serves as the President of the Board for the Certification of Nutrition Specialists. He has participated in the DHHS Year 2000 Health Objectives Committee; Surgeon General's Workshop on Health Promotion and Aging; ASN National Task Force on Food Labeling; Sports Medicine Committee of the U.S. Olympic Committee, Dietary Supplementation Task Force; ASN Public Affairs and Public Information Committees; Board of the American Aging Association; WHO/FAO Consultation on Preparation and Use of Food-Based Dietary Guidelines; Food Advisory Committee of the FDA; and the WHO Expert Consultation on the Development of Nutrition Guidelines for the Elderly. He has testified before the IOM/NAS Food and Nutrition Board; Subcommittee on Health and the Environment at the U.S. House of Representatives; the Special Committee on Aging at the U.S. Senate; FDA Conference on Antioxidant Vitamins and Cancer and Cardiovascular Disease; Dietary Guidelines for Americans Advisory Committee; and First UN/WHO Conference on Healthy Ageing. He is or has been a member of the American College of Nutrition, American Society for Nutrition, American Society of Parenteral and Enteral Nutrition, Society for Free Radical Biology and Medicine, International Society for Free Radical Research, Gerontological Society of America, American Aging Association, American Association for the Advancement of Science, Sigma Xi Scientific Research Society, and New York Academy of Sciences.



### DR. JEFFREY B. BLUMBERG

### CURRICULUM VITAE

## PERSONAL DATA

| | |
|---|---|
| Positions | Senior Scientist, Antioxidants Research Laboratory |
| | Jean Mayer USDA Human Nutrition Research Center on Aging at Tufts University |
| | 711 Washington Street, Boston, MA 02111 |
| | -and- |
| | Professor |
| | Friedman School of Nutrition Science and Policy |
| | Program in Pharmacology and Experimental Therapeutics, Sackler School of |
| |   Graduate Biomedical Sciences |
| | Tufts University |
| Telephone | 617-556-3334 |
| Fax | 617-556-3344 |
| Email | jeffrey.blumberg@tufts.edu |

## EDUCATION

| | |
|---|---|
| 1975 | University of Calgary (Alberta, Canada) |
| | -- NIH Post-doctoral Fellow |
| 1974 | Tennessee Neuropsychiatric Institute (Nashville, TN) |
| | -- Research Associate |
| l974 | Vanderbilt University (Nashville, TN) |
| | -- Doctor of Philosophy, Pharmacology |
| 1969 | Washington State University (Pullman, WA) |
| | -- Bachelor of Pharmacy |
| | -- Bachelor of Science, Psychology |

## ACADEMIC APPOINTMENTS

| | |
|---|---|
| 1976-78 | Assistant Professor, College of Pharmacy and Allied Health Professions (CPAHP), Northeastern University, Boston, MA |
| 1978-80 | Director, Program in Toxicology, CPAHP, Northeastern University |
| 1979-81 | Associate Professor, CPAHP, Northeastern University |
| 1980-81 | Head, Section of Pharmacology, CPAHP, Northeastern University |
| 1981-88 | Adjunct Associate Professor, CPAHP, Northeastern University |
| 1981-88 | Assistant Director/Scientist I; Director, Nutritional Immunology and Toxicology Laboratory, Jean Mayer USDA Human Nutrition Research Center on Aging (HNRCA), Tufts University, Boston |
| 1981-88 | Associate Professor, School of Nutrition, Tufts University, Medford, MA (now Friedman School of Nutrition Science and Policy [FSNSP], Boston, MA) |
| 1985-86 | Acting Associate Director, USDA HNRCA, Tufts University |
| 1988- | Professor, Nutrition Science and Policy, Tufts University |
| 1988- | Senior Scientist, USDA HNRCA, Tufts University |
| 1989-2004 | Associate Director, USDA HNRCA, Tufts University |
| 1981-2015 | Director, Antioxidants Research Laboratory, USDA HNRCA |
| 2011- | Professor, Program in Pharmacology and Experimental Therapeutics, Sacker School of Biomedical Sciences, Tufts University |

## ORGANIZATIONAL MEMBERSHIPS

| | |
|---|---|
| 1975- | American Association for the Advancement of Science |
| 1976-90 | Society for Neuroscience |
| 1976-82 | American Association of Colleges of Pharmacy |
| 1977- | Sigma Xi, The Scientific Research Society |
| 1980-84 | Toxicology Forum |
| 1980-89 | American College of Toxicology |
| 1982-2009 | New York Academy of Sciences |
| 1984-90 | International Brain Research Organization |
| 1986- | American College of Nutrition (1990: elected Fellow) |
| 1986- | American Society for Nutrition (2010: elected Fellow) |
| 1987-98 | Union of Concerned Scientists |
| 1987- | American Aging Association (2005: elected Fellow) |
| 1990-2008 | American Society for Parenteral and Enteral Nutrition |
| 1994- | Society for Free Radical Biology and Medicine |
| 1994- | International Society for Free Radical Research |
| 1994-2004 | Certification Board for Nutrition Specialists |
| 1994-2008 | Gerontological Society of America |
| 2011- | Board for the Certification of Nutrition Specialists (2015-2018: President) |

## EDITORIAL BOARD MEMBERSHIPS

| | |
|---|---|
| 1985- | *Tufts University Health and Nutrition Letter* |
| 1985- | *Journal of Nutrition in Gerontology and Geriatrics* (formerly *Journal of Nutrition for the Elderly*) |
| 1985-87 | *Boston Bulletin on Chemicals and Disease* |
| 1987- | *Journal of the American College of Nutrition* |
| 1990-92 | *Clinics in Applied Nutrition* |
| 1991- | *Journal of Environmental Pathology, Toxicology and Oncology* (Section Editor, Nutritional Toxicology and Pharmacology) |
| 1991-92 | *The Journal of Applied Nutrition* |
| 1991-93 | *Nutrition Action Healthletter* (Center for Science in the Public Interest) |
| 1991-94 | Rodale Press Book Division |
| 1992-94 | *Journal of Optimal Nutrition* |
| 1992-99 | *Journal of Nutritional Immunology* |
| 1993-95 | *Perspectives in Applied Nutrition* |
| 1994-2003 | *Free Radical Biology & Medicine* |
| 1994-2001 | *New Choices for Retirement Living* (Reader's Digest Association Inc.) |
| 1994-2000 | *Vitamin News* (Takeda USA, Inc.) |
| 1997-2000 | *Let's Live* magazine (Food and Nutrition Advisory Board) |
| 1998-2004 | *Nutrition in Clinical Care* |
| 1998- | *Journal of Medicinal Food* |
| 1998-2006 | *Nutrition: The International Journal of Applied and Basic Nutritional Sciences* |
| 1999-2008 | *Antioxidants & Redox Signaling* |
| 2001-2012 | *Arbor Clinical Nutrition Updates* |
| 2002- | *Nutrafoods* |
| 2004 | *Next Age* magazine |
| 2005- | *remedies* magazine |
| 2006-2012 | *Family Circle* (Health and Medical Advisory Board) |
| 2008- | *Alternative Therapies in Health and Medicine* |
| 2008- | *The Open Bioactive Compounds Journal* |
| 2010-2016 | *Nutrition and Aging* |
| 2010- | *Nutrients* |
| 2010- | *Men's Health* magazine |
| 2012- | *Antioxidants* |
| 2013- | *Redox Biology* |

## SELECTED COMMITTEE ASSIGNMENTS - TUFTS

| | |
|---|---|
| 1982-2005 | Executive Staff Committee, HNRCA |
| 1982-88 | Health and Safety Committee (Chair), HNRCA |
| 1982-87 | Animal Care and Use Committee (Chair), HNRCA |
| 1984-88 | Library Committee (Chair), HNRCA |
| 1985-87 | Geriatric Interest Group, Tufts-New England Medical Center |
| 1985-88 | Promotions Committee, HNRCA |
| 1985-89 | Committee on Aging, Tufts |
| 1988 | Search Committee (Chair), Director of Program in Epidemiology, HNRCA |
| 1989-92 | Curriculum Committee, SNSP |
| 1991-92 | Search Committee, Director of Nutritional Neuroscience, HNRCA |
| 1992-93 | Human Studies Committee, HNRCA |
| 1992 | Research Development Group (Aging Task Force), School of Medicine |
| 1992-94 | Curriculum Committee, Science Track (Chair), SNSP |
| 1992-93 | Search Committee, Senior Epidemiologist, Dept. Community Health |
| 1994-99 | Committee on Appointments and Promotion (Chair), SNSP |
| 1996-99 | Council for Nutrition Information Task Force |
| 1998-2009 | Finance and Fundraising Committee, FSNSP (2008- Chair) |
| 2002-05 | Grievance Committee, FSNSP |
| 2003-04 | Internal Advisory Board, NIH R24 Research Infrastructure Planning Grant, Dental School |
| 2007 | Friedman Symposium Steering Committee, FSNSP |
| 2007-08 | Grievance Committee, FSNSP |
| 2009-10 | Fundraising Committee, HNRCA |
| 2009 | Task Force on Student Funding, FSNSP |
| 2009-10 | Pilot Grant Review Committee, HNRCA |
| 2010 | Student Funding Task Force, FSNSP |
| 2010 | Industry Team, Strategic Initiative, HNRCA |
| 2013- | Advisory Committee, Corporate and Foundation Relations (Chair), HNRCA |
| 2014- | Faculty Campaign Committee, FSNSP |
| 2014- | Finance and Fundraising Committee, FSNSP |
| 2015 | Pilot Studies Review Committee, Tufts Clinical and Translational Science Institute |

## COMMITTEE ASSIGNMENTS - PROFESSIONAL

| | |
|---|---|
| 1986-89 | Public Information Committee, American Society for Nutrition (ASN) |
| 1988-89 | Scientific Advisory Board, Pennington Biomedical Research Center |
| 1988 | Workshop on Health Promotion and Aging, U.S. Surgeon General |
| 1988-98 | Professional Awards Committee, American College of Nutrition (ACN) |
| 1989-90 | National Task Force of Food Labeling, AIN |
| 1989-90 | Ad Hoc Advisory Council on Nutrition and Aging, National Institute on Aging |
| 1990 | Year 2000 Health Objectives Committee, U.S. Dept. of Health and Human Services |
| 1990-91 | Advisory Group, National Nutrition Screening Initiative |
| 1990-94 | Scientific Advisory Bd., Ctr. Study of Nutritional Medicine, New England Deaconess Hospital |
| 1990-93 | Public Affairs Committee, ASN |
| 1991-93 | Public Policy Committee (Chair), American Aging Association (AGE) |
| 1992-95 | Board of Directors, AGE |
| 1992-98 | Awards Committee, ACN |
| 1993 | Alternative Medicine: Diet, Nutrition and Lifestyle Study Section (Chair), NIH |
| 1993-97 | Nutrition Steering Committee, Gerontological Society of America |
| 1993-97 | Consultant, Prostate Nutrition Intervention Study, American Health Foundation |
| 1993-94 | Scientific Steering Committee, International Conference on Adjuvant Nutrition and |
| 1993-95 | Chronic Disease: Preventive and Therapeutic Effects |
| 1993-94 | Nutritional Advisory Committee, U.S. Olympic Committee |
| 1994 | Scientific Advisory Panel (*ad hoc*) on Antioxidant Nutrients (Chair), Alliance for Aging |

Research

| | |
|---|---|
| 1994 | Steering Committee, U.S. Administration on Aging Region I White House Conference on Aging: Nutrition and Malnutrition |
| 1994 | Technical Reviewer, Carotene and Retinol Efficacy Trial (CARET), NCI |
| 1994 | Reviewer, Strategic Implementation Plan, Subcommittee on Food Safety, Security, and Production, National Science and Technology Council |
| 1994 | Section Editor (Antioxidants), Bristol-Myers Squibb/Mead Johnson Nutrition Symposia: Nutritional Assessment of Elderly Populations |
| 1994-99 | Publications Committee, ACN |
| 1994-97 | Advisory Board, Eastman Center for Nutrition Research, James H. Quillen College of Medicine, East Tennessee State University |
| 1994-2005 | Board of Directors, Certification Board for Nutrition Specialists |
| 1994-96 | Strategic Development Committee, Alliance for Aging Research |
| 1995 | Public Policy Committee, AGE |
| 1995-97 | Examination Advisory Committee, Certification Board for Nutrition Specialists, ACN |
| 1995-98 | Awards Committee, AGE |
| 1995 | Mead Johnson Award Committee, ASN |
| 1996-2000 | Vitamin E Task Force, Food and Nutrition Society Alliance |
| 1997 | Nutrition Resource Center, The New York Hospital-Cornell Med. Ctr. |
| 1997 | Reviewer, Nutrition Guide for Health Care Professionals, Ctr. for Human Nutrition |
| 1998 | Antioxidant Panel, ACN |
| 1998-2001 | U.S. Olympic Committee, Sports Medicine Cmte. Dietary Supplementation Task Force |
| 1998 | Reviewer, A Strategic Plan for the NIH Office of Dietary Supplements |
| 1988 | Advisory Panel, Second International Scientific Symposium on Tea and Human Health |
| 1998- | Plant Phenolics and Health Research Interest Group, ASN |
| 1999-2002 | Cardiovascular & Geriatric Health Council, ACN |
| 2000-01 | Awards Committee, AGE |
| 2000-02 | DHA Study Advisor, Tohoku University, Sendai, Japan |
| 2000-09 | International Scientific Advisory Board, Conference on Diet and Optimum Health and Linus Pauling Institute Prize for Health Research, Linus Pauling Institute, Oregon State University |
| 2000 | Working Group on Diets, Antioxidants and Environmental Influences on Health and Disease, National Institutes of Environmental Health Sciences |
| 2000-02 | Public Policy Committee, AGE |
| 2001 | Chair, Scientific Advisory Board, Center for Complementary and Alternative Medicine in Aging & Women's Health and the Rosenthal Center for Complementary & Alternative Medicine, College of Physicians & Surgeons, Columbia University |
| 2001-03 | Food Advisory Committee, Additives and Ingredients Subcommittee, Center for Food Safety and Applied Nutrition, FDA |
| 2001-10 | Scientific Advisory Board, The Dietary Supplement Information Bureau |
| 2001 | Co-Chair, PAX Mechanisms in Health Promotion and Disease Prevention: A Scientific and Media Exchange, Oldways Preservation & Exchange Trust, Cambridge, MA |
| 2002 | Chair, Third International Scientific Symposium on Tea and Human Health: Role of Flavonoids in the Diet, Washington, DC |
| 2002 | Reviewer, RAND report on "Effect of the antioxidants vitamin C, vitamin E, and coenzyme Q10 for the prevention and treatment of cancer" for the Agency for Healthcare Research  and Quality (US DHHS) |
| 2002-05 | External Advisory Board, Center for Clinical and Molecular Nutrition, Emory University |
| 2003 | Co-Chair, Multivitamins and Public Health: Exploring the Evidence: The Transition from Restrictions to Recommendations, Washington, DC |
| 2004 | Advisory Committee, White Paper on Clinical Nutrition and Aging Education and Training, Health Resources and Services Administration, Washington, DC |
| 2004-08 | Access Committee, Intervention Testing Program, National Institute on Aging, Bethesda, MD |
| 2005- | Investigator, Harvard Clinical Nutrition Research Center |
| 2005- | Scientific Advisory Committee, Nutrition & Health: State of the Science and Clinical Applications conference. University of Arizona and Columbia University |

| 2005-08 | NCI Special Emphasis Panel for Small Business Innovation Research proposals on "Plant Genomic Models for Establishing Physiological Relevance of Bioactive Components as Cancer Protectants" |
| 2007 | Co-Chair, Fourth International Scientific Symposium on Tea and Human Health, Washington, DC |
| 2008 | External examiner, University of Glasgow, PhD Dissertation, Gina Borges: characertisation of phenolic antioxidants in fruits and vegetables: Bioavailability of raspberry phenolics in humans and rats. |
| 2009 | Faculty, CME on Nutrition and Prostate Cancer, Arizona Center for Integrative Medicine, University of Arizona Health Sciences Center, Tucson, AZ |
| 2009 | Advisory Board, First International Conference on Lipid Hydroperoxide Biology and Medicine, Sendai City, Japan |
| 2009-10 | NCCAM/NIH Special Emphasis Panel for Botanical Center Applications |
| 2010 | NIDDK/NIH Special Emphasis Panel for R13 Conference Grant Applications |
| 2012 | ILSI North America, Expert elicitation, Net Risk Decision-Making for Food |
| 2012 | External examiner, University of South Australia, PhD Dissertation, Rachel Wong: Effects of bioactive nutrient supplementation on cardiovascular biomarkers and cognitive function. |
| 2013 | NCCAM/NIH Study Section, Mechanistic Research on CAM Natural Products (R01) |
| 2013-15 | DSMB (Chair), "Vitamin $D_3$ Effects on Musculoskeletal Symptoms with Use of Aromatase Inhibitors," A. Shapiro, PI; Frauenshuh Cancer Center, Park Nicollet Health Services |
| 2013- | Advisory Panel, Accreditation Council for Nutrition Professional Education |
| 2014- | Scientific Advisory Group, International Food Information Council |
| 2015- | Council of Directors, True Health Initiative |
| 2016- | Board of Trustees, American Society for Nutrition |
| 2016-17 | Scientific Committee, International Growth and Development Conference 2017 (Dubai, UAE) |

## COMMITTEE ASSIGNMENTS - CORPORATE

| 1988-2001 | Pharmacy Nutrition Advisory Board, AARP |
| 1991-94 | Health and Nutrition Advisory Board, Lederle Consumer Health Products |
| 1992-94 | Scientific Advisory Board (Chair), NutrAMed, Inc. |
| 1992-2010 | Scientific Advisory Board, Shaklee U.S., Inc. |
| 1992-94 | Scientific Advisory Board, Rejuvon, Inc. |
| 1993- | Scientific Advisory Board, Pharmavite Corporation |
| 1994 | Scientific Advisory Board (ad hoc) on Nutrient Supplements, Council for Responsible Nutrition/National Association of Chain Drug Stores |
| 1994-96 | Scientific and Medical Advisory Board, Odyssey Nutraceuticals Co. |
| 1995-96 | Scientific Advisory Committee, MET-Rx Foundation for Health Enhancement |
| 1995-2009 | Global Nutrition Advisory Board, Wyeth Consumer Healthcare |
| 1996-2000 | Research Committee, Quaker Oatmeal Health Institute |
| 1996-97 | Scientific Medical Advisory Board, Nutraceuticals, Inc. |
| 1996-97 | Natural Products Advisory Board, Mead Johnson Nutritional Group, Bristol-Myers |
| 1997-2012 | Scientific Advisory Panel, Tea Council of the USA |
| 1998-2000 | Scientific Advisory Board, Feeling Fine, Co. |
| 1998-2002 | Science Advisory Board, LifeSpring Nutrition Solutions (Age Wave) |
| 1998-2011 | Scientific Advisory Panel, American Egg Board/Egg Nutrition Center |
| 1998-2003 | Medical Advisory Board, P&J Brands |
| 1999-2000 | Scientific Advisory Board for Women's Health, Lipton/Unilever FNA |
| 1999-2002 | Scientific Advisory Board, Minute Maid Company |
| 2000-01 | Scientific Advisory Board, Smartmouth Technologies, Inc. |
| 2001-04 | Advisory Board, MPowerLiving, Ltd. |
| 2002-05 | Scientific Advisory Board, California Avocado Commission |
| 2003 | Bayer Consumer Care Nutrition Advisory Board |
| 2003-05 | Advisory Board, Lutein Information Bureau (Kemin Foods, LC) |
| 2005- | Scientific Advisory Board, Cranberry Institute and the Cranberry Marketing Committee of USDA |
| 2006- | Scientific Advisory Panel, Guiding Stars Licensing Co. |
| 2010- | Scientific Advisory Board, Segterra, Inc. |

2011-            Editorial Board, Herbalife Nutrition Institute
2011-            Scientific Advisory Board, KardioFit, Inc.
2012-13         Scientific Advisory Board, Sambazon
2012-14         Scientific Advisory Board, Nutrispective
2012-14         Scientific and Regulatory Advisory Board, Knocean Sciences
2013-            Scientific Advisory Board, The Organic Center
2013             Expert contributor, ILSI-North America report, "Advancing the Science for Nutrient and Food
                 Chemical Safety Decisions: Understanding Benefits and Risks and Avoiding Risk Tradeoffs"
2013-14         Consumer Healthcare R&D Scientific Advisory Board, GlaxoSmithKline
2014-            Scientific Advisory Board, Center of Excellence, The Quaker Oats Company
2014-            Scientific and Medical Advisory Board, Advocare
2015-            Scientific Advisory Board, SmartyPants Vitamins
2015-            Nutrition Advisory Council, Pfizer Consumer Health

## TEACHING - TEAM TAUGHT GRADUATE COURSES (1998-2016)

Nutrition and Aging (FSNSP)
Nutritional Biochemistry and Physiology (FSNSP)
Clinical Nutrition (TUSM)
Introduction to Clinical Preventive Medicine (TUSM)
Nutritional Assessment and Pathophysiology (FSNSP)
Geriatric Dentistry (TUSDM)
Antioxidants and Degenerative Diseases (FSNSP)
Nutrition and Medicine (TUSM)
Nutrition Research, Policy and Public Education (TUSM)
Public Policy of Health Claims (FSNSP)
Fundamentals of Nutrition Science (FSNSP)

## INVESTIGATOR CERTIFICATION FOR HUMAN STUDIES

University of Rochester Medical Center Certificate of Attendance for Protecting Study Volunteers PSV032 (2000)

Tufts-New England Medical Center and Tufts University Health Sciences Institutional Review Board Certificate of Completion of the Mandatory Clinical Education Program (2004)

Collaborative Institutional Training Initiative (CITI): Basic Course, Belmont Report, and Conflicts of Interest (2007)

CITI: Basic Course, Workers as Research Subjects/Vulnerable Populations (2008)

CITI: Genetic Research in Human Populations; Research with Protected Populations (2009)

CITI: Serious Adverse Event/Unanticipated Problem Policy; Tissue Banking Policy (2010)

CITI: Informed Consent; International Studies (2011)

Tufts University, Environmental Health and Safety Certificate of Training, NIH Guidelines for Research Involving Recombinant DNA Molecules (2011)

CITI: Financial Conflicts of Interest; Institutional Responsibilities as They Affect Investigators (2012)

CITI: History and Ethical Principles; IRB Regulations and Review Process; Privacy and Confidentiality; Defining Research with Human Subjects; Informed Consent (2013)

CITI: Vulnerable Subjects (Prisoners; Children; Pregnant Women, Human Fetuses, and Neonates); FDA-Regulated Research; Research and HIPAA Privacy Protections; Avoiding Group Harms (U.S. Research Perspectives; International Research Perspectives); Recognizing and Reporting Unanticipated Problems Involving Risks to

Subjects or Others in Biomedical Research; Populations in Research Requiring Additional Considerations and/or Protections (2014)

## SPECIAL AWARDS AND HONORS

| | |
|---|---|
| 1982 | U.S. Department of Agriculture Certificate of Merit |
| 1990 | Vitamin E Research Information Service (VERIS) Award |
| 1990 | Vanderbilt University School of Medicine, Department of Pharmacology: Allan D. Bass Distinguished Alumni Lecture |
| 1991 | USDA Manuscript of the Year: *Am J Clin Nutr* 1990;52:55 |
| 1992 | USDA Manuscript of the Year: *Am J Physiol* 1991;260:R1235 |
| 1994 | Washington State University, College of Pharmacy: Dean Allen I. White Leader in Residence |
| 1994 | University of Tennessee, College of Medicine: Mildred Reeves Distinguished Visiting Professor |
| 1995 | Certified Nutrition Specialist (Certification Board for Nutrition Specialists, ACN) |
| 1995 | New Jersey Medical School, University of Medicine and Dentistry of New Jersey: J. James Smith Memorial Lecture |
| 1995 | American College for Advancement in Medicine: Norman E. Clarke, Sr. Lecture |
| 1996 | Baylor University Medical Center: Rouse Lecture in Digestive Diseases and Nutrition |
| 2000 | Tufts University Outstanding Faculty Achievement Award |
| 2000 | NIH Office of Dietary Supplements: Annual Bibliography of Significant Advances in Dietary Supplement Research 1999: Wu et al. *Am J Clin Nutr* 1999;70:536-43. |
| 2001 | NIH Office of Dietary Supplements: Annual Bibliography of Significant Advances in Dietary Supplement Research 2000: McKay et al. *J Nutr* 2000;130:3090-6. |
| 2002 | National Nutritional Foods Association: Burton Kallman Scientific Award |
| 2002 | American College for Advancement in Medicine: Achievement Award in Preventive Medicine and Linus Pauling Lecture |
| 2002 | American College of Nutrition, Best Review Paper Award: McKay & Blumberg. *J Am Coll Nutr* 2002;21:1-13. |
| 2003 | Guest Editor, *J Nutr* 2003;133;3242S-318S - Proceedings of the Third International Scientific Symposium on Tea and Human Health: Role of Flavonoids in the Diet |
| 2006 | Silver Medal, *Association TRENDS All-Media* best scholarly/scientific/technical journal for issue including McKay et al. *J Am Diet Assoc* 2006;106;1108-11. |
| 2006 | Jean Mayer 25 Year Scientific Leadership and Service Award, Tufts University |
| 2006 | Guest Editor (with Milner JA, Seifried HE), *NUTRAfoods* 2006;5(2/3) |
| 2007 | Guest Editor, *J Am Coll Nutr* Suppl, The Role of Epigallocatechin Gallate in Cardiovascular Disease, Diabetes, and Obesity |
| 2007 | American College of Nutrition: Mark Bieber Award |
| 2007 | American College for Advancement in Medicine: Denham Harman Award |
| 2009 | University of Nebraska: Denham Harman Distinguished Lectureship in Biomedical Gerontology |
| 2010 | Guest Editor, *Nutrients*, Special Issue on Dietary Antioxidants |
| 2010 | Fellow, American Society for Nutrition |
| 2012 | American College of Nutrition Award |
| 2013 | Guest editor, *Antioxidants*, Special Issue: Interactions between Dietary Flavonoids and Gut Microbiota: Functional Outcomes |
| 2014 | Thomson Reuters List of the World's Most Influential Scientific Minds (top 1% of cited researchers, 2002-2012) |
| 2015 | Award for Excellence in Research, International Nut and Dried Fruit Council |
| 2016 | Thomson Reuters List of the World's Most Influential Scientific Minds (top 1% of cited researchers, 2002-2014) |
| 2016 | Mary Swartz Rose Senior Award (for research on bioactives), ASN |

## POSTDOCTORAL FELLOWS (with current appointments)

| | |
|---|---|
| 1982-83 | Mohsen Meydani, DVM, PhD (Tufts University) |
| 1986-87 | Yang Cha Lee-Kim, PhD (Yonsei University, Korea) |
| 1987 | Sudhir Reddy Gogu, PhD |

| 1988-89 | Felicia Natiello, PhD (Universita Scienze Farmacologiche, Italy) |
| 1989-90 | Juan Sastre, PhD (University of Valencia, Spain) |
| 1997-99 | Mary Walter, PhD (NIDDK, National Institutes of Health) |
| 2000-01 | Sophie Clément, PhD (Geneva Hospital, Switzerland) |
| 2000-01 | Myoungsook Joo, PhD |
| 2001-03 | Ho-Kyung Kwak, PhD (Korea National Open University, Korea) |
| 2001-04 | Chung-Yen 'Oliver' Chen, PhD (Tufts University) |
| 2003-05 | Brigitte Graf, PhD (University of Nottingham, Maylasia campus) |
| 2007-10 | Bradley Bolling, PhD (University of Connecticut, Storrs) |
| 2010 | Selena Ahmed, PhD (Montana State University) |

## VISITING (SABBATICAL) SCIENTISTS

| 1986-87 | Tadayasu Furukawa, PhD, Kyowa Hakko Kogyo Co, Tokyo, Japan |
| 1986-87 | Wen-Huey Wu, MS, Chang Shan Med. Dental Coll., Taichung, Taiwan |
| 1987 | Chungshill Kim, MS, Seoul National University, Seoul, Korea |
| 1988 | Dorothy Chou, PhD, General Foods Corp., Cranbury, NJ |
| 1988-90 | Mehrdad Mehr, DVM, Tufts University, Boston, MA |
| 1993-94 | Masatoshi Mune, MD, PhD, Wakayama Med. College, Wakayama, Japan |
| 1994-96 | Haruhisa Ohtani, MD, PhD, Wakayama Med. College, Wakayama, Japan |
| 1994-97 | Hajiya Abasi, MD, Central Railway Hospital, Beijing, China |
| 1995-96 | Teruo Miyazawa, PhD, Faculty Agriculture, Tohoku University, Sendai, Japan |
| 1996-97 | Takayuki Ikeda, PhD, Hokkaido Food Processing Res, Ctr., Ebetsu, Japan |
| 1998 | Antonio Herbert Lancha, Jr., PhD, Universidade De São Paulo, Brazil |
| 1998-2000 | Kazumi Kitta-Koga, MS, National Food Research Institute, Japan |
| 1999 | Naohiro Hamaoka, MS, Hokkaido Food Processing Res. Center, Japan |
| 2001-02 | Aiguo Ma, MD, Medical College of Qingdao University, Ququan, China |
| 2004-05 | Ray-yu Yang, PhD, Asian Vegetable Research and Development Center, Tainan, Taiwan |
| 2005-06 | Shin-Kyo Chung, PhD, Kyungpook National University, Daegu, Korea |
| 2010-11 | Yuxiao Zou, MS, Guangdong Academy of Agricultural Sciences, Guangzhou, China |
| 2011 | Miren Gómez-Juaristi, MS, Dpto Metabolismo y Nutrición, ICTAN Instituto del Frío, Spain |
| 2011 | Aida Serra Maqueda, MS, Dpto Tecnologia de Alimentos, Universitat de Lleida, Spain |
| 2011-12 | Naoto Hashimoto, PhD, NARO Kyushu Okinawa Agricultural Research Center, Japan |
| 2012 | Matti Marklund, PhD, Swedish University of Agricultural Sciences, Uppsala |
| 2012 | Cristian Del Bò, MS, University of Milan, Italy |
| 2012-13 | Yuntao Liu, PhD, College of Food Science, Sichuan Agricultural University |
| 2014 | Lorena Lucio, MD, Universidade Estadual Paulista Júlio de Mesquita Filho, Sao Paulo, Brazil |
| 2014 | Mariana Braz, PhD, Universidade Estadual Paulista Júlio de Mesquita Filho, Sao Paulo, Brazil |
| 2014-15 | Xiaoyong Wei, MS, Guangzhou University of Chinese Medicine, Guangzhou, China |
| 2014-15 | Kun NMN Liu, PhD, Hebei University of Economics and Business |
| 2014-15 | Isabela Mateur Martins, MS, University of Campinas (UNICAMP), Brazil |
| 2014-15 | Qianru Chen, MS, Ocean University of China |
| 2015-16 | Sérgio Marques Costa., PhD, Universidade Estadual Paulista Júlio de Mesquita Filho, Brazil |
| 2015 | José Maria Rodríguez-Morató, MS, Universitat Pompeu Fabra. Spain |
| 2015 | Klinsmann Carolo dos Santos, MS, Botucatu Med. School, Universidade Estadual Paulista, Brazil |
| 2015 | Gizem Ozan, Biotechnology Institute, Yeditepe University, Istanbul, Turkey |
| 2015 | Valter Henrique Marinho dos Santos, São Paulo State University, UNESP, Botucatu, Brazil |
| 2016 | Peng Du, MD, PhD, Central Laboratory of Xi Diao Yu Tai Hospital. Beijing, China |

## JOURNAL REVIEWER 1996-2016

*Alternative Therapies in Health and Medicine*
*American Journal of Clinical Nutrition*
*Cancer Epidemiology, Biomarkers and Prevention*
*Circulation*
*Clinica Chimica Acta*

*Critical Reviews in Food Science and Nutrition*
*Drugs and Aging*
*FEBS Letters*
*Free Radicals in Biology and Medicine*
*Hepatology*
*International Archives of Allergy and Immunology*
*Journal of Agriculture and Food Chemistry*
*Journal of the American College of Nutrition*
*Journal of the American Geriatrics Society*
*Journal of the American Medical Association*
*Journal of Environmental Pathology, Toxicology and Oncology*
*Journal of Food Science*
*Journal of Gerontology: Biological Sciences*
*Journal of Nutrition*
*Journal of Nutrition for the Elderly*
*Journal of Nutritional Biochemistry*
*Journal of Nutrition for the Elderly*
*Journal of Nutritional Immunology*
*Journal of Medical Foods*
*Kidney International*
*LWT Food Science and Technology*
*Mechanisms of Aging and Development*
*Medicine and Science in Sports and Exercise*
*Molecular and Cellular Biochemistry*
*Molecular Nutrition and Food Research*
*Nutrition in Clinical Care*
*Nutrition Research*
*Nutrition Reviews*
*Nutition Today*
*Preventive Medicine*
*U.S. Pharmacopeia - Drug Information Review*
*Tufts Nutrition Commentator*
*Molecular and Food Nutrition*

## REVIEWER FOR AWARD, CONFERENCE, AND GRANT PROPOSALS 1996-2016

American College of Nutrition
American Egg Board
Cranberry Institute and Wisconsin Cranberry Board, Inc.
Hereditary Disease Foundation
International Tea Trade Health Research Association
National Institutes of Health
New York Academy of Sciences
The Wellcome Trust
US-Israel Binational Science Foundation
United States Department of Agriculture
University of Arizona Agricultural Experiment Station
National Research Foundation Competitive Research Programme, Singapore
Deckblatt für Anträge an die Forschungskommission, Heinrich Heine University of Düsseldorf, Germany
Tufts University Clinical and Translational Science Institute Pilot Project Program

## PUBLICATIONS – ORIGINAL ARTICLES

Sulser F, Stawarz RJ, Blumberg J. The limbic forebrain: the role of psychopharmacology. *Proc. IX Congress of the C.I.N.P.* (Paris, France) 1974;873-81.

Blumberg JB, Taylor RE, Sulser F. Blockade by pimozide of a norepinephrine-sensitive adenylate cyclase in limbic forebrain: possible role of limbic noradrenergic mechanism in the mode of action of antipsychotics. *J Pharm Pharmacol* 1975;27:125-8.

Blumberg JB, Vetulani J, Sulser F. The noradrenergic cyclic AMP generating system in the limbic forebrain: pharmacological characterization in vitro and possible role of limbic noradrenergic mechanisms in the mode of action of antipsychotics. *Eur J Pharmacol* 1976;37:257-66.

Vance MA, Ross SM, Millington WR, Blumberg JB. Potentiation of tricyclic anti-depressant toxicity by physo-stigmine in mice. *Clin Toxicol* 1977;11:413-22.

Blumberg JB. The rationale and development of a bachelor of science degree program in toxicology at northeastern university. *J Coll Sci Teach* 1980;9:266-8.

Smith P, Blumberg J, Stoff J, Field M. Idomethacin inhibits secretagogue-induced ion transport changes in rabbit ileal mucosa in vitro. *Gastroenterology* 1981;80:356-65.

Hanson R, Poddubiuk Z, Blumberg J, Davis M, Holman B. Preparation and biodistribution of [125]I-labelled adrenoceptor antagonist having a cardioselectivity enhancing N-substituent. *Int J Appl Radiat Isotopes* 1981;32:429-33.

Rocco, RM, Smart JL, Brown DR, Blumberg JB. HPLC analysis of erythrocyte pyrimidine-5'-nucleotidase inhibition by lead. *Res Comm Chem Pathol Pharmacol* 1981;34:127-36.

Poddubiuk ZM, Blumberg JB, Kopin IJ. Brain prostaglandin content in rats sacrificed by decapitation versus focused microwave irradiation. *Experientia* 1982;38:987-88.

Vance MA, Blumberg JB. Cholinergic potentiation of neuroleptic effects in the nucleus accumbens. *Res Comm Chem Pathol Pharmacol* 1983;40:345-8.

Vance MA, Blumberg JB. Effect of catecholamines on locomotor activity and cyclic AMP in nucleus accumbens in rats. *J Pharm Pharmacol* 1983;35:402-4.

Meydani M, Blumberg JB, Hayes KC. Dietary fat unsaturation enhances drug metabolism in Cebus but not in Squirrel monkeys. *J Nutr* 1985;115:573-8.

Meydani M, Meydani S, Macauley JB, Blumberg JB. Influence of dietary vitamin E and selenium on the ex-vivo synthesis of prostaglandin E2 in brain regions of young and old rats. *Prostaglandins Leukot Med* l985;18:337-46.

Meydani M, Verdon C, Blumberg JB.  Effect of dietary vitamin E, selenium and age on lipid peroxidation events in rat cerebrum. *Nutr Res* 1985;5:1227-36.

Meydani SN, Meydani M, Verdon CP, Blumberg JB. Vitamin E supplementation suppresses prostaglandin E2 synthesis and enhances the immune response of aged mice.  *Mech Ageing Dev* 1986;34:191-201.

Siguel EN, Blumberg JB, Caesar J. Monitoring the optimal infusion of intravenous lipids:  detection of essential fatty acid deficiency. *Arch Pathol Lab Med* 1986; 110:792-7.

Ulin K, Meydani M, Zamenhof RG, Blumberg JB. Photon activation analysis as a new technique for body composition studies. *Am J Clin Nutr* 1986;45:963-72.

Meydani M, Macauley JB, Blumberg JB. Influence of dietary vitamin E, selenium and age on regional distribution of alpha-tocopherol in the rat brain. *Lipids* 1986; 21:786-91.

Furukawa T, Meydani SN, Blumberg JB. Reversal of age-associated decline of immune responsiveness by dietary glutathione supplementation in mice. *Mech Ageing Dev*  1987;38:107-17.

Meydani SN, Shapiro A, Meydani M, Macauley J, Blumberg JB. Effect of age and dietary fat (fish oil, corn oil, and coconut oil) on tocopherol status of C57BL/6NIA mice. *Lipids* 1987;22:345-50.

Verdon CP, Blumberg JB. An assay for the alpha-tocopherol binding protein mediated transfer of vitamin E between membranes. *Anal Biochem* 1988;169:109-20.

Meydani SN, Stocking LM, Shapiro AC, Meydani M, Blumberg JB. Fish oil and tocopherol induced changes in ex-vivo  synthesis of spleen and lung leukotriene B4. *Ann NY Acad Sci* 1988;524:395-7.

Meydani M, Macauley JB, Blumberg JB. Effect of dietary vitamin E and selenium on susceptibility of brain regions to lipid peroxidation. *Lipids* 1988;23:405-9.

Lee-Kim Y, Meydani M, Kassarjian Z, Blumberg J, Russell R. Enterohepatic circulation of newly administered alpha-tocopherol in the rat. *Int J Vitam Nutr Res* 1988;58:284-91.

Verdon CP, Blumberg JB. Influence of dietary vitamin E on the intermembrane transfer of alpha-tocopherol as mediated by an alpha-tocopherol binding protein.  *Proc Soc Exp Biol Med* 1988;189:52-60.

Martin RF, Young VR, Blumberg JB, Janghorbani M. Ascorbic acid-selenite interactions in humans, studied with an oral dose of $^{74}SeO_3$. *Am J Clin Nutr* 1989;49:862-9.

Seitz HK, Meydani M, Ferschke I, Simanowski UA, Boesche J, Bogusz M, Hoepker WW, Blumberg JB, Russell RM. Effect of aging on in vivo and in vitro ethanol metabolism and its toxicity in F344 rats. *Gastroenterology* 1989;97:446-56.

Meydani M, Cohn JS, Macauley JB, McNamara JR, Blumberg J, Schaefer ES. Postprandial changes in the plasma concentration of $\alpha$-and $\gamma$-tocopherol in human subjects fed a fat-rich meal supplemented with fat soluble vitamins. *J Nutr* 1989;119:1252-8.

Meydani SN, Meydani M, Barklund PM, Liu S, Miller RA, Cannon J, Rocklin R, Blumberg JB. Effect of vitamin E supplementation on immune responsiveness of the aged. *Ann N Y Acad Sci* 1989;570:283-90.

Meydani SN, Lipman R, Blumberg JB, Taylor A. Dietary energy restriction decreases ex vivo spleen prostaglandin E2 synthesis in emory mice. *J Nutr* 1990;120:112-5.

Wu W-H, Meydani M, Meydani SN, Barklund P, Blumberg J, Munro HN.  Effect of dietary iron overload on lipid peroxidation, prostaglandin synthesis, and lymphocyte proliferation in young and old rats. *J Nutr* 1990;120:280-9.

Meydani SN, Barklund PM, Liu S, Meydani M, Miller R, Cannon JG, Morrow F, Rocklin R, Blumberg JB. Vitamin E supplementation enhances cell-mediated immunity in healthy elderly subjects. *Am J Clin Nutr* 1990;52:557-63.

Cannon JG, Orencole SF, Fielding RA, Meydani M, Meydani SN, Fiatarone MA, Blumberg JB, Evans WJ. The acute phase response in exercise: interaction of age and vitamin E on neutrophils and muscle enzyme release. *Am J Physiol* 1990;259:R1214-9.

Meydani M, Meydani S, Shapiro A, Macauley J, Blumberg J. Influence of dietary fat, vitamin E, ethoxyquin, and indomethacin on the synthesis of prostaglandin E2 in brain regions of mice. *J Nutr* 1991;121:438-44.

Meydani M, Natiello F, Goldin B, Free N, Woods M, Schaefer E, Blumberg J, Gorbach S. Effect of long-term fish oil supplementation on vitamin E status and lipid peroxidation in women. *J Nutr* 1991;121:484-91.

Cannon JG, Meydani SN, Fielding, RA, Fiatarone MA. Meydani M, Farhangmehr M, Orencole SF, Blumberg JB, Evans WJ. Acute phase response in exercise. II. Associations between vitamin E, cytokines and muscle proteolysis. *Am J Physiol* 1991;260:R1235-40.

Meydani M, Seitz HK, Blumberg JB, Russell RM. Effect of chronic ethanol feeding on hepatic and extrahepatic distribution of vitamin E in rats. Alcoholism: *Clin Exp Res* 1991;15:771-4.

Meydani SN, Shapiro AC, Meydani M, Blumberg JB. Lung eicosanoid synthesis is affected by age, dietary fat and vitamin E. *J Nutr* 1992;122:1627-33.

Gogu SR, Blumberg JB. Vitamin E enhances murine natural killer cell cytotoxicity against YAC-1 tumor cells. *J Nutr Immunol* 1992;1:31-8.

Meydani M, Evans W, Handelman G, Fielding RA, Meydani SN, Fiatarone MA, Blumberg JB, Cannon JG. Antioxidant response to exercise-induced oxidative stress and protection by vitamin E. *Ann NY Acad Sci* 1992;669:363-4.

Meydani M, Evans W, Handelman G, Biddle L, Fielding RA, Meydani SN, Burrill J, Fiatarone MA, Blumberg JB, Cannon JG. Protective effect of vitamin E on exercise-induced oxidative damage in young and older adults. *Am J Physiol* 1993;264:R992-8.

Meydani M, Meydani SN, Blumberg JB. Modulation by dietary vitamin E and selenium of clotting whole blood thromboxane A2 and aortic prostacyclin synthesis in rats. *J Nutr Biochem* 1993;4:321-6.

Gogu SR, Blumberg JB. Vitamin E increases interleukin-2 dependent cellular growth and glycoprotein glycosylation in murine cytotoxic T cell line. *Biochem Biophy Res Commun* 1993;193:872-7.

Sastre J, Meydani M, Martin A, Biddle L, Taylor, A, Blumberg J. Effect of glutathione monoethyl ester administration on galactose-induced cataract in the rat. *Life Chem Reports* 1994;12:89-95.

Hayek M, Meydani SN, Meydani M, Blumberg JB. Age differences in eicosanoid production of mouse splenocytes: effects on mitogen-induced T-cell proliferation. *J Gerontol (Biol Sci)* 1994;49:B197-207.

Werninghaus K, Meydani M, Bhawan J, Margolis R, Blumberg JB, Gilchrest BA. Evaluation of the photoprotective effect of oral vitamin E supplementation. *Arch Dermatol* 1994;130:1257-61.

Meydani SN, Meydani M, Rall LC, Morrow F, Blumberg JB. Assessment of the safety of high-dose, short term supplementation with vitamin E in healthy older Adults. *Am J Clin Nutr* 1994;60:704-9.

Meydani M, Martin A, Ribaya-Mercado JD, Gong J, Blumberg JB, Russell RM. Beta-carotene supplementation increases antioxidant capacity of plasma in older women. *J Nutr* 1994;124:2397-403.

Meydani M, Martin A, Sastre J, Smith D, Dallal G, Taylor A, Blumberg JB. Dose response characteristics of galactose-induced cataract in the rat. *Ophthalmic Re*s 1994;26:368-74.

Cannon JG, Fiatarone MA, Meydani M, Gong J-X, Scott L, Blumberg JB, Evans WJ. Aging and dietary modulation of elastase and interleukin-1ß secretion. *Am J Physiol* 1995;268:R208-13.

Smith DS, Rizzone G, Blumberg JB. Use of epinephrine auto-injectors for acute anaphylactic reactions in an animal care facility. *Contemp Topics Lab Animal Sci* 1995;34:63-6.

Taylor A, Lipman RD, Jahngen-Hodge J, Palmer V, Smith D, Padhye N, Dallal GE, Cyr DE, Laxman E, Shepard D, Morrow F, Salomon R, Perrone G, Asmundsson G, Meydani M, Blumberg JB, Mune M, Harrison DE, Archer JR, Shigenaga M. Dietary calorie restriction in the emory mouse: effects on lifespan, eye lens, cataract prevalence and progression, levels of ascorbate, glutathione, glucose, and glycohemoglobin, tail collagen breaktime, DNA and RNA oxidation, skin integrity, fecundity, and cancer. *Mech Ageing Dev* 1995;79:33-57.

Lipman R, Smith D, Bronson R, Blumberg JB. Is late life calorie restriction beneficial? *Aging Clin Exp Res* 1995;7:136-9.

Jacques PF, Halpner AD, Blumberg JB. Influence of combined antioxidant nutrient intakes on their plasma concentrations in an elderly population. *Am J Clin Nutr* 1995;62:1228-33.

Mune M, Meydani M, Jahngen-Hodge J, Martin A, Smith D, Palmer V, Blumberg JB, Taylor A. Effect of calorie restriction on liver and kidney glutathione in aging emory mice. *AGE* 1995;18:43-50.

Martin A, Zulueta J, Hassoun P, Blumberg JB, Meydani M. Effect of vitamin E on hydrogen peroxide production by human vascular endothelial cells after hypoxia/reoxygenation. *Free Radic Biol Med* 1996;20:99-105.

Martin A, Wu D, Baur W, Meydani SN, Blumberg JB, Meydani M. Effect of vitamin E on human aortic endothelial cell response to oxidative injuy. *Free Radic Biol Med* 1996;21:505-11.

Meydani M, Fielding R, Cannon JG, Blumberg JB, Evans W. Muscle uptake of vitamin E and its association with muscle fiber type. *J Nutr Biochem* 1997;8:74-8.

Martin A, Foxall T, Blumberg JB, Meydani M. Vitamin E inhibits low density lipoprotein-induced adhesion of monocytes to human aortic endothelial cells in vitro. *Arterioscler Thromb Vasc Biol* 1997;17:429-36.

Meydani SN, Meydani M, Blumberg JB, Leka LS, Siber G, Loszewski R, Thompson C, Pedrosa MC, Diamond RD, Stollar BD. Vitamin E supplementation enhances in vivo immune response in healthy elderly: a dose response study. *JAMA* 1997;277:1380-6.

Taylor A, Jacques P, Nowell T, Perrone G, Blumberg J, Handleman G, Jozwiak B, Nadler D. Vitamin C in human and guinea pig aqueous, lens, and plasma in relation to intake. *Current Eye Res* 1997;16:857-64.

Jahngen-Hodge J, Obin MS, Gong J, Shang F, Nowell TR, Gong J, Abasi H, Blumberg JB, Taylor A. Regulation of ubiquitin-conjugating enzymes by glutathione following oxidative stress. *J Biol Chem* 1997;272:28218-26.

Martin A, Wu D, Meydani SN, Blumberg JB, Meydani M. Vitamin E protects human aortic endothelial cells from cytotoxic injury induced by oxidized LDL in vitro. *J Nutr Biochem* 1998;9:201-8.

Halpner AD, Handelman GJ, Belmont C, Harris J, Blumberg JB. Protection by vitamin C of oxidant-induced loss of vitamin E in rat hepatocytes. *J Nutr Biochem* 1998;9:355-9.

Handelman GJ, Nightingale ZD, Dolnikowski G, Blumberg JB. Formation of carbonyls during attack on insulin by submolar amounts of hypochlorite. *Analytical Biochem* 1998;258:339-48.

Obin M, Shang F, Gong X, Handelman G, Blumberg J, Taylor A. Redox regulation of ubiquitin-conjugating enzymes: mechanistic insights using the thiol-specific oxidant diamide. *FASEB* J 1998;12:561-9.

Halpner AD, Handelman GJ, Harris JM, Belmont CA, Blumberg JB. Protection by vitamin C of loss of vitamin E in cultured rat hepatocytes. *Arch Biochem Biophys* 1998;359;305-9.

Meydani SN, Meydani M, Blumberg JB, Leka LS, Pedrosa M, Diamond R, Schaefer EJ. Assessment of the safety of supplementation with different amounts of vitamin E in healthy older adults. *Am J Clin Nutr* 1998;68:311-8.

Smith DE, Blumberg JB, Lipman RD. Improved survival rates in mice with prophylactic fluids following carcinogen treatment. *Contemp Topics Lab Animal Sci* 1998;38:84-6.

Couris RR, DeBellis RA, Tataronis GR, Dwyer JT, Blumberg JB. Drug-nutrient interactions: test performance by pharmacy students. *U.S. Pharmacist* 1998;12:37-40.

Lipman RD, Smith DE, Blumberg JB, Bronson RT. Effects of caloric restriction or augmentation in adult rats: longevity and lesion biomarkers of aging. *Aging Clin Exp Res* 1998;10:463-70.

Shi S-CS, Day RM, Halpner AD, Chedid M, Blumberg JB, Suzuki YJ. Homocysteine and α-lipoic acid regulate p44/42 MAP kinase phosphorylation in NIH/3T3 cells. *Antiox Redox Signal* 1999;1:123-8.

Suzuki YJ, Shi SS, Blumberg JB. Modulation of angiotensin II-signaling for GATA4 activation by homocysteine. *Antiox Redox Signal* 1999;1:233-8.

Handelman GJ, Nightingale ZD, Lichtenstein AH, Schaefer EJ, Blumberg JB. Changes in plasma lutein and zeaxanthin following dietary supplementation with egg yolk. *Am J Clin Nutr* 1999;70:247-51.

Mune M, Meydani M, Gong J, Fotouhi N, Otani H, Smith DE, Blumberg JB. Effect of dietary fish oil, vitamin E, and probucol on renal injury in the rat. *J Nutr Biochem* 1999;10:539-46.

Wu D, Meydani M, Leka LS, Nightingale Z, Handelman GJ, Blumberg JB, Meydani SN. Effect of dietary supplementation with black currant seed oil on immune response of health elderly humans. *Am J Clin Nutr* 1999;70:536-43.

Nightingale ZD, Blumberg JB, Handelman GJ. Purification of fatty acid methy esters by high-performance liquid chromatography. *J Chromatogr B Biomed Sci Appl* 1999;732: 495-500.

Otani H, Mune M, Yukawa S, Smith D, Meydani M, Blumberg JB. Vitamin E treatment of experimental glomerular disease in rats. *Kidney Int* 1999;56:S66-9.

Handelman GL, Cao GC, Walter MF, Nightingale ZD, Paul G, Prior RL, Blumberg JB. Antioxidant capacity of oat (*Avena sativa* L.) extracts. I. Inhibition of low density lipoprotein oxidation and Oxygen Radical Absorbance Capacity. *J Agric Food Chem* 1999;47:4888-93.

Suzuki YJ, Ikeda T, Shi SS, Kitta K, Kobayashi YM, Morad M, Jones LR, Blumberg JB. Regulation of GATA 4 and AP-1 in transgenic mice overexpressing cardiac calsequestrin. *Cell Calcium* 1999; 25:401-7.

Suzuki YJ, Lorenzi MV, Shi SS, Day RM, Blumberg JB. Homocysteine exerts cell type-specific inhibition of AP-1 transcription factor. *Free Radic Biol Med* 2000;28:39-45.

Walter M, Blumberg JB, Dolnikowski G, Handelman G. Streamlined F2-isoprostane analysis in plasma and urine with HPLC and GC/MS. *Anal Biochem* 2000;280:73-9.

Suzuki YJ, Shi SS, Day RM, Blumberg JB. Differential regulation of MAP kinase signaling by pro- and antioxidant biothiols. Ann NY Acad Sci 2000;899:159-67.

Couris RR, Tataronis GR, Dallal GE, Blumberg JB, Dwyer JT. Assessment of healthcare professionals' knowledge about warfarin-vitamin K drug-nutrient interactions. *J Am Coll Nutr* 2000;19:439-45.

Jonas CR, Puckett AB, Jones DP, Grifith DP, Szeszycki EE, Bergman GF, Carlson JL, Galloway JR, Blumberg JB, Ziegler TR. Plasma antioxidant status after high-dose chemotherapy: A randomized trial of parenteral nutrition in bone marrow transplantation patients. *Am J Clin Nutr* 2000;721:181-9.

Nightingale ZD, Lancha AH, Handelman SK, Dolnikowski GB, Busse SC, Dratz EA, Blumberg JB, Handelman GJ. Relative reactivity of lysine and other peptide-bound amino acids to oxidation by hypochlorite. *Free Radic Biol Med* 2000;29: 425-33.

McKay DL, Perrone G, Rasmussen H, Dallal G, Hartman W, Cao G, Prior RL, Roubenoff R, Blumberg JB. The effects of a multivitamin/mineral supplement on micronutrient status, antioxidant capacity, and cytokine production in healthy older adults consuming a fortified diet. *J Am Coll Nutr* 2000;19:613-21.

McKay DL, Wilson J, Martin C, Boudet KL, Blumberg JB, Holay S. The impact of home delivered meals on serum albumin and rehospitalization among elderly patients: A pilot study. *Care Management* 2000;6:32-6.

McKay DL, Perrone G, Rasmussen H, Dallal G, Blumberg JB. The effects of a multivitamin/mineral supplement on B-vitamin status and homocysteine in healthy older adults consuming a folate fortified diet. *J Nutr* 2000;130:3090-6.

Couris RR, Tataronis GR, Booth SL, Dallal GE, Blumberg JB, Dwyer JT. Validation of a self-assessment instrument to determine daily intake and variability of dietary vitamin K. *J Am Coll Nutr* 2000;19:801-6.

Kitta KR, Day RM, Remeika J, Blumberg JB, Suzuki YJ. Effects of thiol antioxidants on hepatocyte growth factor signaling in cardiac myocytes. *Antiox Redox Signal* 2001;3:911-8.

Handelman GJ, Walter MF, Adhikarla R, Gross J, Levin NW, Blumberg JB. Elevated plasma F2 isoprostanes in patients on long-term hemodialysis. *Kidney Internatl* 2001;59:1960-6.

Kitta K, Clément S, Remeika J, Blumberg JB, Suzuki YJ. Endothelin-1 induces phosphorylation of GATA-4 transcription factor in HL-1 atrial muscle cell line. *Biochem J* 2001;359:375-80.

Milbury PE, Gao G, Prior RL, Blumberg JB. Bioavailability of elderberry anthocyanins. *Mech Ageing Dev* 2002;123;997-1006.

Shang F, Gong X, Egtesadi S, Meydani M, Smith D, Perrone G, Scott L, Blumberg JB, Taylor A. Vitamin C prevents hyperbaric oxygen-induced growth retardation and lipid peroxidation and attenuates the oxidation-induced up-regulation of glutathione in guinea pigs. *J Nutr Biochem* 2002;13:307-13.

Milbury PE, Chen CY, Kwak HK, Blumberg, J. Almond skin polyphenolics act synergistically with α-tocopherol to increase the resistance of low density lipoproteins to oxidation. *Free Radic Res* 2002;36:S78-80.

Jacob RA, Aiello GM, Stephensen CB, Blumberg JB, Milbury PE, Wallock LM, Ames BN. Moderate antioxidant supplementation has no effect on biomarkers of oxidative damage in healthy men with low fruit and vegetable intakes. *J Nutr* 2003;133:740-3.

Sacheck JM, Milbury PE, Cannon JG, Roubenoff R, Blumberg JB. Effect of vitamin E and eccentric exercise on selected biomarkers of oxidative stress in young and elderly men. *Free Radic Biol Med* 2003;34:1575-88.

Balakrishnan VS, Blumberg J, Pereira BJG, Jaber BL. Antioxidant and oxidative stress indices in dialysis dependent acute renal failure. *Blood Purification* 2003:21:213-9.

Liu C, Russell RM, Smith DE, Bronson RT, Milbury PE, Furukawa S, Wang X-D, Blumberg JB. The effect of dietary glutathione and coenzyme Q10 on the prevention and treatment of inflammatory bowel disease in mice. *Int J Vitam Nutr Res* 2004;74(1):74-85.

McKay DL, Berkowitz JM, Blumberg JB, Goldberg JP. Communicating cardiovascular disease risk due to elevated homocysteine levels: Using the EPPM to develop print materials. *Health Ed Behavior* 2004;31:355-71.

Engler MB, Engler MM, Chen CY, Malloy MJ, Browne A, Chiu E, Milbury P, Blumberg JB, Paul SM, Meitus Snder M. Flavonoid-rich dark chocolate improves endothelial function by increasing plasma epicatechin concentration in healthy adults. *J Am Coll Nutr* 2004;23:197-204.

Kennedy DD, Tucker KL, Ladas ED, Rheingold S, Blumberg JB, Kelly KM. Low antioxidant vitamin intake is associated with an increase in adverse effects from chemotherapy in children with acute lymphoblastic leukemia. *Am J Clin Nutr* 2004;79:1029-36.

Chen C-Y, Milbury PE, Kwak H-K, Collins FW, Samuel P, Blumberg JB. Avenanthramides and phenolic acids from oats are bioavailable and act synergistically with vitamin C to enhance hamster and human LDL resistance to oxidation. *J Nutr* 2004;134:1459-66.

Booth SL, Golly I, Sacheck JM, Roubenoff R, Dallal GE, Hamada K, Blumberg JB. Effect of vitamin E supplementation on vitamin K status in adults with normal coagulation status. *Am J Clin Nutr* 2004;80:143-8.

Mayne ST, Walter M, Cartmel B, Goodwin WJ, Blumberg JB. Supplemental β-carotene, smoking, and urinary F2-isoprostane excretion in patients with prior early stage head and neck cancer. *Nutr Cancer* 2004;49:1-6.

Ilsley JNM, Belinsky GS, Guda K, Zhang Q, Huang X, Blumberg JB, Milbury PE, Roberts LJ, Stevens RG, Rosenberg DW. Dietary iron promotes azoxymethane-induced colon tumors in mice. *Nutr Cancer* 2004;49:162-9.

Kennedy DD, Ladas EJ, Rheingold S, Blumberg J, Kelly KM. Antioxidant status decreases in children with acute lymphoblastic leukemia during the first six months of chemotherapy treatment. *Pediatr Blood Cancer* 2005;44:1-8.

Chen C, Milbury PE, Lapsley K, Blumberg JB. Flavonoids from almond skins are bioavailable and act synergistically with vitamins C and E to enhance hamster and human LDL resistance to oxidation. *J Nutr* 2005;135:1366-73.

Grassi D, Necozion S, Lippi C, Croce G, Valeri L, Pasqualetti P, Desideri G, Blumberg JB, Ferri C. Coca reduces blood pressure and insulin resistance and improves endothelium-dependent vasodilation in hypertensives. *Hypertension* 2005;46:398-405.

Freeman LM, Rush JE, Milbury PE, Blumberg JB. Antioxidant status and biomarkers of oxidative stress in dogs with congestive heart failure. *J Vet Intern Med* 2005;19:537-41.

Graf BA, Ameho C, Dolnikowski GG, Milbury PE, Chen C-Y, Blumberg JB. Rat gastrointestinal tissues metabolize quercetin. *J Nutr* 2006;136:39-44.

Duann P, Datta PK, Pan C, Blumberg J, Sharma M, Lianos EA. Superoxide dismutase mimetic preserves the glomerular capillary permeability to protein. *J Pharmacol Exp Therap* 2006;316:1249-54.

Kwak H-K, Milbury PE, Chen C-Y, Blumberg JB. Microplate-based Oxygen Radical Absorbance Capacity (ORAC) assay of hydrophilic and lipophilic compartments in plasma. *Nutr Sci* 2006;9:48-54.

Jia X, Li N, Zhang W, Zhang X, Lapsley K, Huang G, Blumberg J, Ma G, Chen J. A pilot study on the effects of almond consumption on DNA damage and oxidative stress in smokers. *Nutr Cancer* 2006;54:179-83.

McKay DL, Houser RF, Blumberg JB, Goldberg JP.  Nutrition information sources vary with education level in a population of older adults. *J Am Diet Assoc* 2006;106;1108-11.

Milbury PE, Chen C-Y, Dolnikowski GG, Blumberg JB. Determination of flavonoids and phenolics and their distribution in almonds. *J Agric Food Chem* 2006;54:5027-33.

Sacheck JM, Cannon JG, Hamada K, Vannier E, Blumberg JB, Roubenoff R. Age-related loss of associations between acute exercise-induced IL-6 and oxidative stress. *Am J Physiol: Endocrinol Metabol* 2006;291:E340-9.

Tovar A, Ameho CK, Blumberg JB, Peterson JW, Smith D, Booth SL. Extrahepatic tissue concentrations of vitamin K are lower in rats fed a high vitamin E diet. *Nutr Metabol* 2006;3:29:1-6.

White AC, Sousa AM, Blumberg JB, Ryan HF, Fanburg BL, Kayyali US. Plasma antioxidants in subjects prior to hematopoietic stem cell transplantation. *Bone Marrow Transplant* 2006;38:513-20.

Couris RR, Tataronis GR, McCloskey WW, Singer DE, Oertel LB, Hughes RA, Dallal GE, Blumberg JB, Dwyer JT. Dietary vitamin K variability affects International Normalized Ratio (INR) coagulation indices. *Int J Vitam Nutr Res* 2006;76:65-74.

Lawenda BD, Smith DE, Xu L, Niemierko A, Silverstein JR, Boucher Y, Kashiwagi S, Held KD, Jain RK, Loeffler JS, Eisenberg DM, Blumberg JB. Do the dietary supplements EGCG or vitamin E cause a radiomodifying response on tumors in vivo? A pilot study with murine breast carcinoma. *J Soc Integr Oncol*  2007;5:11-7.

Cho Y-S, Yeum K-J, Chen C-Y, Beretta G, Tang G, Krinsky KI, Yoon S, Kim Y-CL, Blumberg JB, Russell, RM. Phytonutrients affecting hydrophilic and lipophilic antioxidant activities in fruits, vegetables and legumes. *J Sci Food Agric* 2007;87:1096-1107.

Ribaya-Mercado JD, Maramag CC, Tengco LW, Dolnikowski GG, Blumberg JB, Solon FS. Carotene-rich plant foods ingested with different amounts of dietary fat improve total-body vitamin A stores similarly in Filipino schoolchildren as assessed by the deuterated-retinol-dilution method. *Am J Clin Nutr* 2007:85:1041-9.

Milbury PE, Brigitte Graf B, Curran-Celentano JM, Blumberg JB. Bilberry (*Vaccinium myrtillus*) anthocyanins modulate heme oxygenase-1 and glutathione S-transferase-pi expression in the ARPE-19 cell line. *Invest Opthalmol Vision Sci* 2007;48:2343-9.

White JV, Pitman S, Blumberg JB. Dietitians and multivitamin use: Personal and professional practices. *Nutr Today* 2007;42:62-68.

Chen C-Y, Milbury PE, Collins FW, Blumberg JB. Avenanthramides are bioavailable and have antioxidant activity in humans after acute consumption of an enriched mixture from oats. *J Nutr* 2007;137:1375-82.

Maki KC, Galant R, Samuel P, Tesser J, Witchger M, Ribaya-Mercado JD, Blumberg JB, Geohas J. Effects of consuming foods containing oat β-glucan on blood pressure, carbohydrate metabolism and biomarkers of oxidative stress in men and women with elevated blood pressure. *Eur J Clin Nutr* 2007;61:786-95.

Walker TG, Chan DL, Freeman LM, Milbury PE, Blumberg JB. Serial determination of biomarkers of oxidative stress and antioxidant status in dogs with naturally occurring gastric dilatation-volvulus. *J Vet Emerg Crit Care* 2007;17;250-6.

Li N, Jia X, Chen C-Y, Blumberg JB, Song Y, Zhang W, Zhang X, Ma G, Chen J. Almond consumption reduces oxidative DNA damage and lipid peroxidation in male smokers. *J Nutr* 2007;137:2717-22.

Chen C-Y, Milbury PE, Chung S-K, Blumberg JB. Effect of almond skin flavonoids and quercetin on human LDL and apolipoprotein B-100 oxidation and conformation. *J Nutr Biochem* 2007;18:785-94.

Ameho CK, Chen C-YO, Smith D, Sánchez-Moreno C, Milbury PE, Blumberg JB. Antioxidant activity and metabolite profile of quercetin in vitamin E depleted rats. *J Nutr Biochem* 2008;19:467-74.

Luo M, Fernández-Estívariz C, Jones DP, Jonas-Accardi CR, Alteheld B, Bazaragan N, Hao L, Griffith DP, Blumberg JB, Galloway JR, Ziegler TR. Depletion of plasma antioxidants in surgical intensive care unit patients requiring parenteral feeding: Effects of parenteral nutrition with or without alanyl-glutamine dipeptide supplementation. *Nutrition* 2008;24:37-44.

Jenkins DJA, Kendall CWC, Marchie A, Josse AR, Nguyen TH, Faulkner DA, Lapsley KG, Blumberg JB. The effect of almonds on biomarkers of lipid peroxidation in older hyperlipidemic subjects. *J Nutr* 2008;138:908-13.

Ribaya-Mercado JD, Cherry C. Maramag CC, Tengco LW, Blumberg JB, Solon FS. Relationships of body mass index with serum carotenoids, tocopherols, and retinol at steady-state and in response to a carotenoid-rich vegetable intervention in Filipino schoolchildren. *Biosci Rpt* 2008;28:97-106.

Kalt W, Blumberg JB, McDonald JE, Vinqvist-Tymchuk MR, Fillmore SAE, Graf BA, O'Leary JM, Milbury PE. Identification of anthocyanins in the liver, brain and eye of blueberry-fed pigs. *J Agric Food Chem* 2008;56:705-12.

Chen C-YO, Blumberg JB. The in vitro capacity of almond skin polyphenols for scavenging free radicals and inducing quinone reductase. *J Agric Food Chem* 2008;56:4427-34.

Grassi D, Desideri G, Necozione S, Lippi C, Casale R, Properzi G, Blumberg JB, Ferri C. Blood pressure is reduced and insulin sensitivity increased in glucose-intolerant, hypertensive subjects after 15 d of consuming high-polyphenol dark chocolate. *J Nutr* 2008;138:1671-76.

Sahni S, Hannan MT, Gagnon D, Blumberg JB, Cupples LA, Kiel DP, Tucker KL. Higher vitamin C intake is associated with lower 4-year bone loss in elderly men. *J Nutr* 2008;138:1931-8.

Luo M, Bazargan N, Griffith DP, Fernández-Estívariz C, Leader LM,  Easley KA, Daignault  NM, Hao L, Dave N, Meddings JB, Galloway JR, Blumberg JB, Jones DP, Ziegler TR. Metabolic effects of enteral versus parenteral alanyl-glutamine dipeptide administration in critically ill patients receiving enteral feeding. *Clin Nutr* 2008;27:297-306.

Li L, Aldini G, Carini M, Chen, C-Y, Chun H-K, Cho S-M, Park K-M, Correa CR, Russell RM, Blumberg JB, Yeum K-J. Characterisation, extraction efficiency, stability and antioxidant activity of phytonutrients in *Angelica keiskei*. *Food Chem* 2009;115:227-32.

Sahni S, Hannan MT, Blumberg JB, Cupples LA, Kiel DP, Tucker KL. Inverse association of carotenoid intakes with 4-year change in bone mineral density in elderly men and women: the Framingham Osteoporosis Study. *Am J Clin Nutr* 2009;89:416-24.

Li L, Chen C-YO, Chun H-K, Cho S-M, Park K-M, Lee-Kim YC, Blumberg JB, Russell RM, Yeum K-J. A fluorometric assay to determine antioxidant activity of both hydrophilic and lipophilic components in plant foods. *J Nutr Biochem* 2009;20:219-26.

Maki KC, Reeves MS, Farmer M, Yasunaga K, Matsuo N, Katsuragi Y, Komikado M, Tokimitsu I, Wilder D, Jones F, Blumberg JB, Cartwright Y. Green tea catechin consumption enhances abdominal fat loss in  overweight and obese adults. *J Nutr* 2009;139:264-270.

Wang L, Lee I-M, Zhang S, Blumberg JB, Buring JE, Sesso HD. Dietary intake of selected flavonols, flavones, and flavonoid-rich foods and risk of cancer in middle-aged and older women. *Am J Clin Nutr* 2009;89:905-12.

Winter JL, Barber LG, Freeman L, Griessmayr PC, Milbury PE, Blumberg JB. Antioxidant status and biomarkers of oxidative stress in dogs with lymphoma. *J Vet Intern Med* 2009;23:311-6.

Hughes KJ, Mayne ST, Blumberg JB, Ribaya-Mercado J, Johnson E, Cartmel B. Plasma carotenoids and biomarkers of oxidative stress in a population of head and neck cancer patients. *Biomarker Insights* 2009;4:17-26.

Bolling B, Blumberg JB, Chen C-YO. Extraction methods determine the antioxidant capacity and induction of quinine reductase by soy products in vitro. *Food Chem* 2009;116:351-5.

Sahni S, Hannan MT, Blumberg JB, Cupples LA, Kiel DP, Tucker KL. Protective effect of total carotenoid and lycopene intake on the risk of hip fracture: A 17-year follow-up from the Framingham Osteoporosis Study. *J Bone Mineral Res* 2009;24:1086-94.

Bolling BW, Dolnikowski G, Blumberg JB, Chen C-YO. Quantification of almond skin polyphenols by liquid chromatography-mass spectrometry. *J Food Sci* 2009;74:C326-32.

Sahni S, Hannan MT, Gagnon D, Blumberg J, Cupples LA, Kiel DP, Tucker KL. Protective effect of total and supplemental vitamin C intake on the risk of hip fracture - A 17-year follow-up from the Framingham Osteoporosis Study. *Osteoporosis Internatl* 2009;20:1853-61.

Botero D, Ebbeling CB, Blumberg, JB, Ribaya-Mercado, JD, Creager M, Swain JF, Feldman HA, Ludwig DS. Acute effects of dietary glycemic index on antioxidant capacity in a nutrient-controlled feeding study. *Obesity* 2009; 17:1664–70.

Bortolini MS Jr, Agostini GG, Reis IT, Lamounier RPMS, Blumberg JB, Espindola FS. Total protein of whole saliva as a biomarker of anaerobic threshold. *Res Quart Exer Sports* 2009; 80:604-10.

Chung S-K, Chen, C-YO, Blumberg JB. Flavonoid-rich fraction from *Sageretia theezans* leaves scavenges reactive

oxygen radical species and increases the resistance of low-density lipoprotein to oxidation. *J Med Food* 2009;12: 1310–5.

Hollis JH, Houchins JA, Blumberg JB, Mattes RD. Effects of Concord grape juice on appetite, diet, body weight, lipid profile, and antioxidant status of adults. *J Am Coll Nutr* 2009;28:574-82.

Bolling BW, Court MH, Blumberg JB. Chen C-YO. The kinetic basis for age-associated changes in quercetin and genistein glucuronidation by rat liver microsomes. *J Nutr Biochem* 2010;21:498-503.

Li L, Chen C-YO, Aldini G, Johnson EJ, Rasmussen H, Yoshida Y, Niki E, Blumberg JB, Russell RM, Yeum K-J. Supplementation with lutein or lutein plus green tea extracts does not change oxidative stress in adequately nourished older adults. *J Nutr Biochem* 2010:21:544-9.

McKay DL, Chen C-YO, Saltzman E, Blumberg JB. *Hibiscus sabdariffa* L. tea (tisane) lowers blood pressure in prehypertensive and mildly hypertensive adults. *J Nutr* 2010;140:298-303.

Chen C-YO, Ribaya-Mercado JD, McKay D, Croom E, Blumberg JB. Differential antioxidant and quinone reductase inducing activity of American, Asian, and Siberian ginseng. *Food Chem* 2010;119:445-51.

Bolling BW, Dolnikowski G, Blumberg JB, Chen Oliver C-Y. Polyphenol content and antioxidant activity of California almonds depend on cultivar and harvest year. *Food Chem* 2010;122:819-25.

Maramag CC, Ribaya-Mercado JD, Rayco-Solon P, Solon JAA, Tengco LW, Blumberg JB, Solon FS. Influence of carotene-rich vegetable meals on the prevalence of anemia and iron deficiency in Filipino schoolchildren. *Eur J Clin Nutr* 2010:64:468-74.

Milbury PE, Vita JA, Blumberg JB. Cranberry juice anthocyanin pharmacokinetics in humans. *J Nutr* 2010;140:1099-1104.

McKay DL, Chen C-YO, Yeum K-J, Natthan NR, Lichtenstein AH, Blumberg JB. Chronic and acute effects of walnuts on antioxidant capacity and nutritional status in humans: a randomized, cross-over pilot study. *Nutr J* 2010:9:21:1-10.

Bolling B, Blumberg JB, Chen C-YO. The influence of roasting, pasteurisation, and storage on the polyphenol content and antioxidant capacity of California almond skins. *Food Chem* 2010;123:1040-7.

Correa CR, Li L, Aldini G, Carini M, Chen C-YO, Chun H-K, Cho S-M, Park K-M, Russell RM, Blumberg JB, Yeum K-J. Composition and stability of phytonutrients in five varieties of black soybeans (*Glycine max parr*). *Food Chem* 2010;123:1176-84.

Biesalski HK, Grune T, Tinz J, Zöllner I, Blumberg JB. Reexamination of a meta-analysis of the effect of antioxidant supplementation on mortality and health in randomized trials. *Nutrients* 2010;2:929-49.

Dohadwala MM, Holbrook M, Hamburg NM, Shenouda SM, Chung WB, Titas M, Kluge MA, Wang N, Palmisano J, Milbury PE, Blumberg JB, Vita JA. Effects of cranberry juice consumption on vascular function in patients with coronary artery disease. *Am J Clin Nutr* 2011;93:934-40.

Fischer L, Sutherland L, Kaley L, Hasler C, Fox T, Nobel J, Kantor M, Blumberg JB. Development and implementation of the Guiding Stars® nutrition guidance program. *Am J Health Promotion* 2011;26:e55-e63.

Bolling BW, Court M, Blumberg JB, Chen Y-C O. Microsomal quercetin glucuronidation in rat small intestine depends on age and segment. *Drug Metab Dispos* 2011; 39:1406-14.

Gao S, Qin T, Liu Z, Caceres MA, Ronchi CF, Chen C-YO, Yeum KJ, Taylor A, Blumberg JB, Liu Y, Shang F. Lutein and zeaxanthin supplementation reduces $H_2O_2$-induced oxidative damage in human lens epithelial cells. *Mol Vis* 2011;17:3180-90.

Maki KC, Gibson GR, Dickmann RS, Kendall CWC, Chen C-YO, Costabile A, Comelli EM, McKay DL, Almeida NG, Jenkins D, Zello GA, Blumberg JB. Digestive and physiological effects of a wheat bran extract, arabino-xylan-oligosaccharide, in breakfast cereal. *Nutrition* 2012;28:1115-21.

Serra A, Bryant N, Motilva MJ, Blumberg JB, Chen C-YO. The fetal programming of dietary fructose and saturated fat on hepatic quercetin glucuronidation in rats. *Nutrition* 2012;28:1165-71.

Grassi D, Desideri G, Necozione S, Ruggieri F, Blumberg JB, Stornello M, Ferri C. Protective effects of flavanol-rich dark chocolate on endothelial function and wave reflection during actue hyperglycemia. *Hypertension* 2012;60: 827-32.

Yoon G-A, Yeum K-J, Cho Y-S, Chen C-YO, Tang G, Blumberg JB, Russell RM, Russell RM, Yoon S, Lee-Kim YC. Carotenoids and total phenolic contents in plant foods commonly consumed in Korea. *Nutr Res Pract* 2012;6: 481-90.

Marklund M, McKeown NM, Blumberg JB, Chen C-YO. Hepatic biotransformation of alkylresorcinols is mediated via cytochrome P450 and β-oxidation: A proof of concept study. *Food Chem* 2013;139:925-30.

Berryman CE, Grieger JA, West SG, Chen CYO, Blumberg JB, Rothblat GH, Sankaranarayanan S, Kris-Etherton PM. Effects of walnuts and walnut components on postprandial lipemia, endothelial function, oxidative stress, and cholesterol efflux in humans with mild hypercholesterolemia. *J Nutr* 2013;143:788-94.

Sacheck J, Rasmussen H, Hall M, Kafka T, Blumberg JB, Economos C. The impact of pre-game snacks on exercise intensity, stress, and fatigue in children. *Pediatr Exerc Sci* 2014;26:159-67.

Liu Y, Blumberg JB, Chen C-YO. Quantification and bioaccessibility of California pistachio bioactives. *J Agric Food Sci* 2014;62:1550-6.

Corbin ZA, Rost NS, Lorenzano S, Kernan WN, Parides MK, Blumberg JB, Milbury PE, Arai K, Hartdegen SN, Lo EH, Feske SK, Furie KL. White matter hyperintensity volume correlates with matrix metalloproteinase-2 in acute ischemic stroke. *J Stroke Cerebrovas Dis* 2014;23:1300-6.

Yi M, Fu J, Zhou L, Gao H, Shao J, Xu B, Wang Q, Li J, Huang G, Lapsley K, Blumberg JB, Chen C-YO. The effect of almond consumption on elements of endurance exercise performance in trained athletes. *J Intl Soc Sports Nutr* 2014;11:18.

Correa CR, Chen C-YO, Aldini G, Rasmussen H, Ronchi CF, Berchieri-Ronchi C, Cho S-M, Blumberg JB,Yeum K-Y. Bioavailability of plant pigment phytochemicals in *Angelica keiskei* in older adults: A pilot absorption kinetic study. *Nutr Res Practice* 2014;8:550-7.

Zou Y-S, Shen W-Z, Liao S-T, Liu F, Zheng S-Q, Blumberg JB Chen C-YO. Mulberry leaf phenolics ameliorate hyperglycemia-induced oxidative stress and stabilize mitochondrial membrane potential in HepG2 cells. *Intl J Food Sci Nutr* 2014;65:960-6

McKay DL, Chen C-YO., Zampariello CA, Blumberg JB. Flavonoids and phenolic acids from cranberry juice are bioavailable and bioactive in healthy older adults. *Food Chem* 2015;168:233-40.

Chen C-YO, Kamil A, Blumberg JB. Phytochemical composition and antioxidant capacity of whole wheat products. *Intl J Food Sci Nutr* 2015;66:63-70.

Chen C-YO, Holbrook M, Duess M-A, Dohadwala MM, Hamburg NM, Asztalos BF, Milbury PE, Blumberg JB, Vita JA. Effect of almond consumption on vascular function in patients with coronary artery disease: a randomized, controlled, cross-over trial. *Nutr J* 2015;14:61. DOI 10.1186/s12937-015-0049-5

Kamil A, Smith DE, Blumberg JB, Astete C, Sabliov C, Chen C-YO. Bioavailability and biodistribution of nanodelivered lutein. *Food Chem* 2015;192:915-23.

Blumberg JB, Vita J, Chen C-YO. Concord grape juice polyphenols and cardiovascular risk factors: Dose-response relationships. *Nutrients* 2015;7:10032-10052.

McKeown NM, Marklund M, Ma J, Ross AB, Lichtenstein AH, Livingston KA, Jacques PF, Rasmussen HM, Blumberg JB, Chen C-YO. Comparison of plasma alkylresorcinols (AR) and urinary AR metabolites as biomarkers of compliance in a short-term, whole-grain intervention study. *Eur J Nutr* 2016;55:1235-44.

Walsh JM, Ren X, Zampariello C, Polasky DA, McKay DL, Blumberg JB, Chen C-YO. Liquid chromatography with tandem mass spectrometry quantification of urinary proanthocyanin A2 dimer and its potential use as a biomarker of cranberry intake. *J Separation Sci* 2016;39:342-9.

Hashimoto N, Blumberg JB, Chen C-YO. Hyperglycemia and anthocyanin inhibit quercetin metabolism in HepG2 cells. *J Med Food* 2016;19:141-7.

Ekinci FY, G.M. Başer GM, Özcan E, Güçlü Üstündağ O, Korachi M, Sofu A, Blumberg JB, Chen C-YO. Characterization of chemical, biological and antiproliferative properties of fermented black carrot juice, Shalgam. *Eur Food Res Tech* 2016;242:1355-68.

Sawicki CM, McKay DL, McKeown NM, Dallal G, Chen C-YO, Blumberg JB. Phytochemical pharmacokinetics and bioactivity of oat and barley flour: a randomized crossover trial. *Nutrients* 2016;8:813.doi:10.3390/nu8120813

Blumberg JB, Frei B, Fulgoni VL, Weaver CM. Zeisel SH. Vitamin and mineral intake is inadequate for most Americans: What should we advise patients about supplements? *J Fam Pract* 2016;65:S1-8.

Martins IM, Roberto BS, Blumberg JB, Chen C-YO, Macedo GA. Enzymatic biotransformation of polyphenolics increases antioxidant activity of red and white grape pomace. *Food Res Intl* 2016;89:533-9.

Chen C-YO, Amity A, Liu Y, Du P, Blumberg JB, Garlick J. Photoprotection by pistachio bioactives in a 3-dimensional human skin equivalent tissue model. *Intl J Food Sci Nutr* 2017;doi.org/10.1080/09637486.2017.1282437

Chen Q, Chen C-YO, Martins IM, Hou H, Zhao X, Blumberg JB, Li B. Collagen peptides ameliorate intestinal epithelial barrier dysfunction in immunostimulatory Caco-2 cell monolayers via enhancing tight junctions. *Food Funct* 2017; doi: 10.1039/c6fo01347c

Chen C-Y, Rasmussen H, Du P, Blumberg JB. Orange pomace improves postprandial glycemic responses: an acute randomized, placebo-controlled, double-blind, crossover trial in overweight men. *Nutrients* 2017;9:130; doi: 10.339 0/nu9020130.

Hwalla N, Salem Al Dhaheri A, Radwan H, Abdullah Alfawaz H, Fouda MA, Mohammed Al-Daghri N, Zaghloul S, Blumberg JB. The prevalence of micronutrient deficiencies and inadequacies in the Middle East and approaches to interventions. *Nutrients* 2017;9:229. doi:10.3390/nu9030229

Kamil A, Blumberg JB, Chen C-YO. Cell culture model for examining fat-soluble nutrient absorption in vitro. *J Food Nutr Res* 2017; In Press.

Lorenzano S, Rost NS, Khan M, Li H, Lima FO, Maas JB, Green RE, Thankachan TK, Dipietro AJ, Arai K, Som AT, Pham L-DD, Toni D, Wu O, Harris GJ, Lo EH, Blumberg JB, Milbury PE, Feske SK, Furie KL Role of oxidative stress in mediating vascular brain damage: Hyperacute plasma F2-isoprostane predicts infarct growth in ischemic stroke. *Stroke*. Submitted.

Lorenzano S, Rost NS, Khan M, Li H, Batists LM, Chutinet A, Green RE, Thankachan T, Thornell B, Mulikansky A, Arai K, Som AT, Pharm L-DD, Wu O, Harris GJ, Lo EH, Blumberg JB, Milbury PE, Feske SK, Furie KL. Early molecular oxidative stress biomarkers of ischemic penumbra in acute stroke. *Neurology*. Submitted.

Chew BP, Mathison BD, Kimble LL, McKay DL, Daspar KL, Khoo C, Chen C-YO, Blumberg JB. Chronic consumption of a high polyphenol cranberry beverage attenuates inflammation and improves glucoregulation, endothelial function, and HDL cholesterol in healthy overweight humans: a randomized controlled trial. *Am J Clin Nutr*. Submitted.

Lucio LMC, Braz MG, Feliciano LM, Souza KM, Faria RTBG, Arruda NM, Di Renzo GCC, Filho DAA, Resende LO, d'A. Canario C, de Carvalho LR, Correa CR, Braz JRC, Blumberg JB, Chen C-YO, Braz LG. Exposure to waste anaesthetic gases induces genetic damage and inflammation in professionals at the end of their medical residency program. *Brit J Anaesthesia*. Submitted

Jung H, Chen C-YO, Blumberg JB, Kwak H-K. The effect of almonds on vitamin E status and cardiovascular risk factors in Korean adults: a randomized clinical trial. *Eur J Nutr* Submitted.

Lee Y, Berryman CE, West SG, Chen CY, Blumberg JB, Lapsley KG, Preston AG, Fleming JA, Kris-Etheron PM. Effects of dark chocolate and almonds on cardiovascular risk factors in individuals with elevated LDL-cholesterol: a randomized controlled-feeding trial. *Am J Clin Nutr*. Submitted.

Quirós-Sauceda AE, Chen C-YO, Blumberg JB, Astiazarán-García H, Wall-Medrano A, González-Aguilar GA. Bioavailability and antioxidant capacity of phenolic compounds of 'Ataulfo' mango is not affected by consumption as flesh or juice. *J Funct Foods*. Submitted.

dos Santos KC, Bueno BG, Pereira LF, Pereira L, Francisqueti F, da Silva LX, Nakamune AC, Chen C-YO, Blumberg JB, Corrêa CR. Yacon (*Smallanthus sonchifolius*) leaf extract attenuates skeletal muscle oxidative stress and inflammation in diabetic rats. *Evidence-Based Compl Alter Med.* Submitted.

Blumberg JB, Frei B, Fulgoni VL, Weaver CM, Zeisel SH. Impact of frequency of multi-vitamin/multi-mineral supplement intake on nutritional adequacy and nutrient status in US adults. *Ann Intern Med*. Submitted.

Westerman K, Reaver A, Ploch M, Nogal B, Ward C, Benard T, Katz D, Blumberg JB, Blander G, Sinclair D. Personalized, blood biomarker-driven platforms improves metabolic parameters. *N Engl J Med*. Submitted.

Martins IM, Macedo GA, Macedo JA, Roberto BS, Chen Q-R, Blumberg JB, Chen C-YO. Tannase treated grape pomace attenuates IL-1β inflammation in Caco-2 cells. 2017; In Preparation.

Walsh J, Haddock J, McKay DL, Blumberg JB, Dolnikowski G, Chen C-YO. Identification of methylated metabolites of oat avenanthramides in human plasma. 2017; In Preparation.

## PUBLICATIONS – REVIEW ARTICLES

Blumberg J, Brown D. Approaches to solving problems in industrial toxicology. *Chemical Seminars in Sound* (Audiotape Cassette Book). *Am Chem Soc*:1981.

Blumberg JB. Drug metabolism in the aged. *Drug-Nutr Interact* 1985;4:99-106.

Blumberg JB. The role of nutrition in aging. *Am Hlth Care Assoc J* 1986;12:35-7.

Blumberg JB. Drug-nutrient interactions. *Tr Pharmacol Sci* 1986;7:33-5.

Hartz S, Blumberg JB. Use of vitamin and mineral supplementation by the elderly. *Clin Nutr* 1986;5:130-6.

Blumberg JB. Nutrient requirements for the healthy elderly. *Contemp Nutr* 1986;11:1-2.

Blumberg JB. Vitamin-mineral needs in the older population. Proceedings from a Roundtable, Wesley Chapel, FL. *Biomedical Information Corporation* 1986;15-7.

Blumberg JB. Drug-induced malnutrition in the geriatric patient. *Nutr MD* 1987;13:1-3.

Meydani SN, Meydani M, Blumberg JB. Antioxidants and the aging immune response. *Adv Exp Med Biol* 1990; 262:57-67.

Blumberg JB. The role of lipids and antioxidants in immune function. *Clin Appl Nutr* 1991;1:53-61.

Blumberg JB. Considerations of the recommended dietary allowances for older adults. *Clin Appl Nutr*1991;1:9-18.

Blumberg JB. Changing nutrient requirements in older adults. *Nutr Today* 1992;7:15-20.

Blumberg JB. Dietary antioxidants and aging. *Contemp Nutr* 1992;17:1-2.

Helzlsouer KJ, Block G, Blumberg J, Diplock AT, Levine M, Marnett LJ, Schulplein RJ, Spence JT, Simic MG. Summary of the round table discussion on strategies for cancer prevention: diet, food, additives, supplements, and drugs. *Cancer Res* 1994;54:2044s-51s.

Milner JA, Blumberg JB, Ernst N, Hathcock JN, Ziegler RG. Response panel on the impact of nutrient and nonnutrient antioxidants on cancer and cardiovascular disease. *Crit Rev Food Sci Nutr* 1995;35:99-110.

Blumberg JB. The requirement for vitamins in aging and age-associated degenerative conditions. *Bibliotheca Nutritio et Diet*a 1995;52:108-11.

Blumberg JB. Consideration of the scientific substantiation for antioxidants vitamins and ß-carotene in disease prevention. *Am J Clin Nutr* 1995;62:S1521S-6S.

Blumberg JB.  Nutritional needs of seniors. *J Am Coll Nutr* 1997;16:517-23.

Blumberg JB. St. John's Wort. *Nutr Clin Care* 1998;1:87-8.

Blumberg JB, Couris RR, Bernardi VW. The rationale for vitamin E supplementation. *U.S. Pharmacist* 1998;23: 111-22.

Moeller SM, Jacques PF, Blumberg JB. The potential role of dietary xanthophylls in cataract and age related macular degeneration. *J Am Coll Nutr* 2000;19:522S-7S.

Blumberg JB, Hughes, DA. Vitamins and immunocompetence. *Bibliotheca Nutritio et Dieta* 2001;55:200-5.

Sacheck JM, Blumberg JB. The role of vitamin E and oxidative stress in exercise. *Nutr* 2001;17; 809-14.

McKay DL, Blumberg JB. The role of tea in human health: An update. *J Am Coll Nutr* 2002;21:1-13.

Blumberg JB. An update: Vitamin E supplementation and heart disease. *Nutr Clin Care* 2002;5:50-5.

Blumberg JB, Cappellano K. Nutraceuticals and functional foods: Phytochemical research at Tufts Nutrition. *Food Tech* 2002;56:23.

Graf B, Blumberg JB. Dietary flavonoids. *World Food Ingred*. 2004;March:50-3.

Ribaya-Mercado JD, Blumberg JB. The potential health benefits of lutein and zeaxanthin. *World Food Ingred* 2004; August: 44-6.

Blumberg JB, Ferreira R. Sistema inmunitario y vitamina C. *Antioxidantes y Calidad de Vida* 2004:1-5.

Packer L, Blumberg JB, Jialal I, Lunec J, Meydani S, Violi F, Willett W. Future directions in clinical vitamin E research. *Ann NY Acad Sci* 2004;1031:313-23.

Blumberg JB. Use of biomarkers of oxidative stress in research studies. *J Nutr* 2004;134:3188S-9S,

Ribaya-Mercado JD, Blumberg JB. Lutein and zeaxanthin and their potential roles in disease prevention. *J Am Coll Nutr* 2004;23:567S-87S.

Hathcock JN, Azzi A, Blumberg JB, Bray T, Dickinson A, Frei B, Jialal I, Johnston CS, Kelly FJ, Kraemer K, Packer L, Parthasarathy S, Sies H, Traber MG. Vitamins E and C are safe across a broad range of intakes. *Am J Clin Nutr* 2005;81:736-45.

Graf BA, Milbury PE, Blumberg JB. Flavonols, flavones, flavanones and human health: Epidemiological evidence. *J Med Food* 2005;8:281-90.

McKay D, Blumberg, JB. A review of the bioactivity and potential health benefits of chamomile tea (*Matricaria recutita* L.). *Phytother Res* 2006;20:519-30.

McKay D, Blumberg JB. A review of the bioactivity and potential health benefits of peppermint tea (*Mentha piperita* L.). *Phytother Res* 2006;20:619-33

Chen Y-C, Lapsley K, Blumberg JB. A nutrition and health perspective on almonds. *J Sci Food Agri* 2006;86:2245-50.

McKay D, Blumberg JB. A review of the bioactivity of South African herbal teas: Rooibos (*Aspalathus linearis*) and Honeybush (*Cyclopia intermedia*). *Phytother Res* 2007;21:1-16.

McKay DL, Blumberg JB. Roles for epigallocatechin gallate in cardiovascular disease and obesity: An introduction. *J Am Coll Nutr* 2007;26:362S-5S.

Ribaya-Mercado J, Blumberg JB. Vitamin A: Is it a risk factor for osteoporosis and bone fracture? *Nutr Rev* 2007; 65:425-38.

McKay D, Blumberg JB. Effect of cranberries (*Vaccinium macrocarpon*) on risk factors for cardiovascular disease. *Nutr Res* 2007;65:490-502.

Grassi D, Desideri G, Lippi C, Blumberg JB, Ferri C. Dark chocolate, flavanols, and regulation of blood pressure. *AgroFood* 2007;18:1-3.

Chen C-YO, Blumberg JB. Phytochemical composition of nuts. *Asia Pac J Clin Nutr* 2008;17(S1):329-32.

King JC, Blumberg JB, Ingwersen L, Jenab M, Tucker KL. Tree nuts and peanuts as components of a health diet. *J Nutr* 2008;138:1736S-40S.

Joice C, Lapsley K, Blumberg JB. Almonds as a value added ingredient: Benefits of a nutrient rich, high fibre nut. *Agro Food hi tech*. 2008;19:16-8.

Ruder EH, Hartman TJ, Blumberg JB, Goldman MB. Oxidative stress and antioxidants: Exposure and impact on female fertility. *Human Reprod Update* 2008;14:345-57.

Bolling BW, Chen C-Yo, Blumberg, JB. Tea and health: Preventive and therapeutic usefulness in the elderly? *Curr Opin Clin Nutr Metab Care* 2009;12:42-8.

Bolling BW, McKay DL, Blumberg JB. The phytochemical composition and antioxidant actions of tree nuts. *Asia Pac J Clin Nutr* 2010;19:117-23.

Somogyi A, Hathcock J, Biesalski H-K, Blumberg JB, Antoine J-M, Edwards G, Prock P. Scientific issues related to Codex Alimentarius goals: A review of principles, with examples. *Regulatory Pharmacol Toxicol* 2011; 60:161-4.

Biesalski HK, Aggett P, Anton R, Bernstein PS, Blumberg JB, Heaney RP, Henry J, Nolan J, Richardson DP, van Ommen B, Witkamp RF, Rijkers G, Zöllner I. 26th Hohenheim Consensus Conference / September 11th 2010: Scientific substantiation of health claims: Evidence-based nutrition. *Nutrition* 2011;27:S1-S20.

Bolling BW, Chen C-YO, McKay DL, Blumberg JB. The phytochemical composition of tree nuts. *Nutr Res Rev* 2011;24:244-75.

Corcoran MP, McKay DL, Blumberg JB. Flavonoid basics: Chemistry, sources, mechanisms of action and safety. *J Nutr Gerontol Geriatr* 2012; 31:176-89.

Blumberg JB. Vitamins: Preparing for the Next 100 Years. *Int J Vitamin Nutr Res* 2012;82:360-4.

Blumberg JB, Camesano TA, Cassidy A, Kris-Etherton P, Howell A, Manach C, Ostertag LM, Sies H, Skulas-Ray A, Vita J. Cranberries and their bioactive constituents in human health. *Adv Nutr* 2013;4:618-32.

Wang H, Blumberg JB, Chen C-YO, Choi S-W, Corcoran M, Harris S, Jacques PF, Kristo A, Lai C-Q, Lamon-Fava S, Lichtenstein AH, Matthan N, McKay DL, Meydani M, Parnell L, Prokopy MP, Scott T. Dietary modulators of statin efficacy in cardiovascular disease and cognition. *Mol Aspects Med* 2014;38:1-53

Blumberg JB, Ding EL, Dixon R, Pasinetti GM, Villarreal F. The science of cocoa flavanols: Bioavailability, emerging evidence and proposed mechanisms. *Adv Nutr* 2014; 5:547-9.

Blumberg, JB, Bolling BW, Xiao H, Chen C-YO. Review and perspective on the composition and safety of green tea extracts. *Eur J Nutr Food Safety* 2015;5:1-31.

Wallace TC, Blumberg JB, Johnson EJ, Shao A. Dietary bioactives: Establishing a scientific framework for recommended intakes. *Adv Nutr* 2015;6:1-4.

Lupton JR, Blumberg JB, L'Abbe M, LeDoux M, Rice HB, von Schacky C, Yaktine A, Griffiths JC. Nutrient reference values – non-communicable disease endpoints: A conference report – 2016-02-10. *Eur J Nut* 2016:55 (Suppl 1):S1–S10.

Blumberg JB, Basu A, Krueger CG, Lila MA, Neto CC, Novotny JA, Reed JD, Rodriguez-Mateos A, Toner CD. Impact of cranberries on gut microbiota and cardiometabolic health: Proceedings of the Cranberry Health Research Conference 2015. *Adv Nutr* 2016;7:759S-70S.

## PUBLICATIONS - BOOK CHAPTERS/MONOGRAPHS

Blumberg JB, Fisher G. Cancer Biology. In: *Aspects of Cancer Prevention:  A Course for Physician Assistants*, Greenberg S. (ed), supported under contract NOI-CN-95433 from the Educational Research and Evaluation Branch, Division of Resources, Centers and Community Activities, National Cancer Institute 1982;45.

Blumberg JB, Levine A.  *Drinking Water Criteria Document on Cadmium* supported under Contract 68-02-3l68 from the Office of  Drinking Water, Environmental Protection Agency 1982;256.

Blumberg JB, Levine A. *Suggested Non-Adverse Levels for Cadmium in Drinking Water* supported under Contract 68-02-3168 from the Office of Drinking Water, Environmental Protection Agency 1982;21.

Blumberg JB. Immunological Aspects of Aging. In: *Nutrition and Aging:  A Report for the Office of Technology Assessment*, supported under contract from the OTA, R. McGandy (ed). 1983;24-9.

Blumberg JB. Drug-Nutrient Interactions. In:  *Nutrition and Aging:  A Report for the Office of Technology Assessment*, supported under contract from the OTA, McGandy R. (ed). 1983;58-68.

Blumberg JB. Drug-Nutrient Interrelationships. In: *The Practice of Geriatrics*, Calkins E, Davis P, Ford A. (eds). W.B. Saunders Co., Philadelphia, PA. 1986;148-52.

Blumberg JB, Meydani SN. Role of Dietary Antioxidants in Aging. In: *Bristol-Myers Nutrition Symposia: Nutrition and Aging*; Vol. 5, Munro H, Hutchinson M. (eds). Academic Press, NY. 1986;85-97.

Meydani SN, Cathcart ES, Hopkins RE, Meydani M, Hayes KC, Blumberg JB. Antioxidants in Experimental Amyloidosis of Young and Old Mice. In: *Amyloidosis* (Proc IV Int Congress), Glenner GG, Osserman EF, Benditt E, Calkins E, Cohen AS, Zucker-Franklin D, (eds). Plenum Press, NY. 1986;683-92.

Blumberg JB, Meydani M. Physiology of Vitamin Absorption. In: *The Theory and Practice of Nutrition in Pediatrics*, Grand R, Sutphen J, Dietz W. (eds). Butterworth Publishers Inc., Woburn, MA. 1987;153-61.

Blumberg JB. Vitamin E Requirements During Aging. In: *Nutritional and Medical Aspects of Vitamin E*, Hayaishi O, Mino M. (eds). Elsevier Science Publishers B.V., Amsterdam. 1987;53-61.

Meydani SN, Shapiro AC, Meydani M, Blumberg JB. The Effect of Dietary Fat Type and Tocopherol Supplementation on the Tocopherol Status and Eicosanoid Synthesis in the Lung. In: *Proceedings of the American Oil Chemists Society: Short Course on Polyunsaturated Fatty Acids and Eicosanoids*, Lands WEM. (ed). AOCS Press, Champaign, IL. 1987;513-7.

Blumberg JB, Russell RM, Sahyoun N. Geriatric Nutrition. In: *Quick Reference to Clinical Nutrition: A Guide for Physicians*, Halpern SL. (ed). JB Lippincott Co., Philadelphia, PA. 1987;111-7.

Meydani S, Blumberg JB. Nutrition and Immune Function in the Elderly.  In: *Human Nutrition: A Comprehensive Treatise*, Vol. VI, Munro  H, Danforth D. (eds).  Plenum Press, New York, NY. 1989;61-87.

Shapiro AC, Meydani SN, Meydani M, Morrow F, McNamara JR, Schaefer EJ, Blumberg JB, Endres S, Dinarello CA. The Effect of Fish Oil Supplementation on Plasma alpha-Tocopherol and Retinol Levels. In: *Health Effects of Fish and Fish Oils*, Chandra RK (ed). ARTS Biomedical Publishers, St. John's, Newfoundland 1989;537-46.

Meydani SN, Furukawa T, Meydani M, Blumberg JB. Beneficial Effect of Dietary Antioxidants on the Aging Immune System. In: *Oxygen Radicals in Biology and Medicine*, Simic MG, Taylor KA, Ward JF, von Sonntag C. (eds). Plenum Press, New York, NY. 1989;621-5.

Blumberg JB. Drugs Affecting Appetite and Nutritional Status in the Elderly. In: *Proceedings of an NIA Conference on Oral Function and Nutrition in the Elderly*, Huber A, Wallins  L. (eds). Simmons College Press, Boston 1989;87-99.

Furukawa T, Meydani SN, Blumberg JB. The Potential Benefits of Dietary Glutathione on Immune Function and Other Practical Implications. In: *Handbook of Glutathione: Metabolism and Physiological Functions*, Vina J. (ed). CRC Press, Inc, Boca Raton, FL. 1990;351-8.

Meydani SN, Blumberg JB. Vitamin E Supplementation and Enhancement of Immune Responses in the Elderly. In: *Micronutrients in Health and in Disease Prevention*, Bendich A,  Butterworth C. (eds). Marcel Dekker, Inc, New York, NY. 1991;289-306.

Blumberg JB, Suter P. Pharmacology, Nutrition, and the Elderly: Interactions and Implications. In: *Geriatric Nutrition*, Chernoff R. (ed). Aspen Publishers Inc, Rockville, MD. 1991;337-61.

Meydani M, Blumberg J. Vitamin E. In: *Nutrition in the Elderly: The Boston Nutritional Status Survey*, Hartz S, Rosenberg I,  Russell R,  (eds). Smith-Gordon Co Ltd, London, UK. 1992;103-9.

Meydani SN, Blumberg JB. Vitamin E and the Immune Response. In: *Nutrient Modulation of the Immune Response*, Cunningham-Rundles S (ed). Marcel Dekker, Inc, New York, NY. 1993;223-38.

Blumberg JB. The Role of Vitamin E in Immunity During Aging. In: *Vitamin E: Its Usefulness in Health and Disease*,  Mino M, Nakamura H, Diplock AT, Kayden HJ. (eds). Japan Scientific Societies Press, Tokyo, Japan and Karger Basel, Switzerland. 1993;219-29.

Blumberg JB.  Nutritionally Related Problems in the Elderly.  In: *Encyclopaedia of Food Science, Food Technology & Nutrition,* Academic Press Ltd, London, UK. 1993;1543-8.

Blumberg JB. Is There More to Essential Nutrient Functions Than Just Preventing Clinical Deficiency Symptoms? In: *Adjuvant Nutrition in Cancer Treatment*, Quillin P, Williams RM. (eds). Cancer Treatment Research Foundation, Arlington Heights, IL. 1993;35-43.

Blumberg JB. Nutrient Control of the Immune System. In: *Functional Foods: Designer Foods, Pharmafoods, Nutraceuticals*, Goldberg I. (ed). Chapman & Hall, New York, NY. 1994;87-108.

Blumberg JB. Vitamins. In: *Diet, Nutrition, and Immunity*, Forse RA. (ed). CRC Press, Inc. Boca Raton, FL. 1994;237-46.

Cannon J, Blumberg JB. Acute Phase Immune Response in Exercise. In: *Exercise and Oxygen Toxicity*, Sen CK, Packer L, Hänninen O. (eds). Elsevier Science Publ. BV, Amsterdam. 1994;447-62.

Blumberg JB. Oxidative Processes and Antioxidants: Their Relation to Nutrition and Health Outcomes. *Oxidative Processes and Antioxidants: Their Relation to Nutrition and Health Outcomes*, Thirteenth Ross Research Conference on Medical Issues. Ross Products Division, Abbott Laboratories, Columbus, OH. 1994;79-87.

Blumberg JB. Interactions Between Vitamin E, Free Radicals, and Immunity During the Aging Process. In: *Free Radicals in Diagnostic Medicine*, Armstrong D. (ed). Plenum Publishing Corp. New York, NY. Adv Exp Med Biol 1994;366:325-33.

Halpner AD, Blumberg JB. Assessment of Antioxidant Vitamin Status in Older Adults.  In: *Nutritional Assessment of Elderly Populations: Measure and Function*, Rosenberg IH. (ed). Raven Press, New York, NY. 1995;147-65.

Blumberg JB. Vitamin E Beneficially Modulates Immunes Responses and Risk for Chronic Diseases. In: *Proceedings of the Fifth Annual Society of Vitamin E Science*.  Urano S. (ed). Japan Scientific Societies Press, Tokyo, Japan. 1995;1-11.

Blumberg JB, Meydani M. The Relationship between Nutrition and Exercise in Older Adults. In: *Perspectives in Exercise Science and Sports Medicine*, Vol. 8, Gisolfi CV,  Nadel ER, Lamb DR. (eds). Cooper Publishing Group, Carmel, IN. 1995;353-93.

Blumberg JB. Status and Functional Impact of Nutrition in Older Adults. In: *Handbook of the Biology of Aging*, Vol. V, Schneider EL, Rowe JW. (eds). Academic Press, Orlando, FL. 1996;393-414.

Blumberg JB. Public Health Implications of Preventive Nutrition. In: *Preventive Nutrition, The Comprehensive Guide for Health Professional*, Bendich A, Deckelbaum R. (eds). Humana Press, Totowa, NJ. 1997;1-15.

World Health Organization/Food and Agriculture Organization of the United Nations. Preparation and Use of Food-Based Dietary Guidelines. WHO Technical Report Series 880. Geneva. 1998. 108 pp. (Blumberg JB, member of consultation group)

Blumberg JB, Halpner AD. Antioxidant Status and Function: Relationships to Aging and Exercise. In: *Antioxidants in Nutrition and Health*, Papas AM. (ed). CRC Press. Boca Raton, FL. 1998;251-76.

Blumberg J, Couris R. Pharmacology, Nutrition, and the Elderly: Interactions and Implications. 2nd edition. In: _Geriatric Nutrition_, Chernoff R. (ed). Aspen Publishers Inc, Rockville, MD. 1999;342-65.

Couris RR, McCloskey WW, Blumberg JB. Drug-Nutrient Interactions: The Pharmacist's Perspective. American Council on Pharmaceutical Education. Quest Educational Services, Inc. 1999; 1-15.

Blumberg JB, McKay D. Vitamins and Minerals. In: _Atlas of Clinical Endocrinology_. Vol. 5 Human Nutrition and Obesity. Korenman SG (Series ed), Heber D (vol. ed). Current Medicine, Inc. Philadelphia PA. 2000; 32-51.

Cannon J, Blumberg JB. Acute Phase Immune Response in Exercise. In: _Handbook of Oxidants and Antioxidants in Exercise_, 2nd Ed. Sen CK, Packer L, Hänninen O. (eds). Elsevier Science Publ. BV, Amsterdam. 2000; 177-93.

Blumberg JB. Free Radical Theory of Aging. In: _The Science of Geriatrics_. Vol. 1. Morley JE, Armbrecht HJ, Coe RM, Vellas B (eds). SERDI Publishers, Paris/Springer Publishing Co. New York. 2000; 57-74.

World Health Organization and Tufts University (Blumberg JB, contributor). Keep Fit for Life: Meeting the Nutritional Needs of Older Persons. Akré J (contributing ed). Geneva, Switzerland. 2002

Milbury P, Blumberg JB. Dietary Antioxidants - Human Studies Overview. In: _Oxidative Stress and Aging: Advances in Basic Science, Diagnostics, and Intervention_. Rodriguez H, Cutler RG (Eds.). World Scientific Publishing Co. 2003:487-502.

Blumberg JB. Elderly: Nutritionally Related Problems. In: _Encyclopedia Of Food Sciences And Nutrition_. 2nd ed. Caballero B, Trugo L, Ginglas P (eds). Academic Press Ltd. London. 2003;2022-7.

Kwak H-K, Blumberg JB. Multivitamins. In: _Diet and Human Immune Function_. Hughes DA, Bendich A, Darlington LG (eds). Humana Press, Inc. Totowa, NJ 2004;185-202.

Blumberg JB. Commentary: Do Dietary Antioxidants Really Help Prevent or Treat Cancer? In: _Phytopharmaceuticals in Cancer Prevention_. Bagchi D (ed). CRC Press, Boca Raton, FL 2004:639-42.

Couris RR, Gura KM, Blumberg JB. Pharmacology, Nutrition, and the Elderly: Interactions and Implications. In: _Geriatric Nutrition: The Health Professional's Handbook_ (3rd edition). Chernoff R (ed). Jones and Bartlett Publishers, Boston, MA 2006:365-405.

Blumberg JB, Milbury PE. Dietary Flavonoids. In: _Present Knowledge in Nutrition_ (9th edition), Bowman BA, Russell RM (eds). ILSI Press, Washington, DC. 2006;361-70.

Chen C-Y. Blumberg JB. Use of Biomarkers of Oxidative Stress in Human Studies. In: _Oxidative Stress, Disease and Cancer_. Singh K (ed). Imperial College Press London. 2006;1045-76.

Chen C-Y, Blumberg JB. Oxidative Stress Status in Humans with Metabolic Syndrome. In: _Obesity: Epidemiology, Pathophysiology, and Prevention_. Bagchi D, Preuss HG (eds). CRC Press/Taylor & Francis Group, Boca Raton, FL 2007;123-37.

Chen C-Y, Blumberg JB. Are There Age-related Changes in Flavonoid Bioavailability? In: _Phytochemicals: Aging and Health_. Meskin MS (ed). CRC Press/Taylor & Francis Group, Boca Raton, FL 2008;19-38.

Chen C-Y, Blumberg JB. Flavonoids in Beer and Their Potential Benefit on the Risk of Cardiovascular Disease. In: _Encyclopaedic Handbook of Beer in Health and Disease Prevention_. Preedy VR, Watson RR (eds). Academic Press-Elsevier, Amsterdam. 2009;831-41.

McKay DL, Miller MG, Blumberg JB. Teas, Tisanes, and Health. In: _Teas, Cocoa and Coffee: Plant Secondary Metabolites and Health_. Chapt. 4. Crozier A, Ashihara H, Barberán FT (eds). Wiley-Blackwell Publisher, Oxford, UK. 2011:99-142.

Blumberg JB. Antioxidants. In: *Encyclopedia of Lifestyle Medicine and Health*. Rippe JM (ed). SAGE Publications. Thousand Oaks, CA. 2012;176-83.

Chen C-Y, Blumberg JB. Oxidative Stress Status in Humans with Metabolic Syndrome. In: *Obesity: Epidemiology, Pathophysiology, and Prevention*. Chapt. 14 (2nd edition). Bagchi D, Preuss HG (eds). CRC Press/Taylor & Francis Group, Boca Raton, FL. 2012;193-209.

Paine MA, Ruder EH, Hartman TJ, Blumberg JB, Goldman MB. Oxidative Stress, Oogenesis, and Folliculogenesis. In: *Oxidative Stress in Applied Basic Research and Clinical Practice: Studies on Women's Health*. Chapt. 4. Agarwal A, Rizk B, Aziz N (eds). Humana Press, New York, NY. 2013;75-94.

Heber D, Blumberg JB. Micronutrient and Macronutrient Supplementation. Chap. 56. In: *CRC Handbook of Nutrition and Food*. Heber D (ed). CRC Press/Taylor & Francis Group, Boca Raton, FL. 2013;869-883.

Couris RR, Gura KM, Blumberg JB, Chernoff R. Pharmacology, Nutrition, and Elderly Adults: Interactions and Implications. Chap. 16. In: *Geriatric Nutrition: The Health Professional's Handbook* (4th edition). Chernoff R (ed). Jones and Bartlett Publishers, Boston, MA 2014;377-416.

Kamil A, Chen C-YO, Blumberg JB. The Application of Nanoencapsulation to Enhance the Bioavailability and Distribution of Polyphenols. Chapt. 10. In: *Nanotechnology and Functional Foods: Effective Delivery of Bioactive Ingredients*. Sabliov CM, Chen H, Yada R (eds). IFT Press. Wiley-Blackwell, Chichester, UK. 2015:158-74.

Folta SC, Brown A, Blumberg JB. Preventive Nutrition: From Public to Personal Recommendations and Approaches to Behavior Change. Chapter 1. In: *Preventive Nutrition: The Comprehensive Guide for Health Professionals*. 5th ed. Bendich A, Deckelbaum RJ (eds). Springer/Humana Press. New York, NY. 2015:3-24.

Darche RL, Ruder EH, Blumberg JB, Hartman TJ, Goldman MB. Antioxidants in Reproductive Health and Fertility. In: Nutritional Antioxidant Therapies: Treatments and Perspectives. Al-Gubory KH, Laher I (eds). Springer-Verlag. New York, NY. 2016: In Press

## EDITORIALS AND COMMENTARIES

Blumberg JB. Nutrition research in the elderly. *Aging Prog Lett* 1984;1:1-11.

Meydani SN, Siguel EN, Shapiro AC, Blumberg JB. Fish consumption and mortality from coronary heart disease (letter to the editor). *N Engl J Med* 1985;313:822.

Blumberg JB. Nutrition and aging (editorial). *Clin Nutr* 1986;5:coverpiece.

Blumberg JB. Testimony. The relationship between nutrition, aging and health: a personal and social challenge; Hearing Before the U.S. Senate Special Committee on Aging. *US Government Printing Office* Serial No. 99-13, 1986;4-15.

Blumberg JB. The Science Beat. *CRN News*. November, 1991.

Meydani SN, Meydani M, Miller RA, Cannon JG, Rocklin R, Blumberg JB. Vitamin E supplementation of elderly people: Reply to V. Herbert (letter). *Am J Clin Nutr* 1991;53:976-977.

Blumberg JB. FDA Editorial Comment. Proposed Reference Daily Intakes: a downgraded food label standard? *Nutrition* 1992;8:197.

Blumberg JB. Vitamins can boost the health span. *MedTrib* 1992;33:10.

Blumberg JB. (with 40 cosignatories). A Position Paper Submitted to the Food and Drug Administration - U.S. RDA Versus RDI: Protecting the Health of Americans Versus Minimizing Nutrient Needs. 1992;28.

Blumberg JB. Nutrition labeling standards and the future of nutrition. *J Optimal Nutr* 1992;1:43-45.

Blumberg JB. Commentary on: Mares-Perlman et al. Nutrient supplements contribute to the dietary intake of middle- and older-aged adult residents of Beaver Dam, Wisconsin. In: J Nutr 1993;123:176. *Perspect Appl Nutr* 1993;1(1):42-43.

Blumberg JB. Commentary on: Moran et al. Plasma ascorbic acid concentrations relate inversely to blood pressure in human subjects. In: Am J Clin Nutr 1993;57:213. *Perspect Appl Nutr* 1993;1(1):70.

Blumberg JB. Commentary on: Drinka et al. Nutritional correlates of atrophic glossitis: possible role of vitamin E in papillary atrophy. In: J Am Coll Nutr 1993;12:14. *Perspect Appl Nutr* 1993;1(1):71.

Blumberg JB.  Commentary on: Prince et al. Beta-carotene accumulation in serum and skin. In: Am J Clin Nutr 1993;57:175. *Perspect Appl Nutr* 1993;1(1):72-73.

Blumberg JB. Commentary on: Rimm et al. Vitamin E consumption and the risk of coronary heart disease in men. In: N Engl J Med 1993;328:1450. and Stampfer et al. Vitamin E consumption and the risk of coronary disease in women. In: N Engl J Med  1993;328:1444. *Perspect Appl Nutr* 1993;1(2):31-33.

Blumberg JB. Commentary on: Ubbink et al. Vitamin B-12, vitamin B-6, and folate nutritional status in men with hyperhomocysteinemia. In: Am J Clin Nutr 1993;57:47. *Perspect Appl Nutr* 1993;1(2):89.

Blumberg JB. Commentary on: Kim et al. Vitamin and mineral supplement use and mortality in a US cohort. In: Am J Public Health 1993;83:546. *Perspect Appl Nutr* 1993; 1(2):90.

Blumberg JB. Commentary on Shemesh et al. Vitamin B12 deficiency in patients with chronic tinniuts and noise-induced hearing loss. In: Am J Otolaryngol 1993;14:94. *Perspect Appl Nutr* 1993;1(2):91.

Blumberg JB. Testimony. Regulation of dietary supplements; Hearing before the Subcommittee on Health and the Environment of the Committee on Energy and Commerce, House of Representatives. *U.S. Government Printing Office* Serial No. 103-57: 1994;201-207.

Blumberg JB. Decision analysis for antioxidant supplementation. *Nutri-News* (Mosby-Year Book). Spring:1994;10-12.

Blumberg JB. Commentary on: Blot et al. Nutrition intervention trials in Linxian, China: supplementation with specific vitamin/mineral combinations, cancer incidence, and disease-specific mortality in the general population. In: J Natl Cancer Inst 1993;85:1483. *Perspect Appl Nutr* 1994;1(3):30-32.

Blumberg JB. Commentary on: Pietz et al. Treatment of infantile spasms with high-dosage vitamin B6. In: Epilepsia 1993;34:757. *Perspect Appl Nutr* 1994;1(3):84.

Blumberg JB. Commentary on: Carlson et al. Visual-acuity development in healthy preterm infants: effect of marine-oil supplementation. In: Am J Clin Nutr 1993;58:35. *Perspect Appl Nutr* 1994;1(3):85.

Blumberg JB. Folic acid reduces the risk of birth defects. *VitaminNews* 1994;1:1.

Blumberg JB. Are antioxidants at an awkward age? *J Am Coll Nutr* 1994;13:218-219.

Blumberg JB. Nutrient requirements of the healthy elderly - should there be specific RDAs? *Nutr Rev* 1994;52:S15-S18.

Blumberg JB, Block G. The alpha-tocopherol, beta-carotene cancer prevention study in Finland. *Nutr Rev* 1994;52: 242-245.

Blumberg JB. Basis for the RDAs. Proceedings of a workshop on future Recommended Dietary Allowances. Rutgers University, Cook College. 1994;8-28.

Blumberg JB. The RDAs: Is the concept still valid? *Nutr & MD* 1994;20:5-7.

Blumberg JB. Antioxidants. The World Book Encyclopedia. World Book Publishing. Chicago, IL. 1995;557.

Blumberg JB. Commentary on: Zimmermann et al. Influence of concomitant food intake on the oral absorption of two triazole antifungal agents, itraconazole and fluconazole. In: Eur J Clin Pharmacol 1994;46:147. *Perspect Appl Nutr* 1995;2:83.

Blumberg JB. Commentary on: Mares-Perlman JA, et al. Relation between lens opacities and vitamin and mineral supplement use. Ophthalmology 1994;101:315. *Perspect Appl Nutr* 1995;2:77-78.

Blumberg JB. Commentary on: The Alpha-Tocopherol, Beta Carotene Cancer Prevention Study Group. The effect of vitamin E and beta carotene on the incidence of lung cancer and other cancers in male smokers. In: N Engl J Med 1994;330:1029. *Perspect Appl Nutr*  1995;2:73-75.

Blumberg JB. Recent trends in nutrition and aging research. *AGE News* 1995;25: April.

Blumberg JB. Nutrition research shows how you can add more life to your years. *Caduceus J* 1995;27:31-33.

Blumberg JB. Commentary on: Premature infants require additional folate and vitamin B-12 to reduce the severity of the anemia of prematurity. In: Am J Clin Nutr 1994;60: 930. *Perspect Appl Nutr* 1995;2:62-63.

Blumberg JB. Commentary on: Pharmacokinetics of ß-carotene and canthaxanthin after ingestion of individual and combined doses by human subjects. In: J Am Coll Nutr 1994;13:665. *Perspect Appl Nutr* 1995;2: 64-65.

Blumberg JB. Commentary on: Chronic intake of pharmacological doses of vitamin e might be useful in the therapy of elderly patients with coronary heart disease. In: Am J Clin Nutr 1995;61:848-852. *Perspect Appl Nutr* 1995;3:92-93.

Blumberg JB. Commentary on: Association between plasma homocysteine concentrations and extracranial carotid-artery stenosis. In: N Engl J Med 1995;332:286-291. *Perspect Appl Nutr* 1995;3:93-94.

Blumberg JB. Is there a benefit to routine antioxidant supplementation? *Med Trib* 1996; 37:12.

Blumberg JB. The state of complementary medicine: nutritional intervention for healthy aging. *Compl Med Physician* 1997:2:49.

Weisburger JH, Blumberg J. Food tannins. *Food Technol* 1997;51:2-3.

Blumberg JB. Commentary on: Long-term vitamin c supplement use and prevalence of early age-related lens opacities. In: Am J Clin Nutr 1997;66:911-916. *Nutr Clin Care* 1998; 1:35-36.

Blumberg JB. Dietary Reference Intakes for vitamin E. *Nutrition* 1999;15:797-799.

Hasler CM, Blumberg, JB. Phytochemicals: biochemistry and physiology. Introduction. *J Nutr* 1999;129:756S-757S.

Blumberg JB. HOPE: Vitamin E supplementation and cardiovascular events in high risk patients. In: N Engl J Med 2000;342:154-50. *Nutr Clin Care* 2000;3:133.

Blumberg JB. Unraveling the conflicting studies on vitamin E and heart disease. *Linus Pauling Institute Newsletter*. Spring/Summer 2002.

Blumberg JB. Introduction to the Proceedings of the Third International Scientific Symposium on Tea and Human Health: Role of Flavonoids in the Diet. *J Nutr* 2003;133:3244S-6S.

Blumberg JB. Dietary impact on healthy aging. *Perspectives: News and Views Newsletter* (Unilever) 2005;20:6-7.

Ribaya-Mercado JD, Blumberg JB. Carotenoids and health: An update. *Whitehall-Robins Rpt* 2005;14:1-2.

Grassi D, Ferri C, Blumberg JB. Chocolate consumption and incidence of hypertension. *Hypertension* 2005;46;e22 (author response letter).

Grassi D, Blumberg JB, Desideri G, Ferri C. Hypertension, diabetes: Chocolate with a single remedy? *Hyperstension* 2005;46:e17 (author response letter)

McKay DL, Blumberg JB. The essential antioxidants: An update on their therapeutic applications. *Whitehall-Robins Rpt* 2006;15:1-2.

Blumberg JB. Foreword. In: *An Evidence-based Approach to Dietary Phytochemicals*. Higdon J. Thieme Medical Publishers, NY. 2006:ix-x.

Blumberg JB. The nutrition agenda. *Altern Ther Health Med* 2006;12:64-71.

Blumberg JB, Seifried HE, Milner JA. The antioxidant agenda (editorial). *Nutrafoods* 2006;5:3

Blumberg JB. The global epidemic of obesity (Preface). In: *Obesidade: Uma Abordagem Multidisciplinar*. Lancha AH (ed.) Guanabara Koogan Publishers. Rio de Janeiro, Brazil. 2006; ix-xii.

Blumberg JB, Frei B. Commentary: Why clinical trials of vitamin E and cardiovascular diseases may be fatally flawed. *Free Radic Biol Med* 2007;43:1374-6.

Lawenda BD, Kelly KM, Ladas EJ, Sagar SM, Vickers A, Blumberg JB. Commentary: Should supplemental antioxidant administration be avoided during chemotherapy and radiation therapy? *J Natl Cancer Inst* 2008;100: 773-83.

Lawenda BD, Blumberg JB, Sagar SM. Response to Pathak and Bhutani: Re: Should Supplemental Antioxidant Administration Be Avoided During Chemotherapy and Radiation Therapy? *J Natl Cancer Inst* 2008;100;1334-5

Lawenda BD, Blumberg JB, Sagar SM. Response to Simone and Simone II: Re: Should Supplemental Antioxidant Administration Be Avoided During Chemotherapy and Radiation Therapy? *J Natl Cancer Inst* 2008;100:1559-60.

Arab L, Blumberg JB. Introduction to the Proceedings of the Fourth International Scientific Symposium on Tea and Human Health: Role of Flavonoids in the Diet. *J Nutr* 2008;138:1526SS-8S.

Lawenda BD, Blumberg JB. Response to Block et al: Re: Should Supplemental Antioxidant Administration Be Avoided During Chemotherapy and Radiation Therapy? *J Natl Cancer Inst* 2009;101:125-6.

Blumberg JB. Do Antioxidant Supplements Protect Against Cancer? *Remedies* 2009

Blumberg JB. Preface. *Advances in Food Biochemistry*. Fatih Yildiz F (ed). Taylor & Francis Group, LLC and CRC Press LLC. New York. 2010.

Blumberg JB, Heaney RP, Huncharek M, Scholl T, Stampfer M, Vieth R, Weaver CM, Zeisel SH. Evidence-based criteria in the nutritional context. *Nutr Rev* 2010;68:478-84.

Heaney RP, Weaver CM, Blumberg JB. EBN ver. 2.0. *Nutr Today* 2011;46:22-6.

Ghosh S, Blumberg JB. A perspective on the delivery of micronutrient interventions: What are the needs? *Sight and*

*Life* 2012;26:42-4.

Blumberg JB. Ask the expert. *Networking News*, Nutrition Education for the Public (Dietetic Practice Group) of Academy of Nutrition and Dietetics. 2012;Summer.

Blumberg JB. Introduction to the Proceedings of the Fifth International Scientific Symposium on Tea and Human Health. *Am J Clin Nutr* 2013;98:1607S-10S.

Blumberg JB. In Memoriam: John A. Milner. *Nutrafoods* 2014. doi: 10.1007/s13749-014-0005-6

Frei B, Ames BN, Blumberg JB, Willett WC. Enough is enough. *Arch Intern Med* 2014;160:807.

Blumberg JB, Broihier K, Duncan A, Fitzpatrick K, Fisher L, Nobel J. Regarding the paper 'The impact of a supermarket nutrition rating system on purchases of nutritious and less nutritious foods' by Cawley et al. *Public Hlth Nutr* 2014;18:2283-4.

Blumberg JB. Ensuring food and nutrition security through changes in food development, processing, and culture. In: Food Safety, Security, and Defense: Focus on food and the Environment. Institute on Science for Global Policy. 2014;74-85. ISBN:978-0-9861007-0-3

Chughtai B, Howell A, Thomas D, Blumberg JB. Efficacy of cranberry in preventing recurrent urinary tract infections: Have we learned anything new? Commentary on: Effect of cranberry capsules on bacteriuria plus pyuria among older omen in nursing homes: A randomized clinical trial. *Urology* 2016;pii: S0090-4295(16)31016-0;doi: 10.1016/j.urology.2016.12.029

## PUBLICATIONS FOR GENERAL AUDIENCES

Blumberg JB, Dallal G, Dwyer J, Evans W, Gershoff S, Goldberg J, Rasmussen H, Sahyoun N, Schaefer E. The Promise Index™ - The Promise Get Heart Smart™ Program. Van Den Bergh Foods Co., Lever Brothers. 1990.

AARP Pharmacy Nutrition Advisory Board (Blumberg JB, Chernoff R, Hendler SS, Lindeman R, Spallholz J). Heart-healthy diets and cholesterol. *AARP Pharmacy Service Health Letter* 1989;1(2):1-2.

AARP Pharmacy Nutrition Advisory Board. Getting a grip on high blood pressure. *AARP Pharmacy Service Health Letter* 1989;1(3):1-2.

AARP Pharmacy Nutrition Advisory Board. Health guide to the new RDAs. *AARP Pharmacy Service Catalog* 1990;Fall:8.

AARP Pharmacy Nutrition Advisory Board. Laxatives and nutrition. *AARP Pharmacy Service Health Letter* 1990;2(2):1-2.

AARP Pharmacy Nutrition Advisory Board. Vitamins and minerals: vital to good health. *AARP Pharmacy Service Health Letter* 1991;3(2):1-2.

AARP Pharmacy Nutrition Advisory Board. Beta-carotene: color it valuable. *AARP Pharmacy Service Health Letter* 1992;4(5):4.

Blumberg JB, Kenney WL, Seals D, Spina R. Exercise and nutrition in the elderly. *Sports Science Exchange Roundtable* (Gatorade Sports Science Institute) 1992;10:1-4.

Blumberg JB, Dwyer J, Gershoff S, Goldberg J, Rasmussen H, Rosenberg I. 20 most asked questions about nutrition. Nature Made™ Vitamins - Pharmavite and Otsuka Co. 1992.

Blumberg JB. Nutraceuticals - a taste of the future. *Nestle Worldview* 1993;5:8.

Blumberg JB. Recent advances in vitamins and aging. *Vit Nutr Info Serv: Backgrounder* 1993;4:1-8.

Blumberg JB. Nutrition and the older woman. Proceedings of Conference on Nutrition and Women's Health: New Perspectives. Pegis, JM (ed). Roche; Toronto. 1993;69-76.

Blumberg JB. Folic acid reduces the risk of birth defects. *Vitamin News* 1994;1(1):1.

Blumberg JB, Clarkson P, Goldfarb A, Ji LL, Jenkins R. Exercise, nutrition and free radicals: what's the connection? Sports Science Exchange Roundtable (Gatorade Sports Science Institute) 1994;5:1-4.

Ronnenberg A, Blumberg JB. Nutraceuticals: vitamins in a new context. *Vitamin News* 1994;1(4):1.

Blumberg JB. Nutrient requirements for optimal health in older adults. *Caduceus*: 1995;27:31-33.

Blumberg JB. Why grapes are great. *Let's Live* 1998;January:132.

Blumberg, JB. Dietary supplements: Paradoxes and puzzles. *remedies* 2006;December:30.

## PUBLICATIONS – ABSTRACTS (from 2010)

Bolling B, Blumberg JB, Chen C-YO. Contribution of polyphenols to the total antioxidant capacity of pomegranate and grape juices. *FASEB J* 2010;24:321.2.

Bolling B, Blumberg J, Chen C-YO. Total antioxidant capacity of grape and pomegranate juices in vitro is dependent upon assay dilution factor. *FASEB J* 2010;24:921.2.

Chen C-YO, Chen C-M, Shih C-K, Lin H-W, Chou H-T, Liu J-F, Li S-C. Riboflavin protects against lipopolysaccharide-induced shock via HSP25 in mice. *FASEB J* 2010; 24:537.4.

McKay DL, Chen C-YO, Blumberg JB. Pharmacokinetics of flavonoids and phenolic acids from cranberry juice cocktail in humans. *FASEB J* 2010;24:209.1

Switkowski KM, Camacho CRC, Chen O, Rasmussen H, Aldini G, Chun HK, Cho S, Park KM, Russell R, Sal5tzman E, Blumberg JB, Yeum K-J. Absorption kinetics of polyphenols and alteration of antioxidant performance in older adults after ingesting *Angelica keiskei*. *FASEB J* 2010;24:321.6.

Yoon G-A, Cho Y-S, Yeum K-J, Chen C-YO, Chen G, Tang G, Blumberg JB, Russell RM, Yoon S, Lee-Kim YC. Common plant foods consumed in Korea are a rich source of phytochemicals. *FASEB J* 2010:24:921.3.

Correa CR, Li L, Aldini G, Carini M, Chen C-YO, Chun H-K, Cho S-M, Park K-M, Russell R, Blumberg JB, Yeum K-J. Composition and stability of phytochemical in five varieties of black soybeans (*Glycine max*). *FASEB J* 2010;24:921.4.

Maki KC, Gibson G, Dickman R, Kendall CWC, Chen C-YO, Almeida N, Blumberg JB. A double-blind, randomized, controlled crossover trial to assess the prebiotic effects of arabinoxylan-oligosaccharides (AXOS) in healthy men and women. *FASEB J* 2011;25:587.8.

Bolling BW, Court MH, Blumberg JB, Chen O. Age-related changes in quercetin glucuronidation by rat intestine microsomes are correlated with UGT1a1 protein expression. *FASEB J* 2011;25:234.6.

McKay DL, Chen O, Collins FW, Blumberg JB. Pharmacokinetics of avenanthramides (AV) from AV-enriched malted oats in healthy older adults. *FASEB J* 2011;25:235.

McKay DL, Chen C-YO, Blumberg JB. Pharmacokinetics of cranberry juice anthocyanins, flavonols, flavanols, and phenolic acids in urine. *FASEB J* 2011;25:771.7.

Beryman CE, West SG, Grieger JA, Blumberg JB, Kris-Etherton PM. Effects of whole walnuts and walnut components on postprandial triglyceride response, plasma measures of antioxidant activity, and endothelial function in overweight and obese adults. *FASEB J* 2012;26:1171.

Chen C-YO, Bryant N, Blumberg JB, Serra A. The fetal programming of dietary fructose and saturated fat on hepatic quercetin glucuronidation in rats. *FASEB J* 2012;26:124.1

Zampariello CA, McKay DL, Dolnikowski G, Blumberg JB, Chen C-YO. Determination of cranberry proanthocyanidin A2 in human plasma and urine using LC-MS/MS. *FASEB J* 2012;26:124.8.

McKay DL, Chen C-YO, Blumberg JB . Effects of whole grain phytochemicals on biomarkers of postprandial metabolic dysregulation in overweight/obese adults following an oral glucose challenge. *FASEB J* 2012;26:646.12.

McKay DL, Chen C-YO, Gomez-Juaristi M, Blumberg JB. Bioavailability and pharmacokinetics of whole grain phytochemicals in overweight/obese adults. *FASEB J* 2012;26:646.13

Zou Y-X, Liao S-T, Liu F, Blumberg JB, Chen C-YO. Phenolics in mulberry leaves protect HepG2 cells against hyperglycemia-induced oxidative damage. *FASEB J* 2012;26:263.1.

McKay DL, Chen C-YO, Rasmussen H, Blumberg JB. Effects of whole eggs combined with other cooked breakfast foods on posprandial metabolism in older, overweight adults. *FASEB J* 2012;26:1025.32.

McKay DL, Chen C-YO, Collins FW, Blumberg J. Acute bioavailability and pharmacokinetics of avenanthramides (AV) from "false malted" oat bran high in endogenous AV. *FASEB J* 2012;26:lb300.

Berryman CE, West SG, Chen C-YO, Blumberg JB, Fleming JA, Preston AG, Miller, DL, Kris-Etherton PM. Effects of polyphenolic-rich dark chocolate/cocoa and almonds on established and emerging cardiovascular risk factors: study design. *FASEB J* 20137:27:1078.13.

Hashimoto N, Blumberg JB, Chen C-YO. Glucose and cyanidin-3-glucose interrupt quercetin metabolism in HepG2 cells. *FASEB J* 2013;27:636.19.

Marklund M, McKeown NM, Blumberg JB. Chen C-YO. Hepatic biotransformation of alkylresorcinols is mediated via cytochrome P450 and β-oxidation. *FASEB J* 2013;27:125.2.

McKeown NM, Marklund M, Ma J, Livingston K, Jacques P, Blumberg JB, Chen C-YO. A pilot study examining the application of plasma alkyresorcinols (AR) and urinary AR metabolites as biomarkers of compliance. *FASEB J* 2013;27:125.1.

Palafox-Carlos H, Kamil A, Blumberg JB, Chen C-YO. Fiber decreases the antioxidant capacity of phenolic acids in an alkaline milieu in vitro. *FASEB J* 2013;27:862.25.

Liu Y, Blumberg JB, Chen C-YO. Quantification and bioaccessibility of California pistachio bioactives. *FASEB J* 2014;28:259.1.

Kamil A, Blumberg JB, Chen C-YO. Development of a relevant cell culture model to examine lutein absorption in vitro. *FASEB J* 2014;28:645.12.

Kimble LL, Mathison BD, McKay DL, Chen C-YO, Blumberg JB, Kaspar KL, Choo C, Chew BP. Chronic consumption of a high polyphenol cranberry beverage protects against inflammation and improves endothelial function in healthy but overweight humans. *FASEB J* 2014;28:830.26.

Mathison BD, Kimble LL, McKay DL, Chen C-YO, Blumberg JB, Kaspar KL, Choo C, Chew BP. Chronic consumption of a high polyphenol content cranberry beverage improved glucoregulation and HDL cholesterol in healthy but overweight humans. *FASEB J* 2014;28:831.10.

Chen C-YO, Zampariello CA, Blumberg JB. Urinary proanthocyanidin A2 as a biomarker of consumption of cranberry juice – a pilot study. *FASEB J* 2014:28:1044.3.

Quirós-Sauceda AE, Clark M, Racicot K, Polasky DA, González GA, Blumberg JB, Chen C-YO. Development of GC-MS method for quantification of phenolic acids in in vitro fecal ferment. *FASEB J* 2014:28:1044.4.

Chen C-YO, Smith A, Blumberg JB, Garlick J. Photoprotective effects of pistachio antioxidants in a 3-dimensional human skin equivalent tissue model. *FASEB J* 2015;29:922.24

Chen C-YO, Smith DE, Lucio L, Braz M, Blumberg JB. Effect of whole heat on the development of Metabolic Syndrome in rats fed snack foods. *FASEB J* 2015;29:402.2

McKay DL, Chen C-YO, Rasmussen H, Blumberg JB. Whole eggs enhance antioxidant activity when combined with energy dense, cooked breakfast foods. *FASEB J* 2015;29:924.22

McKay DL, Chen C-YO, Collins FW, Blumberg JB. Avenanthramide-enriched oats have an anti-inflammatory action: A pilot clinical trial. *FASEB J* 2015;29:922.18

Kimble LL, Mathison BD, McKay DL, Chen C-YO, Walsh J, Blumberg JB, Kaspar KL, Khoo C, Chew BP. Chronic consumption of a high polyphenol content cranberry beverage improves phenolic acid and flavonoid bioavailability in healthy overweight humans. *FASEB J* 2015;29:606.11

Lee Y, Berryman C, West S, Chen C-YO, JBlumberg JB, Preston A, Lapsley K, Fleming J, Kris-Etherton P. Effects of polyphenolic-rich dark chocolate and almonds on cardiovascular risk factors in overweight and obese adults. *FASEB J* 2016;30:293.1.

Chen Q, Li B, Martin I, Blumberg JB, Chen C-YO. Collagen peptides derived from Alaska pollock skin protect against TNFα-induced dysfunction of tight junctions in Caco-2 cells. *FASEB J* 2016;30:125.5.

Martin I, Macedo G, Blumberg JB, Chen C-YO. Tannase-treated grape pomace attenuates IL-1β-induced inflammation in Caco-2 cells. *FASEB J* 2016;30:269.4.

Jung H, Chen C-YO, Blumberg JB, Kwak H-K. Effects of almonds on cardiovascular risk factors in overweight and obese Koreans. *FASEB J* 2016;30:1175.5.

Rodriguez-Morato J, de la Torre R, Blumberg JB, Chen C-YO. Hydroxytyrosol is a more potent antioxidant than tyrosol. *FASEB J* 2016;30:404.8.

Cotton C, Westerman K, Van Roosebeke D, Kane AV, Tai A, Blumberg JB, Chen C-YO, Obin MS. Impacts of age, snack food, and whole and refined wheat on the rat fecal microbiome. *FASEB J* 2016;30:406.4.

Chen C-YO, Blumberg JB. Acute orange pomace consumption diminishes postprandial glycemic responses in healthy men. *FASEB J* 2016;30:419.3.

Walsh J, Haddock J, McKay DL, Collins FW, Blumberg JB, Chen C-YO. Identification of methylated avenanthramides in human plasma. *FASEB J* 2016;30:690.1.

McKay DL, Eliasziw M, Chen C-YO, Blumberg JB. Amelioration of cardiometabolic risk factors with a pecan-rich diet in overweight and obese adults. *FASEB J* 2016;30:1176.17.

## **INVITED PRESENTATIONS**

**1984:**

National Foundation for Ileitis and Colitis, Wilmington, MA
Current Concepts in Family Practice, East Carolina University, Greenville, NC

Nutrition and Aging, University of New England, S. Portland, ME
Governor's Conference on Aging, Worcester State College, Worcester, MA
Advanced Nutrition Seminar Series, Harvard University, Boston, MA
Toxicology Seminars, Northeastern University, Boston, MA
Regional Aging Network (Administration on Aging), Fairlee, VT
Nutrition Relevant to Pediatric Practice, Tufts University, Boston, MA
American College of Nutrition, Boston, MA
International Conference on Nutrients, Medicines and Aging, Rockefeller Foundation, Lake Como, Italy

**1985:**

Kennebec Valley Medical Center, Rockport, ME
Symposium on Aging and Health, Emory University, Atlanta, GA
Gerontology Institute, University of Massachusetts, Worcester, MA
International Advisory Committee on Aging to the Holy See, New York, NY
Symposium on Nutrition and Aging, University of Arkansas, Little Rock, AK
Bristol-Myers Symposium on Nutrition Research, Boston, MA
Tennessee Public Health Association, Nashville, TN
U.S. Senate Special Committee on Aging, Albuquerque, NM
Biomedical Information Corporation, Tampa, FL

**1986:**

Geriatric Research, Education and Clinical Center, VA Med. Center, West Roxbury, MA
New Jersey Nutrition Council, Jamesbury, NJ
U.S. Army 804th Hospital Center, Newton, MA
College of Medicine, University of Illinois, Peoria, IL
General Foods Technical Center, Tarrytown, NY
Medical Education Workshop, Prescott, AZ
University of Michigan, Ann Arbor, MI
GRECC, Veterans Administration Medical Center, Gainesville, FL
International Symposium on Vitamin E, Kyoto, Japan
Kyoto University, Kyoto, Japan
Kyowa Hakko Kogyo, Co. Ltd., Tokyo, Japan

**1987:**

University of California, School of Medicine, San Diego, CA
Institute for Research on Aging, La Jolla, CA
Massachusetts Dietetic Association, Boston, MA
Indian Medical Association of New England, Lenox, MA
McNeil Co., Philadelphia, PA
Joint Commission of Accreditation for Hospitals, NIH, Bethesda, MD
Rhode Island Dietetic Association, Warwick, RI
Conference on Nutrition and Aging, Frances Stern Nutrition Center/New England Medical Ctr., Boston, MA

**1988:**

Manchester Memorial Hospital, Manchester, CT
Weight Watchers Inc., New York, NY
Vitamin E Symposium, Henkel Corporation, Laguna Niguel, CA
Somerset Medical Center, Somerville, NJ
Japan Society of Nutrition and Food Sciences, Tokyo, Japan
Japan Oil Chemists' Society/Vitamin Society, Fukuoka, Japan
Eisai Co. Ltd., Nagoya, Japan
U.S. Ad Hoc Interagency Committee on Research on Aging, Bethesda, MD

NIA Summer Institute in Research on Aging, Warrenton, VA
Connecticut Dietetics Association, Farmington, CT
NIH Nutrition Coordinating Committee, Bethesda, MD
NIA Conference on Oral Function, Food Intake and Nutrition in the Elderly, Boston, MA

**1989:**

Joint Dietetic Internship Day, Frances Stern Nutrition Center, Boston, MA
Nutrition Roundtable, Miles Consumer Healthcare Division, Scottsdale, AZ
Institute of Health Policy Analysis, Georgetown University Medical Ctr., Boston, MA
Gerontology Institute of New Jersey, Princeton, NJ
Castel Ivano Symposia on Nutrition, Milan, Italy
Nestec Research Center, Vevy, Switzerland
Community Information Series, Tufts University, Boston, MA
Illinois Geriatric Education Center, University of Illinois at Chicago, IL
Emerson Hospital,  Concord, MA
Conference on Dietary Energy Intake, Aging and Diseases, NIH, Bethesda, MD
Case Western Reserve University Geriatric Education Center, Cleveland, OH
Successful Aging Teleconference, National Dairy Council, Tufts University, MA
Clintec International Inc., Chicago, IL

**1990:**

Center for the Study of Nutritional Medicine, Harvard University, Boston, MA
Vanderbilt University, Nashville, TN
Kraft General Foods, Tarrytown, NY
Baystate Medical Center, Springfield, MA
Department of Pharmacology, Tufts University, Boston, MA
Vitamin E Symposium, Henkel Corporation, Blaine, WN
Rush-Presbyterian-St. Luke's Medical Center, Chicago, IL
Michigan State University, East Lansing, MI
UMDNJ-Robert Wood Johnson Med. School, Rutgers University, New Brunswick, NJ
Council for Responsible Nutrition, Tucson, AZ
National Nutritional Foods Association, Boston, MA

**1991:**

Public Information Symposium, FASEB, Atlanta, GA
Harvard University, Boston, MA
Association of Practitioners in Infection Control, Nashville, TN
Massachusetts Dietetic Association, Boston, MA
Case Western Reserve University, Cleveland, OH
Center for Science in the Public Interest, Washington, D.C.
American Nutrition and Preventive Medicine Association, Atlanta, GA
International Symposium on Vitamin E, Kawashima, Japan
Kyowa Hakko Kogyo, Co. Ltd., Tokyo, Japan
Nutrition Summit Conference, Newport Beach, CA
General Mills, Minneapolis, MN
Shaklee U.S/Yamanouchi Pharmaceutical Co., Ltd., San Francisco, CA
University of Massachusetts, Amherst, MA
Nutrition for Optimal Health Association, Chicago, IL
Northrhine Academy of Medical Education (International Teleconference), Chicago, IL
Maine Dietetic Association Gerontological Practice Group, Boston, MA
International Life Sciences Institute-Nutrition Foundation, Washington, D.C.

**1992:**

Centro Internazionale di Studi Sull'Alimentazione, Rome, Italy
Holyoke Hospital, Holyoke, MA
Australian Council for Responsible Nutrition, Sydney, Australia
Phillip Institute of Technology, Bundoora, Australia
Nutritional Foods Association, Sydney, Australia
Carotenoid Interactive Research Group, Anaheim, CA
Ethical Culture Society, Boston, MA
J.R. Carlson Laboratories, Inc., Chicago, IL
Institute of Food Technology, New Orleans, LA
Temple University, Philadelphia, PA
Harvard University, Boston, MA
Rutgers University, Washington, D.C.
Institute for International Research, Chicago, IL
Underwood Elementary School, Newton, MA
Northeastern University, Boston, MA
Shaklee U.S/Yamanouchi Pharmaceutical Co., Ltd., San Francisco, CA
NuSkin International, Inc., Salt Lake City, UT
Society for Nutrition Education, Washington, D.C.
St. Vincent's Hospital, Worcester, MA
Cancer Treatment Centers of America, Tulsa, OK
American Geriatrics Society, Washington, D.C.
Cornell University, Ithaca, NY
East Tennesse State University, Johnson City, TN
Eastman Chemical Products, Inc., Kingsport, TN
Amway Australia, Inc., Las Vegas, NV
Takeda U.S.A., Inc., Chatham, MA
Veterans Administration Medical Center, Northampton, MA
Frances Stern Nutrition Center, New England Medical Center, Boston, MA
The World Press Institute, Macalester College, Boston, MA

**1993:**

Harvard University, Boston, MA
University of California at Los Angeles, Los Angeles, CA
Quaker Oats Company, Chicago, IL
Chicago Nutrition Association, Chicago, IL
Veterans Administration Medical Center, North Hampton, MA
General Mills Inc., Minneapolis, MN
Roche Vitamin Information Program, Toronto, Ontario
National Eldercare Institute, Chicago, IL
First International Symposium on Functional Medicine, Wailea, HI
Foundation for Long Term Care, Saratoga Springs, NY
Eastern Regional Osteopathic Conference, Atlantic City, NJ
New York Institute of Food Technologists, Islin, NJ
Springfield Municipal Hospital, Springfield, MA
American College for the Advancement of Medicine, Houston, TX
Westchester Dietetics Association, Westchester, NY
Center de Recherche I'Information Nutritionnelles, Boston, MA
Brigham and Women's Hospital, Boston, MA
Bristol-Myers Symposium on Nutritional Status and Function in the Elderly, Boston, MA
Council for Responsible Nutrition, Washington, D.C.
John L. McClellan Memorial Veterans' Hospital, Little Rock, AR
Food and Nutrition Board, Institute of Medicine, Washington, D.C.
International Life Sciences Institute, Washington, D.C.
MacArthur Foundation for Successful Aging, Palo Alto, CA

Department of Veterans Affairs Medical Center, Providence, RI
Beth Israel Hospital, Boston, MA
Subcommittee on Health and the Environment, U.S. House of Representatives, Washington, D.C.
Massachusetts College of Pharmacy, Boston, MA
Maine Dietetic Association, Bangor, ME
Ross Laboratories, Charleston, NC
National Institutes of Health, Bethesda, MD
Food and Drug Administration, Washington, D.C.
Oregon State Health Sciences University, Portland, OR
Good Samaritan Hospital, Portland, OR
Cornell University Medical College/Memorial Sloan-Kettering Cancer Center, New York, NY

**1994:**

University of Tokushima, Tokushima, Japan
Wakayama Medical College, Wakayama City, Japan
Society for Food Science and Technology, Hokkaido Branch, Sapporo, Japan
Tohoku University, Sendai, Japan
Symposium on Vitamin E in Human Health Care, Tokyo, Japan
Society for Vitamin E Science of Japan, Tokyo, Japan
Saga Research Institute, Otsuka Pharmaceutical Co., Ltd., Fukuoka, Japan
Teikyo University, Tokyo, Japan
Henkel Hakusui Corporation, Tokyo, Japan
Sanghyon Chemical Corporation, Seoul, Korea
Dong-A Pharma Co. Ltd., Seoul, Korea
Yuhan Corp., Seoul, Korea
Han-Dok Remedia Industrial Co., Ltd., Seoul, Korea
Daewoong Pharmaceutical Co., Ltd., Seoul, Korea
Massachusetts College of Pharmacy, Boston, MA
Marquette University, Milwaukee, WI
MetroWest Medical Center, Natick, MA
Cancer Treatment Centers of America, San Diego, CA
Washington State University, Pullman, WA
Massachusetts Dietetic Association, Boston, MA
European Academy of Nutrition Science, Cannes, France
International Conference on Adjuvant Nutrition and Chronic Disease, Toronto, Canada
International Conference on Antioxidant Vitamins and ß-Carotene in Disease Prevention, Berlin, Germany
Gatorade Sports Science Institute, Cancun, Mexico
New England American College of Sports Medicine, Boxborough, MA
University of New Hampshire, Boston, MA
Massachusetts Public Health Association, Boston, MA
Harvard University, Boston, MA
Takeda Canada Vitamin & Food, Inc., Toronto, Canada
American Dietetic Association, Orlando, FL
University of Tennessee, Memphis, TN
NutraCon 94: Developing and Marketing Functional Foods and Nutraceuticals, New Orleans, LA

**1995:**

World Health Organization/Food and Agriculture Organization, Nicosia, Cyprus
California Oxygen Society, San Francisco, CA
New Jersey Medical School, UMDNJ, Newark, NJ
American Heart Association (MA Chapter), Brookline, MA
American Gastroenterology Association, San Diego, CA
Henkel Corporation, Waikoloa, HI
American Society for Clinical Chemistry, Anaheim, CA

American College for the Advancement of Medicine, Colorado Springs, CO
National Medical Care, Inc./W.R. Grace Inc., Columbia, MD
American College of Nutrition, Washington, D.C.
Thailand Perinatology National Conference, Petchaburi, Thailand
Institute of Nutrition, Mahidol University, Bangkok, Thailand
Private Medical Practitioners Association of Selangor and Kuala Lumpur, Malaysia
Council for Responsible Nutrition, Squaw Creek, NV
Nephrology Division, Tufts/New England Medical Center, Boston, MA
Eastman Chemical Corporation, Johnson City, TN
American Academy for the Advancement of Medicine, Broadmoor, CO

**1996:**

Northeastern University, Boston, MA
Centre for the Exploitation of Science and Technology, Dedham, MA
Experimental Biology Symposium, AIN, Washington, D.C.
Illinois Dietetic Association, Chicago, IL
American Association of Clinical Chemists, Chicago, IL
UN/WHO Conference on Healthy Aging, New York, NY
International Congress on Alternative and Complementary Medicine, Alexandria, VA
Uniformed Services University of the Health Sciences/NIH, Bethesda, MD
Toxicology Forum, Aspen, CO
European Association for the Study of Diabetes, Vienna, Austria
Tucumán National University, Tucumán, Argentina
Mar del Plata Pharmaceutical College, Mar del Plata, Argentina
Ateneo de la Cáedra de Medicina del Hospital Interzonal General, Tucumán, Argentina
Buenos Aires University, Buenos Aires, Argentina
American Egg Board, Naples, FL
American College of Nutrition, San Francisco, CA
Hermes Symposium on Vitamin E, Boston, MA
Grandview Hospital, Philadelphia, PA
CVS Senior Expo, Washington, D.C.
3rd Simposio Argentino De Vitaminas, Minerales Y Micronutrientes En Medicina, Nutricion Y Salud, Buenos Aires, Argentina

**1997:**

The New York Hospital-Cornell Medical Center, New York, NY
Whitehall Robbins Corporation, Paris, France
Smithsonian Institute, Washington DC
Massachusetts College of Pharmacy, Framingham, MA
University of Illinois, Chicago, IL
FASEB Gordon Conference, Plymouth, NH
Natural Nutritional Foods Association, Las Vegas, NV
World Congress of Clin Nutrition, Banff, AL, Canada
International Congress of Nutrition, Montreal, QB, Canada
European Academy of Nutrition Sciences, Nice, France

**1998**

Bose Research Institute, Calcutta, India
Internatl. Symposium on Endocrine and Molecular Interventions in Aging, Tampa, FL
Forum on Drug and Hormone Interventions with Aging, Tampa, FL
Obici Hospital, Suffolk, VA
U.K. Guild of Health Writers/Royal Society of Medicine, London, England
1st Annual VERIS Lecture, Royal Society, London, England

International Society of Free Radical Research, São Paulo, Brazil
Escola De Educaçã Física, Universidade De São Paulo, São Paulo, Brazil
Hoffmann-LaRoche Limited VIP Editors Conference, Toronto, Canada
2nd International Symposium on Tea and Health, Washington, D.C.
Newton North High School, Newton, MA
Food and Nutrition Board, Institute of Medicine, Washington, D.C.
Body Wise International, Inc., Houston, TX
Food Processing: Wellness Foods, Chicago, IL
The North American Menopause Society, Toronto, Canada
WHO Joint Expert Consultation on the Development of Nutrition Guidelines for the Elderly, Boston, MA
General Mills, Minneapolis, MN

**1999:**

Baylor University Medical Center, Dallas, TX
European Antioxidant Symposium, Palma de Mallorca, Spain
III Symposio Internacional Antioxidantes y Calidad de Vida, Buenos Aires, Argentina
Primer Encuentro Nacional Sobre Calidad De Vida En La Tercera Edad, Buenos Aires
Sanatorio Allende, Coronado, Argentina
Roche Seminar on Dietary Antioxidants, Mendoza, Argentina
American Dietetics Association, Atlanta, GA
American Academy of Physician Assistants, Atlanta, GA
M&M/Mars, de Ruwenberg B.V., Holland
University of California Center on Human Nutrition, Los Angeles
Pan American Congress of Gastroenterology, Vancouver, British Columbia
ASPEN Audio Teleconference: Utility of Antioxidants

**2000:**

American Egg Board/Egg Nutrition Center, Amelia Island, FL
Linus Pauling Institute, Oregon State University, Corvallis, OR
State Health Education Council of West Virginia, Canaan Valley, WV
Vanderbilt University School of Medicine, Nashville, TN
General Mills, Minneapolis, MN
National Congress of Geriatrics and Gerontology, Barcelona, Spain
Almond Board of California, San Diego, CA
University of Arkansas School of Medicine, Little Rock, AR
Tea Council of the USA, Las Croabas, Puerto Rico
Kraft Foods, Glenview, IL
American Association of Retired Persons, Alexandria, VA
The Forsyth Institute, Boston, MA

**2001:**

FASEB Summer Research Conference, Tucson, AZ
Amercian College of Sports Medicine, Baltimore, MD
2nd International Conference on Oxidative Stress and Aging, Maui, HI
Diet and Optimum Health (Linus Pauling Institute), Portland, OR
Fourth International Symposium on Nutraceuticals and Functional Ingredients, Geneva, Switzerland
Food 3000 (American Dietetic Association Spokepersons), Rome, Italy
Environmental Health Sciences Center, University of Wisconsin, Madison, WI
International Congress of Nutrition, Vienna, Austria
National Institute of Environmental Health Sciences, Research Triangle Park, NC
9th Annual Conference on Women's Health & Gender-Based Medicine, Washington, DC
American Dietetic Association, St. Louis, MO
Oldway Preservation Exchange and Trust, Boston, MA

**2002:**

American College for Advancement in Medicine, Fort Lauderdale, FL
3rd International Symposium on Tea and Health, Washington, D.C.
5th International Symposium on Nutraceuticals and Functional Ingredients, Geneva, Switzerland
Cargill Corporation, Minneapolis, MN
Council on Aging, Watertown, MA
Cornell University, Ithaca, NY
Health Supplements Information Service, London, UK
National Natural Foods Association, Las Vegas, NV
California Avocado Commission, Santa Barbara, CA
Chinese Institute of Food Science and Technology, Xi'an, China
International Life Sciences Institute, Bejing, China
Tea Association Convention, Palm Springs, CA
Dole Food Company, Inc., Westlake Village, CA

**2003:**

American Egg Board/Egg Nutrition Center Health Communicators Conference, Amelia Is., FL
American Society for Horticultural Science, Providence, RI
Experimental Biology Symposium - Nutrition & Exercise: At The Crossroads, San Diego, CA
Estee Lauder, Melville, NY
Scientific Bases of Alternative Medicine, University of Chicago, Chicago, IL
Diet and Optimal Health Conference, Linus Pauling Institute, Portland, OR
National Cancer Institute, Bethesda, MD
SupplySide East International Trade Show and Conference, Secaucus, NJ
Specialty Tea Institute, Boston, MA
First International Scientific Symposium on Eggs and Human Health, Washington, DC
California Avocado Commission, Rancho Valencia, CA
Multivitamins and Public Health: Exploring the Evidence, Washington, DC

**2004:**

Nutrition and Health: State of the Science & Clinical Applications, University of Arizona, Tucscon, AZ
Administracion Nacional de Medicamentos Alimentos y Tecnologia, Buenos Aires, Argentina
Eastern Tennessee State University, Johnson City, TN
University of Massachusetts Medical School, Worcester, MA
New York Academy of Sciences Conference on Vitamin E and Health, Boston, MA
Celestial Seasonings, Boulder, CO
American Dietetic Association, Anaheim, CA
5th International Conference and Exhibition on Nutraceuticals and Functional Foods, San Francisco, CA
Korean Society of Food and Nutrition Science, Jeju Island, South Korea
Pillsbury Bake-Off, Hollywood, CA
SupplySide West International Trade Show and Conference, Las Vegas, NV
Longwood Nutrition Seminar, Harvard Medical School, Boston, MA

**2005:**

Safety and Benefits of Vitamin E and Other Antioxidants Conference, Univ. Southern California, Los Angeles
British Columbia Functional Food and Nutraceutical Network, University of British Columbia, Vancouver
California Avocado Commission, Laguna Beach, CA
Gerontological Society of America, Orlando, FL
Diet and Optimum Health Conference, Oregon State University, Portland, OR
Nutrition and Health Conference, University of Arizona, Tucson, AZ
American Dietetic Association, St. Louis, MO

Unilever Health Institute, Rotterdam, The Netherlands
Beverage Institute for Heath and Wellness (Coca-Cola Co.), Houston, TX
American Aging Association, Oakland, CA
International Life Sciences Institute-China, Beijing, China
6th International Conference on Food Science and Technology, Guangzhou, China
2nd International Conference on Polyphenols and Health, Davis, CA

**2006:**

General Medical Associates, New England Medical Center, Boston, MA
American Association for the Advancement of Science, St. Louis, MO
Nutrition and Health Conference, Columbia University, New York, NY
International Academy of Oral Medicine and Toxicology, Washington, DC
Milken Institute, Santa Monica, CA
American College of Nutrition, Reno, NV
Japanese National Institutes of Health, Tokyo, Japan
The Hershey Company, Hershey, PA
California Walnut Commission, Napa, CA

**2007:**

University Rovira Virgilli, Reus, Spain
Universitat Autònoma de Barcelona, Spain
Food 3000 (Porter-Novelli), Athens, Greece
Nuts and Health Symposium, University of California, Davis
University of California Irvine School of Medicine and Samueli Institute, Newport Beach, CA
Focus on the Future Executive Conference & Retreat (Virgo Publishing), Scottsdale, AZ
Asian Congress on Nutrition, Taipei, Taiwan
International Life Science Institute, Beijing, China
Subang Jaya Medical Centre, Kuala Lumpur, Malaysia
KK Women & Children's Hospital in Singapore
Health Promotion Board, Singapore
American College for Advancement in Medicine, Phoenix, AZ
Nutrition and Health Conference, University of Arizona/Columbia University, San Diego, CA
Institute of Food Technologists, Chicago, IL
SupplySide East, Secaucus, NJ
4th International Symposium on Tea and Human Health, Washington, DC
University of Arizona, Tucson, AZ
Northeastern University, Boston, MA

**2008:**

Council for Responsible Nutrition, Pentagon City, VA
Nutrition and Health Conference, University of Arizona/Columbia University, Phoenix, AZ
New York Academy of Science, New York, NY
Harvard Medical School Osher Research Center, Boston, MA
Sports and CVD Nutritionists (SCAN), American Dietetics Association, Boston, MA
Tufts-Unilever Strategic Research Alliance, Boston, MA
Singapore Health Promotion Board, Singapore
Thai Pharmacies Association, Bangkok, Thailand
Iona College, New Rochelle, NY
Workshop on Evidence-based Nutrition, Creighton University, Omaha, NB
National Nutrient Databank Conference, Ottawa, Ontario, Canada
24th International Conference on Polyphenols, Salamanca, Spain
Supply Side West, Las Vegas, NV

**2009:**

Kronos Longevity Research Institute, Phoenix, AZ
University of Nebraska Medical Center, Omaha, NE
Nutracon/ExpoWest, Anaheim, CA
International Congress of Nutrition, Bangkok, Thailand
Institute of Food Technologists, Anaheim, CA
Nutrition and Health Conference, University of Arizona, Chicago, IL
Diet and Optimum Health Conference, Portland, OR
Canadian Nutrition Societies, Quebec City, Quebec, Canada
California Walnut Commission, San Diego, CA
Osher Lifelong Learning Institute, Tufts University, Medford, MA
Novus International, St. Louis, MO

**2010:**

Alcon Laboratories, Dallas, TX
Council for Responsible Nutrition – International, Geneva, Switzerland
Department of Community and Family Medicine, Dartmouth Medical School, Lebanon, NH
International Alliance of Dietary Supplement Associations, Beijing, China
Institute of Food Technologists, Chicago, IL
Nutrition and Health Conference, University of Arizona, Atlanta, GA
Nutracon/ExpoWest, Anaheim, CA
Endocrine National Level Congress, Seoul, Korea
The Royal College of Physicians, Bangkok, Thailand
Ramathibodi Hospital, Mahidol University, Bangkok, Thailand
New England Older Americans Act Reauthorization Hearing, Boston , MA
Department of Nutrition and Food Science, Texas A&M University, College Station, TX (remote lecture)
GRECC, Central Arkansas Veterans Healthcare System; Univ. of Arkansas for Medical Sciences, Little Rock, AR
ScienceBased Health, Chicago, IL
American Dietetic Association, Boston, MA

**2011:**

Institute of Medicine Food Forum, National Academies of Science, Washington DC
Northeast Massachusetts Dietetic Association, Beverly, MA
Nutrition and Health Conference, University of Arizona, San Francisco, CA
Osher Lunch & Learn Program, Tufts University, Medford, MA
Sloan Epidemiology Center, Boston University, Boston , MA
International Alliance of Dietary Supplement Manufacturers, Buenos Aires, Argentina
European Congress of Nutrition, Madrid, Spain
International Conference on Polyphenols and Health. Barcelona, Spain
Wissotzky Tea Workshop on Tea and Health, Jerusalem, Israel
Program in Pharmacology and Experimental Therapeutics, Tufts University, Boston, MA

**2012:**

ASN Advances and Controversies in Clinical Nutrition Conference, Chicago, IL
1st ASN Middle East Congress on Nutrition in Health and Disease, Istanbul, Turkey
International Food and Agricultural Congress, Antalya, Turkey
5th International Scientific Symposium on Tea & Human Health, USDA, Washington, DC
Nutrition and Health Conference, University of Arizona, Boston, MA
Institute of Food Technologists 'Wellness 2012', Chicago, IL
National Coffee Association, Charleston, SC
ASN Advances and Controversies in Clinical Nutrition, Chicago, IL

Mérieux Foundation, Annecy, France
McGill University, Montreal, Canada
American College of Nutrition, Morristown, NJ
University of Connecticut, Storrs, CT
University of Basel, Switzerland

**2013:**

California Walnut Commission, Carlsbad, CA
Nutrition and Health Conference, Univeristy of Arizona, Seattle, WA
Osher Research Center, Harvard Medical School, Boston, MA
American College of Nutrition, San Diego, CA
6th International Conference on Polyphenols and Health, Buenos Aires, Argentina
Korea Nutrition Society, Seoul, South Korea
Ewha Womans University, Seoul, South Korea
Clinical and Translational Science Institute, Tufts University, Boston, MA

**2014:**

Canadian Tech Accelerator, Canadian Consulate General, Boston, MA
Ocular Nutrition Society/Vision Expo East, New York, NY
Russell Klein Nutrition Research Symposium, Ohio State University, Columbus, OH
World Tea Exposition, Long Beach, CA
Experimental Biology, San Diego, CA
5th Advanced Regulatory and Compliance Summit on Food & Beverage Marketing and Advertising, Chicago, IL
International Life Sciences Institute-North America Workshop, Role and use of nutritional studies in evaluating the
    safety of a food or ingredient, Washington, DC
Guangzhou International Symposium for Nutrition and Health, Guangzhou, China
Sericulture and Agri-Food Research Institute, Guangzhou, China
Food Safety, Security, and Defense: Focus on Food and the Environment, Institute on Science for Global Policy,
    Cornell University, Ithaca, NY
Day of Science Workshop, Council for Responsible Nutrition, Laguna Niguel, CA
ASN Advances and Controversies in Clinical Nutrition, National Harbor, MD

**2015:**

12th Annual Natural Supplements: An Evidence Based Update, San Diego, CA
Integrative Healthcare Symposium, New York, NY
Nutrition and Health Conference, University of Arizona, Phoenix, AZ
Interdepartmental Nutrition Program Seminar, Purdue University, West Lafayette, IN
BASF Science Symposium Sustainable Food Chain: From Field to Table, Chicago, IL
Korean Society for Food Science and Nutrition, Pyeongchang, South Korea
Ewha Womans University, Seoul, South Korea
Korea National Open University, Seoul, South Korea
American Association of Cereal Chemists International, Minneapolis, MN
Canada Nutrition Society, Winnipeg, Manitoba, Canada
Council for Responsible Nutrition International, Frankfurt, Germany
National Association of Doctors Congress in Guanacaste, Costa Rica

**2016:**

13th Annual Natural Supplements: An Evidence-Based Update, San Diego, CA
Nutrition News Forecast, Academy of Nutrition and Dietetics, Denver, CO
Middle East Dietary Supplements Consensus Meeting, Dubai, United Arab Emirates
Fresenius Kabi Deutschland GmbH, Bad Homburg, Germany
The Personalized Nutrition Congress, Boston, MA

Academy of Nutrition and Dietetics Foundation, Boston, MA

**2017:**

Nutrition and Health Conference, University of Arizona, Phoenix, AZ
International Congress of Nutrition, Buenos Aires, Argentina
International Alliance of Dietary/Food Supplement Associations, Seoul, South Korea

# Exhibit B

# <u>Previous Expert Testimony</u>

**Dr. Jeffrey Blumberg, Declaration**

## <u>Report & Deposition</u>

1) *Johns v. Bayer Corporation and Bayer Healthcare, LLC*, Case 09-CV-1935-AJB (S.D. Cal.)

2) *Bohn v. Pharmavite, LLC*, 2:11-cv-10430 (C.D. Cal.)

3) *Bradach v. Pharmavite* LLC, 2:14-cv-03218- (C.D. Cal.)

4) *United States of America v. Bayer Corporation*, Civil Action No. 07-00001 (D.N.J.)

## <u>Only Expert Report</u>

1) *De Keczer v. Tetley USA, Inc.*, Case 12-02409-EJD (N.D. Cal.)

2) *Khasin v. R.C. Bigelow*, Case No. 3:12-cv-02204-JSW (N.D. Cal.)

3) *Victor v. R.C. Bigelow*, Case No. 3:13-cv-02976-WHO (N.D. Cal.)

4) *Gallagher v. Bayer AG*, Case No. 3:14-cv-04601-WHO (N.D. Cal.)

# Exhibit C

# <u>Documents Considered</u>

### Dr. Jeffrey Blumberg, Declaration

In addition to all of the references and items cited in my report, I have relied on my education, experience and expertise.  In particular I have written about and studied nutrients, minerals, and vitamins for decades.  I also considered the relevant literature and the following:

- Plaintiffs' Second Amended Complaint

- FTC Guidance on Dietary Supplement Claims

- FDA Guidance on Dietary Supplement Claims

- The Court's previous opinions regarding Bayer's motion to dismiss

- Deposition transcripts of named-Plaintiffs

- Expert declaration and deposition of Dr. Edward Blonz

**<u>One A Day Labels and Packaging</u>**
- DEF-0003983 to DEF-0004505

**<u>Television Advertisements</u>**
- DEF-0005310

- DEF-0005311

- DEF-0005328

- DEF-0005329

- DEF-0005330

- DEF-0005340

- DEF-0005341

- DEF-0005389

- DEF-0005390

- DEF-0005392

- DEF-0005393
- DEF-0005394
- DEF-0005395
- DEF-0005396
- DEF-0005397
- DEF-0005398
- DEF-0005399
- DEF-0005446
- DEF-0005447
- DEF-0005928
- DEF-0005930
- DEF-0005951
- DEF-0005953
- DEF-0006024
- DEF-0006031
- DEF-0006046
- DEF-0006047
- DEF-0006191
- DEF-0006205
- DEF-0006424
- DEF-0006431
- DEF-0006441
- DEF-0006470
- DEF-0006639

- DEF-0006640
- DEF-0006645
- DEF-0006658
- DEF-0006683
- DEF-0006703
- DEF-0006704
- DEF-0006706
- DEF-0006717
- DEF-0006721
- DEF-0006724
- DEF-0006727
- DEF-0006734
- DEF-0006739
- DEF-0006753
- DEF-0006757
- DEF-0006763
- DEF-0006764
- DEF-0006767
- DEF-0006768
- DEF-0006820
- DEF-0016672
- DEF-0016673
- DEF-0016674
- DEF-0016675

- DEF-0016755

- DEF-0016764

- DEF-0016889

- DEF-0016942

- DEF-0017052

- DEF-0017179

- DEF-0017362

- DEF-0017579

- DEF-0017735

**<u>Bayer Produced Substantiation Documents</u>**
- DEF-0000139 to DEF-0003831, DEF-0003840 to DEF-0003862, DEF-0003978 to DEF-0003982.

- DEF-0003832 to DEF-0003839, DEF-0003951 to DEF-003974, DEF-0016345 to DEF-0016353, DEF-0003975 to DEF-0003977, DEF-0016354 to DEF-0016362, DEF-0003975 to DEF-0003982, DEF-0016184 to DEF-0016184.