| | |
|---|---|
| **KAPLAN FOX & KILSHEIMER LLP**<br>Laurence D. King (SBN 206423)<br>*lking@kaplanfox.com*<br>Linda M. Fong (SBN 124232)<br>*lfong@kaplanfox.com*<br>350 Sansome Street, Suite 400<br>San Francisco, California 94104<br>Telephone: (415) 772-4700<br>Facsimile:   (415) 772-4707 | **SIDLEY AUSTIN LLP**<br>Jonathan F. Cohn (*pro hac vice*)<br>*jcohn@sidley.com*<br>Benjamin M. Mundel (*pro hac vice*)<br>*bmundel@sidley.com*<br>1501 K Street, N.W.<br>Washington, D.C. 20005<br>Telephone: (202) 736.8000<br>Facsimile: (202) 736.8711 |
| **KAPLAN FOX & KILSHEIMER LLP**<br>Robert N. Kaplan (admitted *pro hac vice*)<br>*rkaplan@kaplanfox.com*<br>850 Third Avenue, 14th Floor<br>New York, New York 10022<br>Telephone: (212) 687-1980<br>Facsimile:   (212) 687-7714 | **SIDLEY AUSTIN LLP**<br>Ryan M. Sandrock (SBN 251781)<br>*rsandrock@sidley.com*<br>555 California Street, Suite 2000<br>San Francisco, CA 94104<br>Telephone: (415) 772.1200<br>Facsimile: (415) 772.7400 |
| **STANLEY LAW GROUP**<br>Stephen Gardner (admitted *pro hac vice*)<br>*steve@consumerhelper.com*<br>Amanda Howell (admitted *pro hac vice*)<br>*ahowell@stanleylawgroup.com*<br>6116 N. Central Expy., Ste. 1500<br>Dallas, Texas 75206<br>Telephone: (214) 443-4300<br>Facsimile: (214) 443-4316 | *Attorneys for Defendants Bayer AG, Bayer Corporation, and Bayer HealthCare LLC* |

*Interim Class Counsel*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| COLLEEN GALLAGHER, ILANA FARAR, ANDREA LOPEZ, JOANN CORDARO, and ROSANNE COSGROVE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BAYER AG, BAYER CORPORATION, and BAYER HEALTHCARE LLC,<br><br>Defendants. | Case No. 14-cv-04601-WHO<br><br>**STIPULATION AND ORDER FOR FURTHER EXTENSION OF CASE DEADLINES** |

Pursuant to Civil Local Rule 6-2, the parties stipulate to and jointly request a short extension of case deadlines and motion hearing date.

**Procedural History and Prior Extensions**. An initial case management scheduling order was entered on October 16, 2014. Dkt. 5. By stipulation, the Court entered an amended case management scheduling order on December 22, 2014. Dkt. 38. Following an in person meet and confer, on December 11, 2015 the Court entered a revised briefing and discovery schedule. Dkt. 92.

On June 7, 2016, Counsel for Plaintiffs Ilana Farar, Andrea Lopez, and Rosanne Cosgrove ("Plaintiffs") and Counsel for Defendants Bayer AG, Bayer Corporation, and Bayer HealthCare LLC (collectively, "Bayer") appeared before the Court telephonically to resolve a discovery dispute concerning the scope of Plaintiffs' Third Requests for Production. Dkt. 115. As part of its ruling, the Court extended the close of fact discovery from May 9, 2016 until July 9, 2016. *Id.*

On July 8, 2016, the parties filed a stipulation and proposed order on discovery and scheduling. Dkt. 119. Pursuant to the stipulation, the Court extended the discovery schedule which included extending the close of fact discovery from July 9, 2016 to September 9, 2016. Dkt. 120.

On September 6, 2016, Bayer filed a motion for extension of case deadlines to complete discovery which Plaintiffs did not oppose. Dkt. 124. The Court granted the motion and extended all case deadlines by 60 days.

On April 3, 2017, the Court reset deadlines as to the Motion for Summary Judgment Hearing for May 31, 2017 to fall on the law and motion calendar and coincide with the hearing on the Motion for Class Certification.

On February 1, 2017, the parties filed a joint stipulation for further extension of case deadlines (Dkt. 132). The purpose of the extension was to permit Bayer to depose Plaintiffs' expert witness Dr. Blonz on March 8, who was unavailable before then. The date for Bayer's response to Plaintiffs' class certification motion was March 13, 2017, and the parties sought an extension of deadlines to provide Bayer with the opportunity to

depose Dr. Blonz and with adequate time to prepare its response brief. The Court granted the parties' joint request and moved the Class Certification Response from March 13, to March 24, 2017, Class Certification Reply from April 27 to May 10, 2017 and the Class Certification Hearing from May 17, to May 30, 2017.

**Scheduling of Expert Depositions**. On March 24, 2017, Bayer filed its opposition to class certification (Dkt. 135) and a motion for summary judgment ("MSJ") which it set for May 30, 2017 (Dkt. 136). Bayer's filings contained two expert reports, one from Dr. Jeffrey Blumberg (Dkt. 135-3), and the other from Dr. Ran Kivetz (Dkt. 135-4).

The parties agreed that Plaintiffs may depose Dr. Blumberg on April 14 in Boston and depose Dr. Kivetz on May 12 in New York.

Currently, the date for Plaintiffs' response to the summary judgment motion is due April 7, 2017 [pursuant to Local Rule 7.3(a)] and their reply in support of class certification is May 10, 2017.

The Parties have agreed to a short extension of deadlines to allow to Plaintiffs adequate time to depose Bayer's experts and prepare their class certification reply brief and brief in opposition to summary judgment.[1]

**Requested Extension**. The parties respectfully request that the Court extend the following case deadlines as follows:

|  | **Current date** | **Requested date** |
| --- | --- | --- |
| Summary Judgment Opposition | April 7, 2017 | July 7, 2017 |
| Class Certification Reply | May 10, 2017 | July 7, 2017 |
| Summary Judgment Reply | April 14, 2017 | August 7, 2017 |
| Hearing on both motions | May 31, 2017 | August 23 or later |

---

[1] Plaintiffs have suggested that they might disclose additional experts. Bayer does not consent or agree to a belated disclosure of an expert and it reserves its rights to oppose any expert retained by Plaintiffs in connection with their MSJ opposition and class certification Reply.

The only effect on the schedule of the case (aside from briefing deadlines) would be to move the hearing on class certification and summary judgment from May 31, 2017 to August 23, 2017.

DATED: April 7, 2017

| **KAPLAN FOX & KILSHEIMER LLP** | **SIDLEY AUSTIN LLP** |
|---|---|
| By: /s/ *Laurence D. King* <br>     Laurence D. King | By: /s/ *Jonathan F. Cohn* <br>     Jonathan F. Cohn |
| Laurence D. King (SBN 206423) <br> lking@kaplanfox.com <br> Linda M. Fong (SBN 124232) <br> lfong@kaplanfox.com <br> 350 Sansome Street, Suite 400 <br> San Francisco, California 94104 <br> Telephone: (415) 772-4700 <br> Facsimile:  (415) 772-4707 | Jonathan F. Cohn (*pro hac vice*) <br> jcohn@sidley.com <br> Benjamin M. Mundel (*pro hac vice*) <br> bmundel@sidley.com <br> 1501 K Street, N.W. <br> Washington, D.C. 20005 <br> Telephone: (202) 736.8000 <br> Facsimile: (202) 736.8711 |
| **KAPLAN FOX & KILSHEIMER LLP** <br> Robert N. Kaplan (admitted *pro hac vice*) <br> rkaplan@kaplanfox.com <br> 850 Third Avenue, 14th Floor <br> New York, New York 10022 <br> Telephone: (212) 687-1980 <br> Facsimile:  (212) 687-7714 | **SIDLEY AUSTIN LLP** <br> Ryan M. Sandrock (SBN 251781) <br> rsandrock@sidley.com <br> 555 California Street, Suite 2000 <br> San Francisco, CA 94104 <br> Telephone: (415) 772.1200 <br> Facsimile: (415) 772.7400 |
| **STANLEY LAW GROUP** <br> Stephen Gardner (admitted *pro hac vice*) <br> steve@consumerhelper.com <br> Amanda Howell (admitted *pro hac vice*) <br> ahowell@stanleylawgroup.com <br> 6116 N. Central Expy., Ste. 1500 <br> Dallas, Texas 75206 <br> Telephone: (214) 443-4300 <br> Facsimile:  (214) 443-4316 | *Attorneys for Defendants Bayer AG, Bayer Corporation, and Bayer HealthCare LLC* |

*Interim Class Counsel*

### SIGNATURE ATTESTATION

The foregoing Stipulation and Proposed Order complies with Civil Local Rule 5-1(i)(3), I hereby attest that Mr. Cohn has concurred in this filing.

Dated: April 7, 2017

                                      /s/ *Laurence D. King* <br>
                                        Laurence D. King

**PURSUANT TO STIPULATION, IT IS ORDERED:**

- The Summary Judgment Opposition deadline is extended from April 7, 2017 to July 7, 2017.
- The class certification reply deadline is extended from May 10, 2017 to July 7, 2017.
- The Summary Judgment Reply deadline is extended from April 14, 2017 to August 7, 2017.
- The class certification and summary judgment hearing is continued from May 31, 2017 to August 23, 2017 at 2:00 pm.

Dated: April 10, 2017

_____
William H. Orrick
United States District Judge