Jonathan F. Cohn (admitted pro hac vice)
jcohn@sidley.com
Benjamin M. Mundel (admitted pro hac vice)
bmundel@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736.8000
Facsimile: (202) 736.8711

Ryan Sandrock (SBN 251781)
rsandrock@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772.1200
Facsimile: (415) 772.7400

Attorneys for Defendants
Bayer Corporation and Bayer HealthCare LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| COLLEEN GALLAGHER, ILANA FARAR, ANDREA LOPEZ, JOANN CORDARO, and ROSANNE COSGROVE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BAYER AG, BAYER CORPORATION, and BAYER HEALTHCARE LLC,<br><br>Defendants. | Case No. 14-cv-04601-WHO<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION** |

1   Defendants Bayer Corporation and Bayer HealthCare, LLC (collectively, "Bayer") submit
2   this Response to Plaintiffs' Administrative Motion to File Under Seal Plaintiffs' Reply in Support
3   of Motion for Class Certification (Dkt. 142).  In accordance with this Court's Local Rules, the
4   Court's Standing Order on Administrative Motions to File Under Seal, and the public interest in
5
6   disclosure, Bayer does not request that any portion of Plaintiffs' class certification reply or any
7   exhibits attached thereto remain under seal.
8
9   Dated: July 11, 2017                                SIDLEY AUSTIN LLP
10
11                                                     By: /s/  Jonathan F. Cohn
12                                                     *Attorney of Record for Defendants Bayer
                                                       Corporation and Bayer HealthCare LLC*
13
14                                                     Jonathan F. Cohn (admitted pro hac vice)
                                                       jcohn@sidley.com
15                                                     Benjamin M. Mundel (admitted pro hac vice)
                                                       bmundel@sidley.com
16                                                     SIDLEY AUSTIN LLP
                                                       1501 K Street, N.W.
17                                                     Washington, D.C. 20005
                                                       Telephone:  (202) 736.8000
18                                                     Facsimile:   (202) 736.8711

19                                                     Ryan Sandrock (SBN 251781)
                                                       rsandrock@sidley.com
20                                                     SIDLEY AUSTIN LLP
                                                       555 California Street, Suite 2000
21                                                     San Francisco, CA 94104
                                                       Telephone:  (415) 772.1200
22                                                     Facsimile:   (415) 772.7400
23
24
25
26
27
28