| | |
|---|---|
| Jonathan F. Cohn (*pro hac vice*) | Laurence D. King (SBN 206423) |
| jcohn@sidley.com | lking@kaplanfox.com |
| Benjamin M. Mundel (*pro hac vice*) | Linda M. Fong (SBN 124232) |
| bmundel@sidley.com | lfong@kaplanfox.com |
| SIDLEY AUSTIN LLP | 350 Sansome Street, Suite 400 |
| 1501 K Street, N.W. | San Francisco, California 94104 |
| Washington, D.C. 20005 | Telephone: (415) 772-4700 |
| Telephone: (202) 736.8000 | Facsimile: (415) 772-4707 |
| Facsimile: (202) 736.8711 | |
| | KAPLAN FOX & KILSHEIMER LLP |
| Ryan M. Sandrock (SBN 251781) | Robert N. Kaplan (pro hac vice) |
| rsandrock@sidley.com | rkaplan@kaplanfox.com |
| SIDLEY AUSTIN LLP | 850 Third Avenue, 14th Floor |
| 555 California Street, Suite 2000 | New York, New York 10022 |
| San Francisco, CA 94104 | Telephone: (212) 687-1980 |
| Telephone: (415) 772.1200 | Facsimile: (212) 687-7714 |
| Facsimile: (415) 772.7400 | |
| | STANLEY LAW GROUP |
| Attorneys for Defendants | Stephen Henry Gardner (*pro hac vice*) |
| Bayer AG, Bayer Corporation, and Bayer HealthCare LLC | steve@consumerhelper.com |
| | Amanda Howell (*pro hac vice*) |
| | ahowell@stanleylawgroup.com |
| | 6116 N. Central Expressway, Suite 1500 |
| | Dallas, Texas 75206 |
| | Telephone: (214) 443-4316 |
| | Facsimile: (214) 447-9469 |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| COLLEEN GALLAGHER, ILANA FARAR, ANDREA LOPEZ, JOANN CORDARO, and ROSANNE COSGROVE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BAYER AG, BAYER CORPORATION, and BAYER HEALTHCARE LLC,<br><br>Defendants. | Case No. 14-cv-04601-WHO<br><br>**STIPULATION AND ORDER FOR FURTHER EXTENSION OF CASE DEADLINES** |

Pursuant to Civil Local Rule 6-2, the parties stipulate to and jointly request a brief extension of case deadlines. A brief 30-day extension of deadlines is requested to provide Bayer with adequate time to depose the survey expert Plaintiffs disclosed on July 7, 2017 and prepare its reply brief.

**<u>Procedural History and Prior Extensions</u>**. An initial case management scheduling order was entered on October 16, 2014. Dkt. 5. By stipulation, the Court entered an amended case management scheduling order on December 22, 2014. Dkt. 38. Following an in person meet and confer, on December 11, 2015 the Court entered a revised briefing and discovery schedule. Dkt. 92.

During a discovery hearing on June 7, 2016, the Court extended the close of fact discovery from May 9, 2016 until July 9, 2016. Dkt. 115.

On July 8, 2016 the parties filed a stipulation and proposed order on discovery and scheduling. Dkt. 119. Pursuant to the stipulation, the Court extended the discovery schedule which included extending the close of fact discovery from July 9, 2016 to September 9, 2016. Dkt. 120.

On September 6, 2016, Bayer filed a motion for extension of case deadlines to complete discovery which Plaintiffs did not oppose. Dkt. 124. The Court granted the motion and extended all case deadlines by 60 days. Dkt. 125.

On February 1, 2017, the parties filed a joint stipulation for further extension of the case deadlines to permit Bayer to depose Plaintiff's expert witness Dr. Blonz on March 8, who was unavailable before that date, and have adequate time to prepare its response brief. The Court granted the motion for extension of case deadlines and moved the Class Certification Response deadline from March 13, to March 24, 2017, the Class Certification Reply from April 27, to May 10, 2017 and the Class Certification Hearing from May 17, to May 30, 2017.

On April 7, 2017, the parties filed a joint stipulation for further extension of the case deadlines. The parties requested the extension to allow Plaintiffs time to depose both of Bayer's expert witnesses, Dr. Blumberg and Dr. Kivetz, who were available for deposition April 14 and May 12 respectively, and time to prepare its responses to Bayer's opposition to Plaintiffs' Motion for Class Certification and Bayer's Motion for Summary Judgement. The Court granted the motion and moved the date for Plaintiffs' Summary Judgment Response from April 7, 2017 to July 7, 2017,

(1)

Plaintiffs' Class Certification Reply from May 10, 2017 to July 7, 2017, Defendant's Summary Judgment Reply from April 14, 2017 to August 7, 2017, and the hearing on both motions from May 31, 2017 to August 23, 2017. Dkt. 139.

**Scheduling of Expert Deposition**.

On July 7, 2017, with their Class Certification Reply and Opposition to Defendants' Motion for Summary Judgment, Plaintiffs' disclosed an additional expert witness, Dr. Jonathan Hibbard. Bayer is seeking to depose Dr. Hibbard, who is available for deposition on August 1, 2017. Currently, the date for Bayer's response to Plaintiffs' opposition to Bayer's Motion for Summary Judgement is August 7, 2017. Additionally, lead counsel for Bayer has numerous hearings and briefs due between the current date and August 7. A brief 30-day extension of deadlines is requested to provide Bayer with adequate time to depose Dr. Hibbard and prepare its reply brief.

**Requested Extension**. The parties respectfully request that the Court extend the following case deadlines as follows:

| **Deadline** | **Current Date** | **Requested Date** |
|---|---|---|
| Summary Judgment Reply | August 7, 2017 | September 6, 2017 |
| Class Certification and Summary Judgment Hearing | August 23, 2017 | September 22, 2017 |
| This request does not impact any other deadlines in the case. | | |

| | | |
|---|---|---|
| Dated: July 11, 2017 | | Dated: July 11, 2017 |
| STANLEY LAW GROUP | | SIDLEY AUSTIN LLP |
| By: /s/ Stephen Gardner | | By: /s/ Jonathan F. Cohn |
| Laurence D. King (SBN 206423) | | Jonathan F. Cohn (admitted pro hac vice) |
| lking@kaplanfox.com | | jcohn@sidley.com |
| Linda M. Fong (SBN 124232) | | Benjamin M. Mundel (admitted pro hac vice) |
| lfong@kaplanfox.com | | bmundel@sidley.com |
| 350 Sansome Street, Suite 400 | | SIDLEY AUSTIN LLP |
| San Francisco, California 94104 | | 1501 K Street, N.W. |
| Telephone: (415) 772-4700 | | Washington, D.C. 20005 |
| Facsimile: (415) 772-4707 | | Telephone: (202) 736.8000 |
| | | Facsimile: (202) 736.8711 |
| KAPLAN FOX & KILSHEIMER LLP | | |
| Robert N. Kaplan (admitted pro hac vice) | | Ryan Sandrock (SBN 251781) |
| rkaplan@kaplanfox.com | | rsandrock@sidley.com |
| 850 Third Avenue, 14th Floor | | SIDLEY AUSTIN LLP |
| New York, New York 10022 | | 555 California Street, Suite 2000 |
| Telephone: (212) 687-1980 | | San Francisco, CA 94104 |
| Facsimile: (212) 687-7714 | | Telephone: (415) 772.1200 |
| | | Facsimile: (415) 772.7400 |

-and-

*Attorneys for Defendants Bayer AG, Bayer Corporation, and Bayer HealthCare LLC*

STANLEY LAW GROUP
Stephen Henry Gardner (admitted pro hac vice)
steve@consumerhelper.com
Amanda Howell (admitted pro hac vice)
ahowell@stanleylawgroup.com
6116 N. Central Expressway, Suite 1500
Dallas, Texas 75206
Telephone: (214) 443-4316
Facsimile: (214) 447-9469

## SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing Stipulation and Proposed Order for Further Extension of Case Deadlines. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that the signatory has concurred in this filing.

Dated: July 11, 2017

SIDLEY AUSTIN LLP

By:
*/s/ Ryan Sandrock*
Ryan Sandrock

**PURSUANT TO STIPULATION, IT IS ORDERED:**

- The Summary Judgment Reply deadline is extended from August 7, 2017 to September 6, 2017.
- The Class Certification and Summary Judgment hearing is continued from August 23, 2017 to September 22, 2017 or later.

Dated: July 13, 2017

_____
The Honorable William H. Orrick
United States District Judge