| | |
|---|---|
| Jonathan F. Cohn (*pro hac vice*) <br> jcohn@sidley.com <br> Benjamin M. Mundel (*pro hac vice*) <br> bmundel@sidley.com <br> SIDLEY AUSTIN LLP <br> 1501 K Street, N.W. <br> Washington, D.C. 20005 <br> Telephone: (202) 736.8000 <br> Facsimile: (202) 736.8711 <br><br> Ryan M. Sandrock (SBN 251781) <br> rsandrock@sidley.com <br> SIDLEY AUSTIN LLP <br> 555 California Street, Suite 2000 <br> San Francisco, CA 94104 <br> Telephone: (415) 772.1200 <br> Facsimile: (415) 772.7400 <br><br> Attorneys for Defendants <br> Bayer Corporation and Bayer HealthCare LLC | Laurence D. King (SBN 206423) <br> lking@kaplanfox.com <br> Linda M. Fong (SBN 124232) <br> lfong@kaplanfox.com <br> 350 Sansome Street, Suite 400 <br> San Francisco, California 94104 <br> Telephone: (415) 772-4700 <br> Facsimile: (415) 772-4707 <br><br> KAPLAN FOX & KILSHEIMER LLP <br> Robert N. Kaplan (pro hac vice) <br> rkaplan@kaplanfox.com <br> 850 Third Avenue, 14th Floor <br> New York, New York 10022 <br> Telephone: (212) 687-1980 <br> Facsimile: (212) 687-7714 <br><br> STANLEY LAW GROUP <br> Stephen Henry Gardner (*pro hac vice*) <br> steve@consumerhelper.com <br> Amanda Howell (*pro hac vice*) <br> ahowell@stanleylawgroup.com <br> 6116 N. Central Expressway, Suite 1500 <br> Dallas, Texas 75206 <br> Telephone: (214) 443-4316 <br> Facsimile: (214) 447-9469 |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| COLLEEN GALLAGHER, ILANA FARAR, ANDREA LOPEZ, JOANN CORDARO, and ROSANNE COSGROVE, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BAYER AG, BAYER CORPORATION, and BAYER HEALTHCARE LLC, <br><br> Defendants. | Case No. 14-cv-04601-WHO <br><br> **STIPULATION AND [PROPOSED] ORDER REQUESTING CONTINUANCE OF CLASS CERTIFICATION AND SUMMARY JUDGMENT HEARING** |

Pursuant to Civil Local Rule 6-2, the parties stipulate to and jointly request a brief continuance of the Class Certification and Summary Judgment Hearing. The parties respectfully request that the hearing be continued from September 27, 2017 to October 18, 2017.

**<u>Procedural History and Prior Extensions</u>**. An initial case management scheduling order was entered on October 16, 2014. Dkt. 5. By stipulation, the Court entered an amended case management scheduling order on December 22, 2014. Dkt. 38. Following an in-person meet and confer, on December 11, 2015 the Court entered a revised briefing and discovery schedule. Dkt. 92.

During a discovery hearing on June 7, 2016, the Court extended the close of fact discovery from May 9, 2016 until July 9, 2016. Dkt. 115.

On July 8, 2016 the parties filed a stipulation and proposed order on discovery and scheduling. Dkt. 119. Pursuant to the stipulation, the Court extended the discovery schedule which included extending the close of fact discovery from July 9, 2016 to September 9, 2016. Dkt. 120.

On September 6, 2016, Bayer filed a motion for extension of case deadlines to complete discovery which Plaintiffs did not oppose. Dkt. 124. The Court granted the motion and extended all case deadlines by 60 days. Dkt. 125.

On February 1, 2017, the parties filed a joint stipulation for further extension of the case deadlines to permit Bayer to depose Plaintiffs' expert witness Dr. Blonz on March 8, who was unavailable before that date, and have adequate time to prepare its response brief. The Court granted the motion for extension of case deadlines and moved the Class Certification Response deadline from March 13, to March 24, 2017, the Class Certification Reply from April 27, to May 10, 2017 and the Class Certification Hearing from May 17, to May 30, 2017.

On April 7, 2017, the parties filed a joint stipulation for further extension of the case deadlines. The parties requested the extension to allow Plaintiffs time to depose both of Bayer's expert witnesses, Dr. Blumberg and Dr. Kivetz, who were available for deposition April 14 and May 12 respectively, and time to prepare its responses to Bayer's opposition to Plaintiffs' Motion for Class Certification and Bayer's Motion for Summary Judgment. The Court granted the motion and moved the date for Plaintiffs' Summary Judgment Response from April 7, 2017 to July 7, 2017,

Plaintiffs' Class Certification Reply from May 10, 2017 to July 7, 2017, Defendants' Summary Judgment Reply from April 14, 2017 to August 7, 2017, and the hearing on both motions from May 31, 2017 to August 23, 2017. Dkt. 139.

On July 11, 2017, the parties filed a joint stipulation requesting a 30-day extension of time for Bayer to file its Reply to Plaintiffs' Opposition to Summary Judgment, and a 30-day continuance for the Class Certification and Summary Judgment Hearing. Dkt. 146. On July 13, 2017, the Court granted the parties' stipulation and extended the deadline for Bayer's Reply from August 7, 2017 to September 6, 2017. Dkt. 147. The Court subsequently set the Class Certification and Summary Judgment Hearing for September 27, 2017. Dkt. 148.

**Class Certification and Summary Judgment Hearing**

Due to a scheduling conflict, counsel for Bayer seeks a 21-day continuance of the Class Certification and Summary Judgment Hearing from September 27, 2017 to October 18, 2017.

**Requested Extension**

The parties respectfully request that the Court continue the Class Certification and Summary Judgment Hearing as follows:

| **Deadline** | **Current Date** | **Requested Date** |
|---|---|---|
| Class Certification and Summary Judgment Hearing | September 27, 2017 | October 18, 2017 |
| This request does not impact any other deadlines in the case. | | |

| | |
|---|---|
| Dated: July 28, 2017<br>STANLEY LAW GROUP<br><br>By: /s/ Stephen Gardner<br><br>Laurence D. King (SBN 206423)<br>lking@kaplanfox.com<br>Linda M. Fong (SBN 124232)<br>lfong@kaplanfox.com<br>350 Sansome Street, Suite 400<br>San Francisco, California 94104<br>Telephone: (415) 772-4700<br>Facsimile: (415) 772-4707<br><br>KAPLAN FOX & KILSHEIMER LLP<br>Robert N. Kaplan (admitted pro hac vice)<br>rkaplan@kaplanfox.com<br>850 Third Avenue, 14th Floor<br>New York, New York 10022<br>Telephone: (212) 687-1980<br>Facsimile: (212) 687-7714<br><br>      -and-<br><br>STANLEY LAW GROUP<br>Stephen Henry Gardner (admitted pro hac vice)<br>steve@consumerhelper.com<br>Amanda Howell (admitted pro hac vice)<br>ahowell@stanleylawgroup.com<br>6116 N. Central Expressway, Suite 1500<br>Dallas, Texas 75206<br>Telephone: (214) 443-4316<br>Facsimile: (214) 447-9469 | Dated: July 28, 2017<br>SIDLEY AUSTIN LLP<br><br>By: /s/ Jonathan F. Cohn<br><br>Jonathan F. Cohn (admitted pro hac vice)<br>jcohn@sidley.com<br>Benjamin M. Mundel (admitted pro hac vice)<br>bmundel@sidley.com<br>SIDLEY AUSTIN LLP<br>1501 K Street, N.W.<br>Washington, D.C. 20005<br>Telephone: (202) 736.8000<br>Facsimile: (202) 736.8711<br><br>Ryan Sandrock (SBN 251781)<br>rsandrock@sidley.com<br>SIDLEY AUSTIN LLP<br>555 California Street, Suite 2000<br>San Francisco, CA 94104<br>Telephone: (415) 772.1200<br>Facsimile: (415) 772.7400<br><br>*Attorneys for Defendants Bayer Corporation and Bayer HealthCare LLC* |

(3)

STIPULATION AND ~~PROPOSED~~ ORDER FOR CONTINUANCE OF HEARING—14-CV-04601-WHO

## SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing Stipulation and Proposed Order for Further Extension of Case Deadlines. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that the signatory has concurred in this filing.

Dated: July 28, 2017                SIDLEY AUSTIN LLP


                                    By:
                                        */s/ Ryan Sandrock*
                                        Ryan Sandrock

**PURSUANT TO STIPULATION, IT IS ORDERED:**

The Class Certification and Summary Judgment Hearing is continued from September 27, 2017 to October 18, 2017.

Dated: August 1, 2017

_____
The Honorable William H. Orrick
United States District Judge