KAPLAN FOX & KILSHEIMER LLP
Laurence D. King (SBN 206423)
*lking@kaplanfox.com*
Linda M. Fong (SBN 124232)
*lfong@kaplanfox.com*
350 Sansome Street, Suite 400
San Francisco, California 94104
Telephone: (415) 772-4700
Facsimile:  (415) 772-4707

KAPLAN FOX & KILSHEIMER LLP
Robert N. Kaplan (admitted *pro hac vice*)
*rkaplan@kaplanfox.com*
850 Third Avenue, 14th Floor
New York, New York 10022
Telephone: (212) 687-1980
Facsimile:  (212) 687-7714

STANLEY LAW GROUP
Matthew J. Zevin (SBN 170736)
*mzevin@stanleylawgroup.com*
10021 Willow Creek Road, Suite 200
San Diego, CA  92131-1670
Telephone:  (619) 235-5306
Facsimile:   (815) 377-8419

*Interim Lead Counsel*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| COLLEEN GALLAGHER, ILANA FARAR, ANDREA LOPEZ, JOANN CORDARO, and ROSANNE COSGROVE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BAYER AG, BAYER CORPORATION, and BAYER HEALTHCARE LLC,<br><br>Defendants. | CASE NO. 3:14-cv-04601-WHO<br><br>**PLAINTIFFS' STATEMENT OF RECENT DECISION RELEVANT TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; REQUEST FOR LEAVE**<br><br>Judge:       Hon. William H. Orrick<br>Courtroom:  2, 17th Floor |

1   On January 11, 2017, Plaintiffs Ilana Farar, Andrea Lopez and Rosanne Cosgrove ("Plaintiffs") filed a Motion for Class Certification (the "Class Cert. Motion"). On March 24, 2017, Defendants Bayer AG, Bayer Corporation and Bayer Healthcare LLC filed a Motion for Summary Judgment (the "Sum. Judg. Motion")( the Class Cert. Motion and Sum. Judg. Motion are hereafter collectively referred to as the "Motions"). On October 18, 2017, this Court heard argument on the Motions and took the matter under submission.

Recently, the United States Court of Appeals for the Ninth Circuit issued a decision that is relevant to the issue of standing to seek an injunction against false advertising or labeling raised by the Motions. Plaintiffs hereby seek leave to provide the following supplemental authority for the Court's consideration when deciding the Motions:

Exhibit A: *Davidson v. Kimberly-Clark Corporation, et al.*, Case No. 15-16173, 2017 WL 4700093 (9th Cir. Oct. 20, 2017).

Respectfully submitted,

Dated: October 23, 2017

KAPLAN FOX & KILSHEIMER LLP

By: /s/ *Laurence D. King*
       Laurence D. King

Laurence D. King (SBN 206423)
*lking@kaplanfox.com*
Linda M. Fong (SBN 124232)
*lfong@kaplanfox.com*
350 Sansome Street, Suite 400
San Francisco, California 94104
Telephone: (415) 772-4700
Facsimile:   (415) 772-4707

KAPLAN FOX & KILSHEIMER LLP
Robert N. Kaplan (admitted *pro hac vice*)
*rkaplan@kaplanfox.com*
850 Third Avenue, 14th Floor
New York, New York 10022
Telephone: (212) 687-1980
Facsimile:   (212) 687-7714

STANLEY LAW GROUP
Matthew J. Zevin (SBN 170736)
*mzevin@stanleylawgroup.com*
10021 Willow Creek Road, Suite 200
San Diego, CA  92131-1670
Telephone:  (619) 235-5306
Facsimile:    (815) 377-8419

*Interim Class Counsel*