Jonathan F. Cohn (admitted *pro hac vice*)
jcohn@sidley.com
Benjamin M. Mundel (admitted *pro hac vice*)
bmundel@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone:  (202) 736.8000
Facsimile:   (202) 736.8711

Ryan Sandrock (SBN 251781)
rsandrock@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone:  (415) 772.1200
Facsimile:   (415) 772.7400

Attorneys for Defendants Bayer AG,
Bayer Corporation, and Bayer HealthCare LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| COLLEEN GALLAGHER, ILANA FARAR, ANDREA LOPEZ, JOANN CORDARO, and ROSANNE COSGROVE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BAYER AG, BAYER CORPORATION, and BAYER HEALTHCARE LLC,<br><br>Defendants. | Case No. 14-cv-04601-WHO<br><br>**DEFENDANTS' STATEMENT REGARDING PLAINTIFFS' STATEMENT OF RECENT DECISION** |

The recent authority submitted by Plaintiffs, Dkt. 160 & 160-1, is inapposite.  Unlike the plaintiff in *Davidson v. Kimberly-Clark Corp.*, Plaintiffs here allege that the product is "worthless," and testified that they would not buy the product again for reasons unrelated to the alleged misrepresentation.  No. 15-16173, 2017 WL 4700093, at *9 (9th Cir. Oct. 20, 2017) (Plaintiff "would like to" purchase Defendants' flushable wipes again).

Dated: October 23, 2017						SIDLEY AUSTIN LLP


							By: /s/  Ryan Sandrock


							*Attorney of Record for Defendants Bayer AG, Bayer Corporation and Bayer HealthCare LLC*

							Jonathan F. Cohn (admitted pro hac vice)
							jcohn@sidley.com
							Benjamin M. Mundel (admitted pro hac vice)
							bmundel@sidley.com
							SIDLEY AUSTIN LLP
							1501 K Street, N.W.
							Washington, D.C. 20005
							Telephone:  (202) 736.8000
							Facsimile:   (202) 736.8711

							Ryan Sandrock (SBN 251781)
							rsandrock@sidley.com
							SIDLEY AUSTIN LLP
							555 California Street, Suite 2000
							San Francisco, CA 94104
							Telephone:  (415) 772.1200
							Facsimile:   (415) 772.7400