| | |
|---|---|
| Laurence D. King (SBN 206423) | Jonathan F. Cohn (*pro hac vice*) |
| lking@kaplanfox.com | jcohn@sidley.com |
| Linda M. Fong (SBN 124232) | Benjamin M. Mundel (*pro hac vice*) |
| lfong@kaplanfox.com | bmundel@sidley.com |
| KAPLAN FOX & KILSHEIMER LLP | SIDLEY AUSTIN LLP |
| 350 Sansome Street, Suite 400 | 1501 K Street, N.W. |
| San Francisco, California 94104 | Washington, D.C. 20005 |
| Telephone: (415) 772-4700 | Telephone: (202) 736-8000 |
| Facsimile: (415) 772-4707 | Facsimile: (202) 736-8711 |
| | |
| Robert N. Kaplan (admitted *pro hac vice*) | Ryan M. Sandrock (SBN 251781) |
| rkaplan@kaplanfox.com | rsandrock@sidley.com |
| KAPLAN FOX & KILSHEIMER LLP | SIDLEY AUSTIN LLP |
| 850 Third Avenue, 14th Floor | 555 California Street, Suite 2000 |
| New York, New York 10022 | San Francisco, CA 94104 |
| Telephone: (212) 687-1980 | Telephone: (415) 772-1200 |
| Facsimile: (212) 687-7714 | Facsimile: (415) 772-7400 |
| | |
| Matthew J. Zevin (SBN 170736) | *Counsel for Defendants Bayer AG, Bayer* |
| mzevin@aol.com | *Corporation, and Bayer HealthCare LLC* |
| STANLEY LAW GROUP | |
| 10021 Willow Creek Road | |
| San Diego, California 92131 | |
| Tel: (619) 235-5306 | |
| Fax: (815) 337-8419 | |

*Lead Counsel for Plaintiffs Ilana Farar, Andrea Lopez, and Rosanne Cosgrove, and the Classes*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| COLLEEN GALLAGHER, ILANA FARAR, ANDREA LOPEZ, JOANN CORDARO, and ROSANNE COSGROVE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BAYER AG, BAYER CORPORATION, and BAYER HEALTHCARE LLC,<br><br>Defendants. | Case No. 3:14-cv-04601-WHO<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER REQUESTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

Pursuant to Civil Local Rule 6-2 and this Court's CMC Order, the parties stipulate to and jointly request a brief continuance of the Case Management Conference. The parties respectfully request that the conference be continued from December 19, to December 21, 2017, or to a date thereafter convenient for the Court.

**Procedural History and Prior Extensions.** An initial case management scheduling order was entered on October 16, 2014. Dkt. 5. By stipulation, the Court entered an amended case management scheduling order on December 22, 2014. Dkt. 38. On December 11, 2015, the Court entered a revised briefing and discovery schedule. Dkt. 92.

During a discovery hearing on June 7, 2016, the Court extended the close of fact discovery from May 9, 2016 until July 9, 2016. Dkt. 115.

Pursuant to a stipulation filed by the parties on July 8, 2016, Dkt. 119, the Court extended the discovery schedule. Dkt. 120.

On a motion by Bayer to extend case deadlines, the Court, on September 6, 2016, extended all case deadlines by 60 days. Dkt. 125.

On February 1, 2017, the parties filed a joint stipulation for a further extension of the case deadlines concerning class certification and hearing, Dkt 132, which the Court granted. Dkt. 133.

On April 7, 2017, the parties filed a joint stipulation for further extension of the case deadlines concerning the motions for class certification and summary judgment. Dkt. 138. The Court granted the stipulation. Dkt. 139.

On July 11, 2017, the parties filed a joint stipulation to extend time and the hearing date on the motions for class certification and summary judgment, Dkt. 146, which, on July 13, 2017, the Court granted. Dkt. 148.

On July 28, 2017, the parties filed a joint stipulation requesting a continuance of the Class Certification and Summary Judgment Hearing. Dkt. 149. On August 1, 2017, the Court granted the parties' stipulation. Dkt. 150.

**Case Management Conference.** Due to a scheduling conflict, lead trial counsel for Plaintiffs is unavailable on December 19, 2017.

**Requested Extension.** The parties respectfully request the Court continue the Case Management Conference from December 19, to December 21, 2017, or to a date convenient for the Court.

Respectfully submitted,

Dated:  December 6, 2017                                              Dated:  December 6, 2017

 /s/ *Laurence D. King*                                                             /s/ *Benjamin M. Mundel*
Laurence D. King (SBN 206423)                                   Jonathan F. Cohn (*pro hac vice*)
lking@kaplanfox.com                                                     jcohn@sidley.com
Linda M. Fong (SBN 124232)                                         Benjamin M. Mundel (*pro hac vice*)
lfong@kaplanfox.com                                                     bmundel@sidley.com
KAPLAN FOX & KILSHEIMER LLP                            SIDLEY AUSTIN LLP
350 Sansome Street, Suite 400                                       1501 K Street, N.W.
San Francisco, California 94104                                    Washington, D.C. 20005
Telephone: (415) 772-4700                                             Telephone: (202) 736-8000
Facsimile: (415) 772-4707                                               Facsimile: (202) 736-8711

Robert N. Kaplan (admitted *pro hac vice*)                Ryan M. Sandrock (SBN 251781)
rkaplan@kaplanfox.com                                                rsandrock@sidley.com
KAPLAN FOX & KILSHEIMER LLP                            SIDLEY AUSTIN LLP
850 Third Avenue, 14th Floor                                       555 California Street, Suite 2000
New York, New York 10022                                        San Francisco, CA 94104
Telephone: (212) 687-1980                                            Telephone: (415) 772-1200
Facsimile: (212) 687-7714                                              Facsimile: (415) 772-7400

Matthew J. Zevin (SBN 170736)                                   *Counsel for Defendants Bayer AG, Bayer*
mzevin@aol.com                                                            *Corporation, and Bayer HealthCare LLC*
STANLEY LAW GROUP
10021 Willow Creek Road
San Diego, California 92131
Tel: (619) 235-5306
Fax: (815) 337-8419

*Lead Counsel for Plaintiffs Ilana Farar, Andrea Lopez, and Rosanne Cosgrove, and the Classes*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Laurence D. King, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 6th day of December, 2017, at San Francisco, California.

 *s/ Laurence D. King*
Laurence D. King

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS ORDERED THAT** the Case Management Conference is continued from December 19, 2017 to December 21, 2017.

DATED: December __, 2017

_____
Hon. William H. Orrick
United States District Judge