**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King (SBN 206423)
lking@kaplanfox.com
Linda M. Fong (SBN 124232)
lfong@kaplanfox.com
350 Sansome Street, Suite 400
San Francisco, California 94104
Telephone: (415) 772-4700
Facsimile:  (415) 772-4707

**STANLEY LAW GROUP**
Matthew Joseph Zevin (SBN 170736)
mzevin@aol.com
10021 Willow Creek Road, Suite 200
San Diego, CA 92131
Telephone: (619) 235-5306
Facsimile: (815) 377-8419

*Counsel for Plaintiffs*

**SIDLEY AUSTIN LLP**
Jonathan F. Cohn (admitted *pro hac vice*)
jcohn@sidley.com
Benjamin M. Mundel (admitted *pro hac vice*)
bmundel@sidley.com
Jacquelyn E. Fradette (*pro hac vice* submitted)
jfradette@sidley.com
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736.8000
Facsimile: (202) 736.8711

Ryan Sandrock (CA Bar 251781)
rsandrock@sidley.com
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772.1200
Facsimile: (415) 772.7400

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| COLLEEN GALLAGHER, ILANA FARAR, ANDREA LOPEZ, JOANN CORDARO, and ROSANNE COSGROVE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BAYER AG, BAYER CORPORATION, and BAYER HEALTHCARE LLC,<br><br>Defendants. | Case No. 14-cv-04601-WHO<br><br>**STIPULATION AND [PROPOSED] ORDER FOR PRE-TRIAL SCHEDULE** |

Pursuant to the Joint Case Management Conference held before this Court on January 9, 2018, the parties stipulate to the following Pre-Trial Schedule:

| **Deadline** | **Stipulated Date** |
|---|---|
| Defendants' production of damages related documents | January 31, 2018 |
| Plaintiffs disclose proposed injunctive relief | January 31, 2018 |
| Defendants' Trial Plan Brief (limited to 15 pages) | March 20, 2018 |
| Parties to submit joint or competing Class Notice Plan(s) | March 31, 2018 |
| Plaintiffs' Trial Plan Brief (limited to 15 pages) | April 3, 2018 |
| Defendants' Trial Plan Reply (limited to 5 pages) | April 6, 2018 |
| Trial Plan Conference | April 17, 2018 |
| Deadline to Serve New Requests for Admission | May 9, 2018 |
| Plaintiffs' Disclosure of Damages Expert and Report, if Any | May 15, 2018 |
| Deadline to serve amended supplemental interrogatory responses | June 1, 2018 |
| Defendants' Disclosure of Damages expert and report, if any | July 16, 2018 |
| Deadline to Serve Two Interrogatories Related to Damages | August 1, 2018 |

(1)

| Deadline | Stipulated Date |
|---|---|
| Deadline to file motion to compel discovery | September 3, 2018 |
| Dispositive Motions Hearing | September 26, 2018 |
| Deadline to file *Daubert* Motions | November 12, 2018 |
| Pre-Trial Conference | December 27, 2018 |
| First Day of Trial | January 15, 2019 |

| | |
|---|---|
| Dated:  January 12, 2018 | Dated:  January 12, 2018 |
| KAPLAN FOX LLP | SIDLEY AUSTIN LLP |
| By: /s/ Laurence D. King | By: /s/ Ryan M. Sandrock |
| Laurence D. King (SBN 206423)<br>lking@kaplanfox.com<br>Linda M. Fong (SBN 124232)<br>lfong@kaplanfox.com<br>350 Sansome Street, Suite 400<br>San Francisco, California 94104<br>Telephone: (415) 772-4700<br>Facsimile:  (415) 772-4707<br><br>KAPLAN FOX & KILSHEIMER LLP<br>Robert N. Kaplan (admitted pro hac vice)<br>rkaplan@kaplanfox.com<br>850 Third Avenue, 14th Floor<br>New York, New York 10022<br>Telephone: (212) 687-1980<br>Facsimile: (212) 687-7714<br><br>-and-<br><br>**STANLEY LAW GROUP**<br>Matthew Joseph Zevin (SBN 170736)<br>mzevin@aol.com<br>10021 Willow Creek Road, Suite 200<br>San Diego, CA 92131<br>Telephone: (619) 235-5306<br>Facsimile:  (815) 377-8419<br><br>*Counsel for Plaintiffs* | Jonathan F. Cohn (admitted *pro hac vice*)<br>jcohn@sidley.com<br>Benjamin M. Mundel (admitted *pro hac vice*)<br>bmundel@sidley.com<br>Jacquelyn E. Fradette (*pro hac vice* submitted)<br>jfradette@sidley.com<br>SIDLEY AUSTIN LLP<br>1501 K Street, N.W.<br>Washington, D.C. 20005<br>Telephone:  (202) 736.8000<br>Facsimile:   (202) 736.8711<br><br>Ryan Sandrock (SBN 251781)<br>rsandrock@sidley.com<br>SIDLEY AUSTIN LLP<br>555 California Street, Suite 2000<br>San Francisco, CA 94104<br>Telephone:  (415) 772.1200<br>Facsimile:   (415) 772.7400<br><br>*Attorneys for Defendants Bayer AG, Bayer Corporation, and Bayer HealthCare LLC* |

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Stipulation and Proposed Order for Pre-Trial Schedule. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that the signatory has concurred in this filing.

Dated: January 12, 2018                    SIDLEY AUSTIN LLP


                                           By:
                                               */s/  Ryan M. Sandrock*
                                               Ryan M. Sandrock

**PURSUANT TO STIPULATION, IT IS ORDERED:**

| Deadline | Stipulated Date |
|---|---|
| Defendants' production of damages related documents | January 31, 2018 |
| Plaintiffs disclose proposed injunctive relief | January 31, 2018 |
| Defendants' Trial Plan Brief (limited to 15 pages) | March 20, 2018 |
| Parties to submit joint or competing Class Notice Plan(s) | March 31, 2018 |
| Plaintiffs' Trial Plan Brief (limited to 15 pages) | April 3, 2018 |
| Defendants' Trial Plan Reply (limited to 5 pages) | April 6, 2018 |
| Trial Plan Conference | April 17, 2018 |
| Deadline to Serve New Requests for Admission | May 9, 2018 |
| Plaintiffs' Disclosure of Damages Expert and Report, if Any | May 15, 2018 |
| Deadline to serve amended supplemental interrogatory responses | June 1, 2018 |
| Defendants' Disclosure of Damages expert and report, if any | July 16, 2018 |
| Deadline to Serve Two Interrogatories Related to Damages | August 1, 2018 |

| Deadline | Stipulated Date |
|---|---|
| Deadline to file motion to compel discovery | September 3, 2018 |
| Dispositive Motions Hearing | September 26, 2018 |
| Deadline to file *Daubert* Motions | November 12, 2018 |
| Pre-Trial Conference | December 27, 2018 |
| First Day of Trial | January 15, 2019 |

Dated: _____

_____

The Honorable William H. Orrick

United States District Judge