UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILANA FARAR, et al.,<br><br>      Plaintiffs,<br><br>   v.<br><br>BAYER AG, et al.,<br><br>      Defendants. | Case No. 14-cv-04601-WHO<br><br>**ORDER REGARDING DEFENDANT'S MOTION ON STATUTORY DAMAGES UNDER NEW YORK LAW**<br><br>Re: Dkt. No. 221 |

Defendant seeks leave to file a limited, second motion for summary judgment, or in the alternative to strike portions of one of plaintiffs' expert's declarations or decertify the statutory damages class for New York class members. Dkt. No. 221. Defendant contends it should be given leave to file this second, limited motion for summary judgment because the grounds for it came to light only after it filed its initial motion for summary judgment and after the parties began damages and expert discovery. *Id*.

Plaintiffs oppose, arguing that the situation was wholly one of defendant's making since defendant voluntarily moved for summary judgment early and prior to damages and expert discovery. Dkt. No. 228. Plaintiffs also argue that defendant has not adequately identified what dispute of law or fact could be resolved in defendant's favor as a result of this motion, nor has defendant justified why it should be allowed, in the alternative, to move to strike or decertify based on facts it could have secured before it moved for summary judgment the first time. *Id*.

Resolving the issue of plaintiffs' entitlement to statutory damages under New York law is more efficiently addressed now, as opposed to on a motion in limine or through other pre-trial mechanisms. For this reason, I will GRANT defendant's motion for leave.

Plaintiffs' opposition to the motion is due on October 9, 2018. Defendants' reply is due on

October 16, 2018.  The motion shall be heard at the already-scheduled hearing date of October 26, 2018 at 9:00 a.m. in Courtroom 2.

**IT IS SO ORDERED.**

Dated: September 26, 2018



William H. Orrick
United States District Judge

United States District Court
Northern District of California

2