Sean Eskovitz (SBN 241877)
*seskovitz@wilkinsonwalsh.com*
**WILKINSON WALSH + ESKOVITZ LLP**
11601 Wilshire Blvd., Suite 600
Los Angeles, CA 90049
Telephone: (424) 316-4000
Facsimile: (202) 847-4005

Alexandra M. Walsh (*pro hac vice*)
*awalsh@wilkinsonwalsh.com*
Brian L. Stekloff (*pro hac vice*)
*bstekloff@wilkinsonwalsh.com*
James M. Rosenthal (*pro hac vice*)
*jrosenthal@wilkinsonwalsh.com*
Kieran Gostin (*pro hac vice*)
*kgostin@wilkinsonwalsh.com*
**WILKINSON WALSH + ESKOVITZ LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005

*Counsel for Defendants Bayer AG, Bayer Corporation, and Bayer HealthCare LLC*

Jeffrey M. Tillotson (SBN 139372)
*jtillotson@tillotsonlaw.com*
Jonathan R. Patton (*pro hac vice*)
*jpatton@tillotsonlaw.com*
Joseph A. Irrobali (*pro hac vice*)
*airrobali@tillotsonlaw.com*
James Goff (*pro hac vice*)
*jgoff@tillotsonlaw.com*
**TILLOTSON LAW**
1807 Ross Avenue, Suite 325
Dallas, Texas 75201
Telephone: (214) 382-3041

*Counsel for Plaintiffs Ilana Farar, Andrea Lopez, and Rosanne Cosgrove, and the Classes*

*Additional Counsel Listed on Signature Page*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| ILANA FARAR, ANDREA LOPEZ, and ROSANNE COSGROVE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BAYER AG, BAYER CORPORATION, and BAYER HEALTHCARE LLC,<br><br>Defendants. | Case No. 3:14-CV-04601-WHO<br><br>**JOINT STIPULATION AND PROPOSED ORDER AS TO THE AMOUNT PAID BY THE CLASSES** |

The parties respectfully submit the following stipulation to be read by the Court to the jury during Phase II of trial.

1. Each class member purchased a Bayer One A Day multivitamin during the Class Period, which is:
    a. California, between October 15, 2010, and November 15, 2017;
    b. Florida, between October 15, 2010, and November 15, 2017;
    c. New York, between October 15, 2011, and November 15, 2017.
2. During the relevant time period, Plaintiffs and other members of the certified classes spent $304,992,286 purchasing Defendants' One A Day multivitamins labeled with the Challenged Statements.
3. During the applicable Class Period, members of the California class spent $114,515,348 on One A Day multivitamins labeled with the Challenged Statements.
4. During the applicable Class Period, members of the Florida class spent $113,206,328 on One A Day multivitamins labeled with the Challenged Statements.
5. During the applicable Class Period, members of the New York class spent $77,270,610 on One A Day multivitamins labeled with the Challenged Statements.

1  Dated: January 9, 2019                    Respectfully submitted,

2

3                                             By: */s/ Sean Eskovitz*

4                                            **WILKINSON WALSH + ESKOVITZ LLP**
                                             Sean Eskovitz (SBN 241877)
5                                            *seskovitz@wilkinsonwalsh.com*
                                             11601 Wilshire Blvd., Suite 600
6                                            Los Angeles, CA 90025
                                             Telephone: (424) 316-4000
7                                            Facsimile: (202) 847-4005

8

9                                            **WILKINSON WALSH + ESKOVITZ LLP**
                                             Alexandra M. Walsh (*pro hac vice*)
10                                           *awalsh@wilkinsonwalsh.com*
                                             Brian L. Stekloff (*pro hac vice*)
11                                           *bstekloff@wilkinsonwalsh.com*
                                             James M. Rosenthal (*pro hac vice*)
12                                           *jrosenthal@wilkinsonwalsh.com*
                                             Kieran Gostin (*pro hac vice*)
13                                           *kgostin@wilkinsonwalsh.com*
                                             2001 M Street NW, 10th Floor
14                                           Washington, DC 20036
                                             Telephone: (202) 847-4000
15                                           Facsimile: (202) 847-4005

16

17                                           *Counsel for Defendants Bayer AG, Bayer
                                             Corporation, and Bayer HealthCare LLC*
18

19
                                              By: */s/ Jeffrey M. Tillotson*
20

21                                           **TILLOTSON LAW**
                                             Jeffrey M. Tillotson (SBN 139372)
22                                           *jtillotson@tillotsonlaw.com*
                                             Jonathan R. Patton (*pro hac vice*)
23                                           *jpatton@tillotsonlaw.com*
                                             Joseph A. Irrobali (*pro hac vice*)
24                                           *airrobali@tillotsonlaw.com*
                                             James Goff (*pro hac vice*)
25                                           *jgoff@tillotsonlaw.com*
                                             1807 Ross Avenue, Suite 325
26                                           Dallas, Texas 75201
27                                           Telephone: (214) 382-3041

28

**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King (SBN 206423)
*lking@kaplanfox.com*
Linda M. Fong (SBN 124232)
*lfong@kaplanfox.com*
Mario M. Choi (SBN 243409)
*mchoi@kaplan.com*
350 Sansome Street, Suite 400
San Francisco, California 94104
Telephone: (415) 772-4700
Facsimile: (415) 772-4707

**KAPLAN FOX & KILSHEIMER LLP**
Robert N. Kaplan (*pro hac vice*)
*rkaplan@kaplanfox.com*
850 Third Avenue, 14th Floor
New York, New York 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714

**STANLEY LAW GROUP**
Matthew J. Zevin (SBN 170736)
*mzevin@aol.com*
10021 Willow Creek Road
San Diego, California 92131
Telephone: (619) 235-5306
Facsimile: (815) 337-8419

**STANLEY LAW GROUP**
Scott Andrew Kitner (*pro hac vice*)
*skitner@stanleylawgroup.com*
6116 North Central Expressway, Suite 1500
Dallas, Texas 75206
Telephone: (214) 443-4300
Facsimile: (214) 443-0358

*Counsel for Plaintiffs Ilana Farar, Andrea Lopez, and Rosanne Cosgrove, and the Classes*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

1. Each class member purchased Bayer One A Day multivitamin during the Class Period, which is:

    a. California, between October 15, 2010, and November 15, 2017;

    b. Florida, between October 15, 2010, and November 15, 2017;

    c. New York, between October 15, 2011, and November 15, 2017.

2. During the relevant time period, Plaintiffs and other members of the certified classes spent $304,992,286 purchasing Defendants' One A Day multivitamin labeled with the Challenged Statements.

3. During the applicable Class Period, members of the California class spent $114,515,348 on One A Day multivitamins labeled with the Challenged Statements.

4. During the applicable Class Period, members of the Florida class spent $113,206,328 on One A Day multivitamins labeled with the Challenged Statements.

5. During the applicable Class Period, members of the New York class spent $77,270,610 on One A Day multivitamins labeled with the Challenged Statements.

Dated: January 9, 2019

The Honorable William H. Orrick
United States District Judge

## ATTESTATION OF SIGNATURE

I hereby attest, per this Court's Rule 5-1(i)(3), that plaintiffs' counsel James Goff concurs in the filing of the foregoing document

Dated: January 9, 2019            Respectfully submitted,


By: */s/ Sean Eskovitz*

**WILKINSON WALSH + ESKOVITZ LLP**
Sean Eskovitz (SBN 241877)
*seskovitz@wilkinsonwalsh.com*
11601 Wilshire Blvd., Suite 600
Los Angeles, CA 90025
Telephone: (424) 316-4000
Facsimile: (202) 847-4005


**WILKINSON WALSH + ESKOVITZ LLP**
Alexandra M. Walsh (*pro hac vice*)
*awalsh@wilkinsonwalsh.com*
Brian L. Stekloff (*pro hac vice*)
*bstekloff@wilkinsonwalsh.com*
James M. Rosenthal (*pro hac vice*)
*jrosenthal@wilkinsonwalsh.com*
Kieran Gostin (*pro hac vice*)
*kgostin@wilkinsonwalsh.com*
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005


*Counsel for Defendants Bayer AG, Bayer Corporation, and Bayer HealthCare LLC*