| | |
|---|---|
| Sean Eskovitz (SBN 241877)<br>seskovitz@wilkinsonwalsh.com<br>**WILKINSON WALSH + ESKOVITZ LLP**<br>11601 Wilshire Blvd., Suite 600<br>Los Angeles, CA 90049<br>Telephone: (424) 316-4000<br>Facsimile: (202) 847-4005<br><br>Alexandra M. Walsh (*pro hac vice*)<br>awalsh@wilkinsonwalsh.com<br>Brian L. Stekloff (*pro hac vice*)<br>bstekloff@wilkinsonwalsh.com<br>James M. Rosenthal (*pro hac vice*)<br>jrosenthal@wilkinsonwalsh.com<br>Kieran Gostin (*pro hac vice*)<br>kgostin@wilkinsonwalsh.com<br>**WILKINSON WALSH + ESKOVITZ LLP**<br>2001 M Street NW, 10th Floor<br>Washington, DC 20036<br>Telephone: (202) 847-4000<br>Facsimile: (202) 847-4005<br><br>*Counsel for Defendants Bayer AG, Bayer Corporation, and Bayer HealthCare LLC* | Jeffrey M. Tillotson (SBN 139372)<br>jtillotson@tillotsonlaw.com<br>Jonathan R. Patton (*pro hac vice*)<br>jpatton@tillotsonlaw.com<br>Joseph A. Irrobali (*pro hac vice*)<br>airrobali@tillotsonlaw.com<br>James Goff (*pro hac vice*)<br>jgoff@tillotsonlaw.com<br>**TILLOTSON LAW**<br>1807 Ross Avenue, Suite 325<br>Dallas, Texas 75201<br>Telephone: (214) 382-3041<br><br>*Counsel for Plaintiffs Ilana Farar, Andrea Lopez, and Rosanne Cosgrove, and the Classes*<br><br>*Additional Counsel Listed on Signature Page* |

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| ILANA FARAR, ANDREA LOPEZ, and ROSANNE COSGROVE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BAYER AG, BAYER CORPORATION, and BAYER HEALTHCARE LLC,<br><br>Defendants. | Case No. 3:14-CV-04601-WHO<br><br>**JOINT STIPULATION AND PROPOSED ORDER REGARDING MATERIALITY** |

1  Ilana Farar, Andrea Lopez, and Rosanne Cosgrove ("Plaintiffs") and Bayer AG, Bayer Corporation, and Bayer HealthCare LLC ("Defendants"), through their undersigned counsel, hereby jointly stipulate as follows.

In order to prevail in Phase I of trial, Plaintiffs are required to prove that Defendants' statements that One A Day multivitamins are "formulated to support" heart health, immunity, and physical energy (the "Challenged Statements") are material. Trial Plan, ECF No. 198 at 2. "A representation is 'material' . . . if a reasonable consumer would attach importance to it or if the maker of the representation knows or has reason to know that its recipient regards or is likely to regard the matter as important in determining his choice of action." Order on Class Cert. and Summ. J., ECF No. 164 at 19.

Defendants stipulate that all three of the Challenged Statements are material and satisfy both prongs of this standard for purposes of this trial, and that Plaintiffs do not need to prove materiality.

Defendants continue to dispute all legal elements and other aspects of Plaintiffs' claims other than materiality, including whether the class representatives or other class members relied on the Challenged Statements in purchasing One A Day multivitamins.

Plaintiffs reserve the right to argue that this Stipulation resolves or decides other issues in dispute in this case, including, to the extent it is required, the issue of reliance for class members.

| | |
|---|---|
| Dated: January 21, 2019 | Respectfully submitted, |

      By: */s/ Sean Eskovitz*

**WILKINSON WALSH + ESKOVITZ LLP**
Sean Eskovitz (SBN 241877)
*seskovitz@wilkinsonwalsh.com*
11601 Wilshire Blvd., Suite 600
Los Angeles, CA 90025
Telephone: (424) 316-4000
Facsimile: (202) 847-4005

**WILKINSON WALSH + ESKOVITZ LLP**
Alexandra M. Walsh (*pro hac vice*)
*awalsh@wilkinsonwalsh.com*
Brian L. Stekloff (*pro hac vice*)
*bstekloff@wilkinsonwalsh.com*
James M. Rosenthal (*pro hac vice*)
*jrosenthal@wilkinsonwalsh.com*
Kieran Gostin (*pro hac vice*)
*kgostin@wilkinsonwalsh.com*
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005

*Counsel for Defendants Bayer AG, Bayer Corporation, and Bayer HealthCare LLC*

      By: */s/ Jeffrey M. Tillotson*

**TILLOTSON LAW**
Jeffrey M. Tillotson (SBN 139372)
*jtillotson@tillotsonlaw.com*
Jonathan R. Patton (*pro hac vice*)
*jpatton@tillotsonlaw.com*
Joseph A. Irrobali (*pro hac vice*)
*airrobali@tillotsonlaw.com*
James Goff (*pro hac vice*)
*jgoff@tillotsonlaw.com*
1807 Ross Avenue, Suite 325
Dallas, Texas 75201

Telephone: (214) 382-3041

**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King (SBN 206423)
*lking@kaplanfox.com*
Linda M. Fong (SBN 124232)
*lfong@kaplanfox.com*
Mario M. Choi (SBN 243409)
*mchoi@kaplan.com*
350 Sansome Street, Suite 400
San Francisco, California 94104
Telephone: (415) 772-4700
Facsimile: (415) 772-4707

**KAPLAN FOX & KILSHEIMER LLP**
Robert N. Kaplan (*pro hac vice*)
*rkaplan@kaplanfox.com*
850 Third Avenue, 14th Floor
New York, New York 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714

**STANLEY LAW GROUP**
Matthew J. Zevin (SBN 170736)
*mzevin@aol.com*
10021 Willow Creek Road
San Diego, California 92131
Telephone: (619) 235-5306
Facsimile: (815) 337-8419

**STANLEY LAW GROUP**
Scott Andrew Kitner (*pro hac vice*)
*skitner@stanleylawgroup.com*
6116 North Central Expressway, Suite 1500
Dallas, Texas 75206
Telephone: (214) 443-4300
Facsimile: (214) 443-0358

*Counsel for Plaintiffs Ilana Farar, Andrea Lopez, and Rosanne Cosgrove, and the Classes*

**PROPOSED ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

In order to prevail in Phase I of trial, Plaintiffs are required to prove that Defendants' statements that One A Day multivitamins are "formulated to support" heart health, immunity, and physical energy (the "Challenged Statements") are material. Trial Plan, ECF No. 198 at 2. "A representation is 'material' . . . if a reasonable consumer would attach importance to it or if the maker of the representation knows or has reason to know that its recipient regards or is likely to regard the matter as important in determining his choice of action." Order on Class Cert. and Summ. J., ECF No. 164 at 19.

Defendants stipulate that all three of the Challenged Statements are material and satisfy both prongs of this standard for purposes of this trial, and that Plaintiffs do not need to prove materiality.

Defendants continue to dispute all legal elements and other aspects of Plaintiffs' claims other than materiality, including whether the class representatives or other class members relied on the Challenged Statements in purchasing One A Day multivitamins.

Plaintiffs reserve the right to argue that this Stipulation resolves or decides other issues in dispute in this case, including, to the extent it is required, the issue of reliance for class members.

Dated: _____

                                                                                                        The Honorable William H. Orrick
                                                                                                        United States District Judge

**JOINT STIPULATION REGARDING MATERIALITY**
**CASE NO. 3:14-CV-04601-WHO**

## ATTESTATION OF SIGNATURE

I hereby attest, per this Court's Rule 5-1(i)(3), that Plaintiffs' counsel Jeffrey M. Tillotson concurs in the filing of the foregoing document.

Dated: January 21, 2019          Respectfully submitted,


By: */s/ Sean Eskovitz*

**WILKINSON WALSH + ESKOVITZ LLP**
Sean Eskovitz (SBN 241877)
*seskovitz@wilkinsonwalsh.com*
11601 Wilshire Blvd., Suite 600
Los Angeles, CA 90025
Telephone: (424) 316-4000
Facsimile: (202) 847-4005

**WILKINSON WALSH + ESKOVITZ LLP**
Alexandra M. Walsh (*pro hac vice*)
*awalsh@wilkinsonwalsh.com*
Brian L. Stekloff (*pro hac vice*)
*bstekloff@wilkinsonwalsh.com*
James M. Rosenthal (*pro hac vice*)
*jrosenthal@wilkinsonwalsh.com*
Kieran Gostin (*pro hac vice*)
*kgostin@wilkinsonwalsh.com*
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005

*Counsel for Defendants Bayer AG, Bayer Corporation, and Bayer HealthCare LLC*