UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILANA FARAR, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>BAYER AG, et al.,<br><br>    Defendants. | Case No. 14-cv-04601-WHO<br><br>**PHASE I VERDICT FORM** |

We the jury, unanimously find as follows on the questions submitted to us:

**Question No. 1.**

Did plaintiffs prove that the Challenged Statements (support for heart health, support for immunity, support for physical energy) are false, misleading or deceptive?

Support for heart health:     Yes \_\_\_     No \_\_\_

Support for immunity:     Yes \_\_\_     No \_\_\_

Support for physical energy:  Yes \_\_\_     No \_\_\_

Answer yes or no as to each Challenged Statement.

*If you answered yes as to any Challenged Statement, proceed to Question 2, on page 2.*

**Question No. 2.**

Did plaintiffs prove that they relied on the Challenged Statements in connection with their respective purchase of the One A Day Products?

As to Plaintiff Farar:   Yes ___   No ___

As to Plaintiff Lopez:   Yes ___   No ___

As to Plaintiff Cosgrove:   Yes ___   No ___

Answer yes or no as to each plaintiff.

*If you answered yes as to any plaintiff, proceed to Question 3.*

**Question No. 3.**

Did plaintiff Lopez prove that defendants violated Florida's Misleading Advertising Law?

Yes ___ No ___

*Please ensure that you have complied with the instructions in this form and answered all questions that these instructions directed you to complete. Then please have the foreperson sign and date this form below. After signing the form, please notify the Courtroom Deputy that a verdict has been reached.*

Date: _____, 2019

_____
Foreperson

2