UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILANA FARAR, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BAYER AG, et al.,<br><br>Defendants. | Case No. 14-cv-04601-WHO<br><br>**PHASE I VERDICT FORM** |

We the jury, unanimously find as follows on the questions submitted to us:

**Question No. 1.**

Did plaintiffs prove that the Challenged Statements (support for heart health, support for immunity, support for physical energy) are false, misleading or deceptive?

Support for heart health:    Yes ___    No ✓

Support for immunity:    Yes ___    No ✓

Support for physical energy:    Yes ___    No ✓

Answer yes or no as to each Challenged Statement.

*If you answered yes as to any Challenged Statement, proceed to Question 2, on page 2.*

**Question No. 2.**

Did plaintiffs prove that they relied on the Challenged Statements in connection with their respective purchase of the One A Day Products?

| | | | |
|---|---|---|---|
| As to Plaintiff Farar: | Yes ___ | No ✓ |
| As to Plaintiff Lopez: | Yes ___ | No ✓ |
| As to Plaintiff Cosgrove: | Yes ___ | No ✓ |

Answer yes or no as to each plaintiff.

*If you answered yes as to plaintiff Lopez, proceed to Question 3.*

**Question No. 3.**

Did plaintiff Lopez prove the two additional elements of Florida's Misleading Advertising Law?

Yes ___ No ___

*Please ensure that you have complied with the instructions in this form and answered all questions that these instructions directed you to complete. Then please have the foreperson sign and date this form below. After signing the form, please notify the Courtroom Deputy that a verdict has been reached.*

Date: __February 22__, 2019

_____
Foreperson